# Exhibit A

**Catherine L. Szpindor**
Chief Administrative Officer

*Office of the*
*Chief Administrative Officer*
*U.S. House of Representatives*
*Washington, DC 20515-6860*

HB-28, The Capitol

TO: The Honorable Thomas Massie
Member of Congress

FROM: Deborah Ellis-Jones
Manager
CAO Members' Services
160 Cannon HOB

DATE: July 22, 2021

SUBJECT: Deduction of Fine Imposed Pursuant to House Resolution 38

The Office of Members' Services received correspondence on July 20, 2021, from the House Committee on Ethics upholding a fine imposed pursuant to House Resolution 38 and House Rule II, clause 3(g). The fine was imposed by the House Sergeant at Arms on May 19, 2021. The Chief Administrative Officer is responsible for deducting the amount of any fine levied under House Resolution 38 and House Rule II, clause 3(g) from the net salary otherwise due to the Member, Delegate, or Resident Commissioner. I am including a copy of the Committee on Ethics and Sergeant at Arms notices for your records.

The full amount of the fine, **$500.00**, will be deducted from your July 2021 payroll (to be disbursed August 1).

If you have any questions regarding the above, please do not hesitate to contact myself or Elizabeth Burnham in the CAO Members' Services office at 202-225-3644.

WILLIAM J. WALKER
SERGEANT AT ARMS

H-124 CAPITOL
(202) 225-2456

# Office of the Sergeant at Arms
# U.S. House of Representatives
Washington, DC 20515–6634

May 20, 2021

The Hon. Catherine Szpindor
Chief Administrative Officer
HB-26, the Capitol
U.S. House of Representatives
Washington, D.C. 20515

Dear Mrs. Szpindor:

I write to notify you of a violation of House Resolution 38, on May 19, by Rep. Thomas Massie. The Member has a $500 fine. The Member has been notified of the fine and of their appeal rights.

I am including a copy of the notification to Rep. Thomas Massie.

Please contact me at 225-2456 if you should have any questions.

Sincerely,

William J. Walker
Sergeant at Arms

cc:   The Speaker
      Committee on Ethics

Attachment: Notification to Rep. Thomas Massie

WILLIAM J. WALKER
SERGEANT AT ARMS

H-124 CAPITOL
(202) 225-2456

Office of the Sergeant at Arms
# U.S. House of Representatives
Washington, DC 20515-6634

May 20, 2021

### Notification of a Violation of House Resolution 38

The Honorable Thomas Massie
U.S. House of Representatives
2453 Rayburn House Office Building
Washington, DC 20515

Dear Representative Massie:

Pursuant to House Resolution 38, you were warned on May 18, 2021, of a mask violation. You were then again observed not wearing a mask on May 19, and were asked by a member of my staff to wear a mask while in the Hall of the House of Representatives unless recognized to speak by the chair (see enclosure). Pursuant to House Rules the first violation results in a $500 fine and $2,500 for any subsequent offense.

As a result of your failure to comply with House Rules, and as this is the first violation, a fine of **$500** is imposed upon you pursuant to clause 3(g) of House Rule II, and shall be administered as though pursuant to clause 4(d) of Rule II. As required by the resolution, I am notifying the Speaker, the Committee on Ethics, and the Chief Administrative Officer.

Please note that upon notification by the Sergeant at Arms of a fine, the Member, Delegate or Resident Commissioner may appeal the fine **IN WRITING** to the Committee on Ethics **NOT LATER THAN 30 CALENDAR DAYS OR FIVE LEGISLATIVE DAYS, WHICEVER IS LATER,** after the notification.

Please contact Ted Daniel, Assistant Sergeant at Arms for Chamber Operations, at 225-2456 if you should have any questions or require clarification of the rule.

Sincerely,

William J. Walker
Sergeant at Arms

cc:  The Honorable Nancy Pelosi, Speaker
     Committee on Ethics
     The Honorable Catherine Szpindor, CAO

Attachment: Warning letter and Ledger entry

Office of the Sergeant at Arms
# U.S. House of Representatives
Washington, DC 20515-6634

May 19, 2021

## Notification of a Violation of House Resolution 38

The Honorable Thomas Massie
U.S. House of Representatives
2453 Rayburn House Office Building
Washington, DC 20515

Dear Rep. Masssie:

Pursuant to House Resolution 38, you were observed not wearing a mask on the Floor of the House on May 18, 2021. You were then asked by a member of my staff to wear a mask while in the Hall of the House of Representatives, unless recognized to speak by the chair.

This letter is to inform you that a further violation of House Resolution 38 will result in a $500 fine for your next violation and a $2,500 fine for any subsequent violation.

Please contact Ted Daniel, Assistant Sergeant at Arms for Chamber Operations, at 225-2456 if you should have any questions or require clarification of the rule.

Sincerely,

William J. Walker
Sergeant at Arms

**Office of the Sergeant at Arms**

**Decorum Enforcement Journal**
**117th Congress**

| Last Name | First Name | St/Dis | Photo Warning Date | Photo #1 Date | | Mask Warning Date | Mask #1 Date | |
|---|---|---|---|---|---|---|---|---|
| Lucas | Frank | OK03 | | | | | | |
| Luetkemeyer | Blaine | MO03 | | | | | | |
| Luria | Elaine | VA02 | | | | | | |
| Lynch | Stephen | MA08 | | | | | | |
| Mace | Nancy | SC01 | | | | | | |
| Malinowski | Tom | NJ07 | | | | | | |
| Malliotakis | Nicole | NY11 | | | | | | |
| Maloney | Carolyn | NY12 | | | | | | |
| Maloney | Sean | NY18 | | | | | | |
| Mann | Tracey | KS01 | | | | | | |
| Manning | Kathy | NC06 | | | | | | |
| Massie | Thomas | KY04 | | | | | 5/18/21 | 5/19/21 | |
| Mast | Brian | FL18 | | | | | | |
| Matsui | Doris | CA06 | | | | | | |
| McBath | Lucy | GA06 | | | | | | |
| McCarthy | Kevin | CA23 | | | | | | |
| McCaul | Michael | TX10 | | | | | | |
| McClain | Lisa | MI10 | | | | | | |
| McClintock | Tom | CA04 | | | | | | |
| McCollum | Betty | MN04 | | | | | | |
| McEachin | A. | VA04 | | | | | | |
| McGovern | James | MA02 | | | | | | |

Theodore E. Deutch, Florida
*Chairman*
Jackie Walorski, Indiana
*Ranking Member*

Susan Wild, Pennsylvania
Dean Phillips, Minnesota
Veronica Escobar, Texas
Mondaire Jones, New York

Michael Guest, Mississippi
Dave Joyce, Ohio
John H. Rutherford, Florida
Kelly Armstrong, North Dakota



ONE HUNDRED SEVENTEENTH CONGRESS

# U.S. House of Representatives

COMMITTEE ON ETHICS

Thomas A. Rust
*Staff Director and Chief Counsel*

David W. Arrojo
*Counsel to the Chairman*

Kelle A. Strickland
*Counsel to the Ranking Member*

1015 Longworth House Office Building
Washington, D.C. 20515-6328
Telephone: (202) 225-7103
Facsimile: (202) 225-7392

July 20, 2021

The Honorable Nancy Pelosi
Speaker
H-232, The Capitol
Washington, DC 20515

Dear Speaker Pelosi:

On June 15, 2021, the Committee on Ethics (Committee) received an appeal from Representative Thomas Massie of a fine imposed pursuant to House Resolution 38 and House Rule II, clause 3(g). The appeal was received after the Committee adopted its written rules.

A majority of the Committee did not agree to the appeal.

Sincerely,

Theodore E. Deutch
Chairman

Jackie Walorski
Ranking Member

Cc: The Honorable Thomas Massie
U.S. House of Representatives
2453 Rayburn House Office Building
Washington, DC 20515

The Honorable William J. Walker
Sergeant at Arms
H-124, The Capitol
Washington, DC 20515

The Honorable Catherine Szpindor
Chief Administrative Officer
HB-28, The Capitol
Washington, DC 20515