UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>Defendants. | CASE NO. 1:21-CV-_____ |

## PLAINTIFFS' MOTION TO LIST NON-RESIDENTIAL ADDRESS IN COMPLAINT CAPTION

Plaintiffs, Congressman Thomas Massie, Congresswoman Marjorie Taylor Greene, and Congressman Ralph Norman, individually and in their official capacities as Members of the U.S. House of Representatives, respectfully request that they be permitted to use their official office addresses as Members of Congress in lieu of listing their residential addresses in the Complaint caption, as required by D.D.C. L.Civ.R. 11.1. As public figures, Plaintiffs are frequently subjected to threats, and their privacy and safety would be needlessly impinged by publicly-disseminating their home addresses via a publicly-accessible Complaint.1 Rule 11.1's purpose is to "facilitate service of process and effective communication between the parties." *Yaman v. Dept. of State*, 786 F.Supp.2d 148, 153 (D.D.C. 2011). Plaintiffs' official congressional office addresses, as well as that of their attorneys, ensure that they will receive any communications from the Court or other litigants.

1

Dated: July 27, 2021

                                        Respectfully Submitted,

| | |
|---|---|
| /s/Christopher Wiest | /s/ Aaron Siri |
| Christopher Wiest (*pro hac vice* tendered) | Aaron Siri (*pro hac vice* tendered) |
| Chris Wiest, Attorney at Law, PLLC | Elizabeth A. Brehm (*pro hac vice* tendered) |
| 25 Town Center Blvd, Ste. 104 | Jessica Wallace (*pro hac vice* tendered) |
| Crestview Hills, KY 41017 | SIRI & GLIMSTAD LLP |
| chris@cwiestlaw.com | 200 Park Avenue, 17th Floor |
| Tel: (513) 257-1895 | New York, New York 10166 |
| chris@cwiestlaw.com | Tel: (212) 532-1091 |
| | aaron@sirillp.com |
| /s/John R. Garza | /s/Thomas Bruns |
| John R. Garza | Thomas Bruns (*pro hac vice* tendered) |
| Bar ID: 398728 | Bruns, Connell, Vollmar, Armstrong LLC |
| Garza Building | 4750 Ashwood Drive, Ste. 200 |
| 17 W. Jefferson Street, Suite 100 | Cincinnati, Ohio 45241 |
| Rockville, Maryland 20850 | Tel: (513) 312-9890 |
| Tel: (301) 340-8200 x 100 | tbruns@bcvalaw.com |
| jgarza@garzanet.com | |

*Attorneys for Plaintiffs*