UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:21-cv-02023 |

**PLAINTIFF'S MOTION FOR ADMISSION OF
ATTORNEY AARON SIRI *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Aaron Siri *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Aaron Siri, Esquire, filed herewith. As set forth in Mr. Siri's Declaration, he is admitted and an active member in good standing with the following bars and courts: the New York Bar, the Arizona Bar, the U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, U.S. District Court for the Northern District of New York, U.S. Court of Federal Claims, U.S. District Court for the District of Arizona and U.S. District Court for the Western District of Texas.

1

This motion is supported and signed by John R. Garza, Esquire, an active and sponsoring member of the Bar of this Court, Bar ID: 398728.

Dated this 28th day of July, 2021.            Respectfully Submitted,

*/s/John R. Garza*
John R. Garza, Esquire
Bar ID: 398728
Garza Building
17 W. Jefferson Street, Suite 100
Rockville, MD 20850
Tel: (301) 340-8200 x 100
Email: jgarza@garzanet.com