UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>      Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>      Defendants. | CASE NO. 1:21-cv-02023 |

**DECLARATION OF ATTORNEY AARON SIRI IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

  Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Aaron Siri, hereby declare as follows:

  1. My name is Aaron Siri. I serve as counsel for Plaintiffs Hon. Thomas Massie, in his individual and official capacities, Hon. Marjorie Taylor Greene, in her individual and official capacities and Hon. Ralph Norman, in his individual and official capacities.

  2. I am an attorney with the law firm of Siri Glimstad LLP, located at 200 Park Avenue, Seventeenth Floor, New York, New York 10166. My phone number is (212) 532-1091.

  3. I am a member in good standing of the Bar of New York and the Bar of Arizona. I also have been admitted to practice before the courts listed in Exhibit "A", attached to this Declaration.

1

4.  I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5.  I have been admitted *pro hac vice* to practice in this Court once within the last two (2) years.

6.  I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia. In addition, I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

I will, if admitted for purpose of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Executed on July 28, 2021

*/s/Aaron Siri*
Aaron Siri, Esquire
SIRI GLIMSTAD LLP
200 Park Avenue, Seventeenth Floor
New York, New York 10166
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com

**Exhibit "A"**
**Aaron Siri**
**Court Admissions**

| Court | Date Admitted | Bar No. |
|---|---|---|
| U.S. District Court for the SDNY | 9/5/2006 | AS6613 |
| U.S. District Court for the EDNY | 9/8/2006 | AS0130 |
| U.S. District Court for the NDNY | 8/6/2015 | 519570 |
| U.S. Court of Federal Claims | 1/13/2012 | N/A |
| U.S. District Court for the District of Arizona | 6/19/2020 | 035890 |
| U.S. District Court for the Western District of Texas | 9/18/2020 | 4321790 |