# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities, | CASE NO. 1:21-cv-02023 |
| Plaintiffs, | |
| v. | |
| HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity, | |
| Defendants. | |

## PLAINTIFF'S [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY AARON SIRI *PRO HAC VICE*

The Court has reviewed the Plaintiff's Motion for Admission of Attorney Aaron Siri *pro hac vice*.  Upon consideration of that motion, the Court grants attorney Aaron Siri *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge