UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities, <br><br> Plaintiffs, <br><br> v. <br><br> HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity, <br><br> Defendants. | CASE NO. 1:21-cv-02023 |

**DECLARATION OF ATTORNEY JESSICA WALLACE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Jessica Wallace, hereby declare as follows:

1. My name is Jessica Wallace. I serve as counsel for Plaintiffs Hon. Thomas Massie, in his individual and official capacities, Hon. Marjorie Taylor Greene, in her individual and official capacities and Hon. Ralph Norman, in his individual and official capacities.

2. I am an attorney with the law firm of Siri Glimstad LLP, located at 200 Park Avenue, Seventeenth Floor, New York, New York 10166. My phone number is (212) 532-1091.

3. I am a member in good standing and have been admitted to the following bar and court: State of Florida, Bar No. 1008325, Admitted May 7, 2018 and U.S. Court of Federal Claims, Admitted June 18, 2018.

1

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

6. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia. In addition, I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Executed on July 28, 2021

*/s/Jessica Wallace*
Jessica Wallace
SIRI GLIMSTAD LLP
200 Park Avenue, Seventeenth Floor
New York, New York 10166
Tel: (212) 532-1091
Fax: (646) 417-5967
ctucker@sirillp.com