## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HON. THOMAS MASSIE, in his individual and
official capacities; HON. MARJORIE TAYLOR
GREENE, in her individual and official capacities;
HON. RALPH NORMAN, in his individual and
official capacities,

                    Plaintiffs,

v.

HON. NANCY PELOSI, in her official capacity;
WILLIAM J. WALKER, in his official capacity;
CATHERINE SZPINDOR, in her official
capacity,

                    Defendants.

CASE NO. 1:21-cv-02023

## PLAINTIFF'S [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JESSICA WALLACE *PRO HAC VICE*

The Court has reviewed the Plaintiff's Motion for Admission of Attorney Jessica Wallace *pro hac vice*. Upon consideration of that motion, the Court grants attorney Jessica Wallace *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge