UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities, <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity, <br><br>　　　　　　　　Defendants. | CASE NO. 1:21-CV- 02023 |

**DECLARATION OF ATTORNEY CHRISTOPHER WIEST IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Christopher Wiest, hereby declare as follows:

1.　My name is Christopher Wiest.  I serve as counsel for Plaintiffs.

2.　I am an attorney with the law firm of Chris Wiest Attorney at Law, PLLC , located at 25 Town Center Blvd., Suite 104, Crestview Hills, KY 41017.  My phone number is (513) 257-1895.

3.　I am a member in good standing of the Bars of Kentucky and Ohio, U.S. District Court, Eastern District of Kentucky, U.S. District Court, Western District of Kentucky, U.S. District Court, Southern District of Ohio, U.S. District Court Northern District of Ohio, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the D.C. Circuit.

4. I was disciplined in Ohio on December 19, 2016 and suspended as described in *Cincinnati Bar Ass'n v. Wiest*, 148 Ohio St. 3d 683 (2016), and reinstated in Ohio on January 19, 2018, in *Cincinnati Bar Ass'n v. Wiest*, 152 Ohio St. 3d 1269 (2018). A reciprocal suspension was entered in *Ky. Bar Ass'n v. Wiest*, 514 S.W.3d 530 (2017) and reinstatement at *Wiest v. Ky. Bar Ass'n*, 558 S.W.3d 470 (2018). Reciprocal suspensions were also entered by the Eastern and Western Districts of Kentucky and Southern District of Ohio in 2017 (the Northern District of Ohio declined to enter a reciprocal suspension finding a due process violation in the state court). Reinstatements in all of those courts occurred in 2018.

5. I have been admitted *pro hac vice* to practice in this Court twice within the last two (2) years (*United States v. Vinson*, 21-cr-355; *Mazer v. The District of Columbia Department of Health*, 1:21-cv-01782).

6. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia. In addition, I am not a member of the District of Columbia Bar.

I will, if admitted for purpose of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Executed on July 26, 2021

Christopher Wiest, Esquire
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
chris@cwiestlaw.com