# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>                  Plaintiffs,<br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>                  Defendants. | CASE NO. 1:21-CV- 02023 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CHRISTOPHER WIEST *PRO HAC VICE*

      The Court has reviewed the Plaintiff's Motion for Admission of Attorney Christopher Wiest *pro hac vice*. Upon consideration of that motion, the Court grants attorney Christopher Wiest *pro hac vice* admission to this Court.

IT IS SO ORDERED.


DATED: _____                    _____
                                                                                    United States District Judge