# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>　　　　　　　　Defendants. | CASE NO. 1:21-cv-02023 |

## PLAINTIFF'S [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY AARON SIRI *PRO HAC VICE*

The Court has reviewed the Plaintiff's Motion for Admission of Attorney Aaron Siri *pro hac vice*. Upon consideration of that motion, the Court grants attorney Aaron Siri *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge