UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>      Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>      Defendants. | CASE NO. 1:21-cv-02023 |

**PLAINTIFF'S MOTION FOR ADMISSION OF
ATTORNEY JESSICA WALLACE *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney, Jessica Wallace *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Jessica Wallace, Esquire, filed herewith. As set forth in Ms. Wallace's Declaration, she is admitted and an active member in good standing with the following courts and bars: State of Florida and U.S. Court of Federal Claims.

This motion is supported and signed by John R. Garza, Esquire, an active and sponsoring member of the Bar of this Court.

Dated this 28th day of July, 2021.

                   Respectfully Submitted,

                   */s/John R. Garza*
                   John R. Garza, Esquire
                   Garza Building
                   17 W. Jefferson Street, Suite 100

Rockville, MD 20850<br>
Tel: (301) 340-8200 x 100<br>
Email: jgarza@garzanet.com