AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hon. Thomas Massie, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02023 |
| Hon. Nancy Pelosi, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Hon. Thomas Massie, Hon. Marjorie Taylor Greene, Hon. Ralph Norman.

Date: 08/03/2021

/s/Christopher Wiest
*Attorney's signature*

Christopher Wiest (PHV)
*Printed name and bar number*

25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017

*Address*

chris@cwiestlaw.com
*E-mail address*

(513) 257-1895
*Telephone number*

(859) 495-0803
*FAX number*