AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hon. Thomas Massie, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02023 |
| Hon. Nancy Pelosi, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Hon. Thomas Massie, Hon. Marjorie Taylor Greene and Hon. Ralph Norman.

Date: 08/04/2021

/s/ Elizabeth A. Brehm
*Attorney's signature*

Elizabeth A. Brehm (pro hac vice)
*Printed name and bar number*

SIRI & GLIMSTAD LLP
200 Park Avenue, Seventeenth Floor
New York, NY 10166
*Address*

ebrehm@sirillp.com
*E-mail address*

(212) 532-1091
*Telephone number*

(646) 417-5967
*FAX number*