UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>Defendants. | CASE NO. 1:21-CV-02023 |

**DECLARATION OF ATTORNEY THOMAS B. BRUNS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Thomas B. Bruns, hereby declare as follows:

1. My name is Thomas B. Bruns. I serve as counsel for Plaintiffs.

2. I am an attorney with the law firm of Bruns, Connell, Vollmar & Armstrong, LLC, located at 4750 Ashwood Drive, Suite 200, Cincinnati, Ohio 45241. My phone number is (513) 312-9890.

3. Since admission, I am, and have always remained, a member in good standing of the Bars of Kentucky and Ohio, U.S. District Court, Eastern District of Kentucky, U.S. District Court, Western District of Kentucky, U.S. District Court, Southern District of Ohio, U.S. District Court Northern District of Ohio, U.S. Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

4. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia. In addition, I am not a member of the District of Columbia Bar, nor have I applied for admission. This is my first time seeking admission pro hac vice.

5. I have never been denied admission to any Court. Further, I have never been subject to discipline by any bar of which I am admitted, nor by any Court where I have been admitted to practice.

I will, if admitted for purpose of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Executed on July 28, 2021

Thomas B. Bruns, Esquire
4750 Ashwood Dr., Suite 200
Cincinnati, OH 45241
Tel: (513) 312-9890
tbruns@bcvalaw.com