AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hon. Thomas Massie, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02023 |
| Hon. Nancy Pelosi, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Hon. Thomas Massie, Hon. Marjorie Taylor Greene and Hon. Ralph Norman.

Date: 08/20/2021

/s/Thomas B. Bruns
*Attorney's signature*

Thomas B. Bruns (pro hac vice)
*Printed name and bar number*
Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Dr., Suite 200
Cincinnati, OH 45241

*Address*

tbruns@bcvalaw.com
*E-mail address*

(513) 312-9890
*Telephone number*

(513) 800-1263
*FAX number*