UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSIE, et al. | ) |
| | ) |
| Plaintiffs | ) **CASE NO. 1:21-cv-02023** |
| | ) |
| **JEFFREY CUTLER** | ) |
| | ) |
| Intervenor Plaintiff | ) |
| | ) |
| **v.** | ) |
| | ) |
| PELOSI, et al. | ) |
| | ) **JURY TRIAL REQUESTED** |
| Defendants | ) |
| | ) |

## MOTION TO ITERVENE BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND RULE 55 SUMMARY JUDGEMENT



RECEIVED
Mail Room
SEP 20 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MASSIE, et al. | ) | |
| Plaintiffs | ) | **CASE NO. 1:21-cv-02023** |
| **JEFFREY CUTLER** | ) | |
| Intervenor Plaintiff | ) | |
| **v.** | ) | |
| PELOSI, et al. | ) | |
| Defendants | ) | JURY TRIAL REQUESTED |

## MOTION TO ITERVENE BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND RULE 55 SUMMARY JUDGEMENT



RECEIVED
Mail Room
SEP 20 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Here comes Jeffrey Cutler, PLAINTIFF-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler previously filed a  motion to **INTERVENE** , since he was just served the document at his **P.O. BOX in YORK PA** on **03AUG2021**. Per RULE 55 of the Federal Rules of Civil Procedure Mr. Cutler motions for **SUMMARY JUDGEMENT**. Mr. Cutler filed an  **AMMENDED EMERGENCY EXPEDITED PETITION  FOR ENBANC HEARING, BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**.  Mr. Cutler filed the petition for an **AMMENDED ENBANC HEARING** because the clerks office decided not to even put the previous document on the docket and Mr. Bonta has made statements via twiter that stated

**Rob Bonta @RobBontaJul 15**

**Being your Attorney General is new to me, but fighting for crime survivors isn't.**

**#ThrowbackThursday to 2014 when my bill, AB 1629, became law and expanded**

**services and counseling to survivors of crime across the state**

**Ms.Hardtoexplain@gabriela0722Jul 15**

**Replying to @RobBonta**

**Please investigate Britney Spears case !!! #FreeBritney**

This makes Mr. Cutler a party those proceedings and also **JILLIAN MIXELL** OF

**ERIE INSURANCE** participated in a **RICCO** conspiracy as well as **MARK**

**MURPHY** of **STATE FARM INSURANCE** to deny compensation and

For an insurance claim and is also equally liable for concealling the **MURDERS** of

600,000 americans and cancelling Mr. Cutler's Auto Insurance Illegally to protect the

**Pennsylvania Attorney General**, since it was served after cancellation of the policy.

According to Wikipedia Spears studied **Kabbalah**, making her a party to the case,

Mr. Bonta made false statements in his previous document (18 U.S.C. § 1001) based

on the tweets he made on 15JUL2021 to the public, while Donald J. Trump is Banned

from using Twitter for at least 2 years in violation of securities laws.  The vaccine

may deliberately allow persons to be **MURDERED** and the use of the word

**INPLAUSABLE** has been deemed to be **SUBSTITUTED** for **TRUTH**<ref>

http://mediaarchives.gsradio.net/rense/special/rense_072021_hr2.mp3 </ref>

On 21JUN2021 a 342 page MOTION TO RECONSIDER BECAUSE OF CRIMES

(18  U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S.

Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED

STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in CASE NO. 4:21-cv-01774 in the Southern District of Texas. It is

ILLEGAL to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920

(D. Iowa Apr. 14, 2015). In that document  page 167 is time stamped **PROOF** of a

[[**Brady disclosure**]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of

[[**Biological warfare**]] by the [[**People's Republic of China**]] and the Murder of

**600,000 people** in the [[United States]], on page 325 is time stamped **PROOF** of

[[**Electoral fraud**]] in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is

time stamped **PROOF** [[**Josh Shapiro**]] was aware of the fraud.  Per the clerk,

**Judge** [[**Lynn Hughes**]] **stole** the mailed documents.  This may be related to [[1939

Nazi rally at Madison Square Garden]], [[**David Fahrenthold**]], the murder of

[[**Jonathan Lun**a]] and [[**FOIA**]]-2020-01319.<ref>

https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>.  On 08JUL2021

Mr. Cutler was robbed of his wallet, credit cards, and **PASSPORT**, in order to

prevent him from travel in the United States in any manner and prevent him from

entering **COURT BUILDINGS**, **TESTIFYING** and **WITNESS IMTIMIDATION**.

ON 12APR2018 **MR. TORRES** (PA SEC OF STATE) ISSUED AN ORDER

BASED ON FEDERAL FUNDING THAT ALL VOTING METHODS MUST

HAVE A HARD COPY RECEIPT AVAILABLE. **DROP BOXES** FAILED TO

HAVE A HARD COPY RECEIPT.  The **UNMONITORED** **DROP BOXES** in the

RECALL election in California have the same effect as those in Pennsylvamia and

those votes should be discarded.  On 09AUG1945, 60K PEOPLE DIED IN

NAGASAKI, JAPAN BECAUSE OF CLIMATE CHANGE (THE PRIMARY

TARGET WAS CLOUDY-NAGASAKI WAS THE BACKUP TARGET). ON

10AUG2021, CUOMO ANNOUNCED HAS RESIGNED AND JEFFREY CUTLER

FILED A **MOTION TO RECONSIDER** IN CASE **1:20-cv-00099 EASTERN**

**DISTRICT OF MISSOURI**, WITH PROOF **THE PEOPLE'S REPUBLIC OF**

**CHINA ENGAGED IN BIO-WARFARE AGAINST THE WORLD AND**

**MURDERED OVER 600K AMERICANS AND 4 MILLION** PEOPLE

WORLDWIDE. **USPS TRACKING 9505 5141 4908 1218 4916 23**.  ON

12AUG2021 JEFFREY CUTLER **NOTIFIED THE UNITED NATIONS** OF THE

**BIO-WARFARE** BY **THE PEOPLES REPUBLIC 0F CHINA**.

<ref>https://www.un.org/en/node/134009/done?sid=361391&token=045e3251438c26acd3a9e35c3149983d</ref> THIS

COMMENT HAS BEEN POSTED AND DELETED FIVE TIMES ON MR.

CUTLER'S YOUTUBE VIDEO <ref> https://www.youtube.com/watch?v=mgCle8F_zUk <ref>.

On 28JUL2021 JEFFREY CUTLER FILED AN AMMENDED EMERGENCY

EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code

§ 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED

STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

AFFIRMATION IN THE **NINETH CIRCUIT COURT OF APPEALS** CASE 21-

55608, TO SAVE THE CONSTITUTION AND BRITTANY SPEARS. IT USES

INFORMATION ABOUT ALLISON MACK SLAVERY CONVICTION TO TRY

AND STATE BRITTANY HAS BEEN A SLAVE. NOTE THAT KATIE HILL

MAY HAVE BEEN FORCED TO RESIGN BECAUSE OF THE **IRON CROSS**

TATOO NEAR HER GROIN <ref> https://en.wikipedia.org/wiki/Katie_Hill_(politician)#Personal_life

</ref>. In 1989 Dan Quayle gave credit to Buz Lukens for walking on the moon on

20JUL1969, 52 years ago 20JUL2021 <ref> ttps://apnews.com/article/e188e203a3ae7a3699f8f4096807390c

</ref> On **21JUN2021** a 342 page MOTION TO RECONSIDER BECAUSE OF

CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records),

18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE

UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in CASE NO. **4:21-cv-01774** in the **Southern District of Texas**. It is

**ILLEGAL** to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920

(D. Iowa Apr. 14, 2015). On page 167 is time stamped **PROOF** of a [[Brady

disclosure]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of [[**Biological

warfare**]] by the [[**People's Republic of China**]] and the Murder of 600,000 people

in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]]

in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped

PROOF [[**Josh Shapiro**]] was aware of the fraud. Per the clerk, Judge [[**Lynn**

**Hughes**]] stole the mailed documents. This may be related to [[**1939 Nazi rally at Madison Square Garden**]], [[David Fahrenthold]], **MURDER** of [[**Jonathan Luna**]] and [[**FOIA**]]-2020-01319.

<ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

<ref>https://www.un.org/en/node/134009/done?sid=361391&token=045e3251438c26acd3a9e35c3149983d</ref>

Watch <ref> https://www.youtube.com/watch?v=mgCle8F_zUk <ref> for more information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref>https://www.brennancenter.org/legal-work/corman-v-torres </ref>

<ref>https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against **Tom Wolf** and had an advertisement in the METRO paper on **24OCT2018** page 15 :titled "**SAVE BILL COSBY**". On **27MAY2021** Jeffrey Cutler called the office of [[**FBI**]] in Newtown Square, PA at 6:23 PM (610-353-4500) IN ORDER TO HELP JOE BIDEN GET TO THE BOTTOM OF THE ORIGIN OF COVID-19. MR. CUTLER TOLD THE INDIVIDUAL THAT HE TALKED TO, HE HAD SERVED THE EMBASSY OF THE PEOPLES REPUBLIC OF CHINA VIA PRIORITY MAIL A 321 PAGE MOTION TO INTERVENE IN CASE 1:20-cv-

00099. ON 16FEB2021 AND THEY CLAIMED THEY REFUSED THE

DOCUMENT ON 24FEB2021, AFTER OPENING IT. ON 11MARCH2021

JEFFREY CUTLER FILED A MAIL FRAUD COMPLAINT AGAINST THE

PEOPLES REPUBLIC OF CHINA AT 6:06 AM. THE DOCUMENT CONTAINS A

193 PAGE REPORT FROM DR. STEVEN QUAY THAT DETAILS TESTING OF

THE VIRUS IN THE SUBWAY IN THE CHINA PROVINCE AND LAB

DERIVED. MR. CUTLER STATES IN THE DOCUMENT IT IS BIO-WARFARE.

On 03JUN2021 Jeffrey Cutler gave 2 Philadelphia Police Officers a handout in

Person at sixth and Market Street at 1:40 PM sitting IN A TRUCK MARKED

**COUNTER TERRORISM** IN ORDER TO HELP JOE BIDEN GET TO THE

BOTTOM OF THE ORIGIN OF COVID-19. A 193 PAGE REPORT FROM DR.

STEVEN QUAY THAT DETAILS TESTING OF THE VIRUS IN THE SUBWAY

IN THE CHINA PROVINCE AND LAB DERIVED. MR. CUTLER STATES IN

THE DOCUMENT IT IS BIO-WARFARE. HE DID THIS AFTER FILING THE A

PETITION FOR EN-BANC APPEAL FOR CASE 21-1318. CASE 21-1318 HAS A

PROOF OF A BRADY VIOLATION FOR BILL COSBY, time stamped 20SEP2018

at 2:08 PM. It was then filed as page 20 case 5:17-cv-05025 27SEP2018. It was also

filed as page 56 USCA case 18-3693 18MAR2019. On 05JUN2021 Jeffrey Cutler

called the office of Samuel Silver (215-751-2309), Thomas Mesereau, (310-651-

9960), Jason Hicks (702-463-9074), Becky James (213-334-7060) because they were

all listed on Motion To Dismiss for a Brady Violation in the case of William Henry

Cosby time stamped 26JAN2018 at 9:49 AM. A MAIL FRAUD COMPLAINT WAS

FILED AGAINST JUDGE LYNN HUGHES ON 02JUL2021 AT 2:25 AM. On

08JUL2021 Jeffrey Cutler's wallet, credit cards, and passport were stolen on the

SEPTA Market Frankford line. It was reported to SEPTA

POLICE (OFFICER ZIEGLER 34802 RPT NUMBER 215-580-8111). AFTER

GETTING AN EMERGENCY ATM CARD FROM PNC BANK, THAT ATM

CARD WAS STOLEN OR LOST FROM THE WALK FROM 4TH AND MARKET

TO 8TH AND ARCH DMV OFFICE. THIS MAY BE RELATED TO FOIA 2020-

01319. DOJ LAWYER ANDREA PARKER (409-981-7938). MR. CUTLER'S

SEPTA TESTIMONY FOR THE FY2020 ALSO VANISHED FROM THE

INTERNET.<ref> https://en.wikipedia.org/wiki/Houston_Methodist_Hospital#Covid-19_vaccine_requirement </ref>

Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY

Page 411 is PROOF OF BIO_WARFARE.

Page 412 is PROOF OF ELECTORAL FRAUD

Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD.

ITEM 2 IN SUMMARY AFFIRMATION IS Order BITTANY SPEARS BE

DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL

COURTS IN COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS

19JUN1865 AND SHE BE ALLOWED TO PROSECUTE THOSE THAT

ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSAND

DOLLARS A DAY

<ref> https://www.klfy.com/louisiana/louisiana-fbi-agent-arrested-for-sexual-misconduct-against-juveniles/ <.ref>

<ref> https://www.justice.gov/oip/foia-library/foia-processed/general_topics/seth_rich_05_08_21/download </ref>

<ref>https://www.dailymail.co.uk/news/article-8003713/China-appoints-military-bio-weapon-expert-secretive-virus-lab-Wuhan.html </ref>

Just like Sean Williams that filed a lawsuit against Lancaster County Police and ended up **DEAD**. <ref> https://www.washingtonpost.com/news/post-nation/wp/2018/07/01/sean-williams-lancaster-police-shot-taser-even-though-he-was-unarmed-compliant/ </ref>.  Not only did Mr. Cut.ler file a challenge in the Nineth Circuit court of Appeals, but the orders by the **GOVERNMENT** and **REPORTERS** which print/BROADCAST and violate the **Nineth Amendment** of the **constitution** in actions that they **KNOW** are **FALSE**. These reporters imclude but are not limited to **ALL PBS STATIONS** AND **REPORTERS**, the **ASSOCIATED PRESS**, **WASHIGNTON POST**, **NEW YORK TIMES**, **CBS**,  **PHILADELPHIA INQUIRER**, **MARK ZUCKERBERG**, ETC.  Mr.  Cutler is still being **Denied Part B Medicare** even though he is at full age and the Biden administration is presently providing  this to **thousands** of people that just entered the country in a **illegal** manner.  **Judge Garaufis** denied Mr. Cutler **Part B Medicare** and ruled that **Allison Mack** only pay a 20 thousand dollar fine and serve 3 years in prison for  her role in case 1:18-cr-00204, where a minimum of 8 women were raped and **BRANDED** by her actions, and where Multiple women who had sex with Bill Cosby were awarded **MILLIONS.**  Mr. Cosby was incarcerated **INSTANTLY** at the end of the trial as well as **Rufus Seth Williams** at the end of his

trial.  Verizon has programmed several numbers of individuals of the United States govenement to be **non-reachable** by Mr. Cutler's  phone including Andrea Parker listed in the letter dated May 7, 2021 for FOIA-2020-01319 that was **409-981-7938**. Verizon also sold the debt based on the Illegal removal of him from his apartmemt at **67 CAMBRIDGE VILLAGE** and the **THEFT** of 100% of the contents and his records simply by the payment to a **CORRUPT JUDGE**, and covered up by **CORRUPT MEDIA**.  The government is transporting people by plane without passports.  <ref> https://www.nbcnews.com/politics/immigration/biden-admin-again-flying-migrants-who-cross-border-one-place-n1271211 </ref>.  Jeffrey Cutler and Britany Spears were both denied **DUE PROCESS**.  Judge Diamond's order of 12JUN2021 may in this case be because he was **BRIBED**, **BLACKMAILED** or **THREATENED**  or simply corrupt.  The plaintiffs presented arguments that failed to have all the evidence of criminal activity, and also real data <ref> https://www.thegatewaypundit.com/2021/03/exclusive-per-cdc-data-nearly-twice-many-vaccine-related-deaths-far-2021-1755-vaccine-deaths-past-decade-994/ </ref>.  Since the  motion in case 4:21-cv-01774 also combines cases, the judge for case 4:18-cv-00167-0 (Northern District of Texas). should act on this motion since that is an older case.  Mr. Cutler has also been denied justice as recently by an **UN-OPPOSED** motion on the order of 17MAY2021 in case 2:20-cr-00210.  Judge Stewart Dalzel hinted at this in is verdicts over 25 years ago in orders regarding Lisa Michelle Lambert, of implied threats. Robbin Bishop of  Nevada was MURDERED by a California Police Officer afftter he forced her to have SEX and then MURDERED her.  This crime was further

compounded when the SUPREME COURT denied her relatives compensation for her death.  Based on the story <ref> https://www.newyorker.com/news/essay/saying-her-name </ref> in the New Yorker people have known that people in the Government **MURDERED 5 CHILDREN**  on  **13MAY1985**, and there is a conspiracy to **CONCEAL** the crime and **OBSTRUCT**  justice.  Recently all GOOLE searces of federal court case of 1:21-cv-02023 yield NULL RESULT (MASSIE et al. v. PELOSI et al. ) <ref> https://www.pacermonitor.com/public/case/41159428/MASSIE_et_al_v_PELOSI_et_al </ref>.  Judge Diamond should have realized that Mr. Cutler has filed a **MAIL FRAUD** complaint, against judge Diamond for the order denying **MOTION TO RECONSIDER** 25MAY2021.  The **UN-OPPOSED ORDER** of **Judge Limbaugh** of **11MAY2021** NO MATTER WHAT WORDS LIKE **DIATRIBE** used in the **ORDER** is **ILLEGAL** and **CONSTUTES MAIL FRAUD**.  It shows **ACTUAL PROOF** of **BIOLOGICAL WARFARE** by the **ACTIONS** of the **PEOPLES REPUBLIC of CHINA**, and **ELECTORAL FRAUD** by **JOSH SHAPIRO**.  The **ORDER** is the equivalent of **DENYING** that **6 MILLION JEWS** were **MURDEED** during **WWII**, or 5 **CHILDREN** were **MURDEED** in **PHILADELPHIA** by 2 **bombs furnished** by the **FBI**, on **13MAY1985**.  Even though this document is later than normally allowed, the **ORDER** should be **RECONSIDERED** because of the minimum of 20,000 members of the NAZI party that are in the United States since 20FEB1939, when **20,000 people** of American **Nazi** Party held a rally in Madison Square Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan

</ref>, **CONSPIRED** to prevent Mr. Cutler from being served sooner and this is

**REVENGE** of the **NAZI** party against the **UNITED STATES**.  Dates are an

**IMPORTATNT** part of history and the **TRUTH**.  On 04JUN is the date **LUKE**

**WILLIAMS** HAD HIS FIRST HOME RUN AS A member of the Philadelphia

Phillies., and won the ball game.  It is also the date that duchess of Essex had the

FIRST ENGLISH PRINCESS TO BE AN AMERICAN CITIZEN, Lilibet Diana

Mountbatten-Windsor, AND **CLARENCE WILLIAMS THE III DIED**,  MR.

WILLIAMS HAD PORTRAYED LINC ON THE MOD SQUAD TV PROGRAM.

In the obituary from the Associated Press Lindsay Bahr printed on page B4 in the

Philadelphia Inquirer on  07JUN2021.  The obituary referenced BILL COSBY had

told Aaron Spelling about Mr. Williams.  Mr. Cosby was released from prison on

30JUN2021, after a ruling by the Pennsylvania Supreme court **CORRECTLY**

**IDENTIFIED** his trial was unfair.  Mr. Cutler has not been able to present his case in

court because of **CRIMINAL ACTS** and either has **Brittany Spears**.  **Brittany** has

been a **slave for 13 YEARS**, based on the testimony of **JUDGES**, **DOCTORS** and

**OTHERS**.  The case against Keith Raniere, **Allison Mack**, **ENSLAVED** and

**BRANDED** people.   Based on case 1:18-cr-00204 **Allison Mack** (based on reports

born in **Germany**) is only paying a minimal fine based on reports she is worth

between 2-7 million dollars and gets significant residual payments from her acting

residuals.  **Mayor Bill deBlasio** of New York City **ORDERED** all PERSONS

**MUST BE VACINATED** ,<ref> https://www.nytimes.com/2021/08/03/nyregion/nyc-vaccine-mandate.html

</ref> to LIVE in New York City, which **VIOLATES** the <ref>

https://en.wikipedia.org/wiki/Americans_with_Disabilities_Act_of_1990 <ref> and <ref>

https://en.wikipedia.org/wiki/ADA_Amendments_Act_of_2008 </ref>, since persons with

**COMPROMISED IMMUNITY** (such as persons taking some type of drugs).  On

20FEB1939 **20,000 people** of American **Nazi** Party held a rally in Madison Square

Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-

manhattan </ref> <ref> https://en.wikipedia.org/wiki/1939_Nazi_rally_at_Madison_Square_Garden </ref> Per

the [Code of Federal Regulations][Title 21, Volume 4][Revised as of April 1, 2020]

[CITE: 21CFR211.137] **211.137 Expiration dating**. It is **ILLEGAL** to SELL DRUGS

BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of

America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In

April 2015, U.S. District Court Judge Mark Bennett in Sioux City, Iowa, sentenced

Austin (Jack) DeCoster and his son Peter to three months in jail for their role in

selling contaminated food across state lines. Their company, Quality Egg LLC, was

sentenced to a $6.8 million fine and placed on probation for three years.  The CDC

has <ref> https://www.wsj.com/articles/u-s-suspends-j-j-covid-19-vaccine-shipments-as-states-face-a-surplus-of-expiring-

doses-11623351701 </ref>  apparently stopped shipping doses of the J&J vaccine.  Jews are

being attacked in New York, Los Angeles, Canada, and (followed in) New Jersey per

a story in the Philadelphia Inquirer (24MAY2021).   The **NAZI's** during **WWII** only

required offering a **small bar of SOAP** to get JEWS to enter **GAS CHAMBERS**

**disguised as SHOWERS**.  The MURDER of the 5 children on on **13MAY1985** is

(and NOT REPORTED by Tom Avril) as serious as the case of **Thomas Capano**

and his lover Anne Marie Fahey <ref> https://en.wikipedia.org/wiki/Thomas_Capano </ref> and the

murder of 300 people at the black wallstreet <res> https://www.cleveland.com/darcy/2021/06/biden-

addresses-tulsa-massacre-darcy-cartoon.html </ref> and <ref> https://www.npr.org/2021/06/01/1002080611/nyc-gallery-

hosting-a-tulsa-race-massacre-exhibition-was-vandalized-with-white-p </ref>.  On 01JUN2021 Jeffrey Cutler

called the THE REPORTER ANYA JONES OF THE PHILADELPHIA TRIBUNE

at 4:32 PM (215-893-5747) IN ORDER to TALKED TO HER ABOUT THE

STORY SHE WROTE ABOUT BLACK WALL STREET AND NEGLECTED TO

MENTION THE BOMBING IN PHILADELPHIA **13MAY1985** THAT THE

[[**FBI**]] FURNISHED THE EXPLOSIVES, SHE HUNG UP THE PHONE.  Mr.

Cutler has also called the **FBI**, **CIA** (Langley) and **NSA** about the **BIO-WARFARE**

from CHINA, proof shown in case 1:20-cv-00099, Eastern District of Missouri.  In

order to correct for new crimes and **OBSTRUCTION of JUSTICE** discovered.  On

**20SEP2018** at 2:08 PM the a **BRADY VIOLATION** was conspired against BILL

COSBY and Mr. Cutler based on Mr. Cutler's filing in case 19-3693 page 56,

originally filed on 27SEP2018 case in the Eastern District of Pennsylvania, 5:17-cv-

05025.  On 19APR2021 at 3:44 PM Jeffrey Cutler filed a 211 page motion to do the

same thing as in the case for **2:21-cr-00170** . That document **VANISHED** in

**FEDERAL COURT** despite calls to the clerks office and on 21APR2021 and

22APR2021 Jeffrey Cutler called **TWICE EACH  DAY** the AUSA handling case

number 2:21-cr-00170,  ( **MARK DUBNOFF 215-861-8397** ). The U.S. Attormey's

office **HAS ALSO PROGRAMMED** Mr. Cutler's **cellphone** and **LAND LINE**

**NUMBER** to be excluded by the office of ASUSA, A **BRADY VIOLATION**, AND

**VIOLATION OF THE U.S. CONSTITUTION AMMEND 1**.   This document and

the case for 2:21-cr-00170 has information about the MURDER of 2 BLACK

AUSA's, **Jonathan Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found

04DEC2003) and <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> **Beranton**

**Whisenant** (Found 25MAY2017) were also MURDERED by possibly members of

the KKK OR THE 5 BLACK CHILDREN CREMATED ALIVE ON NATIONAL

TV 13MAY1985 BASED ON 2 BOMBS FURNISHED BY THE [[FBI]].  The judge

in case 2:21-cr-00170 (**Gerald Papert**) directed that the document filed on

**19APR2021** at **3:44 PM** be returned and removed from the docket and committed

**MAIL FRAUD**.  On **06APR2021** at **2:34 PM** Jeffrey Cutler filed a 356 page

**EMERGENCY EXPEDITED PETITION TO INTERVENE, AND**

**INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -**

**Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, &**

**MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY**

**AND SUMMARY AFFIRMATION** in person at the federal courthouse in

Philadelphia at 601 Market Street case #**19-1842**. On **06APR2021** at **4:10 PM** a clerk

called that they had the document. This DOCUMENT has also **VANISHED**!!!  The

clerk in case 19-1842 (Patricia Dodszuweit) stamped the document **08APR2021** and

then wrote a letter dated **12APR2021 MAKING A FALSE STATEMENT** and

mailed it on **13MAY2021** and committed **MAIL FRAUD**.  On 21APR2021 and

22APR2021 Jeffrey Cutler called TWICE EACH  DAY the AUSA handling case

number 2:21-cr-00170,  ( MARK DUBNOFF 215-861-8397 ).  The U.S. Attorney's

office HAS ALSO **PROGRAMMED** Mr. Cutler's cellphone and LAND LINE

NUMBER to be excluded by the office of ASUSA, A **BRADY VIOLATION**, AND

VIOLATION OF THE U.S. CONSTITUTION AMMEND 1.  On 26APR2021 at

3:56 PM Jeffrey Cutler served the ACTING U.S. Attorney Jennifer Arbittier

Williams at 615 Chestnut St # 1250, Philadelphia, PA 19106 two copies of the 211

page stamped motions by Jeffrey Cutler for case 2:21-cr-00170. On 14APR2021

Jeffrey Cutler filed a 136 page **MOTION TO INTERVENE, AND INJUNCTIVE**

**RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration,**

**or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS**

**OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY**

**AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1,**

**& MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY**

**AND SUMMARY JUDGEMENT** in case 2:21-cv-00190 in person.  On

16APR2021 Mr. Cutler recieved an email from the office of George Bochetto with a

response to his motion of 14APR2021.  He could not open the document.  He called

the office and got an answering machine.  He was not able to get the document from

PACER until 17APR2021 at about 5:50 PM.  He also found Mr. Cutler's motion was

**DENIED** as **MOOT** with no chance for Mr. Cutler to respond, since he is not on the

CM/ECF system.  On **13MAY2021** Mr. Farley resigned as **HEALTH COMMISIONER** because he **OBSTRUCTED JUSTICE** and **ORDERED EVIDENCE DESTROYED** in the **GREATEST EXAMPLES OF MURDER BROADCAST** of children on **LIVE TELEVISION**, as a form of **EVICTION**.  This also protects **INSURANCE COMPANIES** from liability or being required to compensate owners, includung the claim made by Jeffrey Cutler, Nov 2, 2017, **A00000575634**, and terminated 21MAR2020, after **PAYING ZERO**, by bribing Judges and ckerks.  Insurance companies have conspired to not pay claims and in a continuing procedure as with case 15-1271 USCA.  Lawyers have got vedicts from companies like Johnson & Johnson, for case 20-1223.  The scope of **manufacturing** evidence as was on display during the second impeacment of Mr. Trump was indefensible.  On 06JUL2021 Mr. William McMichael was found guilty and fined **2,608,329.75** of allowing lead paint be present in a property that at the time the inspection was made he was not the registered deed holder and the property owner lives actually in West Virginia in court **PA MDJ-02-1-01** by Judge **AdamWitkonis** case **MJ-02101-NT-0000612-2020** .  This is revenge on William H McMichael III notifying the treasurer he was  listed as the owner of the deed identified as instrument 6252884 with a tax ID listing identified as **400-73447-0-0000**, which was illegally sold to others with a defective title.  Since **MJ-02101-NT-0000612-2020** case involves parties from multiple states the state court was not the correct venue and the verdict must be vacated.  On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a

**347 Page** PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805 USCA** third circuit. Instead of granting a hearing the CLERK's OFFICE of the USCA issued an ORDER that granted Mr. Cutler, the ability to **PAY $ 505.00** without resinding the order dismissing case 20-1805 (**ECF 52**).  After calling about the fee being paid they wrote a letter returning the money order on 19APR2020, which Mr. Cutler has not recieved.  In the case which is an appeal, **U.S. NEWS AND WORLD REPORTS** is a defendant of **PAID SLANDER** against Mr. Cutler by Persons unknown or **China**.  They **paid** for **targetted** defamation and **FALSE** story against Mr. Cutler to conceal the **MURDER** of **2 BLACK AUSAs**, **MAIL FRAUD**, and other crimes.  To garner a hearing before an **ENBANC COURT**. Mr. Cutler recently discovered just how easy the people have lied and conspired, as with multiple lawsuits filed by lancaster county and **Josh Shapiro** to enable an **Agenda**, false statements made in **Supreme Court Brief 220155**  (18 U.S.C. § 1001). Mr. Cutler filed a 356 page  EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **19-1842 USCA** third circuit, time stamped

06APR2021 at 2:46 PM (first 67 pages were attached)  Someone from the clerk's office acknowledged they got the document at **4:10 PM 06APR2021**. Mr. Cutler emailed the PDF of the stamped copy to all parties in the case as well as over 400 individuals. In the document 5 case #2:21-cv-01609 the document has TIME STAMPED evidence of a MAIL FRAUD COMPLAINT against Jim Kenney and Josh Shapiro. It also has evidence that Josh Shapiro falsified the certification of the election and TRUMP won. On  page **128** is **TIME STAMPED PROOF JOSH SHAPIRO KNEW HE LIED ABOUT THE ELECTION RESULTS**, On  page **132 IS PROOF THAT CHINA KNOWS THEY ARE ACCUSED OF BIO-WARFARE AGAINST THE WORLD KILLING 3 MILLION PEOPLE**, AND **COMMITTED MAIL FRAUD TO HIDE EVIDENCE**, On  page **133** is **TIME STAMPED PROOF THE ELECTION RESULTS WERE ALTERED TO ALLOW CHEATING (AN ORDER FROM TORRES FROM 12APR2018)**, On page **134** IS A LETTER FROM **NANCY PELOSI** IN COLLUSION TO WITH TED WHEELER OF PORTLAND PROMOTING VIOLENCE, On  page 136 IS A TIME STAMPED MAIL FRAUD COMPLAINT AGAINST **JIM KENNEY** VERIFIED 10MAR2020. On **11MAR2021** JEFFREY CUTLER FILED A **MAIL FRAUD COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR **CLAIMING** THEY REFUSED A **321** PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL

FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on

or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909

1042 6153 86) at their DC Embassy (3505 International Place, NW) and after

opening the document one week later (24FEB2021) claimed the document was

REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED

STATES GOVERNMENT of **RETURN POSTAGE** and follow the LAWS of the

UNITED STATES OF AMERICA. This **EFFECTIVELY** PUTS the **PEOPLES**

**REPUBLIC OF CHINA** in **DEFAULT** for violating the LAWS of the UNITED

STATES and shows they have been properly served and the return of the document

equates to a **WAIVER OF SERVICE**.  Inside the document was a **193 page** report

that **COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming **CHINA**

has engaged in **Bio-Warfare** with the WORLD based on a previous actions with

**HEPARIN** and pet food and that the testing supplies are **tainted** and may be

spreading the disease in the United States. The media and political leaders have been

**BRIBED** to go along with **MASKS** and distance are the **ONLY** cure when

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 and FLU that result in DEATH from pneumococcal disease and

Ivermectin to treat the COVID-19 <ref>

https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-

v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-

work/corman-v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf

</ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As

an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler

declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a

concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a

Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper

on 24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[**NANCY**

**PELOSI**]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.)

and stated "[N]o one would be hurt and the greater justice would be attained" and

violated (**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed

a lawsuit in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy**

**Pelosi**]] called (**CUTLER v. PELOSI, et al**.). This is 26 YEARS AFTER THE

FIRST **WORLD TRADE CENTER BOMBING**.  This documents that service of

the complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at

their **EMBASSY TO THE AMBASSADOR**.  Mr. Cutler had also published

information that the **MURDER** of two **BLACK AUSAs Jonathan Luna** <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton**

**Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found 25MAY2017) were also MURDERED by possibly members of the **KKK**.  Mr. Whisenant was found on the same day **George Floyd** was declared Murdered in 2017.  Despite calls to the clerk of the United States Court of Appeals, the clerks Time Stamped Petition for Enbanc Hearing case 20-1805 was still not on the docket. To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get redress of grievances in person at the same courthouse in Philadelphia on **23MAR2021** with a 341 page motion to Intervene. On **24MAR2021** judge Kenney denied the motion to intervene **ECF 4** and stated the document was **incomprehensible and has no bearing or relavance to the above captioned action**, even though the motion was **unopposed**.  A **mail fraud complaint** has been filed against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler filed a 321 page document for case 20-1422 which contained **EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is believed this is has been based on **BRIBES** and **COLLUSION** with funds from **CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the

CDC have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref> https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19** is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED JUST LIKE VOTES FOR TRUMP**. It is believed that the testing components may be tainted and is the real reason that so much propoanda has been placed on testing when vacinations for to stop these deaths is cheaper and readily available. A previous document in case 21-40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just another name for the **KKK**. It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first ammendment right to **PETTION THE COURT FOR REDRESS OF GRIEVANCES**.  On 13DEC2016 **Judge Diamond** ignored Mr. Cutler's information about **ELECTORAL FRAUD** in case 16-cv-06287. Recently in case # 1:17-cv-05228 **Judge Nicholas G. Garaufis** (Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and the current **Attorney General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 67 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres  dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed **20OCT2020**, as part of funding from the FEDERAL GOVERNMENT!!  The laws were altered in Pennsylvania to provide

**DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots

violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**,

just like the term that may presently describe the sick bird Philadelphia football team

**ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated

by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the

football game due to substitution of the Quarterback, so the GIANTS were not able to

be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM,

a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED**

**PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF**

**BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or**

**falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR**

**JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia

USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT

with NO abillity of the president to present any witnesses or other

**EXCULPATARY** evidence  This was equivalent of a  **HIGH TECH LYNCHING**

(to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the

president were selectively **EDITED** to remove the word **peaceful**, and the concept

this speech incited the riot is contradicticted by reports that the **FBI** knew about

activities for over a month (the document is contained in the Addemdum).  This

impeachment as fair was as true and correct as the attack on 11SEP2012 when

[[**Susan Rice**]] stated "But our current best assessment, based on the information that

we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." Jeffrey Cutler found out that 5,000 Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on 13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over **Benghazi Libya**. During this period was the battle at El Alamein stopping **NAZI** advance towards Cairo and the Suez Canal.  Anthony Algindy <ref>

https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey Broyer may have had prior information of the attacks on 911.  They both may be part of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>. The apparatus involving the **FBI** and **CIA** may have started when they tareted **Fawaz Younis** and operation **GOLDENROD** was started  and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted.   On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS **TIME STAMPED** PROOF OF ELECTORAL FRAUD IN

PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020**

PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY

FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,

PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH

CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS **MURDERED**.  Reporter **CHRISTIAN SIGN**

was recently found dead <ref> https://denvergazette.com/wex/reporter-who-broke-story-on-clinton-lynch-tarmac-

meeting-found-dead/article_939887c0-cf2d-5edc-b553-f31ef6e012e2.html </ref>, he had exposed the Bill

Clinton meeting with Lorreta Lynch, and Mr. Newsome has banned **CHRISTIAN's**

from **SINGING** IN **CHURCH**.  PER **USCA** CASE **17-1770** **JOE BIDEN** WAS

PART OF A GROUP HELPING TO SMUGGLE STOLEN **NAZI** ART INTO THE

UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys**

(Philadelphia leader Zach Rehl) had his first court appearance Friday the

19MAR2021. On 13JAN2021 **JOSH SHAPIRO** is named in part of a Petition [[En

banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[**Electoral fraud**]] made to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the **MURDER** of [[**Jonathan Luna**]] by the [[**Ku Klux Klan**]]. Also see [[Publican and the Pharisee]] and [[Parable of the Unjust Judge]].  Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "**SAVE BILL COSBY**".

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov

</ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM

Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936

On 28OCT2020 at 1:38 PM Jeffrey Cutler filed a PETITION FOR ENBANC

REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND

PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD

CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey

Cutler filed a PETITION TO COMBINE ADDITIONAL CASES BEFORE

ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519

- Destruction, alteration, or falsification of records)   FOR JUDICIAL EFFICIENCY

in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL COURT, just like Mr. Cutler's testimony at SEPTA FY 2020 ANNUAL SERVICE PLAN dated June 10, 2019 on page 290-292 of ECF 62, case number 2:20-cr-00210 (USA v MICHEAL OZZIE MEYERS).

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER

VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages

23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders

for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the

mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the

media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from

atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr. Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225 1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used Express Mail, tracking number EJ5050342510S and vanished also, just like previous documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York,  and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge

**Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a

decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even

though the judge is named as part of the complaint filed for case #1:20-cr-00165 for

**MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in

case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE**

was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL

parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same

judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT

under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. §

3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the

FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on

the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims. Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction. Midge Rendel has **failed** to **RECUSE** from case 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13,

1985 as a form of Eviction with the aid of persons in the **FBI**.  In the name of Tzadikim Nistarim, Shaun Bridges a secrect service agent stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China.  Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1178** cases and **12 deaths** in **TAIWAN** as of **07MAY2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19, in the **United States**, and other places. This is based on PREVIOUS actions by **CHINA**.  <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes

and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE**, also since it tries to limit prayer services in PA. , **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in **Merck**, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at **AMAZON**.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing. <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On or about 14AUG2020 **Tom WOLF** reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case **20-1449** even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results.   The lawyers in sending Mr. Cutler the letters by **MAIL** makes

them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.   Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE** during the 2020 baseball season and today they allow only

8,000 people to attend in 2021.   Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.   As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.   The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS**
**A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**
**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**
**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating
18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee
is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton
Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and
Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging
the news media (case 1:16-cv-06624) is just another crime concealed from the
public.That case is included by reference and joined to this one.   The crime-fraud
exception was first recognized in the United States over one hundred years ago, and
the policy behind it is well-defined. (The crime-fraud exception was first recognized
in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal
community does not deem discussions concerning future wrongdoings, such as
fraud, that occur during an attorney-client communication worthy of protection. Id.
at 562–63.  While the practice of law encourages full and frank communications
between the attorney and client, only communications concerning past wrongdoings
are protected.  Mr. Cutler had previously been elected to Public Office as the TAX
COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based
on an Election in November 2013. and took the Oath of OFFICE prior to his first
day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020.  Mr. Cutler won a motion for reconsideration in the court based

on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740

06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document.

Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella &

Michael Conahan) convicted of federal crimes that resulted in convictions. Mr.

Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR**

**ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081**

in the United States District Court for the Eastern Ditrict of North Carolina on

16MAY2020 by Judge James C. Dever III. Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law. Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020. The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May

13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing the

bombs. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN**

**LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the

**FBI**. The judge dismissed the case even though 5 parties defaulted and were

properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5)

which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a

response to the motion filed in oppoition on 25SEP2019.  Even though the document

filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF**

**GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who

pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed

objections to  limit the power of the Tom Wolf to classify that religion as a **NOT** a

**LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number  1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020** that use **WRIT OF EXECUTION** to **sieze property**.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is

notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records

(effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet

has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January

16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION

TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS

TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the

motion denying Plaintiff's motion of December 30, 2019.   The current order from

that court is in error since the USCA order of  December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is still

unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019

but it was illegally discarded.  He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019.  The office of the clerk

decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904  International Holocaust Remembrance Day),

and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary**

**Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put online

January 29, 2020. A violation of EQUAL PROTECTION by employee of the

federal government, which treated the two documents differently and potentially hid

the document from the review of the judges considering an ENBANC review.  Mr.

Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager**  and **Deputy Clerk Roeshawn Johnson**

denied the petition. This violated the United States Constitution Ammend 1 and 5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made.  This

court had allowed the House of Representatives to be an Intervenor. The petitioner,

Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER** was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpecently in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also **MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it". The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**. He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>.  There is NOW

**PROOF THIS IS TRUE**, since the PEOPLES **REPUBLIC OF CHINA** commited

**MAIL FRAUD** when served documents at their EMABSSY on Washington, DC.,

thus **CONFIRMING CHINA IS RESPONSIBLE FOR THE DEATHS OF 3**

**MILLION PEOPLE**.  It is very easy to Bribe, coerce  or pay individuals to bear

false witness against another individual and violate **THALL SHALL NOT BEAR**

**FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders

have issued effectively allows the governments in the United States to discontinue

religion in and in the State of Pennsylvania, by a member of the **KLU KLUX**

**KLAN** or related organization.  Other members of the **KLU KLUX KLAN** in the

United States and the World, are all organized to take on the HOAX.  This was

previously called Agenda 21.  As of 16MAR2020 Canada was still allowing flights

from CHINA and those persons could be carrying hazardous bio material simply

enter the United States from Canada. When Mr. Cutler was working for Merck as a

contractor some individuals were caught stealing trade secrects by security at the
West Point site.  It has been known China has been effectively using live people for

transplants for years.  Mr. Ellyahoo has stated the word in **HUNGARY** for **SIN** is

pronounced VIRUS.  The closing of all CASINOS in the STATE is to get 100% of

all gambling revenue, to have a total monopoly on all sources of payment organized

for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that

the POST OFFICE near the Allentown Federal Courthouse contains NAZI insigna in

the tile work in the building (supreme  court case # 19-8538 ), and there is a **7 acre**

site in Southern Lancaster county that is owned by the **Klu Klux Klan**.  Mr. Smiles

has sent a picture  via text to Mr. Cutler's of  insigna is actually in the Post office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's  civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be included by reference these claims are true and correct and the book Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of Tom Wolf, just like 2 different insurance companies failed to compensate Mr. Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting qualification or prerequisite to voting, or standard, practice, or procedure ... in a manner which results in a denial or abridgement of the right ... to vote on account of race," color, or language minority status. Based on the recent unsealed pleadings of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr. Cutler also notifies  this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also  some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated.  George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECTED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref>
https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-
to-tax-fraud-docs/2365089/ </ref> <ref>
https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

 <ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

 For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-
remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-
1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.  Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now. As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007) the court must accept the foregoing information

as true. In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD. THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM. The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by police woman **Lisa Mearkle** in 2015 and violated his civil

rights<ref> https://news.yahoo.com/princeton-university-policy-political-protests-103048931.html </ref>

**Maxine Waters** and the **MEDIA** networks are trying to incite riots so that Marshal

LAW can be declared and all firearms siezed.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as **SUMMARY JUDGEMENT**, this is

effectively a **CHANGE IN VENUE**.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

**Donald J. Trump** be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759

</ref> of the Presidential vote in **Pennslvania**, and by reference **North Carolina**,

**Wisconsin**, **Nevada** and **Arizona**.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case

number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case and  **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI  BABBITT**  MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT,** in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION,** and there should be **NO SHORTCUTS ALLOWED,** if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court.  Just because the Biden

Election has not been exposed as a **LIE, IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY

THE **EVIDENCE,** BUT YOU CANNOT DESTROY THE **TRUTH**, on **Jerusalem**

**Day**  <ref> https://en.wikipedia.org/wiki/Jerusalem_Day </ref>.  03JUN is celebrated as a part of

history in large part of the United States as the birthday of Jefferson Davis and Edward

Cutler thought it was nice that his birthday was a special part of history, and his son

files this document to honor his father, and his brother Irv. Irv was killed in a B24

13JUL1942.  On 03JUN2021 Edward Cutler would have been 100, if he was still

alive, it is also the birthday of Jill Biden.  This document should be inserted and

combined with the previous document and replace the first 72 pages that document.

On 17JUN1856 the REPUBLICAN party held it's FIRST CONVENTION in

PHILADELPHIA.  In the previous document filed on17JUL2021.

**Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY**
**Page 411 is PROOF OF BIO  WARFARE**.
**Page 412 is PROOF OF  ELECTORAL FRAUD**
**Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD**.

In this document;

**Page 96 is PROOF OF  THE UNITED NATIONS WAS NOTIFIED OF BIO-**
**WARFARE FROM CHINA**
**Page 98 is PROOF OF  ELECTORAL FRAUD**

Respectfully submitted,

DATE:_____18SEP2021_____     ___/s/ Jeffrey Cutler_____

                                   Jeffrey Cutler, pro se
                                   215-872-5715 (phone)
                                   eltaxcollector@gmail.com
                                   P.O. Box 2806
                                   York, PA 17405

                   **CERTIFICATE OF SERVICE**

                   I hereby certify that on September 18, 2021, I filed
                   the foregoing with the Clerk of the UNITED
                   STATES DISTRICT COURT OF THE DISTRICT
                   OF COLUMBIA, by Mail or in person. Participants
                   in the case who are registered CM/ECF users will be
                   served by the appellate CM/ECF system. I further
                   certify that all of the other participants or their
                   lawyers in this case are registered CM/ECF users
                   except as follows and they are served by mail or
                   email .


                   _____/s/ Jeffrey Cutler_____
                   Jeffrey Cutler

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2021 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.     SO ORDERED.

[1] Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be

sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be

removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all

EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2] Order BITTANY SPEARS BE DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL COURTS IN

COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS 19JUN1865 AND SHE BE ALLOWED TO

PROSECUTE THOSE THAT ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSND DOLLARS A

DAY.

[3] Order that this case be combined with 20-5240 (1:20-01395) and the verdict be overturned because of  PERJURY

AND BIO-WARFARE FROM CHINA

[4] COMBINE THIS CASE WITH  IMMEDIATE **EN-BANC HEARING** IN THE UNITED STATES COURT OF

APPEAPLS in case 19-1842 to AFFIRM these judgements, excluding Judge Rendell and all other judges that are

biased, or bribed case 20-1223 (**Johnson and Johnson v. Ingham**), 20-1449 (**USA v. Joeseph R. Johnson**).

[5] The RECALL ELECTION IN CALIFORNIA be recalculated based on DROP BOXES being ILLEGAL based on

Money From the FEDERAL GOVERNMENT in Pennsylvania and other states 12APR2018.

[6] DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A

PENALTY.

[7] BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY

PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT

IN EVERY PUBLICATION THEY CONTROL.

[8] Order the SUMMARY JUDGEMENT against all parties be granted and made FINAL at one million dollars per day or

as a negotiated amount for Each individual in favor of Mr. Cutler.

[9] ORDER **THE PEOPLES REPUBLIC OF CHINA** PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE

UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE

THAT DIED.

[10] JERRY NADLER for stating that  "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a

SONDERKOMMANDO, along with Josh Shapiro.

[11] ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY

UNTIL THEY RESIGN FOR **MANUFACTURING EVIDENCE** JUST LIKE EAST LAMPTER TOWNSHIP

MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE

LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF

OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[12] ORDER THAT RUDOLPH  GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR

SLANDER BY DOMINION, SINCE THE **BIG LIE** IS THE **TRUTH**, WHICH WAS ALSO DESCRIBED TO DETAIL

THE ATTACK BY THE FEDERAL GOVERNMENT ON WACO TEXAS.

[13] ORDER THAT 10% OF ALL PAYMENTS MADE TO ALLISON MACK BE PAID TO EACH OF THE WOMEN SHE

HELPED BRAND.

[14] THERE IS NO REASON TO WAIT ON LIFTING THE BAN ON FIREARMS SINCE EACH DAY IT IS IN EFFECT IT

DETRACTS FROM THE LIBERTY OF THE UNITED STATES, JUST LIKE RESTRICTING THE FREE EXERCISE

OF RELIGION IN CALIFORNIA

[15] ORDER THAT JUDGE LIMBAUGH PAY A 10,000 A DAY FINE STARTING 16AU2021 IF THE CURRENT ORDER

STAYS IN EFFECT.

[16] ORDER THAT EVERY REPORTER AND NEW YORK TIMES THAT KNOWING LIED PAY A 10,000 A DAY FINE

STARTING 16AU2021 IF THE CURRENT STORIES ARE NOT CORRECTED AS WELL AS JILLIAN MIXELL AND

MARK MURPHY OR UNTIL THEY AGREE TO TURN OVER EVIDENCE AND A AGREED AMOUNT TO JEFFREY

CUTLER PLUS THEIR RESPECCTIVE INSURANCE COMPANIES PAY A ONE MILLION DOLLAR DAY FINE TO

JEFFREY CUTLER.

[17] ORDER THAT WILLIAM H. MCMICHEAL BE STATRTED ON SOCIAL SECURITY AND MEDICARE JUST LIKE

THE ILLEGAL ALIENS THAT WERE GRANTED THE SAME PAYMENTS  SINCE 20JAN2021, AND THEY BE

LISTED AS PART OF FOIA-2020-01319

[18] THE PLASTIC BAG BAN IN PHILADELPHIA VIOLATES AMMEND 1 SINCE IT RESTRICTS THE PRESS AS

WELL AS THE SODA TAX SINCE THEY APPLY LAWS UNEQUALLY

[19] THE PROPERTY KNOWN AS WITH A TAX ID LISTING IDENTIFIED AS 400-73447-0-0000 BE RETURNED TO

THE MIA LAND TRUST

[20] ORDER THAT MICHAEL OZZIE MEYERS, &  ALANZO LAMAR JOHNSON  JAIL TERMS BE LIMITED TO 23

DAYS (THE SAME SENTENCE OF PARIS HILTON), AND JOE BIDEN'S POLICYS ARE ENRICHING THOSE

IMPORTING ILLEGAL DRUGS INTO THE UNITED STATES

[21] ORDER ALL PERSONS THAT PARTICIPATED IN THE FRAUD AGAINST THE UNITED STATES IN THE

TAKEOVER OF THE TALIBAN PAY 10% OF THEIR NET WORTH TOWARDS THE RESTORATION OF THE

UNITED STATES.

[22] ORDER A  PROGRAM TO CONSTRUCT DEMONSTRATION DESALINIZATION PLANTS SIMILAR TO

PROVISIONS OF THE SALINE WATER DEMONSTRATION ACT (72 Stat. 1706), September 2, 1958 TO SUPPLY WATER AND WEATHER (RAIN) FOR CALIFORNIA AND OTHER WEST COAST STATES.

[23] ORDER A PROGRAM TO CONSTRUCT DEMONSTRATION WATER VELOCITY CONTROL ON THE MISSISSIPPI RIVER AS A MEANS OF FLOOD CONTROL

[24] ORDER ALL PERSONS THAT ARE MEMBERS OF THE KKK OR SUPPOTERS BE IDENTIFIED INCLUDING ETHAN DEMME AND OTHER FAKE REPULICANS

[25] ORDER A PROGRAM TO CONSTRUCT DEMONSTRATION WATER TESTING CONTROL FILTERS THAT COMBINE TESTING MEASUREMENT AS WATER METERS FOR WATER PURITY CONTROL.

[26] ORDER THAT JUDGE PAULA PATRICK BE CONSIDERED FOR A FEDERAL JUDGE POSTION

[27] ORDER THAT Mr GREENBERG (Associate of Matt Gaetz) JAIL TERM BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON) based on Equal Treatment Under the law.

[28] ORDER THAT Robert Ceprano be compensated at a minimum of $250,000 and David Cicilline pay 50% of the amount and 10% of his federal pension into the fund to compensate those individuals.

[29] ORDER THAT MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[30] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE **FBI** FOR PROSECUTION

[31] Order that **ELECTORAL FRAUD** is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[32] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS, and **ACCESSORY TO MURDER** after the fact.

[33] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[34] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[35] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[36] Order **Nancy Pelosi** and **Adam Schiff** to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[37] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel, Judge Ashcroft, Gerald Papert ,Judge Jeffrey Schmehll, Judge Paul Diamond and Judge Catherine Blake, Judge Chad Kenney, C. Darnell Jones II, Adam Witkonis pay twice their daily salary each day to the innosense project , until they resign.

[38] Order the Peoples Republic of China as **DEFAULTED** for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later, effectively a **Waiver of Service** case 1:20-cv-00099, Eastern District of Missourri.

[39] CHARGES AGAINST KEVIN STRICKLAND AND LAMAR JOHNSON BE VACATED BECAUSE OF EXISTING FAIRNESS (JUST LIKE BILL COSBY & THEY ARE BEING HELD ILLEALLY IN Missourri), AND BE AWARDED 250,000.

[40] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds for trying to conceal the Murder of 5 children, and destroy the evidence

[41] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[42] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[43] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[44] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[45] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[46] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[47] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[48] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded

in their respective lawsuits.

[49] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP OF BIO-WARFARE!!

[50] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[51] Other remedies the court deems appropriate.

[52] Order the Democratic National Committee to also show why they are not a party to **Religious discrimination**.

[53] Order **Nancy Pelosi** to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[54] Order George Bochetto pay $ 100,000 for the false statement (18 USC § 1001) made in case 2:21-cv-01609.

[55] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[56] Order CHINA to allow the residents of Hong Kong to vote TO become a territory of the United States for attacking the United States,

[57] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[58] Combine cases 5:21-cv-00299,20-1805, 20-1449, 19-1842, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and 1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586 from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and in this case and all related documents in these cases.

[59] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[60] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at 511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[61] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals out aid to FARMERS that are **BLACK** and all funds sent be recovered from the People's Republic of China as a **PENALTY**.

[62] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use

the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well as perjury.

[63] Order Susan Peipher Esquire and  other lawyers guilty of similar activites aimed at harming Jeffrey Cutler, to be barred from participation in the Federal Court CM/ECF system and pay a fine of 10,OOO DOLLARS PER DAY OR NEOTIATED AMOUNT.

[64] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity AND PAY 10%OF EVERYONE'S SALARY AND PENSION TO A RECOVERY FUND MANAGED BY JEFFREY CUTLER.

[65] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[66] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[67] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[68] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[69] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[70] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[71] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[72] Order VERIZON pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[73] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The

total prison population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[74] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country.  No additional seats shall be added to the house. The Ammendment shall be handled by normal ratification.

[75] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[76] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[77]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[78] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[79] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by **RELIGIOUS POLICE**.

[80] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[81] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[82] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[83] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be seperated all votes where they are mixed should be discarded.

[84] Order Tami Levin, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars.

[85] Order Ivan Ruiz-Rivera (case 5:21-cv-02105) be compensated at least $ 250,000

[86] Keith Dougerty, Larry Runk  (case 15-1271, 1:14-cv-00480) be compensated at least $ 250,000 and any charges vacated.

[87] Carolyn Gundel (case 5:21-cv-01472) be compensated at a minimum of  $88,000 and at minimum $19,000 paid by Todd Graeff

[88] Caron Nazario (case 2:21-cv-00169) be compensated at a minimum of  $1,250,000 and at minimum $190,000 paid

by Daniel Crocker

[89] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of $250,000 and at least 1% be paid by officers of the Baldwin Pennsylvania Police Department.

[90] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of $250,000 and at least 1% be paid by former officer former Lisa Mearkle of the Police Department.

[91] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[92] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[93] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car via email to Mr. Cutler.

[94] Order all Public Broadcasting Stations start tracking murders by type and cause of death so that SERIAL Killers and KKK members may be more easily identified like  <ref> https://en.wikipedia.org/wiki/Joseph_Christopher </ref> Joeseph Christopher who liked to kill black people.

[95] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of their NET WORTH.

[96] A  law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers and PIPELINES,  POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[97] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDRAL GOVERNMENT.

[98] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[99] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[100]    Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[101]    Mr. Jammal Harris be compensated at a minimum of  250,000 dollars

[102]    Survivors of Sean D. Williams (18-2773) be awarded a minimum of  250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[103]    Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[104]    Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[105]    Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or

paycheck to a fund or face prosecution for  18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER  CRIMES.

[106]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[107]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[108]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[109]   GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=7 w5NZYUIC0 </ref>

[110]   GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[111]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[112]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[113]   GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[114]   GOOGLE  is guilty of violating and in conjunction with every other news media including ABC,

CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[115]   Kara N. Templeton, Christopher Leppler,Judge Paul Diamond  ,Judge Wright, Judge Nicholas G. Garaufis,

Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan

Luna and pay a fine equal to their pension for 10 years.

[116]   ALL PENALTIES THAT THE IRS and Pennsylvannia HAVE LEVIED AGAINST MARILYN CUTLER SHOULD

BE VACATED because OF MAIL FRAUD.

[117]   Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to

RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent  of  Social Security Death payment for everyone that died in

Pennsylvania and the United States, as well as all media organizations that also participated in the deaths

(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[118]   Charges against Carolyn "BUNNY" Welsh from Josh Shapiro should be vacated since he was NOT LEGALLY

ELECTED based on the ORDER from Mr. Torres **12APR2018**, and any Prison Time be limited to 23 DAYS.

[119]   Darlie Routier sentence sould be vacated due to an UNIDENTIFIED BLOODY FINGERPRINT as a BRADY

VIOLATION.

[120]   CHARGES AGAINST BRANDONN BOSTIAN BE VACATED BECAUSE OF A  BRADY VIOLATION, AND BE

AWARDED 250,000.

[121]   Order SEPTA to Explore and Engineer Increased Underground Rail roads in Pennsylvania and Philadelphia

based on jeffy Bonds as Mr. Cutler previously Testified.

[122]   Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with

engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and

provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[123]   Order that relatives of Robbin Bishop be aweard a minimum of 2 million dollars be awarded for her MURDER by

a CALIFORNIA police officer.

[124]   Order the VACCINE MANDATE by OSHA be declared void since it failed to allow for a comment period prior to

announcement.

[125]   Order all claims of damage be granted against CHINA FROM FORFEITED FUNDS LENT TO THE UNITED

STATES FROM CHINA.

[126]   Order all employees of the York Social Secuity office to pay 10% of their salary and pension as a penalty for

denying Mr. Cutler Part B Medicare for the Klu Klux Klan

[127]   Igor Fruman and associates sentence be a maximum of 23 days (the same as Paris Hilton)

[128]   Order that the Harrier Jump Jet Technoloy be explored for use on the 737-MAX engines to provide VTOL

capability

[129]   ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE

AWARDED $ 250,000.

[130]   ORDER THAT KEVIN STRICTLAND SENTENCE BE VACATED AND INCORPORATED INTO THIS <ref>

https://www.kansascity.com/news/local/crime/article249595653.html </ref> AND AT MINIMUM BE AWARDED $

250,000.

[131]   Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid

into the fund and Jeffrey Bezos,  Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros, Mark

Zuckerberg pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the

constitution as well as all similarly situated.

[132]   Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into

a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref>

https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref>

AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[133]   Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified,

for trying to elininate GOD.

[134]   Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States

that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400

billion) or 10% of his stock in the company.

[135]   Mr. Mark Zukerberg  pays everyone in the United States that lost money $ 2,000 , along with the or 10% of his

stock in the company of Facebook.

[136]   Order all charges against Donld Trump and associates be vacated for the government violating FRUIT OF THE

POISONOUS TREE.

[137]   Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-

Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[138]   ORDER THAT KEITH DOUGHERTY (5-22-2015)  LAWSUIT BE INCORPORATED INTO THIS ACTION AND

AT MINIMUM BE AWARDED $ 250,000, and other persons identified at ERIE INSURANCE RELATED TO CLAIM

A000003279856 (MIXELL) AND THE CEO BE CHARGED INCLUDING THE CEO.

[139]   The verdict in case 20-1223 may be tainted based on manufactured evidence and should be vacated. Or

negotiated with the company.

[140]   Order Lawyer Lynne Feruson be charged with conspiracy to commit MAIL FRAUD.with Brian Hurter and all

other persons associated with the bank robbery orchastrated against  Mr. Cutler's account. At Fulton & PNC banks.

[141]   Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions

for providing Aid and Comfort to the Enemy and violating their oath's of office

[142]   Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[143]   Order that ERIE INSURANCE PAY 51% 0F THE COMPANY VALUE FOR THE CONSPIRACY TO DESTROY

. .     THE UNITED STATES.

[144]   Order that ALLSTATE  INSURANCE PAY THREE TIMES THE POLICY VALUE FOR THE CONSPIRACY TO .

. .     DENY CLAIMS OF MR. CUTLER POLICY 98-APC880-4

[145]   Order state Representative Margo Davidson be cleared of all prosecution and awarded 250,000.

[146]   Order that the WORD **IMPLAUSIBLE** is NOT the same as the **TRUTH**.

[147]   Order Jeffrey Cutler be MADE WHOLE FOR ALL crimes commited against him, and PASSPORT AND

DRIVERS .     LICENSE be restored, AND PASSPORT BE RESTORED, and the theft of his wallet and

PASSPORT be investiated if it is part of  lawsuit know as   FOIA-2020-01319.

.        <ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

[148]    Order a NEW 13 DOLLAR COIN be created in MEMORY of the ORIGINAL 13 colonies and 13 LIVES lost and

Ida B Wells as the Last Honest Journalist.

[149]    Order the City of Philadelpia to Alter the TAX PAST DUE from the individual in Overbrook Park from the

individual known as Ellyahoo to Zero just like they adjusted the PAST DUE DEBT from students at colleges with the

use of JEFFYBONDS.

[150]    Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to ***comply with***

***established tenets or teachings of such sect or division of ANY religion*** in violation of the U.S.

Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-

2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-

1019 and Declare that **NO JURISDICTION** of the United States can dictate the proper way to pray.


Dated: ____, 2021_____                    _____

                                            BY THE COURT

# ADDENDUM

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

Argued November 2, 2020      Decided July 20, 2021

No. 20-5240

KEVIN OWEN MCCARTHY, THE HONORABLE, IN HIS OFFICIAL
CAPACITY AS HOUSE MINORITY LEADER AND MEMBER OF THE
UNITED STATES HOUSE OF REPRESENTATIVES FOR THE
CALIFORNIA 23RD CONGRESSIONAL DISTRICT, ET AL.,
APPELLANTS

v.

NANCY PELOSI, THE HONORABLE, IN HER OFFICIAL CAPACITY
AS SPEAKER OF THE HOUSE OF REPRESENTATIVES AND
MEMBER OF THE UNITED STATES HOUSE OF REPRESENTATIVES
FOR THE CALIFORNIA 12TH CONGRESSIONAL DISTRICT, ET AL.,
APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-01395)

———

*Charles J. Cooper* argued the cause for appellants. With
him on the briefs were *Michael W. Kirk, Harold S. Reeves, J.
Joel Alicea, Steven J. Lindsay,* and *Elliot S. Berke.*

*John C. Eastman* and *Anthony T. Caso* were on the brief
for *amici curiae* Center for Constitutional Jurisprudence, et al.
in support of appellants.

2

*Douglas N. Letter*, General Counsel, U.S. House of Representatives, argued the cause for appellees. With him on the brief were *Todd B. Tatelman*, Principal Deputy General Counsel, *Megan Barbero* and *Josephine T. Morse*, Deputy General Counsel, *Adam A. Grogg*, Assistant General Counsel, *William E. Havemann*, Associate General Counsel, *Michael R. Dreeben*, *Samantha M. Goldstein*, *Kendall Turner*, *Ephraim A. McDowell*, *Anna O. Mohan*, and *Alec Schierenbeck*.

Before: SRINIVASAN, *Chief Judge*, ROGERS and WALKER, *Circuit Judges*.

Opinion for the court filed by *Chief Judge* SRINIVASAN.

SRINIVASAN, *Chief Judge*: In response to the COVID-19 pandemic, the House of Representatives adopted a Resolution enabling Members who are unable to attend proceedings in person to cast their votes and mark their presence by proxy. A number of Representatives and constituents challenge the constitutionality of the Resolution. They argue that various constitutional provisions compel in-person participation by Representatives in all circumstances, including during a pandemic.

The district court dismissed the suit for lack of jurisdiction. The court concluded that the Resolution and its implementation lie within the immunity for legislative acts conferred by the Constitution's Speech or Debate Clause. We agree, and we thus affirm the district court's dismissal of the case.

3

I.

A.

In March 2020, the World Health Organization declared COVID-19 a pandemic.  H. Rep. No. 116-420, at 2 (2020).  In response to the unprecedented public-health crisis, the United States House of Representatives adopted House Resolution 965 in May 2020.  The Resolution establishes a process under which House Members can cast their votes and mark their presence by proxy if they cannot personally attend proceedings due to the public-health emergency.  *See* H.R. 965 (May 15, 2020).

The Resolution states:

> [A]t any time after the Speaker or the Speaker's designee is notified by the Sergeant-at-Arms, in consultation with the Attending Physician, that a public health emergency due to a novel coronavirus is in effect, the Speaker or the Speaker's designee, in consultation with the Minority Leader or the Minority Leader's designee, may designate a period (hereafter in this resolution referred to as a "covered period") during which a Member who is designated by another Member as a proxy . . . may cast the vote of such other Member or record the presence of such other Member in the House.

*Id.* § 1(a).  A covered period automatically ends in 45 days, but the Speaker or her designee may extend the period for an additional 45 days if the Speaker "receives further notification from the Sergeant-at-Arms, in consultation with the Attending

4

Physician, that the public health emergency due to a novel coronavirus remains in effect." *Id.* § 1(b)(1)–(2).

Any Member "whose presence is recorded by a designated proxy," or whose vote is cast by a proxy, "shall be counted for the purpose of establishing a quorum." *Id.* § 3(b). To designate a proxy, a Member submits to the Clerk of the House a "signed letter . . . specifying by name the Member who is [so] designated." *Id.* § 2(a)(1). The letter must state that the Member designating a proxy is unable to attend proceedings in person because of the public-health emergency. *Id.* § 2(a)(1); Remote Voting by Proxy Regulations Pursuant to House Resolution 965 § A.1.i, 166 Cong. Rec. H2257 (daily ed. May 15, 2020).

Members cannot grant a "general proxy" giving another Member blanket authority to vote for them. Instead, a Member acting as a proxy must "obtain an exact instruction" in writing that is specific to a particular vote or quorum call. H.R. 965 § 3(c)(1), (c)(6). And if the instruction pertains to a bill whose text subsequently changes, no proxy vote can be cast unless there is a new instruction. Remote Voting by Proxy Regulations § C.4, 166 Cong. Rec. H2257.

A Member can act as a proxy for a maximum of ten other Members at any one time. H.R. 965 § 2(a)(4). Members serving as proxies must announce on the House floor which remote Members they represent and what instructions they have received. *Id.* § 3(c)(2). The Clerk of the House maintains a publicly available list of proxy designations. *Id.* § 2(b).

B.

On May 20, 2020, Speaker of the House Nancy Pelosi authorized proxy voting pursuant to the Resolution for a period

5

of 45 days. There have since been several extensions, the most recent of which expires on August 17, 2021. Press Release, *Dear Colleague to All Members on Extension of Remote Voting 'Covered Period,'* SPEAKER OF THE HOUSE NANCY PELOSI (June 28, 2021), https://www.speaker.gov/newsroom/62821-0.

On May 26, 2020, House Minority Leader Kevin McCarthy—along with dozens of other Representatives and several constituents—challenged the constitutionality of the Resolution in a lawsuit against Speaker Pelosi, the Clerk of the House, and the House Sergeant-at-Arms. The suit contends that various constitutional provisions require Members to be physically present on the House floor in order to count towards a quorum and cast votes. The plaintiffs seek a declaration that House Resolution 965 is unconstitutional, as well as preliminary and permanent injunctions barring the defendants from implementing proxy voting in the House.

The defendants moved to dismiss the action, arguing that it is precluded by the Constitution's Speech or Debate Clause, and alternatively, that the plaintiffs lack standing to bring it. The district court granted the motion on the ground that the Speech or Debate Clause bars consideration of the suit. The plaintiffs now appeal.

## II.

The defendants argue that we should not reach the merits of the constitutional challenge in this case for the same two reasons they advanced in the district court: first, the Speech or Debate Clause prevents us from considering the challenge; and second, the plaintiffs lack standing. Both those arguments state jurisdictional objections. *See Rangel v. Boehner*, 785 F.3d 19, 22 (D.C. Cir. 2015). And while we must resolve jurisdictional questions before we can address the merits of a dispute, we can

6

take up jurisdictional issues in any order. *Id.*; *see Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 431 (2007). We opt to begin with the question of Speech-or-Debate-Clause immunity. Because we agree with the district court that the Clause bars consideration of the plaintiffs' suit, we have no need to consider whether they have standing.

The Speech or Debate Clause states that "Senators and Representatives . . . for any Speech or Debate in either House . . . shall not be questioned in any other Place." U.S. CONST. art. I, § 6, cl. 1. The Speech or Debate Clause occasioned neither speech nor debate at the Constitutional Convention: the Clause gained approval "without discussion and without opposition." *United States v. Johnson*, 383 U.S. 169, 177 (1966); *Rangel*, 785 F.3d at 22.

The central object of the Speech or Debate Clause is to protect the "independence and integrity of the legislature." *Johnson*, 383 U.S. at 178. The Clause does so by preventing "intimidation of legislators by the Executive and accountability before a possibly hostile judiciary." *Gravel v. United States*, 408 U.S. 606, 617 (1972).

While the Clause by terms prohibits "Speech or Debate in either House" from being "questioned in any other Place," *see* U.S. CONST. Art. I, sec. 6, it is long settled that the Clause's protections range beyond just the acts of speaking and debating. To "confine the protections of the Speech or Debate Clause to words spoken in debate would be an unacceptably narrow view." *Gravel*, 408 U.S. at 617. Rather, the "Supreme Court has consistently read the Speech or Debate Clause 'broadly' to achieve its purposes." *Rangel*, 785 F.3d at 23 (quoting *Eastland v. U.S. Servicemen's Fund*, 421 U.S. 491, 501 (1975)); *see Gravel*, 408 U.S. at 624.

7

Of particular salience, the Clause applies not just to speech and debate in the literal sense, but to all "legislative acts." *Doe v. McMillan*, 412 U.S. 306, 311–12 (1973). Legislative acts are those "generally done in a session of the House by one of its members in relation to the business before it." *Kilbourn v. Thompson*, 103 U.S. 168, 204 (1880); *see Gravel*, 408 U.S. at 624. Consequently, while the "heart of the Clause is speech or debate in either House," the Clause reaches matters forming "an integral part of the deliberative and communicative processes by which Members participate in committee and House proceedings with respect to the consideration and passage or rejection of proposed legislation or with respect to other matters which the Constitution places within the jurisdiction of either House." *Gravel*, 408 U.S. at 625.

Additionally, although the Clause's terms expressly prohibit questioning of "Senators or Representatives" in connection with legislative acts, it is well established that the Clause's protections extend to Congressional aides and staff. *See id.* at 618, 621; *Rangel*, 785 F.3d at 24–25. The Clause applies to aides and staff "insofar as [their] conduct . . . would be a protected legislative act if performed by [a] Member." *Gravel*, 408 U.S. at 618. The "key consideration, Supreme Court decisions teach, is the act presented for examination, not the actor." *Walker v. Jones*, 733 F.2d 923, 929 (D.C. Cir. 1984).

Here, the acts presented for examination are quintessentially legislative acts falling squarely within the Clause's ambit. The challenged Resolution enables Members to cast votes by proxy, and the "act of voting" is necessarily a legislative act—i.e., something "done in a session of the House by one of its members in relation to the business before it." *Gravel*, 408 U.S. at 617 (quoting *Kilbourn*, 103 U.S. at 204); *see id.* at 624 ("voting by Members" is "protected"); *Walker*,

8

733 F.2d at 929 (Clause covers "such activity integral to lawmaking as voting").

House rules governing how Members may cast their votes thus concern core legislative acts. And here, the acts sought to be enjoined by the plaintiffs' suit all involve implementation of proxy voting pursuant to the Resolution. The suit seeks to bar: (i) the Sergeant-at-Arms from notifying the Speaker of the existence of a public health emergency due to COVID-19—the triggering condition for proxy voting under the Resolution; (ii) the Speaker from designating a covered period in which proxy voting will be permitted; (iii) the Clerk from accepting proxy letters from Members and maintaining a proxy list; and (iv) the Clerk from tabulating and recording proxy votes and counting proxy Members as present for quorum purposes.

Because those actions all effectuate proxy voting under the Resolution, they form "an integral part of the . . . processes by which Members participate in . . . House proceedings with respect to the . . . passage or rejection of proposed legislation." *Gravel*, 408 U.S. at 625. Indeed, we are hard-pressed to conceive of matters more integrally part of the legislative process than the rules governing how Members can cast their votes on legislation and mark their presence for purposes of establishing a legislative quorum.

Our decision in *Consumers Union of United States, Inc. v. Periodical Correspondents' Association*, 515 F.2d 1341 (D.C. Cir. 1975), provides an instructive frame of reference. *Consumers Union* involved a challenge to congressional rules requiring members of the press to apply to gain access to the House and Senate press galleries. *Id.* at 1342, 1344–45. We found the challenge barred by the Speech or Debate Clause, concluding that administration of seating in the press galleries is a legislative act. *Id.* at 1350.

9

We explained that, under the Supreme Court's decision in *Gravel*, legislative acts for purposes of Speech-or-Debate-Clause immunity include both (i) matters pertaining "to the consideration and passage or rejection of proposed legislation," and (ii) "other matters which the Constitution places within the jurisdiction of either House." *Gravel*, 408 U.S. at 625; *Consumers Union*, 515 F.2d at 1349–50. Administration of seating in the press galleries, we specifically acknowledged, did not fall within the first of those categories. *Consumers Union*, 515 F.2d at 1350. But we concluded it fell within the second category, explaining that "*Gravel* . . . in delineating legislative acts, . . . said that . . . the Clause [also] applied to 'other matters which the Constitution places within the jurisdiction of either House.'" *Id.* at 1351 (quoting *Gravel*, 408 U.S. at 625).

This case, if anything, more centrally involves legislative acts than did *Consumers Union*. As in that case, the challenged actions here fall within *Gravel*'s second category, i.e., matters that the Constitution places within the House's jurisdiction: the House adopted its rules for proxy voting under its power to "determine the Rules of its Proceedings," U.S. CONST. art. I, § 5, cl. 2. But while both this case and *Consumers Union* thus implicate *Gravel*'s second category, this case, unlike *Consumers Union*, also implicates *Gravel*'s first category: rules enabling proxy voting squarely concern "the direct business of passage or rejection of proposed legislation." *Consumers Union*, 515 F.2d at 1351; *see Gravel*, 408 U.S. at 625. If the Speech or Debate Clause covers the administration of seating in the press galleries, in short, it must also cover the administration of voting by Members.

A comparison between this case and the circumstances we faced in *Walker v. Jones*, 733 F.2d 923, is also illuminating.

10

*Walker* involved a suit brought by the general manager of the House Restaurant System alleging that a House Member had terminated her employment because of her gender. *Id.* at 925. We rejected the House Member's contention that the Speech or Debate Clause barred the suit. "To characterize personnel actions related to [food] services as 'legislative' in character," we determined, "is to stretch the meaning of the word beyond sensible proportion." *Id.* at 931. By the same token, to characterize actions related to the casting of votes by Members as *not* "legislative" in character, we believe, would be to resist the meaning of the word beyond sensible proportion.

In arguing nonetheless that the Speech or Debate Clause does not bar their suit, the plaintiffs in this case seek to draw a fundamental divide between the enactment of legislation and the execution of it. As the plaintiffs see it, the acts of voting on and adopting the Resolution lie within the Clause's zone of immunity, but acts undertaken in implementing the Resolution do not. In their view, then, the Clause does not insulate from judicial review the conduct they seek to enjoin—e.g., the Sergeant-at-Arms's notifying the Speaker of a public health emergency, the Speaker's ensuing designation of a period in which proxy voting may occur, and the Clerk's acceptance of proxy letters and counting of proxy votes. Those actions, in the plaintiffs' conception, merely implement the Resolution and thus fall outside the Speech or Debate Clause's protections.

That argument does not withstand scrutiny. The salient distinction under the Speech or Debate Clause is not between enacting legislation and executing it. The pivotal distinction instead is between legislative acts and non-legislative acts. So in *Consumers Union*, the Clause encompassed not just the promulgation of the rules governing seating in the press galleries, but also the administration and enforcement of those rules. *See* 515 F.2d at 1350–51. The suit there sought to

11

address, among other things, a specific decision to deny access to a particular publication in implementation of the challenged rules. *See id.* at 1345–46. That action fell within the Clause's protections, and we accordingly spoke of the Clause's applicability to conduct "enforcing internal rules of Congress" or "execut[ing] . . . internal rules." *Id.* at 1350–51. The Clause, then, encompasses the execution of legislation when the executing actions themselves constitute legislative acts. That was true in *Consumers Union* and is no less—and, if anything, more—true here.

The three decisions principally relied on by the plaintiffs—*Kilbourn*, 103 U.S. 168, *Dombrowski v. Eastland*, 387 U.S. 82 (1967), and *Powell v. McCormack*, 395 U.S. 486 (1969)—are not to the contrary. In each of those cases, "the speech or debate privilege was held unavailable to certain House and committee employees." *Gravel*, 408 U.S. at 618 (discussing *Kilbourn*, *Dombrowski*, and *Powell*). As the Supreme Court has explained in specific reference to those three decisions, they "do not hold that persons . . . are beyond the protection of the Clause when they perform or aid in the performance of legislative acts." *Id.* The Court thus necessarily considered the persons whose conduct was at issue in those cases to have been uninvolved "in the performance of legislative acts."

To be sure, the acts in question in those cases could be described as the execution of legislative action. *See id.* at 618–20. *Kilbourn*, for instance, concerned a House employee's arrest of a particular person in execution of a resolution authorizing the arrest of that individual. *Id.* at 618. And conduct carrying out legislation is beyond the Speech or Debate Clause's compass when it is not itself a legislative act, as was the case in *Kilbourn*: the arrest was not "an integral part" of the "processes by which Members participate in . . .

12

House proceedings with respect to the consideration and passage or rejection of proposed legislation or with respect to other matters which the Constitution places within the jurisdiction of either House." *Id.* at 625.

But whereas the resolution in *Kilbourn* authorized the arrest of a third party, the resolution in this case establishes internal rules governing the casting of votes by Members. And conduct implementing the latter resolution—including the Clerk's counting and recording of proxy votes—is itself a legislative act, pertaining directly "to the consideration and passage or rejection of proposed legislation." *Id.* That conduct thus falls comfortably within the immunity afforded by the Speech or Debate Clause.

\* \* \* \* \*

For the foregoing reasons, the judgment of the district court is affirmed.

*So ordered.*

Gmail - MOM IRS   ✕      UN Contact Us | United Nations   ✕      +

(i) 🔒 https://www.un.org/en/node/134009/done?sid=361391&token=045e32     C     🔍 Search     ☆ | 📋 ⬇

🏠 Welcome to the United Nations                              العربية   中文   **English**   Français   **Русский**   Españ



United Nations | Peace, dignity and equality on a healthy planet

| About Us » | Our Work » | Events and News | Get Involved | Coronavirus (COVID-19) |

Thank you for your email.
Go back to the form



# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 14-5183**                            **September Term, 2014**
                                            FILED ON: AUGUST 14, 2015

JEFFREY CUTLER,

     APPELLANT

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

     APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-02066)

———

Before: HENDERSON, ROGERS and MILLETT, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed as to Cutler's standing to press his Establishment Clause challenge, and be affirmed both as to the merits of his Establishment Clause claim and his lack of standing to press his equal protection challenge, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

               BY:     /s/
                         Ken Meadows
                         Deputy Clerk

Date: August 14, 2015

Opinion for the court filed by Circuit Judge Millett.

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

**Harrisburg, PA —** Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also announ the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

'We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency.' Torres said 'The federal assistance could not come at a more opportune moment.'

Pennsylvania's allocation of $13.5 million comes from Congress' recent appropriation of $380 million for election security [☐] under the Omnibus Appropriations Act of 2018. The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund these voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security a auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase voti systems that meet the department's certification requirements.

'We want to b ing about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems.' Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off publ c education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the F Show complex The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the featu and options offered by the new machines Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018. Information regarding the examination and certification process (PDF) can be found on the departme website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transi to the new systems.

In the meantime Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of phys and cyber security, training and resources to counties and partners, and increasing communications at all levels.

**MEDIA CONTACT:** Wanda Murren, 717-783-1621

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MASSIE, et al. | ) | |
| Plaintiffs | ) | **CASE NO. 1:21-cv-02023** |
| **JEFFREY CUTLER** | ) | |
| Intervenor Plaintiff | ) | |
| **v.** | ) | |
| PELOSI, et al. | ) | JURY TRIAL REQUESTED |
| Defendants | ) | |

## MOTION TO ITERVENE BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT



RECEIVED
Mail Room

AUG 23 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Here comes Jeffrey Cutler, PLAINTIFF-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files this motion to **INTERVENE** , since he was just served the document at his **P.O. BOX in YORK PA** on **03AUG2021**.  Mr. Cutler filed an **AMMENDED EMERGENCY EXPEDITED PETITION  FOR ENBANC HEARING, BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**.  Mr. Cutler filed the petition for an **AMMENDED ENBANC HEARING** because the clerks office decided not to even put the previous document  on the docket and Mr. Bonta has made statements via twiter that stated

> **Rob Bonta @RobBontaJul 15**
>
> **Being your Attorney General is new to me, but fighting for crime survivors isn't.**
>
> **#ThrowbackThursday to 2014 when my bill, AB 1629, became law and expanded**
>
> **services and counseling to survivors of crime across the state**
>
> **Ms.Hardtoexplain@gabriela0722Jul 15**
>
> **Replying to @RobBonta**
>
> **Please investigate Britney Spears case !!! #FreeBritney**

This makes Mr. Cutler a party those proceedings and also **JILLIAN MIXELL** OF

**ERIE INSURANCE** participated in a **RICCO** conspiracy as well as **MARK MURPHY** of **STATE FARM INSURANCE** to deny compensation and

For an insurance claim and is also equally liable for concealling the **MURDERS** of

600,000 americans and cancelling Mr. Cutler's Auto Insurance Illegally to protect the

**Pennsylvania Attorney General**, since it was served after cancellation of the policy.

According to Wikipedia Spears studied **Kabbalah**, making her a party to the case,

Mr. Bonta made false statements in his previous document (18 U.S.C. § 1001) based

on the tweets he made on 15JUL2021 to the public, while Donald J. Trump is Banned

from using Twitter for at least 2 years in violation of securities laws.  The vaccine

may deliberately allow persons to be **MURDERED** and the use of the word

**INPLAUSABLE** has been deemed to be **SUBSTITUTED** for **TRUTH**<ref>

http://mediaarchives.gsradio.net/rense/special/rense_072021_hr2.mp3 </ref>

On 21JUN2021 a 342 page MOTION TO RECONSIDER BECAUSE OF CRIMES

(18   U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S.

Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED

STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in CASE NO. 4:21-cv-01774 in the Southern District of Texas. It is

ILLEGAL to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In that document page 167 is time stamped **PROOF** of a [[**Brady disclosure**]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of [[**Biological warfare**]] by the [[**People's Republic of China**]] and the Murder of **600,000 people** in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]] in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped **PROOF** [[**Josh Shapiro**]] was aware of the fraud. Per the clerk, **Judge** [[**Lynn Hughes**]] **stole** the mailed documents. This may be related to [[1939 Nazi rally at Madison Square Garden]], [[**David Fahrenthold**]], the murder of [[**Jonathan Luna**]] and [[**FOIA**]]-2020-01319.<ref>

https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>. On 08JUL2021 Mr. Cutler was robbed of his wallet, credit cards, and **PASSPORT**, in order to prevent him from travel in the United States in any manner and prevent him from entering **COURT BUILDINGS**, **TESTIFYING** and **WITNESS IMTIMIDATION**. ON 12APR2018 **MR. TORRES** (PA SEC OF STATE) ISSUED AN ORDER BASED ON FEDERAL FUNDING THAT ALL VOTING METHODS MUST HAVE A HARD COPY RECEIPT AVAILABLE. **DROP BOXES** FAILED TO HAVE A HARD COPY RECEIPT. On 09AUG1945, 60K PEOPLE DIED IN NAGASAKI, JAPAN BECAUSE OF CLIMATE CHANGE (THE PRIMARY TARGET WAS CLOUDY-NAGASAKI WAS THE BACKUP TARGET). ON 10AUG2021, CUOMO ANNOUNCED HE WILL RESIGN IN 2 WEEKS AND

JEFFREY CUTLER FILED A **MOTION TO RECONSIDER** IN CASE **1:20-cv-00099 EASTERN DISTRICT OF MISSOURI**, WITH PROOF **THE PEOPLE'S REPUBLIC OF CHINA ENGAGED IN BIO-WARFARE AGAINST THE WORLD AND MURDERED 600K AMERICANS AND 4MILLION** PEOPLE WORLDWIDE. **USPS TRACKING 9505 5141 4908 1218 4916 23**. ON 12AUG2021 JEFFREY CUTLER **NOTIFIED THE UNITED NATIONS** OF THE **BIO-WARFARE** BY **THE PEOPLES REPUBLIC 0F CHINA**.

<ref>https://www.un.org/en/node/134009/done?sid=361391&token=045e3251438c26acd3a9e35c3149983d</ref> THIS COMMENT HAS BEEN POSTED AND DELETED FIVE TIMES ON MR. CUTLER'S YOUTUBE VIDEO <ref> https://www.youtube.com/watch?v=mgCle8F_zUk <ref>.

On 28JUL2021 JEFFREY CUTLER FILED AN AMMENDED EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN THE **NINETH CIRCUIT COURT OF APPEALS** CASE 21-55608, TO SAVE THE CONSTITUTION AND BRITTANY SPEARS. IT USES INFORMATION ABOUT ALLISON MACK SLAVERY CONVICTION TO TRY AND STATE BRITTANY HAS BEEN A SLAVE. NOTE THAT KATIE HILL

MAY HAVE BEEN FORCED TO RESIGN BECAUSE OF THE **IRON CROSS**

TATOO NEAR HER GROIN <ref> https://en.wikipedia.org/wiki/Katie_Hill_(politician)#Personal_life

</ref>. In 1989 Dan Quayle gave credit to Buz Lukens for walking on the moon on

20JUL1969, 52 years ago 20JUL2021 <ref> ttps://apnews.com/article/e188e203a3ae7a3699f8f4096807390c

</ref> On **21JUN2021** a 342 page MOTION TO RECONSIDER BECAUSE OF

CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records),

18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE

UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in CASE NO. **4:21-cv-01774** in the **Southern District of Texas**. It is

**ILLEGAL** to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920

(D. Iowa Apr. 14, 2015). On page 167 is time stamped **PROOF** of a [[Brady

disclosure]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of [[**Biological**

**warfare**]] by the [[**People's Republic of China**]] and the Murder of 600,000 people

in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]]

in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped

PROOF [[**Josh Shapiro**]] was aware of the fraud. Per the clerk, Judge [[**Lynn**

**Hughes**]] stole the mailed documents. This may be related to [[**1939 Nazi rally at**

Madison Square Garden]], [[David Fahrenthold]], **MURDER** of [[Jonathan Luna]] and [[**FOIA**]]-2020-01319.

<ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

<ref>https://www.un.org/en/node/134009/done?sid=361391&token=045e3251438c26acd3a9e35c3149983d</ref>

Watch <ref> https://www.youtube.com/watch?v=mgCle8F_zUk <ref> for more information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and

<ref>https://www.brennancenter.org/legal-work/corman-v-torres </ref>

<ref>https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against **Tom Wolf** and had an advertisement in the METRO paper on **24OCT2018** page 15 :titled "**SAVE BILL COSBY**". On **27MAY2021** Jeffrey Cutler called the office of [[**FBI**]] in Newtown Square, PA at 6:23 PM (610-353-4500) IN ORDER TO HELP JOE BIDEN GET TO THE BOTTOM OF THE ORIGIN OF COVID-19. MR. CUTLER TOLD THE INDIVIDUAL THAT HE TALKED TO, HE HAD SERVED THE EMBASSY OF THE PEOPLES REPUBLIC OF CHINA VIA PRIORITY MAIL A 321 PAGE MOTION TO INTERVENE IN CASE 1:20-cv-00099. ON 16FEB2021 AND THEY CLAIMED THEY REFUSED THE

DOCUMENT ON 24FEB2021, AFTER OPENING IT. ON 11MARCH2021

JEFFREY CUTLER FILED A MAIL FRAUD COMPLAINT AGAINST THE

PEOPLES REPUBLIC OF CHINA AT 6:06 AM. THE DOCUMENT CONTAINS A

193 PAGE REPORT FROM DR. STEVEN QUAY THAT DETAILS TESTING OF

THE VIRUS IN THE SUBWAY IN THE CHINA PROVINCE AND LAB

DERIVED. MR. CUTLER STATES IN THE DOCUMENT IT IS BIO-WARFARE.

On 03JUN2021 Jeffrey Cutler gave 2 Philadelphia Police Officers a handout in

Person at sixth and Market Street at 1:40 PM sitting IN A TRUCK MARKED

**COUNTER TERRORISM** IN ORDER TO HELP JOE BIDEN GET TO THE

BOTTOM OF THE ORIGIN OF COVID-19. MR. CUTLER TOLD THE POLICE

OFFICER THAT HE TALKED TO, HE HAD SERVED THE EMBASSY OF THE

PEOPLES REPUBLIC OF CHINA VIA PRIORITY MAIL A 321 PAGE MOTION

TO INTERVENE IN CASE 1:20-cv-00099. ON 16FEB2021 AND THEY

CLAIMED THEY REFUSED THE DOCUMENT ON 24FEB2021, AFTER

OPENING IT. IT HAS A PICTURE OF THE PRIORITY MAIL ENVELOPE AND

MR. CUTLER'S EMAIL ADDRESS AND PHONE NUMBER. THE DOCUMENT

CONTAINS A 193 PAGE REPORT FROM DR. STEVEN QUAY THAT DETAILS

TESTING OF THE VIRUS IN THE SUBWAY IN THE CHINA PROVINCE AND

LAB DERIVED. MR. CUTLER STATES IN THE DOCUMENT IT IS BIO-

WARFARE. HE DID THIS AFTER FILING THE A PETITION FOR EN-BANC

APPEAL FOR CASE 21-1318. CASE 21-1318 HAS A PROOF OF A BRADY

VIOLATION FOR BILL COSBY, time stamped 20SEP2018 at 2:08 PM. It was then filed as page 20 case 5:17-cv-05025 27SEP2018. It was also filed as page 56 USCA case 18-3693 18MAR2019. On 05JUN2021 Jeffrey Cutler called the office of Samuel Silver (215-751-2309), Thomas Mesereau, (310-651-9960), Jason Hicks (702-463-9074), Becky James (213-334-7060) because they were all listed on Motion To Dismiss for a Brady Violation in the case of William Henry Cosby time stamped 26JAN2018 at 9:49 AM. A MAIL FRAUD COMPLAINT WAS FILED AGAINST JUDGE LYNN HUGHES ON 02JUL2021 AT 2:25 AM. On 08JUL2021 Jeffrey Cutler's wallet, credit cards, and passport were stolen on the SEPTA Market Frankford line. It was reported to SEPTA

POLICE (OFFICER ZIEGLER 34802 RPT NUMBER 215-580-8111). AFTER GETTING AN EMERGENCY ATM CARD FROM PNC BANK, THAT ATM CARD WAS STOLEN OR LOST FROM THE WALK FROM 4TH AND MARKET TO 8TH AND ARCH DMV OFFICE. THIS MAY BE RELATED TO FOIA 2020-01319. DOJ LAWYER ANDREA PARKER (409-981-7938). MR. CUTLER'S SEPTA TESTIMONY FOR THE FY2020 ALSO VANISHED FROM THE INTERNET.<ref> https://en.wikipedia.org/wiki/Houston_Methodist_Hospital#Covid-19_vaccine_requirement </ref>

Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY

Page 411 is PROOF OF BIO_WARFARE.

Page 412 is PROOF OF ELECTORAL FRAUD

Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD.

ITEM 2 IN SUMMARY AFFIRMATION IS Order BITTANY SPEARS BE
DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL
COURTS IN COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS
19JUN1865 AND SHE BE ALLOWED TO PROSECUTE THOSE THAT
ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSAND
DOLLARS A DAY

<ref> https://www.klfy.com/louisiana/louisiana-fbi-agent-arrested-for-sexual-misconduct-against-juveniles/ <.ref>

<ref> https://www.justice.gov/oip/foia-library/foia-processed/general_topics/seth_rich_05_08_21/download </ref>

<ref>https://www.dailymail.co.uk/news/article-8003713/China-appoints-military-bio-weapon-expert-secretive-virus-lab-Wuhan.html </ref>

Just like Sean Williams that filed a lawsuit against Lancaster County Police and
ended up **DEAD**. <ref> https://www.washingtonpost.com/news/post-nation/wp/2018/07/01/sean-williams-lancaster-police-shot-taser-even-though-he-was-unarmed-compliant/ </ref>.  Not only did Mr. Cut.ler file a
challenge in the Nineth Circuit court of Appeals, but the orders by the
**GOVERNMENT** and **REPORTERS** which print/BROADCAST and violate the
**Nineth Amendment** of the **constitution** in actions that they **KNOW** are **FALSE**.
These reporters imclude but are not limited to **ALL PBS STATIONS** AND
**REPORTERS**, the **ASSOCIATED PRESS**, **WASHIGNTON POST**, **NEW
YORK TIMES**, **CBS**,  **PHILADELPHIA INQUIRER**, **MARK ZUCKERBERG**,
ETC.  Mr.  Cutler is still being **Denied Part B Medicare** even though he is at full age
and the Biden administration is presently providing  this to **thousands** of people that

just entered the country in a **illegal** manner. **Judge Garaufis** denied Mr. Cutler **Part B Medicare** and ruled that **Allison Mack** only pay a 20 thousand dollar fine and serve 3 years in prison for her role in case 1:18-cr-00204, where a minimum of 8 women were raped and **BRANDED** by her actions, and where Multiple women who had sex with Bill Cosby were awarded **MILLIONS.** Mr. Cosby was incarcerated **INSTANTLY** at the end of the trial as well as **Rufus Seth Williams** at the end of his trial. Verizon has programmed several numbers of individuals of the United States govenement to be **non-reachable** by Mr. Cutler's phone including Andrea Parker listed in the letter dated May 7, 2021 for FOIA-2020-01319 that was **409-981-7938**. Verizon also sold the debt based on the Illegal removal of him from his apartmemt at **67 CAMBRIDGE VILLAGE** and the **THEFT** of 100% of the contents and his records simply by the payment to a **CORRUPT JUDGE**, and covered up by **CORRUPT MEDIA**. The government is transporting people by plane without passports. <ref> https://www.nbcnews.com/politics/immigration/biden-admin-again-flying-migrants-who-cross-border-one-place-n1271211 </ref>. Jeffrey Cutler and Britany Spears were both denied **DUE PROCESS**. Judge Diamond's order of 12JUN2021 may in this case be because he was **BRIBED, BLACKMAILED** or **THREATENED** or simply corrupt. The plaintiffs presented arguments that failed to have all the evidence of criminal activity, and also real data <ref> https://www.thegatewaypundit.com/2021/03/exclusive-per-cdc-data-nearly-twice-many-vaccine-related-deaths-far-2021-1755-vaccine-deaths-past-decade-994/ </ref>. Since the motion in case 4:21-cv-01774 also combines cases, the judge for case 4:18-cv-00167-0 (Northern District

of Texas). should act on this motion since that is an older case. Mr. Cutler has also

been denied justice as recently by an **UN-OPPOSED** motion on the order of

17MAY2021 in case 2:20-cr-00210. Judge Stewart Dalzel hinted at this in is verdicts

over 25 years ago in orders regarding Lisa Michelle Lambert, of implied threats.

Based on the story <ref> https://www.newyorker.com/news/essay/saying-her-name </ref> in the

New Yorker people have known that people in the Government **MURDERED 5**

**CHILDREN** on **13MAY1985**, and there is a conspiracy to **CONCEAL** the crime

and **OBSTRUCT** justice. Judge Diamond should have realized that Mr. Cutler has

filed a **MAIL FRAUD** complaint, against judge Diamond for the order denying

**MOTION TO RECONSIDER** 25MAY2021. The **UN-OPPOSED ORDER** of

**Judge Limbaugh** of **11MAY2021** NO MATTER WHAT WORDS LIKE

**DIATRIBE** used in the **ORDER** is **ILLEGAL** and **CONSTUTES MAIL FRAUD**.

It shows **ACTUAL PROOF** of **BIOLOGICAL WARFARE** by the **ACTIONS** of

the **PEOPLES REPUBLIC of CHINA**, and **ELECTORAL FRAUD** by **JOSH**

**SHAPIRO**. The **ORDER** is the equivalent of **DENYING** that **6 MILLION JEWS**

were **MURDEED** during **WWII**, or 5 **CHILDREN** were **MURDEED** in

**PHILADELPHIA** by 2 **bombs furnished** by the **FBI**, on **13MAY1985**. Even

though this document is later than normally allowed, the **ORDER** should be

**RECONSIDERED** because of the minimum of 20,000 members of the NAZI party

that are in the United States since 20FEB1939, when **20,000 people** of American

**Nazi** Party held a rally in Madison Square Garden <ref>

https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan </ref>,

**CONSPIRED** to prevent Mr. Cutler from being served sooner and this is

**REVENGE** of the **NAZI** party against the **UNITED STATES**.  Dates are an

**IMPORTATNT** part of history and the **TRUTH**.  On 04JUN is the date **LUKE**

**WILLIAMS** HAD HIS FIRST HOME RUN AS A member of the Philadelphia

Phillies., and won the ball game.  It is also the date that duchess of Essex had the

FIRST ENGLISH PRINCESS TO BE AN AMERICAN CITIZEN, Lilibet Diana

Mountbatten-Windsor, AND **CLARENCE WILLIAMS THE III DIED**,  MR.

WILLIAMS HAD PORTRAYED LINC ON THE MOD SQUAD TV PROGRAM.

In the obituary from the Associated Press Lindsay Bahr printed on page B4 in the

Philadelphia Inquirer on  07JUN2021.  The obituary referenced BILL COSBY had

told Aaron Spelling about Mr. Williams.  Mr. Cosby was released from prison on

30JUN2021, after a ruling by the Pennsylvania Supreme court **CORRECTLY**

**IDENTIFIED** his trial was unfair.  Mr. Cutler has not been able to present his case in

court because of **CRIMINAL ACTS** and either has **Brittany Spears**.  **Brittany** has

been a **slave for 13 YEARS**, based on the testimony of **JUDGES**, **DOCTORS** and

**OTHERS**.  The case against Keith Raniere, **Allison Mack**, **ENSLAVED** and

**BRANDED** people.   Based on case 1:18-cr-00204 **Allison Mack** (based on reports

born in **Germany**) is only paying a minimal fine based on reports she is worth

between 2-7 million dollars and gets significant residual payments from her acting

residuals.  **Mayor Bill deBlasio** of New York City **ORDERED** all PERSONS

**MUST BE VACINATED** ,<ref> https://www.nytimes.com/2021/08/03/nyregion/nyc-vaccine-mandate.html

</ref> to LIVE in New York City, which **VIOLATES** the <ref>

https://en.wikipedia.org/wiki/Americans_with_Disabilities_Act_of_1990 <ref> and <ref>

https://en.wikipedia.org/wiki/ADA_Amendments_Act_of_2008 </ref>, since persons with

**COMPROMISED IMMUNITY** (such as persons taking some type of drugs). On

20FEB1939 **20,000 people** of American **Nazi** Party held a rally in Madison Square

Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-look-

manhattan </ref> <ref> https://en.wikipedia.org/wiki/1939_Nazi_rally_at_Madison_Square_Garden </ref> Per

the

[Code of Federal Regulations] [Title 21, Volume 4] [Revised as of April 1, 2020]

[CITE: 21CFR211.137] **211.137 Expiration dating**. It is **ILLEGAL** to SELL DRUGS

BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of

America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In

April 2015, U.S. District Court Judge Mark Bennett in Sioux City, Iowa, sentenced

Austin (Jack) DeCoster and his son Peter to three months in jail for their role in

selling contaminated food across state lines. Their company, Quality Egg LLC, was

sentenced to a $6.8 million fine and placed on probation for three years. The CDC

has <ref> https://www.wsj.com/articles/u-s-suspends-j-j-covid-19-vaccine-shipments-as-states-face-a-surplus-of-expiring-

doses-11623351701 </ref> apparently stopped shipping doses of the J&J vaccine. Jews are

being attacked in New York, Los Angeles, Canada, and (followed in) New Jersey per

a story in the Philadelphia Inquirer (24MAY2021). The **NAZI's** during **WWII** only

required offering a **small bar of SOAP** to get JEWS to enter **GAS CHAMBERS disguised as SHOWERS**.  The MURDER of the 5 children on on **13MAY1985** is as serious as the case of **Thomas Capano** and his lover Anne Marie Fahey <ref> https://en.wikipedia.org/wiki/Thomas_Capano </ref> and the murder of 300 people at the black wallstreet <res> https://www.cleveland.com/darcy/2021/06/biden-addresses-tulsa-massacre-darcy-cartoon.html </ref> and <ref> https://www.npr.org/2021/06/01/1002080611/nyc-gallery-hosting-a-tulsa-race-massacre-exhibition-was-vandalized-with-white-p </ref>.  On 01JUN2021 Jeffrey Cutler called the THE REPORTER ANYA JONES OF THE PHILADELPHIA TRIBUNE at 4:32 PM (215-893-5747) IN ORDER to TALKED TO HER ABOUT THE STORY SHE WROTE ABOUT BLACK WALL STREET AND NEGLECTED TO MENTION THE BOMBING IN PHILADELPHIA **13MAY1985** THAT THE [[**FBI**]] FURNISHED THE EXPLOSIVES, SHE HUNG UP THE PHONE.  Mr. Cutler has also called the **FBI**, **CIA** (Langley) and **NSA** about the **BIO-WARFARE** from CHINA, proof shown in case 1:20-cv-00099, Eastern District of Missouri.  In order to correct for new crimes and **OBSTRUCTION of JUSTICE** discovered.  On **20SEP2018** at 2:08 PM the a **BRADY VIOLATION** was conspired against BILL COSBY and Mr. Cutler based on Mr. Cutler's filing in case 19-3693 page 56, originally filed on 27SEP2018 case in the Eastern District of Pennsylvania, 5:17-cv-05025.  On 19APR2021 at 3:44 PM Jeffrey Cutler filed a 211 page motion to do the same thing as in the case for **2:21-cr-00170** . That document **VANISHED** in **FEDERAL COURT** despite calls to the clerks office and on 21APR2021 and 22APR2021 Jeffrey Cutler called **TWICE**

**EACH DAY** the AUSA handling case number 2:21-cr-00170, ( **MARK DUBNOFF 215-861-8397** ). The U.S. Attorney's office **HAS ALSO PROGRAMMED** Mr. Cutler's **cellphone** and **LAND LINE NUMBER** to be excluded by the office of ASUSA, A **BRADY VIOLATION**, AND **VIOLATION OF THE U.S. CONSTITUTION AMMEND 1**.   This document and the case for 2:21-cr-00170 has information about the MURDER of 2 BLACK AUSA's, <u>Jonathan Luna</u> <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> **Beranton Whisenant** (Found 25MAY2017) were also MURDERED by possibly members of the KKK OR THE 5 BLACK CHILDREN CREMATED ALIVE ON NATIONAL TV 13MAY1985 BASED ON 2 BOMBS FURNISHED BY THE [[FBI]].  The judge in case 2:21-cr-00170 (**Gerald Papert**) directed that the document filed on **19APR2021** at **3:44 PM** be returned and removed from the docket and committed **MAIL FRAUD**.  On **06APR2021** at **2:34 PM** Jeffrey Cutler filed a 356 page **EMERGENCY EXPEDITED PETITION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in person at the federal courthouse in Philadelphia at 601 Market Street case #**19-1842**. On **06APR2021** at **4:10 PM** a clerk called that they had the document. This DOCUMENT has also **VANISHED**!!!  The clerk in case 19-1842 (Patricia Dodszuweit) stamped the

document **08APR2021** and then wrote a letter dated **12APR2021** **MAKING A**

**FALSE STATEMENT** and mailed it on **13MAY2021** and committed **MAIL**

**FRAUD**. On 21APR2021 and 22APR2021 Jeffrey Cutler called TWICE EACH

DAY the AUSA handling case number 2:21-cr-00170, ( MARK DUBNOFF 215-

861-8397 ). The U.S. Attorney's office HAS ALSO **PROGRAMMED** Mr. Cutler's

cellphone and LAND LINE NUMBER to be excluded by the office of ASUSA, A

**BRADY VIOLATION**, AND VIOLATION OF THE U.S. CONSTITUTION

AMMEND 1. On 26APR2021 at 3:56 PM Jeffrey Cutler served the ACTING U.S.

Attorney Jennifer Arbittier Williams at 615 Chestnut St # 1250, Philadelphia, PA

19106 two copies of the 211 page stamped motions by Jeffrey Cutler for case 2:21-cr-

00170. On 14APR2021 Jeffrey Cutler filed a 136 page **MOTION TO**

**INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.**

**Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code §**

**872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED**

**STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,**

**BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**JUDGEMENT** in case 2:21-cv-00190 in person. On 16APR2021 Mr. Cutler

recieved an email from the office of George Bochetto with a response to his motion

of 14APR2021. He could not open the document. He called the office and got an

answering machine. He was not able to get the document from PACER until

17APR2021 at about 5:50 PM. He also found Mr. Cutler's motion was **DENIED** as **MOOT** with no chance for Mr. Cutler to respond, since he is not on the CM/ECF system. On **13MAY2021** Mr. Farley resigned as **HEALTH COMMISIONER** because he **OBSTRUCTED JUSTICE** and **ORDERED EVIDENCE DESTROYED** in the **GREATEST EXAMPLES OF MURDER BROADCAST** of children on **LIVE TELEVISION**, as a form of **EVICTION**. This also protects **INSURANCE COMPANIES** from liability or being required to compensate owners, includung the claim made by Jeffrey Cutler, Nov 2, 2017, **A00000575634**, and terminated 21MAR2020, after **PAYING ZERO**, by bribing Judges and ckerks. Insurance companies have conspired to not pay claims and in a continuing procedure as with case 15-1271 USCA. Lawyers have got vedicts from companies like Johnson & Johnson, for case 20-1223. The scope of **manufacturing** evidence as was on display during the second impeacment of Mr. Trump was indefensible. On 06JUL2021 Mr. William McMichael was found guilty and fined **2,608,329.75** of allowing lead paint be present in a property that at the time the inspection was made he was not the registered deed holder and the property owner lives actually in West Virginia in court **PA MDJ-02-1-01** by Judge **AdamWitkonis** case **MJ-02101-NT-0000612-2020** . This is revenge on William H McMichael III notifying the treasurer he was listed as the owner of the deed identified as instrument 6252884 with a tax ID listing identified as **400-73447-0-0000**, which was illegally sold to others with a defective title. Since **MJ-02101-NT-0000612-2020** case involves parties from

multiple states the state court was not the correct venue and the verdict must be vacated. On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a **347 Page** PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805** **USCA** third circuit. Instead of granting a hearing the CLERK's OFFICE of the USCA issued an ORDER that granted Mr. Cutler, the ability to **PAY** **$ 505.00** without resinding the order dismissing case 20-1805 (**ECF 52**). After calling about the fee being paid they wrote a letter returning the money order on 19APR2020, which Mr. Cutler has not recieved. In the case which is an appeal, **U.S. NEWS AND WORLD REPORTS** is a defendant of **PAID SLANDER** against Mr. Cutler by Persons unknown or **China**. They **paid** for **targetted** defamation and **FALSE** story against Mr. Cutler to conceal the **MURDER** of **2 BLACK AUSAs**, **MAIL FRAUD**, and other crimes. To garner a hearing before an **ENBANC COURT**. Mr. Cutler recently discovered just how easy the people have lied and conspired, as with multiple lawsuits filed by lancaster county and **Josh Shapiro** to enable an **Agenda**, false statements made in **Supreme Court Brief 220155** (18 U.S.C. § 1001). Mr. Cutler filed a 356 page EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, MAIL FRAUD EQUAL PROTECTION AND TO COMBINE

CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case

**19-1842** **USCA** third circuit, time stamped 06APR2021 at 2:46 PM (first 67 pages

were attached)  Someone from the clerk's office acknowledged they got the

document at **4:10 PM 06APR2021**. Mr. Cutler emailed the PDF of the stamped copy

to all parties in the case as well as over 400 individuals. In the document 5 case

#2:21-cv-01609 the document has TIME STAMPED evidence of a MAIL FRAUD

COMPLAINT against Jim Kenney and Josh Shapiro. It also has evidence that Josh

Shapiro falsified the certification of the election and TRUMP won. On page **128** is

**TIME STAMPED PROOF JOSH SHAPIRO KNEW HE LIED ABOUT THE**

**ELECTION RESULTS,** On  page **132** **IS PROOF THAT CHINA KNOWS**

**THEY ARE ACCUSED OF BIO-WARFARE AGAINST THE WORLD**

**KILLING 3 MILLION PEOPLE,** AND **COMMITTED MAIL FRAUD TO**

**HIDE EVIDENCE,** On  page **133** is **TIME STAMPED PROOF THE**

**ELECTION RESULTS WERE ALTERED TO ALLOW CHEATING (AN**

**ORDER FROM TORRES FROM 12APR2018**), On  page **134** IS A LETTER

FROM **NANCY PELOSI** IN COLLUSION TO WITH TED WHEELER OF

PORTLAND PROMOTING VIOLENCE, On page 136 IS A TIME STAMPED

MAIL FRAUD COMPLAINT AGAINST **JIM KENNEY** VERIFIED 10MAR2020.

On **11MAR2021** JEFFREY CUTLER FILED A **MAIL FRAUD COMPLAINT**

AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR **CLAIMING** THEY

REFUSED A **321** PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF

BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909 1042 6153 86) at their DC Embassy (3505 International Place, NW) and after opening the document one week later (24FEB2021) claimed the document was REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED STATES GOVERNMENT of **RETURN POSTAGE** and follow the LAWS of the UNITED STATES OF AMERICA. This **EFFECTIVELY** PUTS the **PEOPLES REPUBLIC OF CHINA** in **DEFAULT** for violating the LAWS of the UNITED STATES and shows they have been properly served and the return of the document equates to a **WAIVER OF SERVICE**. Inside the document was a **193 page** report that **COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming **CHINA** has engaged in **Bio-Warfare** with the WORLD based on a previous actions with **HEPARIN** and pet food and that the testing supplies are **tainted** and may be spreading the disease in the United States. The media and political leaders have been **BRIBED** to go along with **MASKS** and distance are the **ONLY** cure when **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 and FLU that result in DEATH from pneumococcal disease and Ivermectin to treat the COVID-19 <ref>

https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-

v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-

work/corman-v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf

</ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As

an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler

declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a

concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a

Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper

on 24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[**NANCY**

**PELOSI**]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.)

and stated "[N]o one would be hurt and the greater justice would be attained" and

violated (**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed

a lawsuit in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy**

**Pelosi**]] called (**CUTLER v. PELOSI, et al.**). This is 26 YEARS AFTER THE

FIRST **WORLD TRADE CENTER BOMBING**.  This documents that service of

the complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at

their **EMBASSY TO THE AMBASSADOR**.  Mr. Cutler had also published

information that the **MURDER** of two **BLACK AUSAs** **Jonathan Luna** <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton**

**Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found

25MAY2017) were also MURDERED by possibly members of the **KKK**.  Mr.

Whisenant was found on the same day **George Floyd** was declared Murdered in

2017.  Despite calls to the clerk of the United States Court of Appeals, the clerks

Time Stamped Petition for Enbanc Hearing case 20-1805 was still not on the docket.

To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a

copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get

redress of grievances in person at the same courthouse in Philadelphia on

**23MAR2021** with a 341 page motion to Intervene. On **24MAR2021** judge Kenney

denied the motion to intervene **ECF 4** and stated the document was

**incomprehensible and has no bearing or relavance to the above captioned action**,

even though the motion was **unopposed**.  A **mail fraud complaint** has been filed

against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler

filed a 321 page document for case 20-1422 which contained **EXCULPATORY**

**EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320

& first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL**

**ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is

believed this is has been based on **BRIBES** and **COLLUSION** with funds from

**CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a

primary target being the United States, and **DESTROY** the value of the **UNITED**

**STATES DOLLAR**. **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the

CDC have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the

**FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are

called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE

TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND

THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-

110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html

</ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref>

https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19**

is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE**

**CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED**

**JUST LIKE VOTES FOR TRUMP**.  It is believed that the testing components may

be tainted and is the real reason that so much propoanda has been placed on testing

when vacinations for to stop these deaths is cheaper and readily available.  A

previous document in case 21-40001 was altered by persons unknown to protect the

**CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just

another name for the **KKK**.  It also shows **BIAS** and **MALICIOUS** intent to violate

**EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**. Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC**

on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**. Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**. On 13DEC2016 **Judge Diamond** ignored

Mr. Cutler's information about **ELECTORAL FRAUD** in case 16-cv-06287.

Recently in case # 1:17-cv-05228 **Judge Nicholas G. Garaufis** (Eastern District of

New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND

VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE

DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN

THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and the

current **Attorney General** of Pennsylvania) IS ON THE DOCKET. Mr. Cutler is

being denied **MEDICARE** part **B** coverage while the order in this case grants that

coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the

president **OBAMA** **publically** stated the program was **ILLEGAL**. These persons are

being **GRANTED EXTRA RIGHTS**. Mr. Cutler a natural born citizen presently 67

years old and second generation American and **JEWISH**, eligable to be President or

**Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of

the order from Mr. Torres  dated **12APR2018** that all voting methods must have a

**HARD COPY RECORD AVAILABLE** filed **20OCT2020**, as part of funding from

the FEDERAL GOVERNMENT!!  The laws were altered in Pennsylvania to provide

**DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots

violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**,

just like the term that may presently describe the sick bird Philadelphia football team

**ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated

by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the

football game due to substitution of the Quarterback, so the GIANTS were not able to

be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM,

a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED**

**PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF**

**BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or**

**falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR**

**JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia

USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT

with NO abaility of the president to present any witnesses or other

**EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING**

(to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the

president were selectively **EDITED** to remove the word **peaceful**, and the concept

this speech incited the riot is contradicticted by reports that the **FBI** knew about

activities for over a month (the document is contained in the Addemdum).  This

impeachment as fair was as true and correct as the attack on 11SEP2012 when

[[**Susan Rice**]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." Jeffrey Cutler found out that 5,000 Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on 13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over **Benghazi Libya**. During this period was the battle at El Alamein stopping **NAZI** advance towards Cairo and the Suez Canal. Anthony Algindy <ref> https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey Broyer may have had prior information of the attacks on 911. They both may be part of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>. The apparatus involving the **FBI** and **CIA** may have started when they tareted **Fawaz Younis** and operation **GOLDENROD** was started and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted. On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS **TIME STAMPED** PROOF OF ELECTORAL FRAUD IN

PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020**

PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY

FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,

PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH

CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS **MURDERED**.  Reporter **CHRISTIAN SIGN**

was recently found dead <ref> https://denvergazette.com/wex/reporter-who-broke-story-on-clinton-lynch-tarmac-

meeting-found-dead/article_939887c0-cf2d-5edc-b553-f31ef6e012e2.html </ref>, he had exposed the Bill

Clinton meeting with Lorreta Lynch, and Mr. Newsome has banned **CHRISTIAN's**

from **SINGING** IN **CHURCH**.  PER **USCA** CASE **17-1770** **JOE BIDEN** WAS

PART OF A GROUP HELPING TO SMUGGLE STOLEN **NAZI** ART INTO THE

UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys**

(Philadelphia leader Zach Rehl) had his first court appearance Friday the

19MAR2021. On 13JAN2021 **JOSH SHAPIRO** is named in part of a Petition [[En

banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to

[[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland,

Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[**Electoral fraud**]] made

to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a

letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made

to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the

**MURDER** of [[**Jonathan Luna**]] by the [[**Ku Klux Klan**]]. Also see [[Publican and

the Pharisee]] and [[Parable of the Unjust Judge]].  Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-

v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-

work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf

</ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As

an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler

declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a

concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a

Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper

on 24OCT2018 page 15 :titled "**SAVE BILL COSBY**".

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING

APPEAL was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov

</ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results. The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM

Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936

On 28OCT2020 at 1:38 PM Jeffrey Cutler filed a PETITION FOR ENBANC

REVIEW of PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND

PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD

CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey

Cutler filed a PETITION TO COMBINE ADDITIONAL CASES BEFORE

ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519

- Destruction, alteration, or falsification of records) FOR JUDICIAL EFFICIENCY

in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

\<ref\>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm \</ref\>

\<ref\> https://www.nytimes.com/2008/03/06/health/06heparin.html\</ref\>

\<ref\>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html\</ref\>

\<ref\>https://en.wikipedia.org/wiki/2007_pet_food_recalls \</ref\>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers \<ref\>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html\</ref\> \<ref\>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/\</ref\> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL COURT, just like Mr. Cutler's testimony at SEPTA FY 2020 ANNUAL SERVICE PLAN dated June 10, 2019 on page 290-292 of ECF 62, case number 2:20-cr-00210 (USA v MICHEAL OZZIE MEYERS).

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER

VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages

23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders

for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the

mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the

media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from

atteding hearings at the law office of Saul Ewing while reporters were allowed to

attend at the law office of Saul Ewing (he was asked to leave by security, and

Philadelphia Police).  Mr. Cutler previously had contested the states order that they

could redistrict (**USCA Case 18-1816**) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), Nancy Dunn

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225

1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York,  and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge

**Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a

decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even

though the judge is named as part of the complaint filed for case #1:20-cr-00165 for

**MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in

case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE**

was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL

parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same

judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT

under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. §

3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the

FEDERAL GOVERNMEMT). The same persons that **MURDERED** Luna based on

the injuries may be the same individuls in a Louisiana town of Baldwin that are

responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has

been filed against Judge Schmehl for his opinion in the case, for making

**PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect

parties that defaulted as well as both insurance companies and their lawyers making

false statements by mail in denying claims. Mr. Cutler believes he should be

included in this case because the Safehouse activity would lower the property values

all over Philadelphia and Pennsylvania and allow illegal drugs to become even more

readily available. This would set a standard for **CHINA** to attack the United States

even further. The DemoNcrats have pushed for the lowest common demoninater of

activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the

**STATE**. This **WORLDWIDE** attack based on payments and corruption this court

**MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia.

On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be

**CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of

eviction. Midge Rendel has **failed** to **RECUSE** from case 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis

(Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).

Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a

Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May 13,

1985 as a form of Eviction with the aid of persons in the **FBI**. In the name of

Tzadikim Nistarim, Shaun Bridges a secrect service agent stole over $ 800,000 and

was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-

sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted

https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-

extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of**

**JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed

with help of persons of the **FBI**. Mr. Cutler based on his past jobs & training that the

COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and

**CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the

Logan Act Stat. 613, 18 U.S.C. § 953 with China. Based on his previous contracts in

**VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1178**

cases and **12 deaths** in **TAIWAN** as of **07MAY2021**, **THAT THE TESTING**

**COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19,

in the **United States**, and other places. This is based on PREVIOUS actions by

**CHINA**. <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm

</ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current

non-binding mandate from the Dr. Levine and others in other STATES may be trying

to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes

and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE,** also since it tries to limit prayer services in PA. , **INTERFERENCE IN INTERSTATE COMMERCE,** and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in **Merck**, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at **AMAZON**.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653,** misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing. <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref> On

or about 14AUG2020 **Tom WOLF** reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case **20-1449** even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON. The office of the president responded to this by

21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open. Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States. In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to <ref> prosefilings@cadc.uscourts.gov </ref>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by **MAIL** makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.  Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE** during the 2020 baseball season and today they allow only

8,000 people to attend in 2021.  Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.  As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS**

**A CRIMINAL MATTER. The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna). The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and

Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one. The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63. While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected. Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**. In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office. <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt. The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020. Mr. Cutler won a motion for reconsideration in the court based

on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740

06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document.

Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella &

Michael Conahan) convicted of federal crimes that resulted in convictions. Mr.

Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR**

**ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081**

in the United States District Court for the Eastern Ditrict of North Carolina on

16MAY2020 by Judge James C. Dever III. Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law. Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020. The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May

13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing the

bombs. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN**

**LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the

**FBI**. The judge dismissed the case even though 5 parties defaulted and were

properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**. Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania. Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5)

which named **DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a

response to the motion filed in oppoition on 25SEP2019. Even though the document

filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF**

**GRIEVIENCES**. Tami Levin was replaced by **Movita Johnson-Harrell** who

pleaded guilty to the theft of approximtely half million dollars. Mr.Cutler had filed

objections to limit the power of the Tom Wolf to classify that religion as a **NOT** a

**LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania. Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**. To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number  1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al.**] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al.**] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to sieze property.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is

notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records

(effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet

has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January

16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION

TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS

TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the

motion denying Plaintiff's motion of December 30, 2019.   The current order from

that court is in error since the USCA order of  December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is still

unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019

but it was illegally discarded.  He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019.  The office of the clerk

decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904  International Holocaust Remembrance Day),

and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary**

**Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put online

January 29, 2020. A violation of EQUAL PROTECTION by employee of the

federal government, which treated the two documents differently and potentially hid

the document from the review of the judges considering an ENBANC review.  Mr.

Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager**  and **Deputy Clerk Roeshawn Johnson**

denied the petition.  This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made.  This

court had allowed the House of Representatives to be an Intervenor. The petitioner,

Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER** was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpectenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge  the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it".  The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10. Since the individual mandate of the Affordable Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson. His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF 100-103) a significant crime (18 USC § 1001). The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike. (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.) Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK, BAXTER and others. Mr. Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site. It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. There is NOW **PROOF THIS IS TRUE**, since the PEOPLES **REPUBLIC OF CHINA** commited **MAIL FRAUD** when served documents at their EMABSSY on Washington, DC., thus **CONFIRMING CHINA IS RESPONSIBLE FOR THE DEATHS OF 3 MILLION PEOPLE**. It is very easy to Bribe, coerce or pay individuals to bear

false witness against another individual and violate **THALL SHALL NOT BEAR**

**FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders

have issued effectively allows the governments in the United States to discontinue

religion in and in the State of Pennsylvania, by a member of the **KLU KLUX**

**KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the

United States and the World, are all organized to take on the HOAX. This was

previously called Agenda 21. As of 16MAR2020 Canada was still allowing flights

from CHINA and those persons could be carrying hazardous bio material simply

enter the United States from Canada. When Mr. Cutler was working for Merck as a

contractor some individuals were caught stealing trade secrects by security at the

West Point site. It has been known China has been effectively using live people for

transplants for years. Mr. Ellyahoo has stated the word in **HUNGARY** for **SIN** is

pronounced VIRUS. The closing of all CASINOS in the STATE is to get 100% of

all gambling revenue, to have a total monopoly on all sources of payment organized

for a complete **Klu Klux Klan** takeover. Jeffrey Smiles has told Jeffrey Cutler that

the POST OFFICE near the Allentown Federal Courthouse contains NAZI insignia in

the tile work in the building (supreme court case # 19-8538 ), and there is a **7 acre**

site in Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles

has sent a picture via text to Mr. Cutler's of insignia is actually in the Post office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976
</ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting

Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr. Cutler also notifies  this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because

the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.

Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen,

Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-

2% of all law enforcement in the United States may be members or share their views.

Also  some elected Officials and persons in the military all branches. An 8 year old

was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry

Cosby should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally

filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the

actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of

grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref>
https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-
to-tax-fraud-docs/2365089/ </ref> <ref>
https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-
remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-
1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.   Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.   Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets. The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree. This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency. Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.  Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which includes mail Fraud (18 U.S. Code § 1341), the

murder of a federal employee (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871. The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.). The courts have affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education. Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted). The current election for president may be just like 2 Star Trek

Episodes combined. <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now. As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007) the court must accept the foregoing information

as true. In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD. THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM. The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by police woman **Lisa Mearkle** in 2015 and violated his civil

rights<ref> https://news.yahoo.com/princeton-university-policy-political-protests-103048931.html </ref>

**Maxine Waters** and the **MEDIA** networks are trying to incite riots so that Marshal

LAW can be declared and all firearms siezed.

**WHEREFORE,** for all the foregoing reasons, petitioner respectfully requests

the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as <u>SUMMARY JUDGEMENT</u>, this is

effectively a <u>CHANGE IN VENUE</u>.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

<u>Donald J. Trump</u> be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759

</ref> of the Presidential vote in <u>Pennsylvania</u>, and by reference <u>North Carolina</u>,

<u>Wisconsin</u>, <u>Nevada</u> and <u>Arizona</u>.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by <u>FDR</u>

<u>UNCONSTITUTIONAL</u>, during an immediate  <u>ENBANC</u> review of this case when

combined with the writ from case <u>15-632</u>, and the writ filed by the WHITE HOUSE

as <u>19-840</u>, <u>19-1019</u> also have  the government  <u>CANNOT SPECIFY HOW TO</u>

<u>PRAY</u> enforced by <u>Religious  POLICE</u>, either <u>LOCAL</u>, <u>STATE</u>, or <u>FEDERAL</u>.

The <u>MURDER</u> of a <u>BLACK</u> man and <u>15</u> year old boy should NOT be Considered

<u>MOOT</u> as per order from the Judge ECF 203 and the clerk.  This USCA case

number **1:17-cv-05228**, **20-3371**, 20-1805, 20-1449, **20-1422**, **19-1622**, 18-3693,

case number **20-5143** in the USCA DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case and **21-4001** ALL BE

COMBINED FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI BABBITT** MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**. At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States. **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court. Just because the Biden

Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor). YOU CAN DESTROY

THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**, on **Jerusalem**

**Day** <ref> https://en.wikipedia.org/wiki/Jerusalem_Day </ref>. 03JUN is celebrated as a part of

history in large part of the United States as the birthday of Jefferson Davis and Edward

Cutler thought it was nice that his birthday was a special part of history, and his son

files this document to honor his father, and his brother Irv. Irv was killed in a B24

13JUL1942. On 03JUN2021 Edward Cutler would have been 100, if he was still

alive, it is also the birthday of Jill Biden. This document should be inserted and

combined with the previous document and replace the first 72 pages that document.

On 17JUN1856 the REPUBLICAN party held it's FIRST CONVENTION in

PHILADELPHIA. In the previous document filed on17JUL2021.

**Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY**
**Page 411 is PROOF OF BIO  WARFARE.**
**Page 412 is PROOF OF  ELECTORAL FRAUD**
**Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD.**

Respectfully submitted,


DATE:  20AUG2021          /s/ Jeffrey Cutler

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I filed the foregoing with the Clerk of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA, by Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .


        /s/ Jeffrey Cutler
Jeffrey Cutler

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2021 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.     SO ORDERED.

[1]  Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be

     sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be

     removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all

     EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2]  Order BITTANY SPEARS BE DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL COURTS IN

     COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS 19JUN1865 AND SHE BE ALLOWED TO

     PROSECUTE THOSE THAT ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSND DOLLARS A

     DAY.

[3]  COMBINE THIS CASE WITH  IMMEDIATE EN-BANC HEARING IN THE UNITED STATES COURT OF

     APPEAPLS THIRD CIRCUIT in case 19-1842 to AFFIRM these judgements, excluding Judge Rendell and all other

     judges that are biased, or bribed case 20-1223 (Johnson and Johnson v. Ingham), 20-1449 (USA v. Joeseph R.

     Johnson).

[4]  DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A

     PENALTY.

[5]  BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY

     PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT

     IN EVERY PUBLICATION THEY CONTROL.

[6]  Order the SUMMARY JUDGEMENT against all parties be granted and made FINAL at one million dollars per day or

     as a negotiated amount for Each individual in favor of Mr. Cutler.

[7]  ORDER THE PEOPLES REPUBLIC OF CHINA PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE

     UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE

     THAT DIED.

[8]  JERRY NADLER for stating that  "GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS" be identified as a

     SONDERKOMMANDO, along with Josh Shapiro.

[9]  ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY

     UNTIL THEY RESIGN FOR MANUFACTURING EVIDENCE JUST LIKE EAST LAMPTER TOWNSHIP

     MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE

     LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF

OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[10] ORDER THAT RUDOLPH GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR

SLANDER BY DOMINION, SINCE THE **BIG LIE** IS THE **TRUTH**, WHICH WAS ALSO DESCRIBED TO DETAIL

THE ATTACK BY THE FEDERAL GOVERNMENT ON WACO TEXAS.

[11] ORDER THAT 10% OF ALL PAYMENTS MADE TO ALLISON MACK BE PAID TO EACH OF THE WOMEN SHE

HELPED BRAND.

[12] THERE IS NO REASON TO WAIT ON LIFTING THE BAN ON FIREARMS SINCE EACH DAY IT IS IN EFFECT IT

DETRACTS FROM THE LIBERTY OF THE UNITED STATES, JUST LIKE RESTRICTING THE FREE EXERCISE

OF RELIGION IN CALIFORNIA

[13] ORDER THAT JUDGE LIMBAUGH PAY A 10,000 A DAY FINE STARTING 16AU2021 IF THE CURRENT ORDER

STAYS IN EFFECT.

[14] ORDER THAT EVERY REPORTER AND NEW YORK TIMES THAT KNOWING LIED PAY A 10,000 A DAY FINE

STARTING 16AU2021 IF THE CURRENT STORIES ARE NOT CORRECTED AS WELL AS JILLIAN MIXELL AND

MARK MURPHY OR UNTIL THEY AGREE TO TURN OVER EVIDENCE AND A AGREED AMOUNT TO JEFFREY

CUTLER PLUS THEIR RESPECCTIVE INSURANCE COMPANIES PAY A ONE MILLION DOLLAR DAY FINE TO

JEFFREY CUTLER.

[15] ORDER THAT WILLIAM H. MCMICHEAL BE STATRTED ON SOCIAL SECURITY AND MEDICARE JUST LIKE

THE ILLEGAL ALIENS THAT WERE GRANTED THE SAME PAYMENTS SINCE 20JAN2021, AND THEY BE

LISTED AS PART OF FOIA-2020-01319

[16] THE PLASTIC BAG BAN IN PHILADELPHIA VIOLATES AMMEND 1 SINCE IT RESTRICTS THE PRESS AS

WELL AS THE SODA TAX SINCE THEY APPLY LAWS UNEQUALLY

[17] THE PROPERTY KNOWN AS WITH A TAX ID LISTING IDENTIFIED AS 400-73447-0-0000 BE RETURNED TO

THE MIA LAND TRUST

[18] ORDER THAT MICHAEL OZZIE MEYERS, & ALANZO LAMAR JOHNSON JAIL TERMS BE LIMITED TO 23

DAYS (THE SAME SENTENCE OF PARIS HILTON), AND JOE BIDEN'S POLICYS ARE ENRICHING THOSE

IMPORTING ILLEGAL DRUGS INTO THE UNITED STATES

[19] ORDER ALL PERSONS THAT PARTICIPATED IN THE FRAUD AGAINST THE UNITED STATES IN THE

TAKEOVER OF THE TALIBAN PAY 10% OF THEIR NET WORTH TOWARDS THE RESTORATION OF THE

UNITED STATES.

[20] ORDER A PROGRAM TO CONSTRUCT DEMONSTRATION DESALINIZATION PLANTS SIMILAR TO

PROVISIONS OF THE SALINE WATER DEMONSTRATION ACT (72 Stat. 1706), September 2, 1958 TO

SUPPLY WATER AND WEATHER (RAIN) FOR CALIFORNIA AND OTHER WEST COAST STATES.

[21] ORDER A PROGRAM TO CONSTRUCT DEMONSTRATION WATER VELOCITY CONTROL ON THE

MISSISSIPPI RIVER AS A MEANS OF FLOOD CONTROL

[22] ORDER ALL PERSONS THAT ARE MEMBERS OF THE KKK OR SUPPOTERS BE IDENTIFIED INCLUDING

ETHAN DEMME AND OTHER FAKE REPULICANS

[23] ORDER A PROGRAM TO CONSTRUCT DEMONSTRATION WATER TESTING CONTROL FILTERS THAT

COMBINE TESTING MEASUREMENT AS WATER METERS FOR WATER PURITY CONTROL.

[24] ORDER THAT JUDGE PAULA PATRICK BE CONSIDERED FOR A FEDERAL JUDGE POSTION

[25] ORDER THAT Mr. GREENBERG (Associate of Matt Gaetz) JAIL TERM BE LIMITED TO 23 DAYS (THE SAME

SENTENCE OF PARIS HILTON) based on Equal Treatment Under the law.

[26] ORDER THAT Robert Ceprano be compensated at a minimum of $250,000 and David Cicilline pay 50% of

the amount and 10% of his federal pension into the fund to compensate those individuals.

[27] ORDER THAT MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[28] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR.

TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[29] Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[30] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with

the voting in Pennsylvania and mailing the vote tally to CONGRESS, and ACCESSORY TO MURDER after the fact.

[31] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer,

Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against

Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma,

etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his

appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[32] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

East Lampeter Township and Haverford, PA.

[33] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[34] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this

document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[35] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel, Judge Ashcroft, Gerald Papert , Judge Jeffrey Schmehll, Judge Paul Diamond and Judge Catherine Blake, Judge Chad Kenney, C. Darnell Jones II, Adam Witkonis pay twice their daily salary each day to the innosense project , until they resign.

[36] Order the Peoples Republic of China as **DEFAULTED** for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later, effectively a **Waiver of Service** case 1:20-cv-00099, Eastern District of Missourri.

[37] CHARGES AGAINST KEVIN STRICKLAND AND LAMAR JOHNSON BE VACATED BECAUSE OF EXISTING FAIRNESS (JUST LIKE BILL COSBY & THEY ARE BEING HELD ILLEALLY IN Missourri), AND BE AWARDED 250,000.

[38] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds for trying to conceal the Murder of 5 children, and destroy the evidence

[39] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[40] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[41] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[42] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[43] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[44] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[45] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[46] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[47] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the

plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP OF BIO-WARFARE!!

[48] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[49] Other remedies the court deems appropriate.

[50] Order the Democratic National Committee to also show why they are not a party to **Religious discrimination**.

[51] Order **Nancy Pelosi** to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[52] Order George Bochetto pay $ 100,000 for the false statement  (18 USC § 1001) made in case 2:21-cv-01609.

[53] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free

exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes

Prevention Act.

[54]  Order CHINA to allow the residents of Hong Kong to vote TO become a territory of the United

States for attacking the United States,

[55] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States

for their part in help in attacking the United States.

[56] Combine cases 5:21-cv-00299,20-1805, 20-1449, 19-1842, 20-1422 from USCA third circuit and 20-

5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern

District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of

Common Pleas, and  1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586  from the District

of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of

Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified

previously and in this case and all related documents in these cases.

[57] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-

12.

[58] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at  511Avenue N and Mr.

William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[59] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals

out aid to FARMERS that are  **BLACK** and all funds sent be recovered from the People's Republic of China as a

**PENALTY**.

[60] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use

the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well

as perjury.

[61] Order Susan Peipher Esquire and other lawyers guilty of similar activites aimed at harming Jeffrey Cutler, to be

barred from participation in the Federal Court CM/ECF system and pay a fine of 10,OOO DOLLARS PER DAY OR

NEOTIATED AMOUNT.

[62] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds,

or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity AND PAY 10%OF

EVERYONE'S SALARY AND PENSION TO A RECOVERY FUND MANAGED BY JEFFREY CUTLER.

[63] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on

his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[64] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments

on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per

instance.

[65] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[66] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100

STUDENTS, etc.

[67] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain

LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death

and combined with CENTURY 21.

[68] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting

the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact

MURDER of Jonthan Luna)

[69] Order CITIBANK pay one million dollars plus three times the amount they allowed to be stolen via mail fraud from

Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to

commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA. Starting on

01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and

reporting act.

[70] Order VERIZON pay one million dollars plus three times the amount they allowed to be stolen via mail fraud from

Jeffrey Cutler and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with

their surrogates. Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued

violations of the fair credit and reporting act.

[71] The constitution should be ammended to allow all citizens of voting age in any prison the right to vote for a

representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The

total prison population shall be added to the census for the country. No additional seats shall be added to the

house. The Ammendment shall be handled by normal ratification.

[72] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country. No additional seats shall be added to the house. The Ammendment shall be handled by normal ratification.

[73] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[74] The intentional termination of life by any third party for money for all individuals from 84 months old after consception to 30 months old after consception shall be considered a crime.

[75] A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[76] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[77] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by **RELIGIOUS POLICE**.

[78] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[79] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[80] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[81] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Amend 14) and if they cannot be seperated all votes where they are mixed should be discarded.

[82] Order Tami Levin, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of $250,000 dollars.

[83] Order Ivan Ruiz-Rivera (case 5:21-cv-02105) be compensated at least $ 250,000

[84] Keith Dougerty, Larry Runk (case 15-1271, 1:14-cv-00480) be compensated at least $ 250,000 and any charges vacated.

[85] Carolyn Gundel (case 5:21-cv-01472) be compensated at a minimum of $88,000 and at minimum $19,000 paid by Todd Graeff

[86] Caron Nazario (case 2:21-cv-00169) be compensated at a minimum of $1,250,000 and at minimum $190,000 paid by Daniel Crocker

[87] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of $250,000 and at least 1% be

paid by officers of the Baldwin Pennsylvania Police Department.

[88] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of $250,000 and at least 1%

be paid by former officer former Lisa Mearkle of the Police Department.

[89] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[90] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on

03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[91] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars,

including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr.

Cutler.

[92] Order all Public Broadcasting Stations start tracking murders by type and cause of death so that SERIAL Killers and

KKK members may be more easily identified like  <ref> https://en.wikipedia.org/wiki/Joseph_Christopher </ref>

Joeseph Christopher who liked to kill black people.

[93] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and

Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of

their NET WORTH.

[94] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car

because like computers and PIPELINES,  POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used

instead of CARES act money to balance the Pennsylvania Budet

[95] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in

the FEDRAL GOVERNMENT.

[96] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[97] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[98] Jeffrey A Dellinger be compensated at a minimum of  250,000 dollars for being directed he must goto church on

Sunday

[99] Mr. Jammal Harris be compensated at a minimum of  250,000 dollars

[100]    Survivors of Sean D. Williams (18-2773) be awarded a minimum of  250,000 dollars, as well as Duncan Hunter,

and Dion Williams.

[101]    Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify

under OATH.

[102]    Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[103]    Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or

paycheck to a fund or face prosecution for  18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER

THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER  CRIMES.

[104]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[105]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[106]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[107]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> https://www.youtube.com/watch?v=7-w5NZYUlC0 </ref>

[108]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[109]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[110]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[111]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

    <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[112]    GOOGLE is guilty of violating and in conjunction with every other news media including ABC,

CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[113]    Kara N. Templeton, Christopher Leppler, Judge Paul Diamond , Judge Wright, Judge Nicholas G. Garaufis,

Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan

Luna and pay a fine equal to their pension for 10 years.

[114]    ALL PENALTIES THAT THE IRS and Pennsylvannia HAVE LEVIED AGAINST MARILYN CUTLER SHOULD

BE VACATED because OF MAIL FRAUD.

[115]    Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to

RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in

Pennsylvania and the United States, as well as all media organizations that also participated in the deaths

(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[116]    Charges against Carolyn "BUNNY" Welsh from Josh Shapiro should be vacated since he was NOT LEGALLY

ELECTED based on the ORDER from Mr. Torres **12APR2018**, and any Prison Time be limited to 23 DAYS.

[117] Darlie Routier sentence sould be vacated due to an UNIDENTIFIED BLOODY FINGERPRINT as a BRADY VIOLATION.

[118] CHARGES AGAINST BRANDONN BOSTIAN BE VACATED BECAUSE OF A BRADY VIOLATION, AND BE AWARDED 250,000.

[119] Order SEPTA to Explore and Engineer Increased Underground Rail roads in Pennsylvania and Philadelphia based on jeffy Bonds as Mr. Cutler previously Testified.

[120] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[121] Order that the Harrier Jump Jet Technoloy be explored for use on the 737-MAX engines to provide VTOL capability

[122] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000.

[123] ORDER THAT KEVIN STRICTLAND SENTENCE BE VACATED AND INCORPORATED INTO THIS <ref> https://www.kansascity.com/news/local/crime/article249595653.html </ref> AND AT MINIMUM BE AWARDED $ 250,000.

[124] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros, Mark Zuckerberg pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[125] Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[126] Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[127] Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion) or 10% of his stock in the company.

[128] Mr. Mark Zukerberg pays everyone in the United States that lost money $ 2,000 , along with the or 10% of his stock in the company of Facebook.

[129] Order all charges against Donld Trump and associates be vacated for the government violating FRUIT OF THE

POISONOUS TREE.

[130]   Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[131]   ORDER THAT KEITH DOUGHERTY (5-22-2015) LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000, and other persons identified at ERIE INSURANCE RELATED TO CLAIM A000003279856 (MIXELL) AND THE CEO BE CHARGED INCLUDING THE CEO.

[132]   The verdict in case 20-1223 may be tainted based on manufactured evidence and should be vacated. Or negotiated with the company.

[133]   Order Lawyer Lynne Feruson be charged with conspiracy to commit MAIL FRAUD.with Brian Hurter and all other persons associated with the bank robbery orchastrated against Mr. Cutler's account. At Fulton & PNC banks.

[134]   Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for providing Aid and Comfort to the Enemy and violating their oath's of office

[135]   Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[136]   Order that ERIE INSURANCE PAY 51% 0F THE COMPANY VALUE FOR THE CONSPIRACY TO DESTROY
.  .     THE UNITED STATES.

[137]   Order that ALLSTATE  INSURANCE PAY THREE TIMES THE POLICY VALUE FOR THE CONSPIRACY TO .
.  .     DENY CLAIMS OF MR. CUTLER POLICY 98-APC880-4

[138]   Order state Representative Margo Davidson be cleared of all prosecution and awarded 250,000.

[139]   Order that the WORD **IMPLAUSIBLE** is NOT the same as the **TRUTH**.

[140]   Order Jeffrey Cutler be MADE WHOLE FOR ALL crimes commited against him, and PASSPORT AND DRIVERS .   LICENSE be restored, and the theft of his wallet and PASSPORT be investiated if it is part of  lawsuit know as   FOIA-2020-01319.

.        <ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

[141]   Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that **NO JURISDICTION** of the United States can dictate the proper way to pray.

Dated: _____, 2021_____          _____

                                    BY THE COURT

# ADDENDUM

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MISSOURI 5733318800

### 555 independence st. Cape girardeau mo 63703

R E C E I V E D
B Y   M A I L

MAR 2 9 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

|  |  |  |
|---|---|---|
| THE STATE OF MISSOURI, et al. | ) | |
| | ) | |
| Plaintiff | ) | **CASE NO. 1:20-cv-00099** |
| | ) | |
| **JEFFREY CUTLER** | ) | |
| | ) | |
| Intervenor Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEOPLES REPUBLIC OF CHINA, et al. | ) | |
| | ) | JURY TRIAL REQUESTED |
| Defendant | ) | |
| | ) | |

## MOTION TO INTERVENE, AND INJUNCTIVE RELIEF

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

## alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL

## FRAUD AND TO COMBINE CASES FOR JUDICIAL

## EFFICIENCY AND SUMMARY JUDGEMENT

PEOPLES REPUBLIC OF CHINA BIO-WARFARE ADMISSION

In The

# United States Court of Appeals
## for the Third Circuit

20-1449

**UNITED STATES OF AMERICA, et al.**
Plaintiff-Appellees

v.

**JOESPH R. JOHNSON**
Defendant-Appellant

**JEFFREY CUTLER**
Intervenor Defendants-Appellant

Appeal from the Order/Judgment entered February 22, 2020 in the United States District Court for the Eastern District of Pennsylvania at No. 2:16-cv-06057-1

PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

ORAL ARGUMENTS REQUESTED

PETITION FOR RELIGIOUS FREEDOM

JEFFREY CUTLER
P.O. BOX 2806
YORK, PA 17405
717-854-4718
https://www.youtube.com/watch?v=rngChiefF_zUk

Case 1:21-cv-02023-RBW Document 25-2 Filed 09/26/23 Page 184 of 416

VaO3-00Sii

2020 NOV 12 AM 3: 56

In The

## United States Court of Appeals
## for the Third Circuit

**20-2936**

COUNTY OF BUTLER, et al.
Plaintiff-Appellees

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

THOMAS W. WOLF, et al.
Defendants-Appellant

*Appeal from the Order/Judgment entered September 14, 2020 in the United States District Court for the Western District of Pennsylvania at No. 2:20-cv-00677*

**PETITION TO COMBINE ADDITIONAL CASES BEFORE**

**ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18**

**U.S. Code § 1519 - Destruction, alteration, or falsification of records)**

**FOR JUDICIAL EFFICIENCY**

**ORAL ARGUMENTS REQUESTED**

THANK
fharvey



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
## U.S. POSTAL INSPECTION SERVICE

**Mail Fraud Complaint**

**Your Information**

| | |
|---|---|
| Company Name: | |
| * First Name: | JEFFREY |
| * Address: | P.O. BOX 2806 |
| * City: | YORK |
| * State: | Pennsylvania |
| * ZIP Code: | 17405- |
| * Country: | UNITED STATES |
| Cell Phone: | (215) 872-5715 |
| Home Phone: | |
| Email Address: | eltaxcollector@gmail.com |
| Age Range: | Select One |
| Are you a Veteran?: | ⚪Yes ⦿No |

* Last Name    CUTLER

Work Phone    (717) 854-4718

Fax

**Complaint Filed Against**

| | |
|---|---|
| Company Name: | UNITED STATES DISTRICT C |
| First Name: | STEPHEN |
| Address: | 555 INDEPENDENCE STREET |
| City | CAPE GIRARDEAU |
| State: | Missouri |
| ZIP Code: | 63701 |
| Country | UNITED STATES |
| Cell Phone: | |
| Home Phone: | |
| Email Address | |
| Website Address: | https://www.moed.uscourts.gov/division/rush-hudson-limbaugh-sr-us-courthouse |

Last Name    LIMBAUGH

Work Phone    (573) 331-8800

Fax

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 08/03/2021 |
| Do you have the envelope it was mailed in? | ⦿Yes ⚪No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | Phone |
| Response Mailed to a Different Address. | ⦿Yes ⚪No |
| Do you have a Tracking Number? (Certified, Insured or Express Mail)? | ⚪Yes ⦿No |
| What did you receive? | ORDER OF DENIAL FOR ECF 18, 20 |
| How did it differ from what you expected? | EXPECTED DUE PROCESS AND PEOPLE'S REPUBLIC OF CHINA HELD RESPONSIBLE FOR 600 K AMERICAN DEATHS PLUS 2 AUSAs |
| How much did the company ask you to pay ($)? | 180,000.00 |
| Do you have the item? | ⚪Yes ⦿No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ⦿Yes ⚪No |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money | ⦿Yes ⚪No |
| Money Order Serial Number: | 27241311701 |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category: | Fiduciary |
| Scheme Type: | Bribery/Kickbacks/Embezzlements |

**Additional Information**

| | |
|---|---|
| | THIS IS CONTINUING MAIL FRAUD AND THEFT OF MAIL STARTING WITH ECF 10 CASE 5:17-cv-05025 DATED 08/17/2018 BY PAUL C. TROY TO CONCEAL THE MURDER OF JONATHAN LUNA AND BERANTON WHISENANT FOIA-2020-1319 & 600K AMERICANS CASE 1:20-cv-00099 EAST MO UNOPPOSED AND ELECTORAL FRAUD BY JOSH SHAPIRO, PA AG NOW FILED IN CASE 1:21-cv-02023 |

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
## U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully.    6:52AM 05AUG2021

Thank you for completing the form.

The information you provided will be entered into our national complaint system

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem areas and possibly prevent people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.



R E C E I V E D
B Y   M A I L

AUG 1 1 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

THE STATE OF MISSOURI, et al.  )
                                   )
      Plaintiff              )     **CASE NO. 1:20-cv-00099**
                                   )
   **JEFFREY CUTLER**     )
                                   )
  Intervenor Plaintiff   )
                                   )
       v.               )
                                   )
THE PEOPLES REPUBLIC OF CHINA,
      et al.           )
                                 )    JURY TRIAL REQUESTED
    Defendant       )
                                 )

## MOTION TO RECONSIDER BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

Here comes Jeffrey Cutler, PLAINTIFF-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files this motion to RECONSIDER, since he was just served the document at his **P.O. BOX in YORK PA** on **03AUG2021**.  Mr. Cutler filed an **AMMENDED EMERGENCY EXPEDITED PETITION  FOR ENBANC HEARING, BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**.  Mr. Cutler files the petition for an **AMMENDED ENBANC HEARING** because the clerks office decided not to even put the previous document  on the docket and Mr. Bonta has made statements via twiter that stated

> **Rob Bonta @RobBontaJul 15**
> **Being your Attorney General is new to me, but fighting for crime survivors isn't. #ThrowbackThursday to 2014 when my bill, AB 1629, became law and expanded services and counseling to survivors of crime across the state**
> **Ms.Hardtoexplain@gabriela0722Jul 15**
> **Replying to @RobBonta**
> **Please investigate Britney Spears case !!! #FreeBritney**

This makes Mr. Cutler a party those proceedings and also **JILLIAN MIXELL** OF

**ERIE INSURANCE** participated in a **RICCO** conspiracy as well as **MARK**

**MURPHY** of **STATE FARM INSURANCE** to deny compensation and

For an insurance claim and is also equally liable for concealling the **MURDERS** of

600,000 americans and cancelling Mr. Cutler's Auto Insurance Illegally to protect the

**Pennsylvania Attorney General**, since it was served after cancellation of the policy.

According to Wikipedia Spears studied **Kabbalah**, making her a party to this case,

Mr. Bonta made false statements in his previous document (18 U.S.C. § 1001) based

on the tweets he made on 15JUL2021 to the public, while Donald J. Trump is Banned

from using Twitter for at least 2 years in violation of securities laws.  The vaccine

may deliberately allow persons to be **MURDERED** and the use of the word

**INPLAUSABLE** has been deemed to be **SUBSTITUTED** for **TRUTH**<ref>

http://mediaarchives.gsradio.net/rense/special/rense_072021_hr2.mp3 </ref>

On 21JUN2021 a 342 page MOTION TO RECONSIDER BECAUSE OF CRIMES

(18   U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S.

Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED

STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in CASE NO. 4:21-cv-01774 in the Southern District of Texas. It is

ILLEGAL to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920

(D. Iowa Apr. 14, 2015). In that document  page 167 is time stamped **PROOF** of a

[[Brady disclosure]] for [[Bill Cosby]], on page 324 is time stamped **PROOF** of

[[Biological warfare]] by the [[People's Republic of China]] and the Murder of

**600,000 people** in the [[United States]], on page 325 is time stamped **PROOF** of

[[Electoral fraud]] in [[Pennsylvania]] to alter the 2020 election, and on page 327 is

time stamped **PROOF** [[Josh Shapiro]] was aware of the fraud.  Per the clerk,

**Judge** [[Lynn Hughes]] **stole** the mailed documents.  This may be related to [[1939

Nazi rally at Madison Square Garden]], [[David Fahrenthold]], the murder of

[[Jonathan Luna]] and [[FOIA]]-2020-01319.<ref>

https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-

investigation/ </ref>.  On 08JUL2021 Mr. Cutler was robbed of his wallet, credit

cards, and **PASSPORT,** in order to prevent him from travel in the United States in a

manner just like Sean Williams that filed a lawsuit against Lancaster County Police

and ended up **DEAD**. <ref> https://www.washingtonpost.com/news/post-nation/wp/2018/07/01/sean-williams-

lancaster-police-shot-taser-even-though-he-was-unarmed-compliant/ </ref>.  Mr.  Cutler is still being **Denied**

**Part B Medicare** even though he is at full age and the Biden administration is

presently providing  this to **thousands** of people that just entered the country in a

**illegal** manner.  **Judge Garaufis** denied Mr. Cutler **Part B Medicare** and ruled that

**Allison Mack** only pay a 20 thousand dollar fine and serve 3 years in prison for  her

role in case 1:18-cr-00204, where a minimum of 8 women were raped and

**BRANDED** by her actions, and where Multiple women who had sex with Bill Cosby were awarded **MILLIONS.** Mr. Cosby was incarcerated **INSTANTLY** at the end of the trial as well as **Rufus Seth Williams** at the end of his trial.  Verizon has programmed several numbers of individuals of the United States govenement to be **non-reachable** by Mr. Cutler's  phone including Andrea Parker listed in the letter dated May 7, 2021 for FOIA-2020-01319 that was **409-981-7938**.  Verizon also sold the debt based on the Illegal removal of him from his apartmemt at **67 CAMBRIDGE VILLAGE** and the **THEFT** of 100% of the contents and his records simply by the payment to a **CORRUPT JUDGE**, and covered up by **CORRUPT MEDIA**.  The government is transporting people by plane without passports.  <ref>

https://www.nbcnews.com/politics/immigration/biden-admin-again-flying-migrants-who-cross-border-one-place-n1271211

</ref>.  Jeffrey Cutler and Britany Spears were both denied **DUE PROCESS**.  Judge Diamond's order of 12JUN2021 may in this case be because he was **BRIBED**, **BLACKMAILED** or **THREATENED** or simply corrupt.  The plaintiffs presented arguments that failed to have all the evidence of criminal activity, and also real data

<ref> https://www.thegatewaypundit.com/2021/03/exclusive-per-cdc-data-nearly-twice-many-vaccine-related-deaths-far-2021-1755-vaccine-deaths-past-decade-994/ </ref>.  Since the  motion in case 4:21-cv-01774 also combines cases, the judge for case 4:18-cv-00167-0 (Northern District of Texas). should act on this motion since that is an older case.  Mr. Cutler has also been denied justice as recently by an **UN-OPPOSED** motion on the order of 17MAY2021 in case 2:20-cr-00210.  Judge Stewart Dalzel hinted at this in is verdicts over 25 years ago in

orders regarding Lisa Michelle Lambert, of implied threats. Based on the story <ref> https://www.newyorker.com/news/essay/saying-her-name </ref> in the New Yorker people have known that people in the Government **MURDERED 5 CHILDREN** on **13MAY1985**, and there is a conspiracy to **CONCEAL** the crime and **OBSTRUCT** justice. Judge Diamond should have realized that Mr. Cutler has filed a **MAIL FRAUD** complaint, against judge Diamond for the order denying **MOTION TO RECONSIDER** 25MAY2021. The **UN-OPPOSED ORDER** of **Judge Limbaugh** of **11MAY2021** NO MATTER WHAT WORDS LIKE **DIATRIBE** used in the **ORDER** is **ILLEGAL** and **CONSTUTES MAIL FRAUD**. It shows **ACTUAL PROOF** of **BIOLOGICAL WARFARE** by the **ACTIONS** of the **PEOPLES REPUBLIC of CHINA**, and **ELECTORAL FRAUD** by **JOSH SHAPIRO**. The **ORDER** is the equivalent of **DENYING** that **6 MILLION JEWS** were **MURDEED** during **WWII**, or 5 **CHILDREN** were **MURDEED** in **PHILADELPHIA** by 2 **bombs furnished** by the **FBI**, on **13MAY1985**. Even though this document is later than normally allowed, the **ORDER** should be **RECONSIDERED** because of the minimum of 20,000 members of the NAZI party that are in the United States since 20FEB1939, when **20,000 people** of American **Nazi** Party held a rally in Madison Square Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan </ref>, **CONSPIRED** to prevent Mr. Cutler from being served sooner and this is **REVENGE** of the **NAZI** party against the **UNITED STATES**. Dates are an **IMPORTATNT** part of history and the **TRUTH**. On 04JUN is the date **LUKE**

**WILLIAMS** HAD HIS FIRST HOME RUN AS A member of the Philadelphia

Phillies., and won the ball game.  It is also the date that duchess of Essex had the

FIRST ENGLISH PRINCESS TO BE AN AMERICAN CITIZEN, Lilibet Diana

Mountbatten-Windsor, AND **CLARENCE WILLIAMS THE III DIED**,  MR.

WILLIAMS HAD PORTRAYED LINC ON THE MOD SQUAD TV PROGRAM.

In the obituary from the Associated Press Lindsay Bahr printed on page B4 in the

Philadelphia Inquirer on  07JUN2021.  The obituary referenced BILL COSBY had

told Aaron Spelling about Mr. Williams.  Mr. Cosby was released from prison on

30JUN2021, after a ruling by the Pennsylvania Supreme court **CORRECTLY**

**IDENTIFIED** his trial was unfair.  Mr. Cutler has not been able to present his case in

court because of **CRIMINAL ACTS** and either has **Brittany Spears**.  **Brittany** has

been a **slave for 13 YEARS**, based on the testimony of **JUDGES**, **DOCTORS** and

**OTHERS**.  The case against Keith Raniere, **Allison Mack**, **ENSLAVED** and

**BRANDED** people.   Based on case 1:18-cr-00204 **Allison Mack** (based on reports

born in **Germany**) is only paying a minimal fine based on reports she is worth

between 2-7 million dollars and gets significant residual payments from her acting

residuals.  **Mayor Bill deBlasio** of New York City **ORDERED** all PERSONS

**MUST BE VACINATED** ,<ref> https://www.nytimes.com/2021/08/03/nyregion/nyc-vaccine-mandate.html

</ref> to LIVE in New York City, which **VIOLATES** the <ref>

https://en.wikipedia.org/wiki/Americans_with_Disabilities_Act_of_1990 <ref>  and <ref>

https://en.wikipedia.org/wiki/ADA_Amendments_Act_of_2008 </ref>, since persons with

**COMPROMISED IMMUNITY** (such as persons taking some type of drugs). On 20FEB1939 **20,000 people** of American **Nazi** Party held a rally in Madison Square Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan </ref> <ref> https://en.wikipedia.org/wiki/1939_Nazi_rally_at_Madison_Square_Garden </ref> Per the

[Code of Federal Regulations] [Title 21, Volume 4] [Revised as of April 1, 2020]

[CITE: 21CFR211.137] **211.137 Expiration dating**. It is **ILLEGAL** to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In April 2015, U.S. District Court Judge Mark Bennett in Sioux City, Iowa, sentenced Austin (Jack) DeCoster and his son Peter to three months in jail for their role in selling contaminated food across state lines. Their company, Quality Egg LLC, was sentenced to a $6.8 million fine and placed on probation for three years. The CDC has <ref> https://www.wsj.com/articles/u-s-suspends-j-j-covid-19-vaccine-shipments-as-states-face-a-surplus-of-expiring-doses-11623351701 </ref> apparently stopped shipping doses of the J&J vaccine. Jews are being attacked in New York, Los Angeles, Canada, and (followed in) New Jersey per a story in the Philadelphia Inquirer (24MAY2021). The **NAZI's** during **WWII** only required offering a **small bar of SOAP** to get JEWS to enter **GAS CHAMBERS disquised as SHOWERS**. The MURDER of the 5 children on on **13MAY1985** is as serious as the case of **Thomas Capano** and his lover Anne Marie Fahey <ref> https://en.wikipedia.org/wiki/Thomas_Capano </ref> and the murder of 300 people at the black

wallstreet <res> https://www.cleveland.com/darcy/2021/06/biden-addresses-tulsa-massacre-darcy-cartoon.html </ref>

and <ref> https://www.npr.org/2021/06/01/1002080611/nyc-gallery-hosting-a-tulsa-race-massacre-exhibition-was-vandalized-with-white-p </ref>.  On 01JUN2021 Jeffrey Cutler called the THE REPORTER ANYA

JONES OF THE PHILADELPHIA TRIBUNE at 4:32 PM (215-893-5747) IN

ORDER to TALKED TO HER ABOUT THE STORY SHE WROTE ABOUT

BLACK WALL STREET AND NEGLECTED TO MENTION THE BOMBING IN

PHILADELPHIA **13MAY1985** THAT THE [[**FBI**]] FURNISHED THE

EXPLOSIVES, SHE HUNG UP THE PHONE.  Mr. Cutler has also called the **FBI**,

**CIA** (Langley) and **NSA** about the **BIO-WARFARE** from CHINA, proof shown in

case 1:20-cv-00099, Eastern District of Missouri.  In order to correct for new crimes

and **OBSTRUCTION of JUSTICE** discovered.  On **20SEP2018** at 2:08 PM the a

**BRADY VIOLATION** was conspired against BILL COSBY and Mr. Cutler based

on Mr. Cutler's filing in case 19-3693 page 56, originally filed on 27SEP2018 case in

the Eastern District of Pennsylvania, 5:17-cv-05025.  On 19APR2021 at 3:44 PM

Jeffrey Cutler filed a 211 page motion to do the same thing as in the case for **2:21-

cr-00170** . That document **VANISHED** in **FEDERAL COURT** despite calls to the

clerks office and on 21APR2021 and 22APR2021 Jeffrey Cutler called **TWICE

EACH  DAY** the AUSA handling case number 2:21-cr-00170,  ( **MARK

DUBNOFF 215-861-8397** ). The U.S. Attormey's office **HAS ALSO

PROGRAMMED** Mr. Cutler's **cellphone** and **LAND LINE NUMBER** to be

excluded by the office of ASUSA, A **BRADY VIOLATION**, AND **VIOLATION**

**OF THE U.S. CONSTITUTION AMMEND 1**.   This document and the case for

2:21-cr-00170 has information about the MURDER of 2 BLACK AUSA's, **Jonathan**

**Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> **Beranton Whisenant** (Found 25MAY2017)

were also MURDERED by possibly members of the KKK OR THE 5 BLACK

CHILDREN CREMATED ALIVE ON NATIONAL TV 13MAY1985 BASED ON 2

BOMBS FURNISHED BY THE [[FBI]].  The judge in case 2:21-cr-00170 (**Gerald**

**Papert**) directed that the document filed on **19APR2021** at **3:44 PM** be returned and

removed from the docket and committed **MAIL FRAUD**.  On **06APR2021** at **2:34**

**PM** Jeffrey Cutler filed a 356 page **EMERGENCY EXPEDITED PETITION TO**

**INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.**

**Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§**

**78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL**

**EFFICIENCY AND SUMMARY AFFIRMATION** in person at the federal

courthouse in Philadelphia at 601 Market Street case #**19-1842**. On **06APR2021** at

**4:10 PM** a clerk called that they had the document. This DOCUMENT has also

**VANISHED**!!!  The clerk in case 19-1842 (Patricia Dodszuweit) stamped the

document **08APR2021** and then wrote a letter dated **12APR2021 MAKING A**

**FALSE STATEMENT** and mailed it on **13MAY2021** and committed **MAIL**

**FRAUD**.  On 21APR2021 and 22APR2021 Jeffrey Cutler called TWICE EACH

DAY the AUSA handling case number 2:21-cr-00170,  ( MARK DUBNOFF 215-

861-8397 ). The U.S. Attorney's office HAS ALSO **PROGRAMMED** Mr. Cutler's

cellphone and LAND LINE NUMBER to be excluded by the office of ASUSA, A

**BRADY VIOLATION**, AND VIOLATION OF THE U.S. CONSTITUTION

AMMEND 1.  On 26APR2021 at 3:56 PM Jeffrey Cutler served the ACTING U.S.

Attorney Jennifer Arbittier Williams at 615 Chestnut St # 1250, Philadelphia, PA

19106 two copies of the 211 page stamped motions by Jeffrey Cutler for case 2:21-cr-

00170. On 14APR2021 Jeffrey Cutler filed a 136 page **MOTION TO**

**INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.**

**Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code §**

**872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED**

**STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,**

**BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**JUDGEMENT** in case 2:21-cv-00190 in person.  On 16APR2021 Mr. Cutler

recieved an email from the office of George Bochetto with a response to his motion

of 14APR2021.  He could not open the document.  He called the office and got an

answering machine.  He was not able to get the document from PACER until

17APR2021 at about 5:50 PM.  He also found Mr. Cutler's motion was **DENIED** as

**MOOT** with no chance for Mr. Cutler to respond, since he is not on the CM/ECF

system.  On 13MAY2021 Mr. Farley resigned as **HEALTH COMMISIONER**

because he **OBSTRUCTED JUSTICE** and **ORDERED EVIDENCE**

**DESTROYED** in the **GREATEST EXAMPLES OF MURDER BROADCAST** of children on **LIVE TELEVISION**, as a form of **EVICTION**.  This also protects **INSURANCE COMPANIES** from liability or being required to compensate owners, includung the claim made by Jeffrey Cutler, Nov 2, 2017, **A00000575634**, and terminated 21MAR2020, after **PAYING ZERO**, by bribing Judges and ckerks. Insurance companies have conspired to not pay claims and in a continuing procedure as with case 15-1271 USCA.  Lawyers have got vedicts from companies like Johnson & Johnson, for case 20-1223.  The scope of **manufacturing** evidence as was on display during the second impeacment of Mr. Trump was indefensible.  On 06JUL2021 Mr. William McMichael was found guilty and fined **2,608,329.75** of allowing lead paint be present in a property that at the time the inspection was made he was not the registered deed holder and the property owner lives actually in West Virginia in court **PA MDJ-02-1-01** by Judge **AdamWitkonis** case **MJ-02101-NT-0000612-2020** .  This is revenge on William H McMichael III notifying the treasurer he was  listed as the owner of the deed identified as instrument 6252884 with a tax ID listing identified as **400-73447-0-0000**, which was illegally sold to others with a defective title.  Since **MJ-02101-NT-0000612-2020** case involves parties from multiple states the state court was not the correct venue and the verdict must be vacated.  On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a **347  Page** PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL

FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805** **USCA** third

circuit. Instead of granting a hearing the CLERK's OFFICE of the USCA issued an

ORDER that granted Mr. Cutler, the ability to **PAY** **$ 505.00** without resinding the

order dismissing case 20-1805 (**ECF 52**).  After calling about the fee being paid they

wrote a letter returning the money order on 19APR2020, which Mr. Cutler has not

recieved.  In the case which is an appeal,  **U.S. NEWS AND WORLD REPORTS** is

a defendant of **PAID SLANDER** against Mr. Cutler by Persons unknown or **China**.

They **paid** for **targetted** defamation and **FALSE** story against Mr. Cutler to conceal

the **MURDER** of **2 BLACK AUSAs**, **MAIL FRAUD**, and other crimes.  To garner

a hearing before an **ENBANC COURT**. Mr. Cutler recently discovered just how

easy the people have lied and conspired, as with multiple lawsuits filed by lancaster

county and **Josh Shapiro** to enable an **Agenda**, false statements made in **Supreme**

**Court Brief 220155**  (18 U.S.C. § 1001). Mr.  Cutler filed a 356 page

EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF

CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records),

15 U.S.C. §§ 78dd-1, MAIL FRAUD EQUAL PROTECTION AND TO COMBINE

CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case

**19-1842** **USCA** third circuit, time stamped 06APR2021 at 2:46 PM (first 67 pages

were attached)  Someone from the clerk's office acknowledged they got the

document at **4:10 PM 06APR2021**. Mr. Cutler emailed the PDF of the stamped copy

to all parties in the case as well as over 400 individuals. In the document 5 case #2:21-cv-01609 the document has TIME STAMPED evidence of a MAIL FRAUD COMPLAINT against Jim Kenney and Josh Shapiro. It also has evidence that Josh Shapiro falsified the certification of the election and TRUMP won. On page **128** is **TIME STAMPED PROOF JOSH SHAPIRO KNEW HE LIED ABOUT THE ELECTION RESULTS**, On page **132 IS PROOF THAT CHINA KNOWS THEY ARE ACCUSED OF BIO-WARFARE AGAINST THE WORLD KILLING 3 MILLION PEOPLE**, AND **COMMITTED MAIL FRAUD TO HIDE EVIDENCE**, On page **133** is **TIME STAMPED PROOF THE ELECTION RESULTS WERE ALTERED TO ALLOW CHEATING (AN ORDER FROM TORRES FROM 12APR2018)**, On page **134** IS A LETTER FROM **NANCY PELOSI** IN COLLUSION TO WITH TED WHEELER OF PORTLAND PROMOTING VIOLENCE, On page 136 IS A TIME STAMPED MAIL FRAUD COMPLAINT FROM AGAINST **JIM KENNEY** VERIFIED 10MAR2020. On **11MAR2021** JEFFREY CUTLER FILED A **MAIL FRAUD COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR CLAIMING THEY REFUSED A **321** PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on

or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909

1042 6153 86) at their DC Embassy (3505 International Place, NW) and after

opening the document one week later (24FEB2021) claimed the document was

REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED

STATES GOVERNMENT of **RETURN POSTAGE** and follow the LAWS of the

UNITED STATES OF AMERICA. This effectively PUTS the PEOPLES

REPUBLIC OF CHINA in **DEFAULT** for violating the LAWS of the UNITED

STATES and shows they have been properly served and the return of the document

equates to a **Waiver of Service**.  Inside the document was a **193 page** report that

**COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming CHINA has

engaged in **Bio-Warfare** with the WORLD based on a previous actions with

**HEPARIN** and pet food and that the testing supplies are **tainted** and may be

spreading the disease in the United States. The media and political leaders have been

**BRIBED** to go along with MASKS and distance are the **ONLY** cure when

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 and FLU that result in DEATH from pneumococcal disease and

Ivermectin to treat the COVID-19 <ref>

https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-

v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-

work/corman-v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf

</ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As

an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler

declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a

concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a

Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper

on 24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[Nancy

Pelosi]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and

stated "[N]o one would be hurt and the greater justice would be attained" and violated

(**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in case 4:18-

cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed a lawsuit

in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy Pelosi**]]

called (**CUTLER v. PELOSI, et al.**). This is 26 YEARS AFTER THE FIRST

**WORLD TRADE CENTER BOMBING**. This documents that service of the

complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at their

**EMBASSY TO THE AMBASSADOR**. Mr. Cutler had also published information

that the **MURDER** of two **BLACK AUSAs** **Jonathan Luna** <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton**

**Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found

25MAY2017) were also MURDERED by possibly members of the **KKK**. Mr.

Whisenant was found on the same day George Floyd was declared Murdered in

2017. Despite calls to the clerk of the United States Court of Appeals, the clerks

Time Stamped Petition for Enbanc Hearing case 20-1805 was still not on the docket.

To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a

copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get

redress of grievances in person at the same courthouse in Philadelphia on

23MAR2021 with a 341 page motion to Intervene. On 24MAR2021 judge Kenney

denied the motion to intervene ECF 4 and stated the document was

**incomprehensible and has no bearing or relavance to the above captioned action,**

even though the motion was **unopposed**. A **mail fraud complaint** has been filed

against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler

filed a 321 page document for case 20-1422 which contained **EXCULPATORY**

**EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320

& first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL**

**ACTIVITY**. This document is still not present on the docket, a federal crime. It is

believed this is has been based on **BRIBES** and **COLLUSION** with funds from

**CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a

primary target being the United States, and **DESTROY** the value of the **UNITED**

**STATES DOLLAR**. **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the

CDC have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the

**FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are

called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE

TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND

THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-

110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html

</ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref>

https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19**

is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE**

**CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED**

**JUST LIKE VOTES FOR TRUMP**. It is believed that the testing components may

be tainted and is the real reason that so much propoanda has been placed on testing

when vacinations for to stop these deaths is cheaper and readily available. A

previous document in case 21-40001 was altered by persons unknown to protect the

**CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just

another name for the **KKK**. It also shows **BIAS** and **MALICIOUS** intent to violate

**EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**. Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC**

on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**. Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**. On 13DEC2016 **Judge Diamond** ignored

Mr. Cutler's information about **ELECTORAL FRAUD** in case 16-cv-06287.

Recently in case # 1:17-cv-05228 **Judge Nicholas G. Garaufis** (Eastern District of

New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND

VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE

DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN

THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and the

current **Attorney General** of Pennsylvania) IS ON THE DOCKET. Mr. Cutler is

being denied **MEDICARE** part **B** coverage while the order in this case grants that

coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the

president **OBAMA** **publically** stated the program was **ILLEGAL**. These persons are

being **GRANTED EXTRA RIGHTS**. Mr. Cutler a natural born citizen presently 67

years old and second generation American and **JEWISH**, eligable to be President or

**Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of

the order from Mr. Torres dated **12APR2018** that all voting methods must have a

**HARD COPY RECORD AVAILABLE** filed **20OCT2020**, as part of funding from

the FEDERAL GOVERNMENT!! The laws were altered in Pennsylvania to provide

**DROP BOXES** that failed to have this provision. Mr. Cutler had stated these ballots

violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**,

just like the term that may presently describe the sick bird Philadelphia football team **ILL** **EAGLE**. The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated. On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abillity of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a  **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[**Susan Rice**]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a

few hours earlier, there was a violent protest that was undertaken in reaction to this

very offensive video that was disseminated." Jeffrey Cutler found out that 5,000

Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on

13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over

**Benghazi Libya**. During this period was the battle at El Alamein stopping **NAZI**

advance towards Cairo and the Suez Canal.  Anthony Algindy <ref>

https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey

Broyer may have had prior information of the attacks on 911.  They both may be part

of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>.

The apparatus involving the **FBI** and **CIA** may have started when they tareted

**Fawaz Younis** and operation **GOLDENROD** was started  and he was captured for

the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been

corrupted.   On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against

**AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint

against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on

being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH**

**COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements

in those reports.

THERE IS **TIME STAMPED** PROOF OF ELECTORAL FRAUD IN

PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020**

PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY

FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,

PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN FIFTH

CIRCUIT 21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS **MURDERED**. Reporter **CHRISTIAN SIGN**

was recently found dead <ref> https://denvergazette.com/wex/reporter-who-broke-story-on-clinton-lynch-tarmac-

meeting-found-dead/article_939887c0-cf2d-5edc-b553-f31ef6e012e2.html </ref>, he had exposed the Bill

Clinton meeting with Lorreta Lynch, and Mr. Newsome has banned **CHRISTIAN's**

from **SINGING** IN **CHURCH**. PER **USCA** CASE **17-1770** **JOE BIDEN** WAS

PART OF A GROUP HELPING TO SMUGGLE STOLEN **NAZI** ART INTO THE

UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys**

(Philadelphia leader Zach Rehl) had his first court appearance Friday the

19MAR2021. On 13JAN2021 **JOSH SHAPIRO** is named in part of a Petition [[En

banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to

[[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland,

Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[**Electoral fraud**]] made

to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a

letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made

to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the

**MURDER** of [[**Jonathan Luna**]] by the [[**Ku Klux Klan**]]. Also see [[Publican and

the Pharisee]] and [[Parable of the Unjust Judge]]. Watch

https://www.youtube.com/watch?v=mqCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-

v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-

work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf

</ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As

an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler

declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a

concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a

Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper

on 24OCT2018 page 15 :titled "**SAVE BILL COSBY**".

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING

APPEAL was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON. The office of the president responded to this by

21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open. Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov

</ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE** and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM

Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936

On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC

REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND

PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD

CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey

Cutler filed a PETITION TO COMBINE ADDITIONAL CASES BEFORE

ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519

- Destruction, alteration, or falsification of records) FOR JUDICIAL EFFICIENCY

in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078. Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181. Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-

explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-

paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE

17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART

FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM

VANISHED IN FEDERAL COURT, just like Mr. Cutler's testimony at SEPTA FY

2020 ANNUAL SERVICE PLAN dated June 10, 2019 on page 290-292 of ECF 62,

case number 2:20-cr-00210 (USA v MICHEAL OZZIE MEYERS).

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records)  & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER

VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages

23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders

for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the

mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the

media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from

atteding hearings at the law office of Saul Ewing while reporters were allowed to

attend at the law office of Saul Ewing (he was asked to leave by security, and

Philadelphia Police).  Mr. Cutler previously had contested the states order that they

could redistrict (USCA Case 18-1816) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225

1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York,  and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge

**Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a

decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even

though the judge is named as part of the complaint filed for case #1:20-cr-00165 for

**MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in

case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE**

was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL

parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same

judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT

under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. §

3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the

FEDERAL GOVERNMEMT). The same persons that **MURDERED** **Luna** based on

the injuries may be the same individuls in a Louisiana town of Baldwin that are

responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has

been filed against Judge Schmehl for his opinion in the case, for making

**PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect

parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available.  This would set a standard for **CHINA** to attack the United States even further.  The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**.  This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia.  On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from case 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).  Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  In the name of Tzadikim Nistarim, Shaun Bridges a secrect service agent stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted

https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-

extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of**

**JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed

with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the

COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and

**CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the

Logan Act Stat. 613, 18 U.S.C. § 953 with China.  Based on his previous contracts in

**VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1178**

cases and **12 deaths** in **TAIWAN** as of **07MAY2021**, **THAT THE TESTING**

**COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19,

in the **United States**, and other places. This is based on PREVIOUS actions by

**CHINA**.  <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm

</ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current

non-binding mandate from the Dr. Levine and others in other STATES may be trying

to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes

and TREASON by mostly DemoNcrats and some Republicans posing as good people

who are RHINO's, when President Trump may have been the first DINO identified

since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations

is complicit in the deaths in the United States.  Although **Thanksgiving** was not a

religious holiday, many people say a prayer before the meal and therefore the

restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT**

**CLAUSE**, also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN**

**INTERSTATE COMMERCE**, and the order also violates **EQUAL**

**PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing

without a court order violates the FIRST Amendment, just like you cannot be forced

to give a DNA sample.  Mr. Cutler owns stock in **Merck**, which manufactures

PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the

company, and should be prosecuted just like Martha Stewart was charged and put in

prison, but also pushing sales at **AMAZON**.  On 17JUL2020 **TOM WOLF** issued a

**DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 **Tom WOLF** reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case **20-1449** even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.  The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by **MAIL** makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.  Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE** during the 2020 baseball season and today they allow only

8,000 people to attend in 2021.  Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.  As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS**

**A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna). The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and

Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one.   The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63. While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected. Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html  </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html  </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020.   Mr. Cutler won a motion for reconsideration in the court based

on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740

06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document.

Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella &

Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr.

Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR**

**ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081**

in the United States District Court for the Eastern Dirtict of North Carolina on

16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law.  Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May

13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the

bombs.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN**

**LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the

**FBI**.  The judge dismissed the case even though 5 parties defaulted and were

properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019. Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**. Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars. Mr.Cutler had filed objections to limit the power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020. Mr. Cutler filed an Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**. When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania. Mr. Cuttler had requested that district court case number 4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number 1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al.**] and case number 1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties. Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional. The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref> the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**. Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020** that use **WRIT OF EXECUTION** to **sieze property**. Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing. It is

notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records

(effectively trying to rewrite history). Taiwan is about 100 miles from CHINA, yet

has less than ten deaths and 500 confirmed cases. In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January

16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION

TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS

TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the

motion denying Plaintiff's motion of December 30, 2019. The current order from

that court is in error since the USCA order of December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is still

unopposed. Mr. Cutler had previously filed a document by MAIL on March 1, 2019

but it was illegally discarded. He then filed on 07MAR2019 in person (Document

00514863727), and it was put online March 7, 2019. The office of the clerk

decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904 International Holocaust Remembrance Day),

and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary**

**Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online

January 29, 2020. A violation of EQUAL PROTECTION by employee of the

federal government, which treated the two documents differently and potentially hid

the document from the review of the judges considering an ENBANC review. Mr.

Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court. In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition. This violated the United States Constitution Ammend 1 and 5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution. Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367). Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing. On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings. On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT. At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document (ECF 99) **NOW**

was properly marked. Based on this Mr. Cutler printed a second copy of the

document. Based on Elouise Pepion Corbel et al. v. Gale v. Norton, et al. (03-5262,

03-5314). Mr. Cutler requested the district court cases be consolidated in

Pennsylvania and deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made. This

court had allowed the House of Representatives to be an Intervenor. The petitioner,

Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the

house of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners. The FBI tried to force two Medical Examiners to say the **MURDER**

was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpectenly in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**. Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge  the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it".  The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.  He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>.  There is NOW

**PROOF THIS IS TRUE**, since the PEOPLES **REPUBLIC OF CHINA** commited

**MAIL FRAUD** when served documents at their EMABSSY on Washington, DC.,

thus **CONFIRMING CHINA IS RESPONSIBLE FOR THE DEATHS OF 3**

**MILLION PEOPLE**.  It is very easy to Bribe, coerce  or pay individuals to bear

false witness against another individual and violate **THALL SHALL NOT BEAR**

**FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders

have issued effectively allows the governments in the United States to discontinue

religion in and in the State of Pennsylvania, by a member of the **KLU KLUX**

**KLAN** or related organization.  Other members of the **KLU KLUX KLAN** in the

United States and the World, are all organized to take on the HOAX.  This was

previously called Agenda 21.  As of 16MAR2020 Canada was still allowing flights

from CHINA and those persons could be carrying hazardous bio material simply

enter the United States from Canada.  When Mr. Cutler was working for Merck as a

contractor some individuals were caught stealing trade secrects by security at the
West Point site.  It has been known China has been effectively using live people for

transplants for years.  Mr. Ellyahoo has stated the word in **HUNGARY** for **SIN** is

pronounced VIRUS.  The closing of all CASINOS in the STATE is to get 100% of

all gambling revenue, to have a total monopoly on all sources of payment organized

for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that

the POST OFFICE near the Allentown Federal Courthouse contains NAZI insigna in

the tile work in the building (supreme court case # 19-8538 ), and there is a **7 acre**

site in Southern Lancaster county that is owned by the **Klu Klux Klan**.  Mr. Smiles

has sent a picture via text to Mr. Cutler's of insigna is actually in the Post office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal, all the Insurance companies have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department. Mr. Wolf's order also violates the Federal Voting law Voting

Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) , voter fraud has been in

Pennslvania a long time. The use of ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud. Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr.

Cutler also notifies this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based

on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with

COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because

the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.

Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated. George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data. Mr. Cutler was trying to fly to Philadelphia that day from Chicago. My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons. Even in case, 1:20-cv-01130 that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials with the aid of News Outlets. Previous corruption in the United States based out of Illinois called project **GREYLORD** was a 3.5 year activity. Mr. Cutler lived in Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye** is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE** for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE. The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi. China has been bribing CIA employees and others for

years. There is no reason what Joe Biden did should be ignored. <ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china </ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref> https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47 VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED. TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY. It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**. ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.   Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.   Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.  Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871. The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.). The courts have affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education. Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted). The current election for president may be just like 2 Star Trek

Episodes combined. <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now. As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007) the court must accept the foregoing information

as true. In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD.  THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM.  The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by  police woman **Lisa Mearkle**  in 2015 and violated his civil

rights<ref> https://news.yahoo.com/princeton-university-policy-political-protests-103048931.html </ref>

**Maxine Waters** and the **MEDIA** networks are trying to incite riots so that Marshal

LAW can be declared and all firearms siezed.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as **SUMMARY JUDGEMENT**, this is

effectively a **CHANGE IN VENUE**.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

**Donald J. Trump** be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in **Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and **Arizona**.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting elected Vice President at the hotel previously known as the Host Farm, but has since been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania Judge Stickman wrote in the case "but even in an  emergency, the authority of government is not unfettered" in the case of County of Butler v Wolf.  This  court should also declare the entire Affordable Care Act (Obamacare) law and the executive order  signed in 1942 as Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when combined with the writ from case  **15-632**, and the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**. The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered **MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**, case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031** Northern District of Washington, plus this case and  **21-4001** ALL BE COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI BABBITT** MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court.  Just because the Biden

Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY

THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**, on **Jerusalem**

**Day** <ref> https://en.wikipedia.org/wiki/Jerusalem_Day </ref>.  03JUN is celebrated as a part of

history in large part of the United States as the birthday of Jefferson Davis and
Edward

Cutler thought it was nice that his birthday was a special part of history, and his son

files this document to honor his father, and his brother Irv. Irv was killed in a B24

13JUL1942.  On 03JUN2021 Edward Cutler would have been 100, if he was still alive, it is also the birthday of Jill Biden.  This document should be inserted and combined with the previous document and replace the first 72 pages that document.  On 17JUN1856 the REPUBLICAN party held it's FIRST CONVENTION in PHILADELPHIA.  In the previous document filed on17JUL2021.

**Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY**
**Page 411 is PROOF OF BIO  WARFARE**.
**Page 412 is PROOF OF  ELECTORAL FRAUD**
**Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD**.

Respectfully submitted,

DATE:____09AUG2021_____          _____/s/ Jeffrey Cutler_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on August 09, 2021, I filed the foregoing with the Clerk of the UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF MISSOURI, SOUTHEASTERN DIVISION by Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2021 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.    SO ORDERED.

[1] Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be

sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be

removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all

EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2] Order BITTANY SPEARS BE DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL COURTS IN

COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS 19JUN1865 AND SHE BE ALLOWED TO

PROSECUTE THOSE THAT ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSND DOLLARS A

DAY.

[3] COMBINE THIS CASE WITH  IMMEDIATE **EN-BANC HEARING** IN THE UNITED STATES COURT OF

APPEAPLS THIRD CIRCUIT in case 19-1842 to AFFIRM these judgements, excluding Judge Rendell and all other

judges that are biased, or bribed case 20-1223 (**Johnson and Johnson v. Ingham**), 20-1449 (**USA v. Joeseph R.**

**Johnson**).

[4] DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A

PENALTY.

[5] BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY

PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT

IN EVERY PUBLICATION THEY CONTROL.

[6] Order the SUMMARY JUDGEMENT against all parties be granted and made FINAL at one million dollars per day or

as a negotiated amount for Each individual in favor of Mr. Cutler.

[7] ORDER **THE PEOPLES REPUBLIC OF CHINA** PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE

UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE

THAT DIED.

[8] JERRY NADLER for stating that  **"GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS"** be identified as a

SONDERKOMMANDO, along with Josh Shapiro.

[9] ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY

UNTIL THEY RESIGN FOR **MANUFACTURING EVIDENCE** JUST LIKE EAST LAMPTER TOWNSHIP

MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE

LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF

OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[10] ORDER THAT RUDOLPH GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR

SLANDER BY DOMINION, SINCE THE **BIG LIE** IS THE **TRUTH**, WHICH WAS ALSO DESCRIBED TO DETAIL

THE ATTACK BY THE FEDERAL GOVERNMENT ON WACO TEXAS.

[11] ORDER THAT 10% OF ALL PAYMENTS MADE TO ALLISON MACK BE PAID TO EACH OF THE WOMEN SHE

HELPED BRAND.

[12] THERE IS NO REASON TO WAIT ON LIFTING THE BAN ON FIREARMS SINCE EACH DAY IT IS IN EFFECT IT

DETRACTS FROM THE LIBERTY OF THE UNITED STATES, JUST LIKE RESTRICTING THE FREE EXERCISE

OF RELIGION

[13] ORDER THAT JUDGE LIMBAUGH PAY A 10,000 A DAY FINE STARTING 16AU2021 IF THE CURRENT ORDER

STAYS IN EFFECT.

[14] ORDER THAT EVERY REPORTER AND NEW YORK TIMES THAT KNOWING LIED PAY A 10,000 A DAY FINE

STARTING 16AU2021 IF THE CURRENT STORIES ARE NOT CORRECTED AS WELL AS JILLIAN MIXELL AND

MARK MURPHY OR UNTIL THEY AGREE TO TURN OVER EVIDENCE AND A AGREED AMOUNT TO JEFFREY

CUTLER PLUS THEIR RESPECCTIVE INSURANCE COMPANIES PAY A ONE MILLION DOLLAR DAY FINE TO

JEFFREY CUTLER.

[15] ORDER THAT WILLIAM H. MCMICHEAL BE STATRTED ON SOCIAL SECURITY AND MEDICARE JUST LIKE

THE ILLEGAL ALIENS THAT WERE GRANTED THE SAME PAYMENTS SINCE 20JAN2021, AND THEY BE

LISTED AS PART OF FOIA-2020-01319

[16] THE PLASTIC BAG BAN IN PHILADELPHIA VIOLATES AMMEND 1 SINCE IT RESTRICTS THE PRESS AS

WELL AS THE SODA TAX SINCE THEY APPLY LAWS UNEQUALLY

[17] THE PROPERTY KNOWN AS WITH A TAX ID LISTING IDENTIFIED AS 400-73447-0-0000 BE RETURNED TO

THE MIA LAND TRUST

[18] ORDER THAT MICHAEL OZZIE MEYERS, & ALANZO LAMAR JOHNSON JAIL TERMS BE LIMITED TO 23

DAYS (THE SAME SENTENCE OF PARIS HILTON), AND JOE BIDEN'S POLICYS ARE ENRICHING THOSE

IMPORTING ILLEGAL DRUGS INTO THE UNITED STATES

[19] ORDER THAT Mr. GREENBERG (Associate of Matt Gaetz) JAIL TERM BE LIMITED TO 23 DAYS (THE SAME

SENTENCE OF PARIS HILTON) based on Equal Treatment Under the law.

[20] ORDER THAT Robert Ceprano be compensated at a minimum of $250,000 and David Cicilline pay 50% of

the amount and 10% of his federal pension into the fund to compensate those individuals.

[21] ORDER THAT MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[22] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR.

TORRES BE DISCARDED AND TURNED OVER TO THE <u>FBI</u> FOR PROSECUTION

[23] Order that <u>ELECTORAL FRAUD</u> is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[24] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS, and <u>ACCESSORY TO MURDER</u> after the fact.

[25] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Coshy, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[26] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[27] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[28] Order <u>Nancy Pelosi</u> and <u>Adam Schiff</u> to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[29] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel, Judge Ashcroft, Gerald Papert, Judge Jeffrey Schmehll, Judge Paul Diamond and Judge Catherine Blake, Judge Chad Kenney, C. Darnell Jones II, Adam Witkonis pay twice their daily salary each day to the innosense project, until they resign.

[30] Order the Peoples Republic of China as <u>DEFAULTED</u> for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later, effectively a <u>Waiver of Service</u> case 1:20-cv-00099, Eastern District of Missourri.

[31] CHARGES AGAINST KEVIN STRICKLAND AND LAMAR JOHNSON BE VACATED BECAUSE OF EXISTING FAIRNESS (JUST LIKE BILL COSBY & THEY ARE BEING HELD ILLEALLY IN Missourri), AND BE AWARDED 250,000.

[32] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds for trying to conceal the Murder of 5 children, and destroy the evidence

[33] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[34] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and <u>ALL LEGAL FIRMS</u> used to try to change the outcome of a certified election, of Jeffrey Cutler and

Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee

documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[35] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

especially any officials of the United States Government, and all payments by any George Soros organization.

[36] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or

individual agreements are reached with each party.

[37] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause

why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations,

and 18 U.S.C. § 1964, Civil RICCO Act.

[38] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police,

Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants

in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113

(bank robbery) and electoral fraud.

[39] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[40] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded

in their respective lawsuits.

[41] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the

plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP OF BIO-WARFARE!!

[42] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[43] Other remedies the court deems appropriate.

[44] Order the Democratic National Committee to also show why they are not a party to <u>Religious discrimination</u>.

[45] Order <u>Nancy Pelosi</u> to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[46] Order George Bochetto pay $ 100,000 for the false statement  (18 USC § 1001) made in case 2:21-cv-01609.

[47] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free

exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes

Prevention Act.

[48]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United

States for attacking the United States,

[49] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States

for their part in help in attacking the United States.

[50] Combine cases 5:21-cv-00299,20-1805, 20-1449, 19-1842, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and  1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586  from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and in this case and all related documents in these cases.

[51] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[52] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at  511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[53] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals out aid to FARMERS that are **BLACK** and all funds sent be recovered from the People's Republic of China as a **PENALTY**.

[54] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well as perjury.

[55] Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[56] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[57] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[58] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[59] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[60] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[61] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death

and combined with CENTURY 21.

[62] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[63] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as Midland Credit Management of San Diego, CA.  Starting on 01APR2021 the penalty be increased to one million dollars per day for continued violations of the fair credit and reporting act.

[64] Order VERIZON pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates.  Starting on 01APR2021 the penalty be increased to one million dollars per day for continued violations of the fair credit and reporting act.

[65] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[66] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[67] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[68] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[69]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[70] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[71] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[72] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her

current spouse involvement with the Insurance industry.

[73] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[74] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place

by the president of the United States.

[75] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be

segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and

if they cannot be seperated all votes where they are mixed should be discarded.

[76] Order Tami Levin, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken

Krieger be compensated at a minimum of  $250,000 dollars.

[77] Order Ivan Ruiz-Rivera (case 5:21-cv-02105) be compensated at least $ 250,000

[78] Keith Dougerty, Larry Runk  (case 15-1271, 1:14-cv-00480) be compensated at least $ 250,000 and any charges

vacated.

[79] Carolyn Gundel (case 5:21-cv-01472) be compensated at a minimum of  $88,000 and at minimum $19,000 paid by

Todd Graeff

[80] Caron Nazario (case 2:21-cv-00169) be compensated at a minimum of  $1,250,000 and at minimum $190,000 paid

by Daniel Crocker

[81] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of  $250,000 and at least 1% be

paid by officers of the Baldwin Pennsylvania Police Department.

[82] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of  $250,000 and at least 1%

be paid by former officer former Lisa Mearkle of the Police Department.

[83] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[84] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on

03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[85] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars,

including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr.

Cutler.

[86] Order all Public Broadcasting Stations start tracking murders by type and cause of death so that SERIAL Killers and

KKK members may be more easily identified like  <ref> https://en.wikipedia.org/wiki/Joseph_Christopher </ref>

Joeseph Christopher who liked to kill black people.

[87] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and

Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of

their NET WORTH.

[88] A  law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car

because like computers and PIPELINES, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[89] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDERAL GOVERNMENT.

[90] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[91] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[92] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[93] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[94] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[95] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[96] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[97] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[98]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with
        <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[99]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with
        <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[100]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with
        <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[101]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with
        <ref> https://www.youtube.com/watch?v=7-w5NZYUlC0 </ref>

[102]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with
        <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[103]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with
        <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[104]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[105]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[106]   GOOGLE is guilty of violating and in conjunction with every other news media including ABC,

CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[107]   Kara N. Templeton, Christopher Leppler,Judge Paul Diamond ,Judge Wright, Judge Nicholas G. Garaufis,

Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan

Luna and pay a fine equal to their pension for 10 years.

[108]   ALL PENALTIES THAT THE IRS and Pennsylvannia HAVE LEVIED AGAINST MARILYN CUTLER SHOULD

BE VACATED because OF MAIL FRAUD.

[109]   Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to

RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in

Pennsylvania and the United States, as well as all media organizations that also participated in the deaths

(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[110]   Charges against Carolyn "BUNNY" Welsh from Josh Shapiro should be vacated since he was NOT LEGALLY

ELECTED based on the ORDER from Mr. Torres 12APR2018, and any Prison Time be limited to 23 DAYS.

[111]   Darlie Routier sentence sould be vacated due to an UNIDENTIFIED BLOODY FINGERPRINT as a BRADY

VIOLATION.

[112]   CHARGES AGAINST BRANDONN BOSTIAN BE VACATED BECAUSE OF A BRADY VIOLATION, AND BE

AWARDED 250,000.

[113]   Order SEPTA to Explore and Engineer Increased Underground Rail roads in Pennsylvania and Philadelphia

based on jeffy Bonds as Mr. cutler previously Testified.

[114]   Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with

engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and

provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[115]   Order that the Harrier Jump Jet Technoloy be explored for use on the 737-MAX engines to provide VTOL

capability

[116]   ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE

AWARDED $ 250,000.

[117]   ORDER THAT KEVIN STRICTLAND SENTENCE BE VACATED AND INCORPORATED INTO THIS <ref>

https://www.kansascity.com/news/local/crime/article249595653.html </ref> AND AT MINIMUM BE AWARDED $

250,000.

[118]    Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid

into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros, Mark

Zuckerberg pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the

constitution as well as all similarly situated.

[119]    Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into

a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref>

https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji  </ref>

AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[120]    Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified,

for trying to eliminate GOD.

[121]    Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States

that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400

billion) or 10% of his stock in the company.

[122]    Mr. Mark Zukerberg  pays everyone in the United States that lost money $ 2,000 , along with the or 10% of his

stock in the company of Facebook.

[123]    Order all charges against Donld Trump and associates be vacated for the government violating FRUIT OF THE

POISONOUS TREE.

[124]    Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-

Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[125]    ORDER THAT KEITH DOUGHERTY (5-22-2015)  LAWSUIT BE INCORPORATED INTO THIS ACTION AND

AT MINIMUM BE AWARDED $ 250,000, and other persons identified at ERIE INSURANCE RELATED TO CLAIM

A000003279856 (MIXELL) AND THE CEO BE CHARGED INCLUDING THE CEO.

[126]    The verdict in case 20-1223 may be tainted based on manufactured evidence and should be vacated. Or

negotiated with the company.

[127]    Order Lawyer Lynne Feruson be charged with conspiracy to commit MAIL FRAUD.with Brian Hurter and all

other persons associated with the bank robbery orchastrated against  Mr. Cutler's account. At Fulton & PNC banks.

[128]    Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions

for providing Aid and Comfort to the Enemy and violating their oath's of office

[129]    Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[130]    Order that ERIE INSURANCE PAY 51% 0F THE COMPANY VALUE FOR THE CONSPIRACY TO DESTROY

. .    THE UNITED STATES.

[131]    Order that ALLSTATE  INSURANCE PAY THREE TIMES THE POLICY VALUE FOR THE CONSPIRACY TO .

. .  DENY CLAIMS OF MR. CUTLER POLICY 98-APC880-4

[132]  Order state Representative Margo Davidson be cleared of all prosecution and awarded 250,000.

[133]  Order that the WORD **IMPLAUSIBLE** is NOT the same as the **TRUTH**.

[134]  Order Jeffrey Cutler be MADE WHOLE FOR ALL crimes commited against him, and PASSPORT AND

DRIVERS .    LICENSE be restored, and the theft of his wallet and PASSPORT be investiated if it is part of  lawsuit

know as   FOIA-2020-01319.

.          <ref> https://www.courtlistencr.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

[135]   Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with*

*established tenets or teachings of such sect or division of ANY religion* <u>in violation of the U.S.</u>

<u>Constitution amendment 1 and declare the ACA unconstitutional</u> , based on the 89 page writ of USCA case 17-

2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-

1019 and Declare that **NO JURISDICTION** of the United States can dictate the proper way to pray.


Dated: ____, 2021_____          _____

                                          BY THE COURT

# ADDENDUM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

THE STATE OF MISSOURI, ex rel.      )
ERIC S. SCHMITT, in his official      )
capacity as Missouri Attorney General,  )
                                      )
            Plaintiff,                )
                                      )
v.                                    )       Case No. 1:20-cv-0099-SNLJ
                                      )
THE PEOPLE'S REPUBLIC OF              )
CHINA, et al.,                        )
                                      )
            Defendants.               )

## MEMORANDUM AND ORDER

This matter comes before the Court on Jeffrey Cutler's "Motion to Intervene, and Injunctive Relief Because of Crimes (18 U.S. Code § 1519 – Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & Mail Fraud and to Combine Cases for Judicial Efficiency and Summary Judgement" [#18, #20].

Plaintiff's motion is a 46-page diatribe that runs the gamut from "biological warfare" to his Medicare coverage, the 2020 Presidential election, corporate mail fraud, stolen Nazi art, and the alleged wrongful substitution of the quarterback during a New York Giants football game. Many other topics are also covered.

Plaintiff alludes to other lawsuits in which he has filed documents (and regarding which he maintains federal crimes have been committed), and he appears to want to consolidate the cases, but it is not at all clear to what the cases pertain nor even where many of the other cases are pending.

1

Plaintiff's motion is fantastic and delusional, sets forth no reason to intervene in the subject lawsuit, and explains nothing regarding his apparent desire for injunctive relief.

Accordingly,

IT IS HEREBY ORDERED that Jeffrey Cutler's motions [#18, #20] are DENIED.

So ordered this 11th day of May, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Jeffrey Cutler
P.O. Box 2806
York, PA 17405

_____

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
**U.S. POSTAL INSPECTION SERVICE**

**Mail Fraud Complaint**

**Your Information**

| | | | |
|---|---|---|---|
| Company Name | | | |
| * First Name: | JEFFREY | * Last Name: | CUTLER |
| * Address | P.O. BOX 2806 | | |
| * City | YORK | | |
| * State: | Pennsylvania | | |
| * ZIP Code | | | |
| * Country | UNITED STATES | | |
| Cell Phone: | (717) 854-4718 | Work Phone: | (215) 872-5715 |
| Home Phone: | | Fax: | |
| Email Address | eltaxcollector@gmail.com | | |
| Age Range: | 65 or older | | |
| Are you a Veteran? | ○ Yes ◉ No | | |

**Complaint Filed Against**

| | | | |
|---|---|---|---|
| Company Name: | PLES REPUBLIC OF CHINA | | |
| First Name | CUI | Last Name | TIANKAI |
| Address | 3505 INTERNATIONAL PLACE, NW | | |
| City | WASHINGTON | | |
| State: | District of Columbia | | |
| ZIP Code: | 20008 | | |
| Country: | UNITED STATES | | |
| Cell Phone | | Work Phone | (202) 495-2266 |
| Home Phone: | | Fax | (202) 495-2138 |
| Email Address | chinaembpress_us@mfa.gov.cn | | |
| Website Address | | | |

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 03/10/2021 |
| Do you have the envelope it was mailed in? | ◉ Yes ○ No |
| Does the envelope have a permit number? | ○ Yes ◉ No |
| Does the envelope have a postage meter number? | ○ Yes ◉ No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | Other |
| Other: | FILED MAIL THIS COMPLAIN |
| Response: Mailed to a Different Address | ○ Yes ○ No |
| Do you have a Tracking Number? | ○ Yes ○ No |
| Tracking Number? | 9505 5141 0909 1042 6153 84 |
| What did you receive? | RETURNED COPY OF MOTION TO INTERVENE, AND INJUNCTIVE RELIEF CASE 1:20-cv-00099 UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI |
| How did it differ from what you expected? | EXPECTED A LEGAL REPLY |
| How much did the company ask you to pay ($)? 9.95 | |
| Do you have the item? | ◉ Yes ○ No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ○ Yes ○ No |
| Date Last Contacted Company or Person | 03/11/2021 |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money: | ◉ Yes ○ No |
| Payment Type | Virtual Currency |
| Payment Amount($) | 100,000.00 |
| Payment Date: | 03/10/2021 |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category | International Fraud |
| Scheme Type | International Fraud |

**Additional Information**

BASED ON A 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) CHINA ENGAGED IN Bio Warfare BY BRIBING UNITED STATES OFFICIALS, WHO DOCTORS, MEDIA AND THE MURDER OF 500,000 AMERICANS BY COVERT MEANS AND SUPPORT OF AMERICAN BILLIONAIRES <ref> https://journal-neo.org/2020/04/15/old-america-just-confess-to-a-covid-19-bio-war/ <ref> AS OF 10MAR2020 ONLY 10 PEOPLE HAVE DIED IN TAIWAN WITH 978 CASES  THIS IS TO ALLOW CHINA TO ATTACK TAIWAN, LIKE INDIA ATTACKED PORTUGAL IN GAUA ON 09MAR1961 AND DESTROY RELIGION IN THE UNITED STATES AND CHEAT OUR ELECTION



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
**U.S. POSTAL INSPECTION SERVICE**

Mail Fraud Complaint form submitted successfully.    11MAR2021 6:06 AM

Thank you for completing the form.

The information you provided will be entered into our national complaint system

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized  U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public

We ask you to keep all original documents related to your complaint  We will contact you ONLY if more information is needed



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
**U.S. POSTAL INSPECTION SERVICE**

**Mail Fraud Complaint**

**Your Information**

Company Name:
* First Name:       JEFFREY                        * Last Name:   CUTLER
* Address:          P.O. BOX 2806
* City:             YORK
* State:            Pennsylvania
* ZIP Code          17405-____
* Country:          UNITED STATES
  Cell Phone:       (215) 872-5715 ____            Work Phone:  (717) 854-4718 ____
  Home Phone:                                      Fax:
  Email Address:    ellaxcollector@gmail.com
  Age Range:        Select One
  Are you a Veteran?:   ○ Yes  ⊙ No

**Complaint Filed Against**

Company Name:       UNITED STATES DISTRICT C
First Name:         STEPHEN                        Last Name   UMBAUGH
Address:            555 INDEPENDENCE STREET
City                CAPE GIRARDEAU
State               Missouri
ZIP Code            63701-____
Country             UNITED STATES
Cell Phone                                         Work Phone:  (573) 331-8800 ____
Home Phone                                         Fax:
Email Address
Website Address     https://www.moed.uscourts.gov/division/rush-hudson-limbaugh-sr-us-courthouse

**How Were You Contacted?**

How were you contacted?                            US Mail
On what date were you contacted?                   08/03/2021
Do you have the envelope it was mailed in?         ⊙ Yes  ○ No

**How Did You Respond to This Offer?**

How did you respond to this offer?                 Phone
Response Mailed to a Different Address:            ○ Yes  ○ No
Do you have a Tracking Number?                     ○ Yes  ○ No
What did you receive?     ORDER OF DENIAL FOR ECF 18, 20

How did it differ from what you expected?          EXPECTED DUE PROCESS AND PEOPLE'S
                                                   REPUBLIC OF CHINA HELD RESPONSIBLE FOR 600
                                                   K AMERICAN DEATHS PLUS 2 AUSAs

How much did the company ask you to pay ($)?  100,000.00
Do you have the item?                              ○ Yes  ⊙ No
How was it delivered?                              US Mail
Did you contact the company
or person about the complaint?                     ⊙ Yes  ○ No

**Did You Lose Money?**

Lose Money:                                        ⊙ Yes  ○ No
Money Order Serial Number:                         27241311701

**Type of Mail Fraud Complaint**

Scheme Category:                                   Fiduciary
Scheme Type:                                       Bribery/Kickbacks/Embezzlements

**Additional Information**

                                                   THIS IS CONTINUING MAIL FRAUD AND THEFT OF
                                                   MAIL STARTING WITH ECF 10 CASE 5:17-cv-05025
                                                   DATED 08/17/2018 BY PAUL C. TROY TO CONCEAL
                                                   THE MURDER OF JONATHAN LUNA AND BERANTON
                                                   WHISENANT FOIA-2020-1319 & 600K AMERICANS
                                                   CASE 1:20-cv-00099 EAST MO UNOPPOSED AND
                                                   ELECTORAL FRAUD BY JOSH SHAPIRO, PA AG.
                                                   NOW FILED IN CASE 1:21-cv-02023

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
**U.S. POSTAL INSPECTION SERVICE**

Mail Fraud Complaint form submitted successfully.      6:52AM 05AUG2021

Thank you for completing the form.

The information you provided will be entered into our national complaint system

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred.
While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem
areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the
number, substance, and pattern of complaints received from the public

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is
needed.

https://mail.google.com/mail/u/0/h/14a60rt81t4yj/?&th=17afc06773d88l    $\circlearrowright$    Q Search    

 NYT Corrections<corrections@nytimes.com>    Fri, Jul 30, 2021 at 2:04 AM
To: eltaxcollector@gmail.com
Reply | Reply to all | Forward | Print | Delete | Show original

Thank you for contacting The New York Times. We appreciate readers who share their feedback and help us report thoroughly and accurately.

You have written to the corrections department, and your message will reach the appropriate editor or reporter promptly. If we determine there is a correctable error, a correction will be appended to the article and published in print if necessary. Because of the volume of email we receive, we cannot respond individually to every query.

For other issues, please visit the following pages:

Share feedback on our news coverage

**Submit a letter to the editor**

Share a confidential news tip

Manage your subscription or report a delivery problem

https://...wikipedia.org/w/index.php?title=Suicide_of_Beranton_Whisen...

# Editing Suicide of Beranton Whisenant (section)



**Error:**
An automated filter has identified this edit as potentially unconstructive, so it has been disallowed. If this edit is constructive, please report this error. Disruptive editing may result in a block from editing.

**You are not logged in.** Your IP address will be publicly visible if you make any edits. If you **log in** or **create an account**, your edits will be attributed to a user name, among other benefits.

Content that violates any copyrights will be deleted. Encyclopedic content must be verifiable. Any work submitted to Wikipedia can be edited, used, and redistributed—by anyone—subject to certain terms and conditions.

B *I* 🔗 🖼 🔖 ↪ 🖉 › Advanced › Special characters › Help › Cite        🖉 ˅

```
==Death==
A passerby on a beach in [[Miami, Florida]] found Whisenant's corpse floating in
the water with possible [[head trauma]] or possible head gunshot wounds at 6:30 AM
on May 25, 2017. He was wearing a dress shirt and black pants. Hollywood police
detectives initially were unsure whether the death was a homicide, suicide, or
something else. All of Whisenant's personal effects were on his body, so robbery
was ruled out as a motive.

Whisenant was 37 years old, and had been a U.S. Attorney for only five months. His
memorial service was held on June 1, 2017 at [[Antioch Missionary Baptist Church]]
in Miami.<ref>{{cite news|url=http://www.foxnews.com/us/2017/05/25/federal-
prosecutor-found-dead-on-florida-beach.html|title=Federal prosecutor found dead on
Florida beach|work=[[Fox News]]|date=May 25, 2017)}</ref><ref>{{cite
news|url=http://www.cbsnews.com/news/beranton-whisenant-jr-federal-prosecutor-
found-dead-on-florida-beach/|title=Federal prosecutor Beranton Whisenant Jr. found
dead on Florida beach|work=[[CBS News]]|date=May 26, 2017)}</ref><ref>{{cite
news|url=http://www.nydailynews.com/news/national/mystery-federal-prosecutor-
found-dead-waves-florda-beach-article-1.3198776|title=Federal prosecutor found
dead as his body mysteriously floated in waves on Florida beach|work=NY Daily
News|date=May 26, 2017)}</ref><ref>{{cite news|url=http://www.sun-sentinel.com
/local/broward/hollywood/fl-sb-beranton-whisenant-follow-20170602-
story.html|title=Prosecutor found dead on Hollywood beach is remembered at
services|work=sun-sentinel.com|date=June 2, 2017)}</ref> Whisenant left behind
three children, his wife, Ebony, a doctor and teacher at [[Florida International
University]]'s medical school, and his parents, both Jacksonville physicians.

The U.S. attorney's office and the [[Federal Bureau of Investigation]] (FBI)
determined that his death had no connection to his employment as a prosecutor or
his federal criminal cases, leaving the death investigation to the Hollywood
Police Department. Hollywood police and the Broward medical examiner's office
declined numerous [[public records]] requests on Whisenant's death, which was
determined to be a suicide.<ref>{{cite news|url=http://www.miamiherald.com
/news/local/community/broward/article166516317.html
miamiherald.com|title=Mysterious death of federal prosecutor on Hollywood beach
ruled a suicide|author=Elizabeth Koh and Jay Weaver|date=August 10, 2017)}</ref>

The lack of information from authorities about his death opened the door for
hypotheses.<ref>{{cite news|author=Jay Weaver and David
Ovalle|url=http://www.miamiherald.com/news/local/crime
/article158305419.html|title=Month later, no answers in case of federal prosecutor
found dead on Florida beach|work=[Miami Herald]]|date=June 26, 2017)}</ref>
<ref>{{cite news|url=http://www.newsweek.com/whisenant-fake-news-far-right-theory-
618744|title=The Far Right's Fake News Story of the Week Has Hijacked the Tragic
Death of Beranton Whisenant|work=[[Newsweek]]|date=June 1, 2017)}</ref> There is
no evidence it was a SUICIDE, just false statements by the [[FBI]] or [[Klu Klux
Klan]]
```

Insert  ▾    – — ‹ › « » ≠ ± ≤ ≥ ± ÷ × ← → →    §    **Cite your sources:**

`<ref></ref>`

Edit summary (Briefly describe your changes)

/* Death */Added More Detail About FBI calling it a SUICIDE~~~~

Providing Insurance and Financial Services
Home Office, Bloomington, IL

 **State Farm®**

July 29, 2021

Jsc Associates Inc
PO Box 2806
York PA  17405-2806

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:     Claim Number:      38-22S8-38D
        Date of Loss:       July 8, 2021

To Whom It May Concern:

This letter confirms your recent conversation with us regarding the above-captioned claim. Our understanding is you do not want to pursue this claim. We will record it as a "Record Only" claim.

Under the terms and conditions of your policy, you have certain duties apply after a loss.  Please review your policy and call us if you have any questions. This letter is not intended to waive any of the policy provisions that apply, and your compliance with policy provision is required. Failure to comply with the policy provisions may jeopardize your rights to benefits payable by this policy.

You can enjoy the benefits of online registration. Benefits include 24/7 access to your claim progress and staying connected to State Farm®. Just go to **statefarm.com®** and select Manage Your Claim to get registered. All you need to complete the process is some initial information, which may include your claim number, email address, and/or your State Farm policy or account number. It only takes a few minutes. If you are already registered, thank you!

If you have any questions or need further assistance, please call us at (844) 458-4300 Ext. 9726571094.

Sincerely,

Mark Murphy
Claim Specialist
(844) 458-4300  Ext. 9726571094

State Farm Fire and Casualty Company



**Erie Insurance Exchange**
100 Erie Insurance Place • Erie, Pennsylvania 16530 • 814.870.2000
Toll Free 1.800.458.0811 • Fax 814.870.3126 • www.erieinsurance.com

## NOTICE OF CANCELLATION

| Date of Mailing | 06/23/2021 |
|---|---|

GC7030 - AGENT COPY

Named Insured

JEFFREY S CUTLER
PO BOX 2806
YORK, PA 17405-2806

| CANCELLATION EFFECTIVE | | AUTO POLICY NUMBER (IF ANY) | CHARGES FOR TIME POLICY WAS IN EFFECT (CANCELLATION ONLY) | AGENT AND NUMBER |
|---|---|---|---|---|
| 12:01 A.M. Standard Time | 07/13/2021 | Q090125867 | $0.00 | MONROE CHRIS WILLIAMS AGENCY AA7051 |

**DEAR POLICYHOLDER: AFTER CAREFUL CONSIDERATION, WE HAVE DECIDED TO CANCEL YOUR AUTOMOBILE POLICY AS OF THE EFFECTIVE TIME AND DATE SHOWN ABOVE. WE SINCERELY REGRET THAT THIS ACTION WAS NECESSARY.**
The reason(s) for this action is: (Not shown on Other Interest(s) copy)

Your Erie Insurance Exchange policy is being canceled because of Jeffrey S Cutler's license suspension within the current policy period. Jeffrey S Cutler's Pennsylvania Motor Vehicle Record lists a suspension effective 09/12/2020, and the license is currently suspended.

If this action is a cancellation, the charge for the time the policy was in effect is shown above. If you have paid more than the charge, an accounting of the over-payment is enclosed or will be sent to you very soon. However, if the amount you have paid is less than the charge, please send us the balance due.

The Motor Vehicle Record was secured by LexisNexis Consumer Center, PO Box 105108, Atlanta GA 30348-5108, telephone number 1-800-456-6004, www.consumerdisclosure.com. LexisNexis did not make this adverse Underwriting decision and cannot explain to you why the decision was made. You have the right to dispute with LexisNexis the accuracy or completeness of any information provided to us by them. You may obtain a free copy of the Motor Vehicle Record from LexisNexis Consumer Center by contacting them and requesting it within 60 days.

cc: Agent:

AA7051 MONROE CHRIS WILLIAMS AGENCY

Sincerely,

*Timothy G. NeCastro*

President and Chief Executive Officer

# IMPORTANT NOTICE

IF YOU HAVE DIFFICULTY GETTING NEW INSURANCE, ANY INSURANCE AGENT OR BROKER MAY APPLY FOR COVERAGE FOR YOU THROUGH THE PENNSYLVANIA ASSIGNED RISK PLAN IF YOU ARE ELIGIBLE FOR IT.

Pennsylvania Assigned Risk Plan
302 Central Avenue
Johnston, RI 02919

FINANCIAL RESPONSIBILITY MUST BE MAINTAINED ON ALL PENNSYLVANIA REGISTERED VEHICLES. FAILURE TO DO SO COULD RESULT IN THE SUSPENSION OF YOUR OPERATOR'S PRIVILEGE AND REVOCATION OF YOUR MOTOR VEHICLE REGISTRATION. WE MUST NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT YOUR POLICY IS BEING TERMINATED. THE POLICYHOLDER MUST THEN NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT REPLACEMENT INSURANCE HAS BEEN OBTAINED WITH A PENNSYLVANIA LICENSED INSURANCE COMPANY.

IF THIS ACTION WAS TAKEN DUE, PARTIALLY OR WHOLLY, TO INFORMATION PROVIDED IN A CONSUMER INVESTIGATIVE REPORT FROM LEXIS NEXIS RISK SOLUTIONS, YOU MAY CALL OR VISIT THEIR OFFICE FOR A REVIEW OF THE REPORT.

IF THIS ACTION WAS INFLUENCED BY DRIVING RECORD INFORMATION RECEIVED IN A MOTOR VEHICLE REPORT FROM PENNSYLVANIA, OBTAINED AT OUR REQUEST BY LEXIS NEXIS RISK SOLUTIONS, YOU MAY REQUEST A COPY OF THE REPORT FROM LEXIS NEXIS RISK SOLUTIONS AT 1-800-456-6004.

WHEN COVERAGE IS BEING TERMINATED DUE TO NON-RESPONSE TO A CITATION IMPOSED UNDER 75 PA.C.S. 1533 (RELATING TO SUSPENSION OF OPERATING PRIVILEGE FOR FAILURE TO RESPOND TO CITATION) OR NON-PAYMENT OF A FINE OR PENALTY IMPOSED UNDER THAT SECTION, COVERAGE SHALL NOT TERMINATE IF YOU PROVIDE THE ERIE WITH PROOF THAT YOU HAVE RESPONDED TO ALL CITATIONS AND PAID ALL FINES AND PENALTIES ON OR BEFORE THE TERMINATION DATE OF THIS POLICY.

YOU HAVE THE RIGHT TO REQUEST THE PENNSYLVANIA INSURANCE COMMISSIONER TO REVIEW THIS ACTION BY THE ERIE. TO DO THIS, SIGN AND SEND A COPY OF THIS FORM WITHIN THIRTY DAYS TO THE PENNSYLVANIA INSURANCE COMMISSIONER AT:

**Pennsylvania Insurance Department**
Bureau of Consumer Services
1209 Strawberry Square
Harrisburg, PA 17120

Toll Free Consumer Line (877) 881-6388
Fax: (717) 787-8585

I request the Pennsylvania Insurance Commissioner review this action.

_____                    _____
Date                                                Signature of Insured

EIG1209PA-CN 1016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES,

         -against-

ALLISON MACK,

               Defendant.

**SENTENCING MEMORANDUM**
**18-CR-204 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

This sentencing statement concerns Defendant Allison Mack, who entered a plea of guilty on April 8, 2019 to two counts of an 11-count second Superseding Indictment. Ms. Mack pled guilty to Count One, which charged her with racketeering conspiracy in violation of 18 U.S.C. §§ 1962(d) and 1963(a), and to Count Two, which charged her with racketeering in violation of 18 U.S.C. §§ 1962(c) and 1963(a). The statutory maximum sentence for these crimes is 20 years on each count. There is no statutory mandatory minimum.

Per the plea agreement, the defendant admits to the following racketeering activity: (1) the extortion of Jane Doe 5 and Jane Doe 8; (2) the forced labor of Jane Doe 5 and Jane Doe 8; and (3) wire fraud of "lower-ranking" members of the organization DOS. She also stipulates to the conduct underlying the sex trafficking of Jane Doe 5. (Presentence Investigation Report ("PSR") ¶¶ 1-2.)

## I. CALCULATION OF OFFENSE LEVEL & GUIDELINES RANGE

The Probation Department recommends that I calculate the Total Offense Level for Ms. Mack's sentence as 35. (Presentence Investigation Report ("PSR") ¶ 196.) The defendant is in Criminal History Category I. Based on a Total Offense Level of 35 and a

Criminal History Category I designation, the Probation Depart-
ment recommends that I calculate the applicable Guidelines
range as 168 to 210 months (or 14 to 17 ½ years). The defense
agrees with this calculation.

The court finds that the Total Offense Level is properly calculated
as 35, and that Ms. Mack belongs in Criminal History Category I.
Accordingly, the court also calculates the applicable Guidelines
range as 168 to 210 months in the custody of the Attorney Gen-
eral.

## II.  SENTENCE

Having calculated the Guidelines range, I now turn to the factors
outlined in 18 U.S.C. § 3553(a). Under § 3553(a), I must con-
sider several factors in imposing a sentence, including the nature
and circumstances of the offense; the defendant's history and
characteristics; the need for the sentence to reflect the serious-
ness of the offense, to promote respect for the law, and to provide
just punishment for the offense; the need for the sentence to af-
ford adequate deterrence; and the need to protect the public. The
sentence must be sufficient, but not greater than necessary, to
comply with the purposes of sentencing.

As determined by the Supreme Court in *United States v. Booker*,
543 U.S. 220 (2005), and its progeny, the Sentencing Guidelines
are merely advisory, not mandatory. Accordingly, while I must
consider the applicable Guidelines range, I am free to impose a
sentence that falls outside of that range in either direction, even
in the absence of "extraordinary" circumstances. *See Gall v.
United States*, 552 U.S. 38, 47 (2007). The only limits on the sen-
tence I will give today are that it be no greater than the statutory
maximum, 20 years on each count, and that it be reasonable in
light of the factors identified in § 3553(a).

Before turning to an analysis of the § 3553(a) factors, it is im-
portant to say a word about what I will be considering in that

analysis. First, I have reviewed the parties' sentencing submissions and listened to their arguments today in court. And I want to commend counsel on both sides for their excellent work in preparing for this sentencing.

I have read the 14 letters submitted in support of Ms. Mack, as well as two letters written by Ms. Mack herself. And I have listened carefully to Ms. Mack's statement during today's proceeding. I have reviewed and considered the six victim impact statements that were submitted in writing, and the two victim impact statements that were made on the record today.

I have also read nine letters of apology that Ms. Mack wrote to the victims of her conduct: because the terms of Ms. Mack's release precluded her from communicating with the addressees of these letters, she asked the court to modify the conditions of release to permit her to send these letters. The court reviewed the letters *in camera* and, after determining that they were reasonable and appropriate, granted the requested temporary modification of Ms. Mack's conditions of release to permit her counsel to send them, so long as the addressees consented to receive them.

I have also considered testimony adduced at co-defendant Keith Raniere's trial, to the extent it is relevant and has been proven, in my view, by a preponderance of the evidence. It is well-settled that the scope of a sentencing judge's inquiry when analyzing the § 3553(a) factors is "largely unlimited as to the kind of information [the district court] may consider, and it is free to consider evidence of uncharged crimes, dropped counts of an indictment, and criminal activity resulting in an acquittal in determining sentence." *United States v. Bennet*, 839 F.3d 153, 161 n.5 (2d Cir. 2016). I am not bound by the rules of evidence that would pertain at a trial, and I am not limited to considering admissible evidence in determining an appropriate sentence. *See United States v. Chang*, 59 F. App'x 361, 363 (2d Cir. 2003). Particularly

relevant here, the Second Circuit has repeatedly held that a sentencing court is entitled to rely on information "gleaned from a trial in which the person to be sentenced was neither a defendant nor represented by counsel." *United States v. Cacace*, 796 F.3d 176, 191 (2d Cir. 2015); *see also United States v. Tracy*, 12 F.3d 1186, 1203 (2d Cir. 1993).

Ms. Mack, you pleaded guilty to one count of racketeering and one count of racketeering conspiracy, predicated on conduct that included forced labor, extortion, sex trafficking, and wire fraud. You admitted to conduct, in connection with your role as a "first-line master" in the secret organization DOS, that included recruiting women to join the organization and requiring them to serve as your "slaves."

By many accounts, you were able to use your status as a well-known public figure to gain credibility and influence with Nxivm and DOS recruits. You abused this position of power to persuade and pressure women to join DOS. You capitalized on your celebrity and these individuals' eagerness to be close to you, told them you were recruiting them for a "women's empowerment" sorority, and misrepresented and obscured fundamental facts about the organization and the conditions of membership. You told them that Keith Raniere was not involved. You did not tell them that they would be required to engage in sexual conduct.

You required your "slaves" to provide "collateral," both as a price of admission and on a continuing basis, in order to ensure their obedience and secrecy. The collateral that you extracted from your "slaves" included explicit photographs and videos, confessions and accusations that would damage them or their loved ones if released, and rights to significant financial assets. For example, one victim provided a sexually explicit video, credit card authorizations, a series of letters falsely alleging sexual abuse by a close family member, and the right to a family heirloom. She

testified explicitly that she believed her collateral would be forfeited and made public if she reneged on her commitment to DOS. In other words, you demanded that these women give you the keys to the most intimate, personal, and valuable parts of themselves, so that you could maintain power over them and have leverage to direct them to do anything you wanted.

And what did you direct them to do, using your leverage? You directed them to subject themselves to extreme sleep and food deprivation and geographical isolation, and to perform uncompensated labor whenever asked, often for your own benefit or gain. You directed them to submit nude photographs of themselves, and to be branded on their pubic areas with a symbol that, unbeknownst to them, included Mr. Raniere's initials. And in several cases, you directed your slaves to engage in sexual contact with Mr. Raniere. You used your leverage, your power over these women, to recruit and groom them as sexual partners for Mr. Raniere, and to pressure them into engaging in sexual acts that – according to their testimony – they did not want to engage in and would not have engaged in voluntarily.

This court, in sentencing Mr. Raniere, made it very clear how seriously it views the conduct for which he was convicted. When it comes to DOS, and the monstrous crimes he committed in connection with that organization, you were an essential accomplice. You willingly enslaved, destabilized, and manipulated other women so that when they were at their most vulnerable, when they believed that they owed you total obedience and that anything less than that would cause them serious personal and financial harm, when you had taken from them their sense of agency to make their own choices, you gave them "special assignments" to satisfy Mr. Raniere's sexual interests. Mr. Raniere could not have done that without you. You did that together. The evidence presented at his trial demonstrated that you were not a

begrudging or passive enabler, but rather that you were a willing and proactive ally.

The victims of your conduct have described, through their testimony at Mr. Raniere's trial and through their letters and statements to the court, the serious psychological and physical injuries that they suffered at your hands. They have described your cruelty, your lies and manipulation, your apparent sadistic pleasure in watching them suffer, and your creative enthusiasm when it came to developing new ways to debase them. They have described enduring psychological trauma as a result of your actions. The court acknowledges that to some of them, no sentence short of severe punishment will seem sufficient, and that no sentence of any length can truly redress their trauma.

The seriousness of your conduct and the harm that you wrought dovetails with the need for your sentence serve as a forceful deterrent – both for you, over the next many decades of your life, and for others who might be tempted to use their privileges and authority to inflict harm and exert control over the vulnerable and impressionable. For all of these reasons, I think that a serious sentence is appropriate.

There are also important mitigating factors, three of which I want to emphasize. First, your lawyers make a persuasive case that you, like the victims of your conduct, were ensnared in Mr. Raniere's coercive and manipulative web. Like your victims, you turned over collateral in connection with your involvement in DOS. Like your victims, you were subject to abusive and unreasonable demands that were designed to destabilize you and deprive you of your agency. I don't doubt that you were also manipulated and that you also felt captive, even as you were inflicting those very consequences on other women. In the language of DOS, you were a slave as well as a master, and the harms that you inflicted as a master were, to some extent, demanded of you in your capacity as Mr. Raniere's slave. Even the

letters from your victims reflect a kind of ambivalence: many of them see you both as their abuser and as a fellow victim. That is something that weighs on me. It is hard to determine an appropriate sentence for a perpetrator who is also her co-conspirator's victim.

Second, you have expressed remorse and contrition and made significant progress towards rehabilitating yourself. And I see no reason to doubt that your efforts and your progress are sincere. In contrast to other individuals who have remained deferential to Mr. Raniere even as the artifice of his virtues crumbled, you have begun the hard work of unraveling the lies and grappling with your culpability and the consequences of your behavior. I don't doubt that it has been difficult and painful to dispel some of the illusions under which you were operating and to attempt to see yourself and your behavior with a new kind of clarity. I commend you for having the courage to engage in that work. Your contrition and ownership of your actions cannot repair the damage that you inflicted, but it is an important and encouraging step towards your own rehabilitation. I urge you to continue that work, during and after your sentence, so that you may better understand for yourself what happened, why it happened, what effects it had, and how you can ensure that it does not happen again.

Third, you have assisted the Government with its investigation and prosecution. As the Government described in its sentencing submission, you began to cooperate with their investigation approximately one month prior to Mr. Raniere's trial. You provided key details about Mr. Raniere's role in DOS, including his solicitation of nude photographs and sexual encounters. You turned over evidence, including emails, documents, and an audio recording that became a crucial piece of evidence at trial, in which Mr. Raniere devises the DOS branding ritual. According to the Government, you were willing to testify at trial, though you were

not called upon to do so. The Government takes the position that while you could have been even more helpful if you had begun to cooperate sooner, you deserve a sentence below the Guidelines range in recognition of the assistance that you provided. (*See* Gov't Mem. at 6.)

## III. CONCLUSION

Taking all of this into consideration, my task today is to balance the need for a sentence that adequately punishes your serious conduct with the need for a sentence that supports rather than disrupts your efforts towards rehabilitation. There will be more chapters to your life after your sentence concludes, and it is the court's hope that you will be ready and able to make the most of those chapters, and that the family and community that have supported you through the last three years will aid you in continuing your work of rehabilitation as you move through your sentence, and as you eventually move beyond it.

I have considered the range of sentences that are available, and the range suggested by the Sentencing Guidelines. I have also considered the need to avoid unwarranted sentence disparities between you and other defendants who have been convicted of similar conduct. I have considered my obligation to impose a sentence that is sufficient but not greater than necessary to achieve the objectives of sentencing.

I agree with the Government, and with your lawyers, that a downward departure from the Guidelines range is warranted in this case. A sentence even in the lower end of that range would be much greater than necessary. At the same time, for the reasons I have explained, I believe that the nature and consequences of your offense and the need for deterrence warrant a serious sentence. While I accept your contrition as sincere and your efforts toward rehabilitation as genuine, it is impossible to ignore

8

the tremendous injuries that you caused. For that reason, I believe that a carceral sentence is appropriate.

Ms. Mack, I sentence you as follows: on Count One, a sentence of 36 months in the custody of the attorney general; on Count Two, a sentence of 36 months in the custody of the attorney general, to be served concurrently with the sentence on Count One.

I also sentence you to a three-year term of post-incarceration supervised release, to be served concurrently on both counts, to a fine in the amount of $20,000, payable immediately, and a $200 Special Assessment, also due immediately. While the court is not ordering restitution at this time, it reserves the right to make Ms. Mack jointly and severally responsible for any forthcoming restitution orders imposed upon her co-conspirators, as permitted under the relevant statutes.

The court has already approved an amended preliminary order of forfeiture on July 17, 2019. I direct that the forfeiture order be made final and attached to the judgment.

The following special conditions post-incarceration term of supervised release:

- The defendant shall not attempt to contact in person, or communicate with by letter, telephone, electronic means, or through a third party, any individual with an affiliation to Executive Success Programs, Nxivm, DOS or any other Nxivm-affiliated organizations, unless granted permission in advance by the Probation Office or by this court; nor shall the defendant frequent any establishment, or other locale where these groups may meet pursuant, but not limited to, a prohibition list provided by the U.S. Probation Department, unless granted permission in advance by the Probation Office or by this court.

- The defendant shall undergo a mental health evaluation, and if deemed necessary, participate in an outpatient

Case 1:20-cr-00293-NGW Document 1052   Filed 06/30/21   Page 10 of 10 PageID #:
Case 1:22-cv-02023-NGW   Document 26-2   Filed 09/26/24   Page 281 of 416
19857

mental health treatment program as approved by the Probation Department. The defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree she is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess her ability to pay.

- The defendant shall complete 1,000 hours of community service.

You have the right to appeal your sentence to the United States Court of Appeals for the Second Circuit if you believe the Court has not properly sentenced you. Your time to appeal is extremely limited, so you should consult with your attorneys at once whether an appeal would be worthwhile.

Ms. Mack, I am not going to remand you into custody. You may return home, where you will be subject to the same conditions of release that have previously applied. You will be designated to a facility and given a surrender date. The court recommends that the defendant be designated to a Bureau of Prisons facility that provides mental health counseling so that she may continue the course of rehabilitative treatment that she has pursued while on release.

SO ORDERED.

Dated:    Brooklyn, New York
          June 30, 2021

                              /s/ Nicholas G. Garaufis
                              NICHOLAS G. GARAUFIS
                              United States District Judge

In The

# United States Court of Appeals

## for the Nineth Circuit

### 21-55608

JAMES MILLER, et al.

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

ROB BONTA, et al.
Defendants-Appellant

*Appeal from Nineth Circuit 21-5608 the Order/Judgment entered Junel 21, 2021 in the United States Court for Nineth Circuit at No. 3:19-cv-01537 and Judge's order of Junel 04, 2021.*

## AMMENDED EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION

Here comes Jeffrey Cutler, PLAINTIFF-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files this **AMMENDED EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING, BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**. Mr. Cutler files this petition for an **AMMENDED ENBANC HEARING** because the clerks office decided not to even put the previous document on the docket and Mr. Bonta has made statements via twiter that stated

> **Rob Bonta @RobBonta Jul 15**
>
> **Being your Attorney General is new to me, but fighting for crime survivors isn't. #ThrowbackThursday to 2014 when my bill, AB 1629, became law and expanded services and counseling to survivors of crime across the state**
>
> **Ms.Hardtoexplain@gabriela0722 Jul 15**
>
> **Replying to @RobBonta**
>
> **Please investigate Britney Spears case !!! #FreeBritney**

This makes Mr. Cutler a party these proceedings and also **JILLIAN MIXELL** OF **ERIE INSURANCE** participated in a **RICCO** conspiracy to deny compensation and For an insurance claim and is also equally liable for concealling the MURDERS of

600,000 americans and cancelling Mr. Cutler's Auto Insurance Illegally to protect the

**Pennsylvania Attorney General**, since it was served after cancellation of the policy.

According to Wikipedia Spears studied **Kabbalah**, making her a party to this case, Mr.

Bonta made false statements in his previous document (18 U.S.C. § 1001) based on the

tweets he made on 15JUL2021 to the public, while Donald J. Trump is Banned from

using Twitter for at least 2 years in violation of securities laws. The vaccine may

deliberately allow persons to be **MURDERED** and the use of the word

**INPLAUSABLE** has been deemed to be **SUBSTITUTED** for **TRUTH**<ref>

http://mediaarchives.gsradio.net/rense/special/rense_072021_hr2.mp3 </ref>

On 21JUN2021 a 342 page MOTION TO RECONSIDER BECAUSE OF CRIMES

(18  U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S.

Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED

STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in CASE NO. 4:21-cv-01774 in the Southern District of Texas. It is

ILLEGAL to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920

(D. Iowa Apr. 14, 2015). In that document  page 167 is time stamped **PROOF** of a

[[Brady disclosure]] for [[Bill Cosby]], on page 324 is time stamped **PROOF** of

[[Biological warfare]] by the [[People's Republic of China]] and the Murder of

**600,000 people** in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]] in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped **PROOF** [[**Josh Shapiro**]] was aware of the fraud. Per the clerk, **Judge** [[**Lynn Hughes**]] **stole** the mailed documents. This may be related to [[1939 Nazi rally at Madison Square Garden]], [[**David Fahrenthold**]], the murder of [[**Jonathan Luna**]] and [[**FOIA**]]-2020-01319.<ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>. On 08JUL2021 Mr. Cutler was robbed of his wallet, credit cards, and **PASSPORT**, in order to prevent him from travel in the United States in a manner just like Sean Williams that filed a lawsuit against Lancaster County Police and ended up **DEAD**. <ref> https://www.washingtonpost.com/news/post-nation/wp/2018/07/01/sean-williams-lancaster-police-shot-taser-even-though-he-was-unarmed-compliant/ </ref>. Mr. Cutler is still being **Denied Part B Medicare** even though he is at full age and the Biden administration is presently providing this to **thousands** of people that just entered the country in a **illegal** manner. **Judge Garaufis** denied Mr. Cutler **Part B Medicare** and ruled that **Allison Mack** only pay a 20 thousand dollar fine and serve 3 years in prison for her role in case 1:18-cr-00204, where a minimum of 8 women were raped and **BRANDED** by her actions, and where Multiple women who had sex with Bill Cosby were awarded **MILLIONS.** Mr. Cosby was incarcerated **INSTANTLY** at the end of the trial as well as **Rufus Seth Williams** at the end of his trial. Verizon has programmed several numbers of individuals of the United States govenement to be **non-reachable** by Mr.

Cutler's phone including Andrea Parker listed in the letter dated May 7, 2021 for

FOIA-2020-01319 that was **409-981-7938**. Verizon also sold the debt based on the

Illegal removal of him from his apartmemt at **67 CAMBRIDGE VILLAGE** and the

**THEFT** of 100% of the contents and his records simply by te payment to a

**CORRUPT JUDGE**, and covered up by **CORRUPT MEDIA**. The government is

transporting people by plane without passports. <ref>

https://www.nbcnews.com/politics/immigration/biden-admin-again-flying-migrants-who-cross-border-one-place-n1271211

</ref>. Jeffrey Cutler and Britany Spears were both denied **DUE PROCESS**. Judge

Diamond's order of 12JUN2021 may in this case be because he was **BRIBED**,

**BLACKMAILED** or **THREATENED** or simply corrupt. The plaintiffs presented

arguments that failed to have all the evidence of criminal activity, and also real data

<ref> https://www.thegatewaypundit.com/2021/03/exclusive-per-cdc-data-nearly-twice-many-vaccine-related-deaths-far-2021-

1755-vaccine-deaths-past-decade-994/ </ref>. Since the motion in case 4:21-cv-01774 also

combines cases, the judge for case 4:18-cv-00167-0 (Northern District of Texas).

should act on this motion since that is an older case. Mr. Cutler has also been denied

justice as recently by an **UN-OPPOSED** motion on the order of 17MAY2021 in case

2:20-cr-00210. Judge Stewart Dalzel hinted at this in is verdicts over 25 years ago in

orders regarding Lisa Michelle Lambert, of implied threats. Based on the story <ref>

https://www.newyorker.com/news/essay/saying-her-name </ref> in the New Yorker people have

known that people in the Government **MURDERED 5 CHILDREN** on

**13MAY1985**, and there is a conspiracy to **CONCEAL** the crime and **OBSTRUCT**

justice. Judge Diamond should have realized that Mr. Cutler has filed a **MAIL**

**FRAUD** complaint, against judge Diamond for the order denying **MOTION TO**

**RECONSIDER** 25MAY2021. Dates are an IMPORTATNT part of history and the

**TRUTH**. On 04JUN is the date **LUKE WILLIAMS** HAD HIS FIRST HOME RUN

AS A member of the Philadelphia Phillics., and won the ball game. It is also the date

that duchess of Essex had the FIRST ENGLISH PRINCESS TO BE AN AMERICAN

CITIZEN, Lilibet Diana Mountbatten-Windsor, AND **CLARENCE WILLIAMS**

**THE III DIED**, MR. WILLIAMS HAD PORTRAYED LINC ON THE MOD

SQUAD TV PROGRAM. In the obituary from the Associated Press Lindsay Bahr

printed on page B4 in the Philadelphia Inquirer on 07JUN2021. The obituary

referenced BILL COSBY had told Aaron Spelling about Mr. Williams. Mr. Cosby

was released from prison on 30JUN2021, after a ruling by the Pennsylvania Supreme

court **CORRECTLY IDENTIFIED** his trial was unfair. Mr. Cutler has not been able

to present his case in court because of **CRIMINAL ACTS** and either has **Brittany**

**Spears**. **Brittany** has been a **slave for 13 YEARS**, based on the testimony of

**JUDGES**, **DOCTORS** and **OTHERS**. The case against Keith Raniere, **Allison**

**Mack**, enslaved and **BRANDED** people. Based on case 1:18-cr-00204 **Allison Mack**

(based on reports born in **Germany**) is only paying a minimal fine based on reports

she is worth between 2-7 million dollars and gets significant residual payments from

her acting residuals. On 20FEB1939 **20,000 people** of American **Nazi** Party held a

rally in Madison Square Garden <ref>

https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan </ref> <ref>

https://en.wikipedia.org/wiki/1939_Nazi_rally_at_Madison_Square_Garden </ref> Per the

[Code of Federal Regulations][Title 21, Volume 4][Revised as of April 1, 2020]

[CITE: 21CFR211.137] **211.137 Expiration dating.** It is **ILLEGAL** to SELL DRUGS

BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of

America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In

April 2015, U.S. District Court Judge Mark Bennett in Sioux City, Iowa, sentenced

Austin (Jack) DeCoster and his son Peter to three months in jail for their role in selling

contaminated food across state lines. Their company, Quality Egg LLC, was sentenced

to a $6.8 million fine and placed on probation for three years. The CDC has <ref>

https://www.wsj.com/articles/u-s-suspends-j-j-covid-19-vaccine-shipments-as-states-face-a-surplus-of-expiring-doses-11623351701

</ref> apparently stopped shipping doses of the J&J vaccine. Jews are being attacked

in New York, Los Angeles, Canada, and (followed in) New Jersey per a story in the

Philadelphia Inquirer (24MAY2021). The **NAZI's** during **WWII** only required

offering a **small bar of SOAP** to get JEWS to enter **GAS CHAMBERS disguised as**

**SHOWERS**. The MURDER of the 5 children on on **13MAY1985** is as serious as the

case of **Thomas Capano** and his lover Anne Marie Fahey <ref>

https://en.wikipedia.org/wiki/Thomas_Capano </ref> and the murder of 300 people at the black

wallstreet <res> https://www.cleveland.com/darcy/2021/06/biden-addresses-tulsa-massacre-darcy-cartoon.html </ref>

and <ref> https://www.npr.org/2021/06/01/1002080611/nyc-gallery-hosting-a-tulsa-race-massacre-exhibition-was-vandalized-

with-white-p </ref>. On 01JUN2021 Jeffrey Cutler called the THE REPORTER ANYA

JONES OF THE PHILADELPHIA TRIBUNE at 4:32 PM (215-893-5747) IN

ORDER to TALKED TO HER ABOUT THE STORY SHE WROTE ABOUT

BLACK WALL STREET AND NEGLECTED TO MENTION THE BOMBING IN

PHILADELPHIA **13MAY1985** THAT THE [[**FBI**]] FURNISHED THE

EXPLOSIVES, SHE HUNG UP THE PHONE. Mr. Cutler has also called the **FBI**,

**CIA** (Langley) and **NSA** about the **BIO-WARFARE** from CHINA, proof shown in

case 1:20-cv-00099, Eastern District of Missouri. In order to correct for new crimes

and **OBSTRUCTION of JUSTICE** discovered. On **20SEP2018** at 2:08 PM the a

**BRADY VIOLATION** was conspired against BILL COSBY and Mr. Cutler based on

Mr. Cutler's filing in case 19-3693 page 56, originally filed on 27SEP2018 case in the

Eastern District of Pennsylvania, 5:17-cv-05025. On 19APR2021 at 3:44 PM Jeffrey

Cutler filed a 211 page motion to do the same thing as in the case for **2:21-cr-00170** .

That document **VANISHED** in **FEDERAL COURT** despite calls to the clerks office

and on 21APR2021 and 22APR2021 Jeffrey Cutler called **TWICE EACH DAY** the

AUSA handling case number 2:21-cr-00170, ( **MARK DUBNOFF 215-861-8397** ).

The U.S. Attorney's office **HAS ALSO PROGRAMMED** Mr. Cutler's **cellphone**

and **LAND LINE NUMBER** to be excluded by the office of ASUSA, A **BRADY**

**VIOLATION**, AND **VIOLATION OF THE U.S. CONSTITUTION AMMEND 1**.

This document and the case for 2:21-cr-00170 has information about the MURDER of

2 BLACK AUSA's, **Jonathan Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref>

(Found 04DEC2003) and <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> **Beranton**

Whisenant (Found 25MAY2017) were also MURDERED by possibly members of the KKK OR THE 5 BLACK CHILDREN CREMATED ALIVE ON NATIONAL TV 13MAY1985 BASED ON 2 BOMBS FURNISHED BY THE [[FBI]]. The judge in case 2:21-cr-00170 (**Gerald Papert**) directed that the document filed on **19APR2021** at **3:44 PM** be returned and removed from the docket and committed **MAIL FRAUD**. On **06APR2021** at **2:34 PM** Jeffrey Cutler filed a 356 page **EMERGENCY EXPEDITED PETITION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in person at the federal courthouse in Philadelphia at 601 Market Street case #**19-1842**. On **06APR2021** at **4:10 PM** a clerk called that they had the document. This DOCUMENT has also **VANISHED**!!! The clerk in case 19-1842 (Patricia Dodszuweit) stamped the document **08APR2021** and then wrote a letter dated **12APR2021 MAKING A FALSE STATEMENT** and mailed it on **13MAY2021** and committed **MAIL FRAUD**. On 21APR2021 and 22APR2021 Jeffrey Cutler called TWICE EACH DAY the AUSA handling case number 2:21-cr-00170, ( MARK DUBNOFF 215-861-8397 ). The U.S. Attormey's office HAS ALSO **PROGRAMMED** Mr. Cutler's cellphone and LAND LINE NUMBER to be excluded by the office of ASUSA, A **BRADY VIOLATION**, AND VIOLATION OF THE U.S. CONSTITUTION AMMEND 1. On 26APR2021 at 3:56 PM Jeffrey Cutler served the

ACTING U.S. Attorney Jennifer Arbittier Williams at 615 Chestnut St # 1250,

Philadelphia, PA 19106 two copies of the 211 page stamped motions by Jeffrey Cutler

for case 2:21-cr-00170. On 14APR2021 Jeffrey Cutler filed a 136 page **MOTION TO**

**INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.**

**Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code §**

**872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED**

**STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,**

**BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**JUDGEMENT** in case 2:21-cv-00190 in person. On 16APR2021 Mr. Cutler recieved

an email from the office of George Bochetto with a response to his motion of

14APR2021. He could not open the document. He called the office and got an

answering machine. He was not able to get the document from PACER until

17APR2021 at about 5:50 PM. He also found Mr. Cutler's motion was **DENIED** as

**MOOT** with no chance for Mr. Cutler to respond, since he is not on the CM/ECF

system. On **13MAY2021** Mr. Farley resigned as **HEALTH COMMISIONER**

because he **OBSTRUCTED JUSTICE** and **ORDERED EVIDENCE DESTROYED**

in the **GREATEST EXAMPLES OF MURDER BROADCAST** of children on

**LIVE TELEVISION**, as a form of **EVICTION**. This also protects **INSURANCE**

**COMPANIES** from liability or being required to compensate owners, includung the

claim made by Jeffrey Cutler, Nov 2, 2017, **A00000575634**, and terminated

21MAR2020, after **PAYING ZERO**, by bribing Judges and ckerks. Insurance

companies have conspired to not pay claims and in a continuing procedure as with case

15-1271 USCA. Lawyers have got vedicts from companies like Johnson & Johnson,

for case 20-1223. The scope of **manufacturing** evidence as was on display during the

second impeacment of Mr. Trump was indefensible. On 06JUL2021 Mr. William

McMichael was found guilty and fined **2,608,329.75** of allowing lead paint be present

in a property that at the time the inspection was made he was not the registered deed

holder and the property owner lives actually in West Virginia in court **PA MDJ-02-1-**

**01** by Judge **AdamWitkonis** case **MJ-02101-NT-0000612-2020** . This is revenge on

William H McMichael III notifying the treasurer he was listed as the owner of the

deed identified as instrument 6252884 with a tax ID listing identified as **400-73447-0-**

**0000**, which was illegally sold to others with a defective title. Since **MJ-02101-NT-**

**0000612-2020** case involves parties from multiple states the state court was not the

correct venue and the verdict must be vacated. On **17MAR2021 time stamped 1:26**

**PM** Mr. Cutler filed a **347 Page** PETITION FOR ENBANC HEARING BECAUSE

OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of

records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

AFFIRMATION in case **20-1805** **USCA** third circuit. Instead of granting a hearing the

CLERK's OFFICE of the USCA issued an ORDER that granted Mr. Cutler, the ability

to **PAY $ 505.00** without resinding the order dismissing case 20-1805 (**ECF 52**).

After calling about the fee being paid they wrote a letter returning the money order on 19APR2020, which Mr. Cutler has not recieved. In the case which is an appeal, **U.S. NEWS AND WORLD REPORTS** is a defendant of **PAID SLANDER** against Mr. Cutler by Persons unknown or **China**. They **paid** for **targetted** defamation and **FALSE** story against Mr. Cutler to conceal the **MURDER** of **2 BLACK AUSAs**, **MAIL FRAUD**, and other crimes. To garner a hearing before an **ENBANC COURT**. Mr. Cutler recently discovered just how easy the people have lied and conspired, as with multiple lawsuits filed by lancaster county and **Josh Shapiro** to enable an **Agenda**, false statements made in **Supreme Court Brief 220155** (18 U.S.C. § 1001). Mr. Cutler filed a 356 page EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **19-1842 USCA** third circuit, time stamped 06APR2021 at 2:46 PM (first 67 pages were attached) Someone from the clerk's office acknowledged they got the document at **4:10 PM 06APR2021**. Mr. Cutler emailed the PDF of the stamped copy to all parties in the case as well as over 400 individuals. In the document 5 case #2:21-cv-01609 the document has TIME STAMPED evidence of a MAIL FRAUD COMPLAINT against Jim Kenney and Josh Shapiro. It also has evidence that Josh Shapiro falsified the certification of the election and TRUMP won. On page **128** is **TIME STAMPED PROOF JOSH SHAPIRO KNEW HE LIED**

**ABOUT THE ELECTION RESULTS**, On page **132 IS PROOF THAT CHINA KNOWS THEY ARE ACCUSED OF BIO-WARFARE AGAINST THE WORLD KILLING 3 MILLION PEOPLE**, AND **COMMITTED MAIL FRAUD TO HIDE EVIDENCE**, On page **133** is **TIME STAMPED PROOF THE ELECTION RESULTS WERE ALTERED TO ALLOW CHEATING (AN ORDER FROM TORRES FROM 12APR2018**), On page **134** IS A LETTER FROM **NANCY PELOSI** IN COLLUSION TO WITH TED WHEELER OF PORTLAND PROMOTING VIOLENCE, On page 136 IS A TIME STAMPED MAIL FRAUD COMPLAINT FROM AGAINST **JIM KENNEY** VERIFIED 10MAR2020. On **11MAR2021** JEFFREY CUTLER FILED A **MAIL FRAUD COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR CLAIMING THEY REFUSED A **321** PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909 1042 6153 86) at their DC Embassy (3505 International Place, NW) and after opening the document one week later (24FEB2021) claimed the document was REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED STATES GOVERNMENT of **RETURN POSTAGE** and

follow the LAWS of the UNITED STATES OF AMERICA. This effectively PUTS the

PEOPLES REPUBLIC OF CHINA in **DEFAULT** for violating the LAWS of the

UNITED STATES and shows they have been properly served and the return of the

document equates to a **Waiver of Service**.  Inside the document was a **193 page** report

that **COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming CHINA

has engaged in **Bio-Warfare** with the WORLD based on a previous actions with

**HEPARIN** and pet food and that the testing supplies are **tainted** and may be spreading

the disease in the United States. The media and political leaders have been **BRIBED** to

go along with MASKS and distance are the **ONLY** cure when **PNEUMOVAX23** and

**Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 and FLU

that result in DEATH from pneumococcal disease and Ivermectin to treat the COVID-

19 <ref> https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-

u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-

v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[Nancy Pelosi]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed a lawsuit in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy Pelosi**]] called (**CUTLER v. PELOSI, et al**.). This is 26 YEARS AFTER THE FIRST **WORLD TRADE CENTER BOMBING**. This documents that service of the complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at their **EMBASSY TO THE AMBASSADOR**. Mr. Cutler had also published information that the **MURDER** of two **BLACK AUSAs Jonathan Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found 25MAY2017) were also MURDERED by possibly members of the **KKK**. Mr. Whisenant was found on the same day **George Floyd** was declared Murdered in 2017. Despite calls to the clerk of the United States Court of Appeals, the clerks Time Stamped Petition for Enbanc Hearing case 20-1805 was still not on the docket. To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get redress of grievances in person at the same courthouse in Philadelphia on **23MAR2021** with a 341 page motion to Intervene. On **24MAR2021** judge Kenney denied the motion to intervene **ECF 4** and

stated the document was **incomprehensible and has no bearing or relavance to the above captioned action**, even though the motion was **unopposed**.  A **mail fraud complaint** has been filed against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler filed a 321 page document for case 20-1422 which contained **EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is believed this is has been based on **BRIBES** and **COLLUSION** with funds from **CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the **CDC** have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19** <ref>

https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref>

https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref>

https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref>

https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref>

https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19**

is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE**

**CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED**

**JUST LIKE VOTES FOR TRUMP**. It is believed that the testing components may

be tainted and is the real reason that so much propoanda has been placed on testing

when vacinations for to stop these deaths is cheaper and readily available. A previous

document in case 21-40001 was altered by persons unknown to protect the **CRIMES**

of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just another name for

the **KKK**. It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL**

**TREATMENT** under the law, a violation of the United States Constitution **Ammend**

**5**. Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on

**14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**. Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**. On 13DEC2016 **Judge Diamond** ignored Mr.

Cutler's information about **ELECTORAL FRAUD** in case 16-cv-06287. Recently in

case # 1:17-cv-05228 **Judge Nicholas G. Garaufis** (Eastern District of New York)

SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED

EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT

RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH **JOSH**

**SHAPIRO** (a Sonderkommando, elector for Joe Biden and the current **Attorney**

**General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied

**MEDICARE** part **B** coverage while the order in this case grants that coverage

immediately to **NON-CITIZENS** even though when **DACA** was set up the president

**OBAMA** publically stated the program was **ILLEGAL**.  These persons are being

**GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 67 years

old and second generation American and **JEWISH**, eligable to be President or

**Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of

the order from Mr. Torres  dated **12APR2018** that all voting methods must have a

**HARD COPY RECORD AVAILABLE** filed **20OCT2020**, as part of funding from

the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide

**DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots

violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**,

just like the term that may presently describe the sick bird Philadelphia football team

**ILL** **EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by

equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the

football game due to substitution of the Quarterback, so the GIANTS were not able to

be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM, a

321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED**

**PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE**

**OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abillity of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word peaceful, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[Susan Rice]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." Jeffrey Cutler found out that 5,000 Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on 13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over **Benghazi Libya**. During this period was the battle at El Alamein stopping **NAZI** advance towards Cairo and the Suez Canal.  Anthony Algindy <ref> https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey Broyer may have had prior information of the attacks on 911.  They both may be part

of the <ref> https://en.wikipedia.org/wiki/United States Federal Witness Protection Program </ref>. The apparatus involving the **FBI** and **CIA** may have started when they tareted **Fawaz Younis** and operation **GOLDENROD** was started and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted. On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS **TIME STAMPED** PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020** PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936, PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN FIFTH CIRCUIT 21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS **MURDERED**.  Reporter **CHRISTIAN SIGN**

was recently found dead <ref> https://denvergazette.com/wex/reporter-who-broke-story-on-clinton-lynch-tarmac-

meeting-found-dead/article_939887c0-cf2d-5edc-b553-f31ef6e012e2.html </ref>, he had exposed the Bill

Clinton meeting with Lorreta Lynch, and Mr. Newsome has banned **CHRISTIAN's**

from **SINGING** IN **CHURCH**.  PER **USCA** CASE **17-1770 JOE BIDEN** WAS

PART OF A GROUP HELPING TO SMUGGLE STOLEN **NAZI** ART INTO THE

UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys** (Philadelphia

leader Zach Rehl) had his first court appearance Friday the 19MAR2021. On

13JAN2021 **JOSH SHAPIRO** is named in part of a Petition [[En banc]] in the USCA

in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]]

dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67

is EVIDENCE OF COMPLAINT of [[**Electoral fraud**]] made to Office of Attorney

General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private

Criminal Complaint About Perjury and Obstruction of Justice made to Office of

Attorney General Josh Shapiro dated 20JUN2017, that concerns the **MURDER** of

[[**Jonathan Luna**]] by the [[**Ku Klux Klan**]]. Also see [[Publican and the Pharisee]]

and [[Parable of the Unjust Judge]].  Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-

u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-

v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "**SAVE BILL COSBY**".

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL

was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v.

JOESEPH JOHNSON.  The office of the president responded to this by 21MAY2020.

The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all

places of worship be allowed to open.  Employees of the federal government and

others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and

damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed

documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler

had sent a 330 page document on 17JUL2020 but that document vanished, just like the

white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny

Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The

USPS tracking number 9510 8141 4908 0199 0615 60 is not reporting results.  The

lawyers in sending Mr. Cutler the letters by MAIL makes them all a  party to the

**CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE** and **MAIL FRAUD**. On 30SEP2020 at 12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571 Page PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION USCA CASE 20-2936. On 15OCT2020 at 12:42 PM Jeffrey Cutler filled a 194 Page AMENDED PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION USCA CASE 20-2936. For USCA CASE 20-2936 On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC REVIEW of PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filled a PETITION TO COMBINE ADDITIONAL CASES BEFORE ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) FOR JUDICIAL EFFICIENCY in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr. Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC. VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. § 1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number 4:20-cv-02078. Even though it is on 322 page document it was put on the DOCKET as ECF 180 and ECF 181. Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL. Other organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/,</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED

IN FEDERAL COURT, just like Mr. Cutler's testimony at SEPTA FY 2020

ANNUAL SERVICE PLAN dated June 10, 2019 on page 290-292 of ECF 62, case

number 2:20-cr-00210 (USA v MICHEAL OZZIE MEYERS).

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES

FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in the UNITED

STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

CASE #1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP) AS AN

INTERVENOR DEFENDANT.On page 46&47 of USCA case **20-2936** filed

12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is documented evidence of (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF

33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref> https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-

explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-

problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN

IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ),

in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished, see pages 23,

53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY. In fact he had talked to 2 of the bidders for

the Hospital that wanted to KEEP IT OPEN as a running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS. Tom Wolf, the

mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the

media, but everything Mr. Cutler did was censored. Mr. Cutler was prevented from

atteding hearings at the law office of Saul Ewing while reporters were allowed to

attend at the law office of Saul Ewing (he was asked to leave by security, and

Philadelphia Police). Mr. Cutler previously had contested the states order that they

could redistrict (**USCA Case 18-1816**) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]]. Mr.

Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE

on 31DEC2013 (case 1:13-cv-2066 in Washington, DC). Mr. Cutler was granted the

right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015.

Mr. Cutler has filed in many cases and has caught persons obstructing justice like in

case 20-5143 (USCA Washington, DC), <u>Nancy Dunn</u> stated she discarded all the

documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions.

Priority mail tracking number #9510 8066 2091 0225 1534 23. A document sent to

the Supreme court on 30NOV2020 at 4:28 PM used Express Mail, tracking number

EJ5050342510S and vanished also, just like previous documents in federal court. In

case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL

(EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

alteration, or falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE

OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant. [[DACA

CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315

attached in the Addendum]] ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD

AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED

AS PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v.

THOMAS WOLF, et al.). Even though the document IN CASE 1:17-cv-05228 was

recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite

multiple claims by the clerks. Josh Shapiro (a **SONDERKOMMANDO**) is part of the

case in New York, and a MAIL FRAUD complaint has been submitted for his

previous actions and BASED ON A STORY ON PAGE B2 09DEC2020

PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD

BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**. Since he is part of the **ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a **CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also **AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge **Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson had stolen the election from Bruce S. Marks in North Philadelphia's Second Senatorial District through an elaborate fraud in which hundreds of residents were encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the ballots, they used the names of people who were living in Puerto Rico or serving time in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for **MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.  It was established that ALL parties

**FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**. The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED** **Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims. Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be

**CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction. Midge Rendel has **failed** to **RECUSE** from case 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. In the name of Tzadikim Nistarim, Shaun Bridges a secrect service agent stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**. Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1178** cases and **12 deaths** in **TAIWAN** as of **07MAY2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19,

in the <u>United States</u>, and other places. This is based on PREVIOUS actions by

<u>CHINA</u>. <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm

</ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current

non-binding mandate from the Dr. Levine and others in other STATES may be trying

to increase the number of cases, to <u>HARM</u> the <u>UNITED STATES</u> based on bribes

and TREASON by mostly DemoNcrats and some Republicans posing as good people

who are RHINO's, when President Trump may have been the first DINO identified

since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is

complicit in the deaths in the United States. Although <u>Thanksgiving</u> was not a

religious holiday, many people say a prayer before the meal and therefore the

restrictions on <u>Thanksgiving</u> is a <u>VIOLATION</u> of the <u>ESTABLISMENT</u>

<u>CLAUSE</u>, also since it tries to limit prayer services in PA. , <u>INTERFERENCE IN</u>

<u>INTERSTATE COMMERCE</u>, and the order also violates <u>EQUAL</u>

<u>PROTECTION</u> since commuters are exempt in Pennsylvania. Forced testing

without a court order violates the FIRST Amendment, just like you cannot be forced

to give a DNA sample. Mr. Cutler owns stock in <u>Merck</u>, which manufactures

PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the

company, and should be prosecuted just like Martha Stewart was charged and put in

prison, but also pushing sales at **AMAZON**.  On 17JUL2020 **TOM WOLF** issued a

**DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing. <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 **Tom WOLF** reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING

in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/

</ref>, which is  five years since the USCA in Washington ruled Mr. Cutler had the

right to Defend the Establishment clause (case 14-5183) and 75 years since VJ day of

WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC have LIED

about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-

19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S

HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a

PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put

online in case **20-1449** even though it was actually filed on 20MAY2020 at 4:10 PM..

The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON. The office of the president responded to this by 21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open. Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States. In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer. The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results. The lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**. Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season. Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE** during the 2020 baseball season and today they allow only 8,000 people to attend in 2021. Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled

other parades and events. Mr. Cutler had proposed an option to have games played in every city. As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**. The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS A CRIMINAL MATTER. The NEWS MEDIA AND OAGs ARE AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna). The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging the news media (case 1:16-cv-06624) is just another crime concealed from the public.That case is included by reference and joined to this one. The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id. at 562–63. While the

practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings are protected. Mr. Cutler had previously been elected to Public Office as the TAX COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based on an Election in November 2013. and took the Oath of OFFICE prior to his first day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**. In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office. <ref> https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt. The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html

</ref> No Prosection of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT** On 20MAY2020. Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of federal crimes that resulted in convictions. Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III. Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law. Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020. The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on

May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing

the bombs. Mr. Cutler had stated that he believed that the **MURDER of**

**JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed

with help of the **FBI**. The judge dismissed the case even though 5 parties defaulted

and were properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late

Thomas O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**. Mr. Cutler had made

a complaint by mail to the DA office in Lancaster County, Pennsylvania and York,

County Pennsylvania. Mr. Cutler had also filed a motion to intervene on 22SEP2019

in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named

**DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a response to

the motion filed in oppoition on 25SEP2019. Even though the document filed on

25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.

Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft

of approximtely half million dollars. Mr.Cutler had filed objections to limit the

power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING**

**activity** in the Commonwealth of Pennsylvania. Mr. Cutler filed his first lawsuit on

31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-**

**02066**. He was granted the right to challenge OBAMACARE in Appeal as case **14-**

**5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. To this

end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania,

but it was DENIED 21JAN2020. Mr. Cutler filed an Appeal for the order on

04FEB2020 in the **United States Court of Appeals Fifth Circuit**. When that was

illegally ignored. Mr. Cutler filed documents in Pennsylvania. Mr. Cuttler had

requested that district court case number 4:20-cv-0064 in the United States District

Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al.**

**v. CITY OF GREENVLLE et al.**], and case number 1:20-cv-00323 in the United

States District Court for the Western District of Michigan [**KIMBERLEY**

**BEEMER et al. v. GRETCHEN WHTMER et al.**] and case number 1:20-cv-

01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the

United States District Court for the District of MARYLAND, BALTIMORE

DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J.**

**HOGAN et al.**] are also cases that should be part of this consolidation. All charges in

each case should be included by reference for all civil cases as if they are filed with

this filing, for **JUDICIAL EFFICIENCY**. Judge Catherine C. Blake of Maryland

had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3

Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of

Jefferson Davis after it was stamped in on 01JUN2020) after the office of AG in

Maryland had responded to Mr. Cutler. Mr. Cutler has previously called Mr. Wolf a

member of the **KLU KLUX KLAN** in documents related to this case in federal court.

<ref> https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-

jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the

**WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE**

**SUSTAINING** , Mr. Cutler has never heard back about his request until

12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in

**PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties.

Based on the case of the aids law project tracking people that have one type of virus is

unconstitutional, and exposing their idenity is equally unconstitutional.  The concept

of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United

States Constitution and the Commonwealth of Pennsylvnia. Based  on the story about

Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-

Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another

name for **KLU KLUX KLAN** .  Also Tom Wolf made statements that said that people

cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to sieze property.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is notable

that Wikipedia has **SCRUBBED** <u>Mike Du Toit</u> from their records (effectively trying

to rewrite history).  Taiwan is about 100 miles from CHINA, yet has less than ten

deaths and 500 confirmed cases.  In the Appeals for the Fifth Circuit the Order from

the United States Northern District of Texas dated January 16, 2020 denying

Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE

VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO

PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion

denying Plaintiff's motion of December 30, 2019.   The current order from that court

is in error since the USCA order of  December 18, 2019, remanded the case back to

District Court and for further disposition and was unopposed and is still unopposed.

Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was

illegally discarded.  He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019.  The office of the clerk decided

it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020,

(Document 00515289904  International Holocaust Remembrance Day), and it was

only put online when Mr. Cutler informed the <u>**Deputy Clerk Mary Francis Yeager**</u>

that she was violating Mr. Cutler's civil rights.  It was put online January 29, 2020. A

violation of EQUAL PROTECTION by employee of the federal government, which

treated the two documents differently and potentially hid the document from the

review of the judges considering an ENBANC review.  Mr. Cutler subsequently filed

a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE

TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as document number 00515298284 on 04FEB2020, the same date it was filed in court. In the case both **Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson** denied the petition. This violated the United States Constitution Ammend 1 and 5. It also also violates Mr. Cutler's rights under the Sixth Amendment of the Constitution. Mr. Cutler then on 04MAR2020 filed a 380 page document in this case (2:19-cr-00367). Within 24 hours of the filing Mr. Cutler got a threat by phone from an unidentified individual about the filing. On 06MAR2020 Mr. Cutler filed a nine page correction to the document previously filed. When the document was downloaded from the federal pacer system it was devoid of any markings. On 12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING ORDER OF RECONSIDERATION – ON 04MAR2020 FOR IMPROPER SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER 2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT. At that time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets. In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document (ECF 99) **NOW** was properly marked. Based on this Mr. Cutler printed a second copy of the document. Based on Elouise Pepion Corbel et al. v. Gale v. Norton, et al. (03-5262, 03-5314). Mr. Cutler requested the district court cases be consolidated in Pennsylvania and deliberations allowed on an expedited basis since they both involve

related issues and the Supreme Court previously has indicated they will not consider

the case this term, even though oral arguments were already made. This court had

allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey

Cutler, acting pro se, respectfully previously identified that the speaker of the house

of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER**

was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpectenly in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAIdUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSqbaQ0 </ref> she stated "We have to pass the bill to find out what is in it". The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**. He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10. Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson. His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001). The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike. (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.) Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK, BAXTER and others. Mr. Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site. It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. There is NOW

**PROOF THIS IS TRUE**, since the PEOPLES **REPUBLIC OF CHINA** commited

**MAIL FRAUD** when served documents at their EMABSSY on Washington, DC.,
thus **CONFIRMING CHINA IS RESPONSIBLE FOR THE DEATHS OF 3
MILLION PEOPLE**. It is very easy to Bribe, coerce  or pay individuals to bear
false witness against another individual and violate **THALL SHALL NOT BEAR
FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders
have issued effectively allows the governments in the United States to discontinue
religion in and in the State of Pennsylvania, by a member of the **KLU KLUX
KLAN** or related organization.  Other members of the **KLU KLUX KLAN** in the
United States and the World, are all organized to take on the HOAX.  This was
previously called Agenda 21.  As of  16MAR2020 Canada was still allowing flights
from CHINA and those persons could be carrying hazardous bio material simply
enter the United States from Canada. When Mr. Cutler was  working for Merck as a
contractor some individuals were caught stealing trade secrects by security at the
West Point site.  It has been known China has been effectively using live people for
transplants for years.  Mr. Ellyahoo has stated the word in **HUNGARY** for **SIN** is
pronounced VIRUS.  The closing of all CASINOS in the STATE is to get 100% of
all gambling revenue, to have a total monopoly on all sources of payment organized
for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that
the POST OFFICE near the Allentown Federal Courthouse contains NAZI insigna in
the tile work in the building (supreme  court case # 19-8538 ), and there is a **7 acre**
site in Southern Lancaster county that is owned by the **Klu Klux Klan**.  Mr. Smiles

has sent a picture via text to Mr. Cutler's of insigna is actually in the Post office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770). Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976
</ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal, all the Insurance companies have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department. Mr. Wolf's order also violates the Federal Voting law Voting

Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) , voter fraud has been in

Pennslvania a long time. The use of ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud. Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr.

Cutler also notifies this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO** evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated. George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data. Mr. Cutler was trying to fly to Philadelphia that day from Chicago. My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons. Even in case, 1:20-cv-01130 that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of

grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref>
https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synagogue-attack-pleads-guilty-to-
tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting
</ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-
facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-
remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltzfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020 at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED STATES unrestricted PRAYER! On 12JAN2021 Jeffrey Cutler filed a MAIL FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD complaints are based on being an INVESTOR in both companies and the ANNUAL REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST TWITTER for statements in their ANNUAL REPORT that is MAILED. TWITTER CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE CONTRARY. It is almost comical that **AMAZON** helped **RIG VOTING** with expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN PERSON voting in a UNION selection vote in **COURT DOCUMENTS**. ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  Nancy Pelosi to Ted Wheeler (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date. Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets. The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree. This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency. Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1. Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail. Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which includes mail Fraud (18 U.S. Code § 1341), the

murder of a federal employee (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871. The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.). The courts have affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education. Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted). The current election for president may be just like 2 Star Trek

Episodes combined. <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now. As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007) the court must accept the foregoing information

as true. In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD. THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM. The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by police woman **Lisa Mearkle** in 2015 and violated his civil

rights<ref> https://news.yahoo.com/princeton-university-policy-political-protests-103048931.html </ref>

**Maxine Waters** and the **MEDIA** networks are trying to incite riots so that Marshal

LAW can be declared and all firearms siezed.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as <u>**SUMMARY JUDGEMENT**</u>, this is

effectively a <u>**CHANGE IN VENUE**</u>.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

**Donald J. Trump** be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759

</ref> of the Presidential vote in <u>**Pennsylvania**</u>, and by reference <u>**North Carolina**</u>,

<u>**Wisconsin**</u>, <u>**Nevada**</u> and <u>**Arizona**</u>.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by <u>**FDR**</u>

<u>**UNCONSTITUTIONAL**</u>, during an immediate  <u>**ENBANC**</u> review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as <u>**19-840**</u>, <u>**19-1019**</u> also have  the government **<u>CANNOT SPECIFY HOW TO</u>**

<u>**PRAY**</u> enforced by <u>**Religious  POLICE**</u>, either <u>**LOCAL**</u>, <u>**STATE**</u>, or <u>**FEDERAL**</u>.

The <u>**MURDER**</u> of a <u>**BLACK**</u> man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case

number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case and  **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI  BABBITT**  MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court.  Just because the Biden

Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY

THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**, on **Jerusalem**

**Day** <ref> https://en.wikipedia.org/wiki/Jerusalem_Day </ref>. 03JUN is celebrated as a part of history in large part of the United States as the birthday of Jefferson Davis and Edward Cutler thought it was nice that his birthday was a special part of history, and his son files this document to honor his father, and his brother Irv. Irv was killed in a B24 13JUL1942. On 03JUN2021 Edward Cutler would have been 100, if he was still alive, it is also the birthday of Jill Biden. This document should be inserted and combined with the previous document and replace the first 72 pages that document.

On 17JUN1856 the REPUBLICAN party held it's FIRST CONVENTION in PHILADELPHIA. In the previous document filed on17JUL2021.

**Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY**
**Page 411 is PROOF OF BIO WARFARE.**
**Page 412 is PROOF OF ELECTORAL FRAUD**
**Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD.**

Respectfully submitted,

DATE:_____26JUL2021_____          ____/s/ Jeffrey Cutler_____

                                          Jeffrey Cutler, pro se
                                          215-872-5715 (phone)
                                          eltaxcollector@gmail.com
                                          P.O. Box 2806
                                          York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I filed the foregoing with the Clerk of the UNITED STATES COURT OF APPEALS FOR THE NINETH CIRCUIT by Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .

_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than # of pages allowed by ECF 17 USCA CASE 20-2936, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2021 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.    SO ORDERED.

[1]  Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2]  Order BITTANY SPEARS BE DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL COURTS IN COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS 19JUN1865 AND SHE BE ALLOWED TO PROSECUTE THOSE THAT ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSND DOLLARS A DAY.

[3]  COMBINE THIS CASE WITH  IMMEDIATE **EN-BANC HEARING** IN THE UNITED STATES COURT OF APPEAPLS THIRD CIRCUIT in case 19-1842 to AFFIRM these judgements, excluding Judge Rendell and all other judges that are biased, or bribed case 20-1223 (**Johnson and Johnson v. Ingham**), 20-1449 (**USA v. Joeseph R. Johnson**).

[4]  DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[5]  BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[6]  Order the SUMMARY JUDGEMENT against all parties be granted and made FINAL at one million dollars per day or as a negotiated amount for Each individual in favor of Mr. Cutler.

[7]  ORDER **THE PEOPLES REPUBLIC OF CHINA** PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[8]  JERRY NADLER for stating that  "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[9]  ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR **MANUFACTURING EVIDENCE** JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[10] ORDER THAT RUDOLPH GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR

SLANDER BY DOMINION, SINCE THE **BIG LIE** IS THE <u>TRUTH</u>, WHICH WAS ALSO DESCRIBED TO DETAIL THE ATTACK BY THE FEDERAL GOVERNMENT ON WACO TEXAS.

[11] ORDER THAT 10% OF ALL PAYMENTS MADE TO ALLISON MACK BE PAID TO EACH OF THE WOMEN SHE HELPED BRAND.

[12] THERE IS NO REASON TO WAIT ON LIFTING THE BAN ON FIREARMS SINCE EACH DAY IT IS IN EFFECT IT DETRACTS FROM THE LIBERTY OF THE UNITED STATES, JUST LIKE RESTRICTING THE FREE EXERCISE OF RELIGION

[13] THE PLASTIC BAG BAN IN PHILADELPHIA VIOLATES AMMEND 1 SINCE IT RESTRICTS THE PRESS AS WELL AS THE SODA TAX SINCE THEY APPLY LAWS UNEQUALLY

[14] THE PROPERTY KNOWN AS WITH A TAX ID LISTING IDENTIFIED AS 400-73447-0-0000 BE RETURNED TO THE MIA LAND TRUST

[15] ORDER THAT MICHAEL OZZIE MEYERS, & ALANZO LAMAR JOHNSON JAIL TERMS BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON), AND JOE BIDEN'S POLICYS ARE ENRICHING THOSE IMPORTING ILLEGAL DRUGS INTO THE UNITED STATES

[16] ORDER THAT Mr. GREENBERG (Associate of Matt Gaetz) JAIL TERM BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON) based on Equal Treatment Under the law.

[17] ORDER THAT Robert Ceprano be compensated at a minimum of $250,000 and David Cicilline pay 50% of the amount and 10% of his federal pension into the fund to compensate those individuals.

[18] ORDER THAT MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[19] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE <u>FBI</u> FOR PROSECUTION

[20] Order that <u>ELECTORAL FRAUD</u> is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[21] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS, and <u>ACCESSORY TO MURDER</u> after the fact.

[22] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[23] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[24] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[25] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[26] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel,Judge Ashcroft, Gerald Papert ,Judge Jeffrey Schmehll, Judge Paul Diamond and Judge Catherine Blake, Judge Chad Kenney, C. Darnell Jones II, Adam Witkonis pay twice their daily salary each day to the innosense project , until they resign.

[27] Order the Peoples Republic of China as DEFAULTED for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later, effectively a Waiver of Service case 1:20-cv-00099, Eastern District of Missourri.

[28] CHARGES AGAINST KEVIN STRICKLAND AND LAMAR JOHNSON BE VACATED BECAUSE OF EXISTING FAIRNESS (JUST LIKE BILL COSBY & THEY ARE BEING HELD ILLEALLY IN Missourri), AND BE AWARDED 250,000.

[29] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds for trying to conceal the Murder of 5 children, and destroy the evidence

[30] Order all vandalism perpetuated against Mr. Cutler and Mr. Krieger to be compensated, and listed.

[31] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and ALL LEGAL FIRMS used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[32] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[33] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[34] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[35] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in

this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[36] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[37] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[38] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP OF BIO-WARFARE!!

[39] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[40] Other remedies the court deems appropriate.

[41] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[42] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[43] Order George Bochetto pay $ 100,000 for the false statement (18 USC § 1001) made in case 2:21-cv-01609.

[44] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[45] Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[46] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[47] Combine cases 5:21-cv-00299,20-1805, 20-1449, 19-1842, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and 1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586 from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and in this case and all related documents in these cases.

[48] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[49] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at 511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[50] Order that the American Rescue Plan Act of 2021 be declared <u>UNCONSTITUTIONAL</u> since it EXPRESSLY signals out aid to FARMERS that are  <u>BLACK</u> and all funds sent be recovered from the People's Republic of China as a <u>PENALTY</u>.

[51] Order the <u>FEDERAL QUESTIONAIRE</u> for purchasing a <u>FIREARM</u> be altered to ask if the individual intends to use the firearm to <u>MURDER</u> people and have copy sent to the ATF so they can be charged with <u>MAIL FRAUD</u>, as well as perjury.

[52] Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[53] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[54] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[55] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[56] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[57] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[58] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[59] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[60] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as <u>Midland Credit Management</u> of San Diego, CA.  Starting on 01APR2021 the penalty be increased to <u>one million dollars</u> per day for continued violations of the fair credit and reporting act.

[61] Order VERIZON pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates.  Starting on 01APR2021 the penalty be increased to <u>one million dollars</u> per day for continued violations of the fair credit and reporting act.

[62] The constitution should be ammended to allow all citizens of voting age in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total prison population shall be added to the census for the country. No additional seats shall be added to the house. The Ammendment shall be handled by normal ratification.

[63] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country. No additional seats shall be added to the house. The Ammendment shall be handled by normal ratification.

[64] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[65] The intentional termination of life by any third party for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[66] A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[67] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[68] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by **RELIGIOUS POLICE**.

[69] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[70] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[71] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[72] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be seperated all votes where they are mixed should be discarded.

[73] Order Tami Levin, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of $250,000 dollars.

[74] Order Ivan Ruiz-Rivera (case 5:21-cv-02105) be compensated at least $ 250,000

[75] Keith Dougerty, Larry Runk (case 15-1271, 1:14-cv-00480) be compensated at least $ 250,000 and any charges vacated.

[76] Carolyn Gundel (case 5:21-cv-01472) be compensated at a minimum of $88,000 and at minimum $19,000 paid by

Todd Graeff

[77] Caron Nazario (case 2:21-cv-00169) be compensated at a minimum of $1,250,000 and at minimum $190,000 paid by Daniel Crocker

[78] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of $250,000 and at least 1% be paid by officers of the Baldwin Pennsylvania Police Department.

[79] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of $250,000 and at least 1% be paid by former officer former Lisa Mearkle of the Police Department.

[80] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[81] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[82] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car via email to Mr. Cutler.

[83] Order all Public Broadcasting Stations start tracking murders by type and cause of death so that SERIAL Killers and KKK members may be more easily identified like  <ref> https://en.wikipedia.org/wiki/Joseph_Christopher </ref> Joeseph Christopher who liked to kill black people.

[84] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of their NET WORTH.

[85] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers and PIPELINES,  POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[86] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDERAL GOVERNMENT.

[87] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[88] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[89] Jeffrey A Dellinger be compensated at a minimum of  250,000 dollars for being directed he must goto church on Sunday

[90] Mr. Jammal Harris be compensated at a minimum of  250,000 dollars

[91] Survivors of Sean D. Williams (18-2773) be awarded a minimum of  250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[92] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[93] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[94] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[95] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJoIrBk </ref>>

[96] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ret> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[97] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[98] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUlC0 </ref>

[99] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[100] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[101] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[102] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[103] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[104] Kara N. Templeton, Christopher Leppler, Judge Paul Diamond ,Judge Wright, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[105] ALL PENALTIES THAT THE IRS and Pennsylvannia HAVE LEVIED AGAINST MARILYN CUTLER SHOULD BE VACATED because OF MAIL FRAUD.

[106] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[107]   Charges against Carolyn "BUNNY" Welsh from Josh Shapiro should be vacated since he was NOT LEGALLY ELECTED based on the ORDER from Mr. Torres **12APR2018**, and any Prison Time be limited to 23 DAYS.

[108]   Darlie Routier sentence sould be vacated due to an UNIDENTIFIED BLOODY FINGERPRINT as a BRADY VIOLATION.

[109]   CHARGES AGAINST BRANDONN BOSTIAN BE VACATED BECAUSE OF A BRADY VIOLATION, AND BE AWARDED 250,000.

[110]   Order SEPTA to Explore and Engineer Increased Underground Rail roads in Pennsylvania and Philadelphia based on jeffy Bonds as Mr. cutler previously Testified.

[111]   Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[112]   Order that the Harrier Jump Jet Technoloy be explored for use on the 737-MAX engines to provide VTOL capability

[113]   ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000.

[114]   ORDER THAT KEVIN STRICTLAND SENTENCE BE VACATED AND INCORPORATED INTO THIS <ref> https://www.kansascity.com/news/local/crime/article249595653.html </ref> AND AT MINIMUM BE AWARDED $ 250,000.

[115]   Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros, Mark Zuckerberg pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[116]   Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[117]   Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[118]   Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400

billion) or 10% of his stock in the company.

[119]    Mr. Mark Zukerberg pays everyone in the United States that lost money $ 2,000 , along with the or 10% of his

stock in the company of Facebook.

[120]    Order all charges against Donld Trump and associates be vacated for the government violating FRUIT OF THE

POISONOUS TREE.

[121]    Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-

Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[122]    ORDER THAT KEITH DOUGHERTY (5-22-2015) LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT

MINIMUM BE AWARDED $ 250,000, and other persons identified at ERIE INSURANCE RELATED TO CLAIM

A000003279856 (MIXELL) AND THE CEO BE CHARGED INCLUDING THE CEO.

[123]    The verdict in case 20-1223 may be tainted based on manufactured evidence and should be vacated. Or

negotiated with the company.

[124]    Order Lawyer Lynne Feruson be charged with conspiracy to commit MAIL FRAUD.with Brian Hurter and all other

persons associated with the bank robbery orchastrated against  Mr. Cutler's account. At Fulton & PNC banks.

[125]    Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for

providing Aid and Comfort to the Enemy and violating their oath's of office

[126]    Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[127]    Order that ERIE INSURANCE PAY 51% 0F THE COMPANY VALUE FOR THE CONSPIRACY TO DESTROY  .

.    THE UNITED STATES.

[128]    Order that ALLSTATE  INSURANCE PAY THREE TIMES THE POLICY VALUE FOR THE CONSPIRACY TO . .

.    DENY CLAIMS OF MR. CUTLER POLICY 98-APC880-4

[129]    Order state Representative Margo Davidson be cleared of all prosecution and awarded 250,000.

[130]    Order that the WORD **IMPLAUSIBLE** is NOT the same as the **TRUTH**.

[131]    Order Jeffrey Cutler be MADE WHOLE FOR ALL crimes commited against him, and PASSPORT AND DRIVERS

.    LICENSE be restored, and the theft of his wallet and PASSPORT be investiated if it is part of  lawsuit know as

.    FOIA-2020-01319.

.        <ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

[132]    Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with*

*established tenets or teachings of such sect or division of ANY religion* **in violation of the U.S.**

**Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-

2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019

and Declare that **NO JURISDICTION** of the United States can dictate the proper way to pray.

Dated: ____, 2021_____                _____

                                        BY THE COURT

# ADDENDUM

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

JUN 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MILLER; et al., | No. 21-55608 |
| Plaintiffs-Appellees, | |
| v. | D.C. No. 3:19-cv-01537-BEN-JLB Southern District of California, San Diego |
| ROB BONTA, in his official capacity as Attorney General of the State of California; LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms, | ORDER |
| Defendants-Appellants. | |

Before:  SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

The motion by the State of Arizona, et al. (Docket Entry No. 9-1) for leave to file an amicus brief in opposition to appellants' motion for a stay pending appeal is granted.  The clerk will file the amicus brief (Docket Entry No. 9-2).

The district court's June 4, 2021 order and judgment are stayed pending resolution of *Rupp v. Bonta*, No. 19-56004.  The stay shall remain in effect until further order of this court.

Briefing in this appeal is stayed.

Within 14 days of this court's decision in *Rupp v. Bonta*, the parties shall file a status report and may request appropriate relief.



U.S. POSTAL INSPECTION SERVICE
THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

**Mail Fraud Complaint**

**Your Information**

Company Name:
* First Name          JEFFREY                          * Last Name      CUTLER
* Address:            P.O. BOX 2806
* City                YORK
* State               Pennsylvania
* ZIP Code            17405
* Country             UNITED STATES
Cell Phone            (717) 654-4718                   Work Phone       (215) 872-5715
Home Phone                                             Fax
Email Address         eliaxcollector@gmail.com
Age Range:            65 or older
Are you a Veteran?    ○ Yes   ○ No

**Complaint Filed Against**

Company Name          THPRN DISTRICT OF TEXAS
First Name            LYNN                             Last Name        HUGHES
Address               515 RUSK STREET
City                  HOUSTON
State                 Texas
ZIP Code              77002
Country               UNITED STATES
Cell Phone                                             Work Phone       (713) 250-5500
Home Phone                                             Fax
Email Address
Website Address:      https://www.txs.uscourts.gov/offices/houston-division

**How Were You Contacted?**

How were you contacted?                US Mail
On what date were you contacted?       06/21/2021
Do you have the envelope it was mailed in?   ○ Yes   ○ No

**How Did You Respond to This Offer?**

How did you respond to this offer?     Phone
Response Mailed to a Different Address  ○ Yes   ○ No
Do you have a Tracking Number?          ○ Yes   ○ No
Tracking Number:                        9505514430811166473337
What did you receive?                   NOTHING--JUDGE LYNN HUGHES TOOK THE
                                        DOCUMENT WITH NO RULING AND OBSTRUCTED
                                        JUSTICE TO KEEP BILL COSBY AND COVER FOR
                                        FBI MISCONDUCT
How did it differ from what you expected?  EXPECTED DOCUMENT TO BE ONLINE

How much did the company ask you to pay ($)?  500.00
Do you have the item?                   ○ Yes   ○ No
How was it delivered?                   US Mail
Did you contact the company
or person about the complaint?          ○ Yes   ○ No
Date Last Contacted Company or Person   06/29/2021

**Did You Lose Money?**

Lose Money                              ○ Yes   ○ No
Payment Type                            Credit Card
Payment Amount($)                       75.00
Payment Date                            06/15/2021

**Type of Mail Fraud Complaint**

Scheme Category                         Fiduciary
Scheme Type:                            Bribery/Kickbacks/Embezzlements

**Additional Information**

Explain Your Complaint                  JUDGE LYNN HUGHES STOLD THE 242 PAGE
                                        MOTION TO RECONSIDER BECAUSE OF CRIMES (18
                                        U.S. Code § 1519 - Destruction, alteration, or falsification
                                        of records), 18 U.S. Code § 872 - EXTORTION BY
                                        OFFICERS OR EMPLOYEES OF THE UNITED
                                        STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE
                                        FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§
                                        78dd-1, & MAIL FRAUD AND TO COMBINE CASES
                                        FOR JUDICIAL EFFICIENCY AND SUMMARY
                                        JUDGEMENT in case CASE NO. 4:21-cv-01774 in the
                                        Southern District of Texas. It is ILLEGAL to SELL DRUGS
                                        BEYOND THE PRINTED EXPIRY DATE ON THE
                                        LABEL. Per United States of America v. Quality Eggs,
                                        LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015) TO
                                        CONCEAL THE MURDER OF AT LEAST 2 FEDERAL
                                        ASUSA's ALSO TALKED TO Andrea Parker
                                        [409-981-7938] US Attorney's Office Eastern District of
                                        Texas about this and FOIA request FOIA-2020-01319

U.S. POSTAL INSPECTION SERVICE
THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

Mail Fraud Complaint form submitted successfully    02JUL2021 2:25 AM

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred.
While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem
areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the
number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is
needed.

# AFFIDAVIT OF VEHICLE THEFT
## (ALL QUESTIONS MUST BE ANSWERED)

**Erie Insurance®**

CLAIM NUMBER

A00003279856/Mixell

### INSURED

NAME OF OWNER: JEFFREY CUTLER

ADDRESS OF OWNER: P.O. BOX 2806 YORK, PA 17405

NAME OF INSURED: JEFFREY CUTLER

DATE OF BIRTH: 04/16/1956

MARITAL STATUS: SINGLE

SOCIAL SECURITY NO.: ~~~~~~

ADDRESS: P.O. BOX 2806

DRIVER'S LICENSE NO.:

HOME PHONE NO.: (717) 854-4718

OCCUPATION: DEFENDER OF CONST

BUSINESS PHONE NO.: 215-872-5175

EMPLOYER AND ADDRESS: P.O. BOX 2806

### LOSS DESCRIPTION

DATE OF THEFT: OCT 2, 2017

TIME: 11:00 ☒ PM

AMOUNT YOU ARE CLAIMING: $ 57,000,000

WAS VEHICLE LOCKED? ☒ YES ☐ NO

WERE KEYS LEFT IN VEHICLE? ☐ YES ☒ NO

SPECIFIC LOCATION FROM WHICH VEHICLE TAKEN: PARKING LOT 67 CAMBRIDGE VLG

REASON VEHICLE AT THIS LOCATION:

NAME AND ADDRESS OF PERSON WHO LEFT VEHICLE THERE: JEFFREY CUTLER

THEIR DRIVER'S LICENSE NO.:

NAMES AND ADDRESSES OF OTHERS WHO WERE PRESENT: 6 POLICE OFFICERS OF EAST LAMPETER POLICE DEPT

DATE THEFT DISCOVERED: OCT 2, 2017

TIME: 1:00 ☒ PM

BY WHOM: JEFFREY CUTLER

DATE REPORTED TO POLICE: OCT 2, 2017

TIME: 1 ☒ PM

LOCATION OF POLICE STATION: 2250 OLD PHILA PIKE

POLICE OFFICER:

VEHICLE RECOVERED: ☐ YES ☒ NO

WHEN:

WHERE:

BY WHOM:

CONDITION OF VEHICLE: GOOD

SUSPECTS OR ARRESTS? ☐ YES ☒ NO

WHO:

MAKE OF VEHICLE: DODGE CARAVAN

YEAR: 2006

MODEL: CARAVAN STX

BODY TYPE: VAN

COLOR: BLUE

MILEAGE: 186,000

VEHICLE IDENTIFICATION NO. (MFG. SERIAL NO.): 1D8GP45K56B

LICENSE PLATE NO.: HCX 1910

STATE: PA

HAS VEHICLE BEEN DAMAGED OR STOLEN IN LAST 3 YEARS? ☐ YES ☐ NO

IF YES, DESCRIBE, LOCATION, TYPE, AMOUNT(S), DATE(S):

WERE REPAIRS COMPLETED? ☐ YES ☐ NO ☐ PARTIALLY

BY WHOM:

PAID BY INSURANCE CO.? ☐ YES ☐ NO

NAME AND ADDRESS OF INSURANCE CO.:

NAME OF INSURANCE CO. AND AGENT ON OTHER VEHICLES IN HOUSEHOLD:

PRIOR INSURANCE CO. AND AGENT:

ANY OTHER CLAIMS ON THIS OR ANY OTHER VEHICLE? ☐ YES ☐ NO IF YES, DESCRIBE:

### VEHICLE EQUIPMENT

PLEASE CHECK EQUIPMENT YOUR CAR HAD.

**TRANSMISSION**
- ☐ 4 cyl ☒ 6 cyl ☐ 8 cyl
- CID/Liters
- Gas/Diesel
- Fuel Injected
- Turbo

**ENGINE**
- ✗ Auto. Trans.
- Auto. w/overdr.
- Standard
- 3 spd
- 4 spd
- 5 spd
- w/overdrive

**GENERAL EQUIPMENT**
- Power Steering
- Power Brakes
- Vinyl Roof
- ☐ Full ☐ Landau
- 4 Wheel Anti-Lock Brake System
- Air Cond.
- Power Windows
- Power Seats
- Power Door Locks
- Tilt Steering Wh.
- Telescopic St. Wh.
- Cruise Control
- Rear W. Defogger

- Two-Tone Paint
- Elec. Steel Sun R
- Elec. Glass Sun R
- Manual Sun Roof
- Flip-up Sun Roof
- Glass T-Top/Panel
- Roof Rack
- Auto Load Level
- Wire Wheel Covers
- Custom Wheels
- Leather Seats
- Special Package
- Other

**RADIOS**
- Factory Installed
- Owner Installed
- AM
- AM/FM
- AM/FM Stereo
- AM/FM Stereo Tape
- Disc
- Cassette
- AM/FM Stereo/CB
- CB
- Other

**ADDITIONAL EQUIPMENT**
- 4 WD
- Short Bed
- Long Bed
- Rear Step Bumper
- Sliding Rear Window
- Aux. Fuel Tank
- Dual Air (Trucks, Vans)
- No. Passenger
- Deep Tinted Glass
- Custom Interior/Exterior
- Other

OTHER SPECIAL FACTORY PACKAGES

C124PA 5/17

(CONTINUED ON OTHER SIDE)

## VEHICLE CONDITION

| CONDITION OF | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE | OTHER DISTINCTIVE FEATURES (DENTS, DECALS, TRAILER HITCH, INTERIOR, ETC.) |
|---|---|---|---|---|
| PAINT | | | | SWASTIKA KEYED ON |
| TRANSMISSION | | | | PASSUNGER DOOR |
| ENGINE | | | | POLICE REPT 1512008899 |
| BODY | | | | |

DETAIL ANY RUST

NAME AND ADDRESS OF GARAGE USED FOR ROUTINE MAINTENANCE — DATE OF LAST SERVICE

NAME AND ADDRESS OF GARAGE USED FOR STATE INSPECTION — DATE OF LAST INSPECTION

## PERSONAL ITEMS

ITEMIZE ALL PERSONAL ITEMS IN THE VEHICLE AT THE TIME OF THEFT

| DATE OF PURCHASE | PURCHASE PRICE | ITEM |
|---|---|---|
| | | EVERYTHING AT A00000575634 |
| | | CLAIM OPENED NOV 2, 2017 |
| | | CLOSED 4 MAR 2020 |
| | | EVERYTHING AT 67 CAMBRIDGE |
| | | VILLAGE BY POLICE + HOA |
| | | INC |
| | | REPORTED TO FBI, POLICE +FBI |
| | | |

## PURCHASE/FINANCE

HOW DID YOU LEARN THIS VEHICLE WAS FOR SALE?  INTERNET

SELLER, DEALER OR INDIVIDUAL'S NAME — ADDRESS — CITY/STATE

DATE PURCHASED ☐ NEW ☑ USED ☐ DAMAGED ☐ LEASED ☐ REBUILT — PURCHASE PRICE $ 5500⁰⁰

PAID ☐ CASH AMOUNT ☐ CHECK AMOUNT

TRADE-IN VEHICLE — ALLOWANCE

WAS VEHICLE FINANCED? ☐ YES ☑ NO — IF YES, NAME AND ADDRESS OF FINANCE CO.

| YOUR ACCOUNT NO. | BALANCE DUE | LOAN TERMS | MONTHLY PAYMENT | DATE OF LAST PAYMENT |
|---|---|---|---|---|

IS YOUR ACCOUNT PAST DUE? ☐ YES ☐ NO — HOW LONG

## OTHER

ARE VEHICLE KEYS IN YOUR POSSESSION? ☑ YES ☐ NO  IF YES, HOW MANY IGNITION _____ , TRUNK _____

DO YOU HAVE OTHER VEHICLE THEFT INSURANCE? ☑ YES ☐ NO

NAME OF INSURANCE COMPANY

TITLED OWNER OF VEHICLE  JEFFERY CUTLER — TITLE NUMBER AND STATES 62508226104 CV

**NOTICE:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

I certify the answers I have given are true to the best of my knowledge and belief.

(Policyholder's Signature) — 5-21-21 (Date) — (Witness)

(Additional Policyholder's Signature) — (Date)

(Owner's Signature) — (Date)

(Additional Owner's Signature) — (Date)

Policyholder's Address  PO Box 2806 York PA 17405

Subscribed and sworn to me this 21st day of May, 2021

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lisa M. Schubl, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Oct. 13, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

NOTARY PUBLIC (Include Seal)

C124PA 5/17 — E-MAIL

ERIE Claim # A00003279856/Mixell

# AUTHORIZATION/RELEASE OF INFORMATION

I/We hereby authorize any credit institution, lending institution or any other financial institution or entity in possession of business records relating to me/us to furnish to Erie Insurance or its representative any information requested with regard to my/our credit history, including, but not limited to, credit card accounts, personal loans, automobile loans, mortgage loan information and documentation, automobile sales documents, automobile sales tax forms and related documents.

A photostatic copy or carbon copy of this Authorization shall be considered effective and as valid as the original.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

DATE _20 MAY 2087_ (Signed) _____
Insured

Date of Birth _16 APR 1954_

Social Security No. _____

DATE _____ (Signed)_____
Additional Insured

Date of Birth _____

Social Security No. _____

P 3 OF 14

E-MAIL

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

**EXPIRY: OCT 31, 2017**     **VALID: 10/13/16**

PLATE:      HCX1910
TITLE:      62508228104 KU
VIN:        1D8GP45R56B577182
YR/MAKE:    2006 DODGE
TYPE:       SW
WID:        15287 2600 01 0660-003

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT     COUNTY: YORK

JEFFREY S CUTLER
67 CAMBRIDGE VILLAGE
P O BOX 2816
YORK PA 17405





I hereby acknowledge this day that I have received
notice of the provisions of Section 3709 of the Vehicle
Code.

SIGNATURE

P4 01 14

CHINA IS ENGAGED IN BIO-WARFARE AGAINST THE WORLD, MURDERED 3 MILLION PEOPLE AND DID AN EFFECTIVE WAIVER OF SERVICE 24APR2021, CASE 1:20-cv-00099 EASTERN DISTRICT OF MISSOURI.
On 14MAY2021 at 2:14 PM Jeffrey Cutler filed a 309 PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT CASE # 2:20-cr-00210 EASTERN DISTRICT OF PENNSYLVANIA. 10MAY2021 was <ref> Jerusalem_Day https://en.wikipedia.org/wiki/Jerusalem_Day </ref> On 19APR2021 at 3:44 PM Jeffrey Cutler filed a 211 page motion to do the same thing as in the case for 2:21-cr-00170 . That document VANISHED in FEDERAL COURT despite calls to the clerks office and on 21APR2021 and 22APR2021 Jeffrey Cutler called TWICE EACH DAY the AUSA handling case number 2:21-cr-00170, ( MARK DUBNOFF 215-861-8397 ). The U.S. Attorney's office HAS ALSO PROGRAMMED Mr. Cutler's cellphone and LAND LINE NUMBER to be excluded by the office of ASUSA, A BRADY VIOLATION, AND VIOLATION OF THE U.S. CONSTITUTION AMMEND 1. This document and the case for 2:21-cr-00170 has information about the MURDER of 2 BLACK AUSA's, Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Beranton Whisenant (Found 25MAY2017) were also MURDERED by possibly members of the KKK OR THE 5 BLACK CHILDREN CREMATED ALIVE ON NATIONAL TV 13MAY1985 BASED ON 2 BOMBS FURNISHED BY THE [[FBI]]. On 06APR2021 at 2:34 PM Jeffrey Cutler filed a 356 page EMERGENCY EXPEDITED PETITION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in person at the federal courthouse in Philadelphia at 601 Market Street case #19-1842. On 06APR2021 at 4:10 PM a clerk called that they had the document. This DOCUMENT has also VANISHED!!! Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and
<ref>https://www.brennancenter.org/legal-work/corman-v-torres </ref>
<ref>https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[Nancy Pelosi]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed a lawsuit in FEDERAL COURT 5:19-cv-00834 in [[Philadelphia]] against [[Nancy Pelosi]] called (CUTLER v. PELOSI, et al.). This is 26 YEARS AFTER THE FIRST WORLD TRADE CENTER BOMBING. ON 12APR2018 MR. TORRES ISSUED AN ORDER THAT SPECIFIED ALL VOTING METHODS MUST HAVE A HARD COPY RECEIPT AVAILABLE. DROP BOXES FAILED THIS AND THEREFORE ILL EAGLE. TRUMP WON.

p 5 OF 14

Case 1:21-cv-02023-RBW Document 25-2 Filed 09/20/21 Page 363 of 416
Case 4:20-cv-06678-HAVE Document 451 Filed 09/19/20 Page 363 of 416

Case 5:19-cv-00834-JLS Document 88 Filed 10/02/19 Page 40 of 46
Case 5:19-cv-00834-JLS Document 95 Filed 09/12/19 Page 16 of 18

Case 2:17-cv-00984-TON Document 44 Filed 07/17/17 Page 7 of 12
Case 2:17-cv-00137-PD Document 131 Filed 06/29/17 Page 19 of 40
Case 2:17-cv-00137-PD Document 108 Filed 03/23/17 Page 19 of 80
(717)393-3831
(815)822-6113
(717)394-4216



**Tax Collector**
**East Lampeter Township**
2250 Old Philadelphia Pike
Lancaster, PA 17602

JUNE 20, 2017

JOSH SHAPIRO
Office of the Attorney General
Strawberry Square Harrisburg
Harrisburg, PA 17120

### Re: PRIVATE CRIMINAL COMPLAINT – PERJURY, OBSTRUCTION OF JUSSTICE

Dear Josh;

Please consider the attached documents as a <u>PRIVATE CRIMINAL COMPLAINT</u>. Brian Hurter, signed the attached verification on 07MAR2017, <u>ESSENTIALLY CLAIMING I HAD FAILED TO TURN IN $ 80,000.00</u> and based on this <u>PERJURED TESTIMONY</u> I was ILLEGALLY REMOVED FROM OFFICE. He testified under oath on 17MAR2017 that neither he nor anyone in his staff ever audited the records of the Lancaster County Treasurer. Also the COMMONEALTH COURT OFFICE has yet to record the 46 page NOTICE OF APPEAL I filed on 14JUN2017 and filed the first 3 pages in Federal Court on 15JUN2017. Email ollaxcollctor@gmail.com.

Sincerely

Jeffrey Cylik
Tax Collector East Lampeter Township, Pennsylvania

*P6 OF 14*

Case 2:17-cv-00984-TON Document 44 Filed 07/17/17 Page 7 of 12
Case 2:17-cv-00137-PD Document 131 Filed 06/29/17 Page 19 of 40
Case 2:17-cv-00137-PD Document 108 Filed 03/23/17 Page 19 of 80

[ORAL ARGUMENT NOT YET SCHEDULED]

In The

# United States Court of Appeals

# for the Third Circuit

## 20-1449

UNITED STATES OF AMERICA, et al.
Plaintiff-Appellees

v.

JOESPH R. JOHNSON
Defendants-Appellant

JEFFREY CUTLER
Intervenor Defendants-Appellant

*Appeal from the Order/Judgment entered February 28, 2020 in the United States District Court for the Eastern District of Pennsylvania at No. 2:19-cr-00367-1*

## PLAINTIFF-APPELLANT'S MOTION FOR INJUNCTION PENDING APPEAL, OR IN THE ALTERNATIVE, TO EXPEDITE

ORAL ARGUMENTS REQUESTED

P7 of 14

Case 1:21-cv-02023-RBW   Document 25-2   Filed 08/23/21   Page 185 of 236
Case 1:21-cv-02023-RBW   Document 26   Filed 09/20/21   Page 365 of 416
Case 5:19-cv-00834-JLS   Document 120   Filed 02/25/20   Page 7 of 22
Case 5:19-cv-00834-JLS   Document 119   Filed 02/20/20   Page 63 of 72

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

JEFFREY CUTLER
  *Plaintiff(s)*

v.

NANCY PELOSI
*IN HER OFFICIAL CAPACITY AS SPEAKER OF THE*
*HOUSE OF REPRESENTATIVES;* ASSOCIATED PRESS;
BEND BULLETIN NEWSPAPER; CITIZENS BANK;
ERIE INSURANCE; FORD MOTOR COMPANY;
FULTON BANK; GOOGLE CORPORATION;
HAVERFORD POLICE DEPARTMENT; LEMBERG LAW
LLC; MANHEIM SCHOOL DISTRICT; PHILADELPHIA
NEWSPAPERS INC; STATE FARM INSURANCE; U.S.
NEWS AND WORLD REPORTS; VERIZON
CORPORATION; WIKIPEDIA FOUNDATION; JANE
DOES & JOHN DOES,
  *Defendant(s)*

Civil Action No.   19-0834

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MR. MICHAEL BLOOMBERG
MICHAEL BLOOMBURG  CAMPAIGN HEADQUARTERS
229 W 43RD Street
EIGHTH FLOOR
NEW YORK, NY. 10036

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JEFFREY CUTLER
P.O. BOX 2806
YORK, PA 17405-2806
PRO SE

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____2/26/2019_____

Signature of Clerk or Deputy Clerk

PB 0F-74

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

## File a Report: Mail Fraud

**Your Information**

Company Name:
* First Name: JEFFREY          * Last Name: CUTLER
* Address: 7370 WOODCREST AVENUE
* City: PHILADELPHIA
* State: Pennsylvania
* ZIP Code: 19151
* Country: UNITED STATES
Cell Phone: (717) 634-4710          Work Phone: (215) 872-0715
Home Phone: (215) 477-6543          Fax:
Email Address: eliancecollector@gmail.com
Age Range: 65 or older

**Complaint Filed Against**

Company Name: CITY OF PHILADELPHIA
First Name: JIM          Last Name: KENNEY
Address: 1401 John F Kennedy Blvd
City: PHILADELPHIA
State: Pennsylvania
ZIP Code: 19107
Country: UNITED STATES
Cell Phone:          Work Phone: (215) 686-6442
Home Phone: (215) 656-2181          Fax:
Email Address: james.kenney@phila.gov
Website Address:

**How Were You Contacted?**

How were you contacted? US Mail
On what date were you contacted? 12/03/2019
Do you have the envelope it was mailed in? ○Yes ○No
Does the envelope have a permit number? ●Yes ○No
Permit Number: 8174
Permit City: PHILADELPHIA
Permit State: Pennsylvania
Does the envelope have a postage meter number? ○Yes ●No

**How Did You Respond to This Offer?**

How did you respond to this offer? US Mail
Response Mailed to a Different Address: ○Yes ●No
Do you have a mailing receipt (further, hold or Snapshot)? ○Yes ●No
What did you receive? MAILED TAX BILL ON 26FEB2020 . ON 27FEB2020 MAYOR KENNY ANNOUNCED HE WOULD ALLOW A SAFE INJECTION SITE IN SOUTH PHILADELPHIA
How did it differ from what you expected? THIS ACTION BY SAFEHOUSE NON-PROFIT DIRECTLY EFFECTS TAX VALUES FOR PROPERTIES AND IS A FRAUD BY THE CITY SINCE TAX BILLS ARE ESSENTIALLY DUE ON 28FEB2020
How much did the company ask you to pay (5)? 1,245.84
Do you have the item? ○Yes ●No
How was it delivered? US Mail
Did you contact the company or person about the complaint? ●Yes ○No
Date Last Contacted Company or Person 02/25/2020

**Did You Lose Money?**

Lose Money: ●Yes ○No
Payment Type: Check
Payment Amount(S): 1,245.84
Payment Date: 02/25/2020

**Type of Mail Fraud Complaint**

Scheme Category: False Bill or Notice
Scheme Type: Taxes

**Additional Information**
(if any, 1000 characters)
ON 26FEB2020 SAFEHOUSE PA ANNOUNCED IT IS PUTTING A MONITORED INJECTION SITE #1 SOUTH PHILADELPHIA. THIS IS TO LOWER THE TAX PROPERTY VALUES IN THE AREA AND POSE A RISK TO RESIDENTS AND CHILDREN. THE CITY PREVIOUSLY ALLOWED HAHNEMANN HOSPITALTO CLOSE AND DESPITE MR. CUTLER FILING 4 DOCUMENTS IN THE BANKRUPTCY COURT IN DE, THAT WERE DISCARDED INCLUDING UNJUST ENRICHMENT. A RECENT STORY IN THE PHILADELPHIA INQUIRER DESCRIBED A PLAN THAT ALLOWED 800 PROPERTIES PURCHASED FOR 20 DOLLARS YIELD OVER 50 MILLION DOLLARS WHEN RESOLDII <ref> https://www.inquirer.com/news/philly-dollar-vacant-land-property-council-blackwell-kenyatta-20200219.html <ref>  FEDERAL LAWSUIT 5:19-cv-00834.  Estimate At Least 100,000 counts of mail fraud

*P 9 01-14*

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

Mail Fraud Complaint form submitted successfully.  **27FEB2020 1:00 PM**
Thank you for completing the form.  **10MAR2020, 5:01 AM C#1930430**
The information you provided will be entered into our national complaint system.

**U.S. POSTAL INSPECTION SERVICE**

## File a Report: Mail Fraud

### Your Information

| | |
|---|---|
| Company Name: | |
| * First Name | JEFFREY |
| * Address: | P.O. BOX 2806 |
| * City: | YORK |
| * State: | Pennsylvania |
| * ZIP Code: | 17405 |
| * Country: | UNITED STATES |
| Cell Phone: | (215) 812-5715 |
| Home Phone: | (717) 854-4718 |
| Email Address: | etaxcollector@gmail.com |
| Age Range: | Select One |

* Last Name: CUTLER

Work Phone: (717) 854-4618
Fax

### Complaint Filed Against

| | |
|---|---|
| Company Name: | s Eastern District Court of PA |
| First Name: | KATE |
| Address: | 601 MARKET STREET |
| City: | PHILADELPHIA |
| State: | Pennsylvania |
| ZIP Code: | 17106-1790 |
| Country: | UNITED STATES |
| Cell Phone: | |
| Home Phone: | |
| Email Address: | |
| Website Address: | |

Last Name: BARKMAN

Work Phone: (215) 597-7704
Fax

### How Were You Contacted?

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 03/09/2020 |
| Do you have the envelope it was mailed in? | ○ Yes  ⦿ No |

### How Did You Respond to This Offer?

| | |
|---|---|
| How did you respond to this offer? | Select One |
| Response Mailed to a Different Address: | ○ Yes  ⦿ No |
| Do you have a mailing receipt (Certified, Insured or Express Mail)? | ○ Yes  ⦿ No |
| What did you receive? max size 250 characters | Order from the court that had wilful FALSE information by Judge Jeffrey Schemel and Order that had FALSE information by Judge Bartel |
| How did it differ from what you expected? max size 250 characters | Judge Jeffrey Schemel dismissed case 5:19-cv-00834 and STATED ALL Defendants had requested the case Judge Bartel had denied motions based on BRADY violations |
| How much did the company ask you to pay ($)? | 599,000.00 |
| Do you have the item? | ○ Yes  ⦿ No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ⦿ Yes  ○ No |

### Did You Lose Money?

| | |
|---|---|
| Lose Money: | ⦿ Yes  ○ No |

### Type of Mail Fraud Complaint

| | |
|---|---|
| Scheme Category: | Harassment |
| Scheme Type: | Select Scheme Category |

### Additional Information

max size 1000 characters

Judge Jeffrey Schemel to Support the KKK dismissed case 5:19-cv-00834 and denied motion of reconsideration despite the motion supporting the claim was false and no cell to Jeffrey Cutler was made, since he is not part of CM/ECF system. This was to hide the MURDER of JONATHAN LUNA DEC 4, 2003. This may also be revenge against RAY GRICAR for the Prosecution of James Robert Cruz for the Murder of Dawn Birnbaum

**THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE**
**U.S. POSTAL INSPECTION SERVICE**


P 10 01-14

Mail Fraud Complaint form submitted successfully. **10MAR2020, 12:30 PM**
Thank you for completing the form. **C#1931320 4:39 AM 24MAR2020**
The information you provided will be entered into our national complaint system.

other individuals in the court have deleted and altered documents filed by Mr.

Cutler. Also NANCY PELOSI ON 03JAN2019 LIED UNDER OATH IN COURT!!!! From page 5 case # 5:19-cv-00834 (ORIGINAL CASE FILED 26FEB2019) ECF 102 titled [MOTION FOR DEFAULT AGAINST NANCY PELOSI IN HER OFFICIAL CAPACITY AND ALL OTHER DEFENDANTS] (ECF 102 FILED 03DEC2019..NANCY'S LAWYER READ IT 04DEC2019 AND NANCY CALLED FOR IMPEACHMENT O5DEC2019 TO SAVE HER JOB!!!) ...The actions involved also involves a conspiracy to hide an ongoing criminal enterprise and other crimes by the democratic party to hinder the president in carrying out his constitutional duties. Nancy Pelosi in her official capacity did violate via her lawyer (Mr Donald B. Verilh Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime on her behalf just after she became speaker of the house. She has also has interfered with the treaty between the United States of America and Ukraine on Mutual Legal Assistance in Criminal Matters with Annex, signed at Kiev on July 22, 1998, and with an Exchange of Notes signed on September 30, 1999, which provides for its provisional application. Katie Hill (a Democrat member of the house from California) was forced to resign like the Katie Hill resignation, Nancy Pelosi must also quit her position. .......Based on a previous incident by United States Representative <ref> https://www.youtube.com/watch?v=m3Ru!64GDgA </ref> Mr. Adam Schiff did willfully and with forethought did intentionally violate the Hobbs Act codified as 18 U.S.C § 1951 and Foreign Corrupt Practices Act of 1977 (FCPA codified as 15 U.S.C. § 78dd-1). Also this case alo involves (18 U.S. Code § 1519 –

FROM PAGE 34 FILED JULY 24, 2018 BY TIME STAMP, BUT PUT ONLINE 08/10/2018 <ref> http://redistricting.lls.edu/file /PA%20corman%2020180724%20brief pdf </ref>
Robert Mueller was the director of the FBI on December 4, 2003 when Jonathan Luna, (POSSIBLY BY MEMBERS OF THE KLU KLUX KLAN) was found MURDERED
In Lancaster county, Pennsylvania Five days after the death James Corney may have been given the number 2 position at the DOJ, to help cover-up the murder. At
the time of the MURDER Andrew McCabe was in charge of the criminal division of
the FBI. The FBI tried to get the coroner of Lancaster, county to call the MURDER a SUICIDE  Mr McCabe was fired from the FBI for lies he made on March 16, 2018. April Brooks made the FALSE statement "There's no evidence to show that he met his death at the hands of any other individual," Brooks said. "Or that he had seen or been with any other individual that night. You have naysayers and you have a divergence of (law enforcement) opinion," she said, "But again, we turned over every rock We are confident that there is nothing hanging out there to find."
<ref>http://articles.chicagotribune.com/2012-08-29/news/sns-rt-us-usa-security-fbibre87s0u5-20120829_1_white-collar-crime-drug-gangs-gang-cases</ref>., Even though this contradicts the report of the Lancaster county coroner.

Destruction, alteration, or falsification of records). (18 U.S. Code § 1505 – Obstruction of proceedings before departments).
Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first  Also see
<ref> https://www.americanfreedomlawcenter org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://www pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref>

As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews like Albert Chernoff, the woman found in her home in the 800 block of Bergen Street, Jill Millman (page B3 Inquirer Thursday November 7, 2019) by persons like Fred Arena (page B1 Inquirer Thursday November 7, 2019), or Michael White or persons simmilarly situated. Mr. Cutler delares as part of this document that he is WHISTLEBLOWER exposing the Governor and Mayor as members of this organization in a public matter. Unlike the alleged WHISTLEBLOWER Impeachment orchestrated by Eric Claramella with others Mr. Cutler has signed and dated this WHISTLEBLOWER document that,

P 11 01/14

unlike the cladestine misuse of the legal system by the house <ref>
https://www.washingtonexaminer.com/news/alleged-whistleblower-eric-ciaramella-was-biden-guest-at-
state-department-banquet </ref> The hatred of coal may be related to the fact that bad people get a lump
of coal in their stocking by St. Nick at Christmas, so if there is no coal, what they are doing cannot be
considered evil. Both Seth Rich and Edward Snowden were WHISTLEBLOWERs, Seth is dead and
Edward Snowden is in exiled to Russia.

**\*\*\* THE ABOVE IS CENSORED BY EVERY NEWS OUTLET IN THE US \*\*\***

Despite Mr. Cutler's attempts to make this document public and the publicity Mr.

Johnson's case has to Mr. Cosby, every thing about Mr. Cutler's efforts have been

censored and hidden almost as much as the Rabbit in the 1950 Movie HARVEY.

P 12 OF 14



ⓘ 🔒  https://www.youtube.com/watch?v=6GUGJD-HmPI&lc=UgzWJww3yWu73fL_imh4AaABA

JC_ 6 months ago

On May 2019, Brian Sims posted an eight minute video of himself confronting a woman
who was protesting outside a Planned Parenthood facility in Philadelphia by praying
with a rosary. On May 15, 2019 he was served a summons for federal case 5:19
-cv-00834 at his office on Chestnut Street. On July 15, 2019 at 3:00 PM the Default
judgement entered on June 18, 2019 was used as collateral for trying to help
Hahnemann Hospital stay open case # 19-11466 Delaware Bankruptcy Court. On Sep
23, 2019 Jeffrey Cutler filed a OBJECTION BECAUSE BANKRUPTCY AUCTION HELD
19AUG2019 VIOLATED UNITED STATES CONSTITUTION AMENDMENT 5 (EQUAL
PROTECTION) & UNJUST ENRICHMENT. He also spoke about the motion. The objection
appears to be have been deleted and not placed on the docket. This is the fourth motion
filed in the case by Jeffrey Cutler that was deleted. Both Harold Brubaker and Nina
Feldman are mentioned in obstructing justice after the fact and complicit in hiding the
murder of Jonathan Luna after the fact.

Show less

# UNJUST ENRICHMENT AT HOSPITAL CLOSURE

P 13 OF 14

# POLICE REPORT #1512008899



P 14 OF 14



**Erie Insurance Exchange**
100 Erie Insurance Place • Erie, Pennsylvania 16530 • 814.870.2000
Toll Free 1.800.458.0811 • Fax 814.870.3126 • www.erieinsurance.com

## NOTICE OF CANCELLATION

| Date of Mailing | 06/23/2021 |
|---|---|

Named Insured

GC7030 - AGENT COPY

JEFFREY S CUTLER
PO BOX 2806
YORK, PA 17405-2806

| CANCELLATION EFFECTIVE | AUTO POLICY NUMBER (IF ANY) | CHARGES FOR TIME POLICY WAS IN EFFECT (CANCELLATION ONLY) | AGENT AND NUMBER |
|---|---|---|---|
| 12:01 A.M. Standard Time 07/13/2021 | Q090125867 | $0.00 | MONROE CHRIS WILLIAMS AGENCY AA7051 |

**DEAR POLICYHOLDER: AFTER CAREFUL CONSIDERATION, WE HAVE DECIDED TO CANCEL YOUR AUTOMOBILE POLICY AS OF THE EFFECTIVE TIME AND DATE SHOWN ABOVE. WE SINCERELY REGRET THAT THIS ACTION WAS NECESSARY.**
The reason(s) for this action is: (Not shown on Other Interest(s) copy)

Your Erie Insurance Exchange policy is being canceled because of Jeffrey S Cutler's license suspension within the current policy period. Jeffrey S Cutler's Pennsylvania Motor Vehicle Record lists a suspension effective 09/12/2020, and the license is currently suspended.

If this action is a cancellation, the charge for the time the policy was in effect is shown above. If you have paid more than the charge, an accounting of the over-payment is enclosed or will be sent to you very soon. However, if the amount you have paid is less than the charge, please send us the balance due.

The Motor Vehicle Record was secured by LexisNexis Consumer Center, PO Box 105108, Atlanta GA 30348-5108, telephone number 1-800-456-6004, www.consumerdisclosure.com. LexisNexis did not make this adverse Underwriting decision and cannot explain to you why the decision was made. You have the right to dispute with LexisNexis the accuracy or completeness of any information provided to us by them. You may obtain a free copy of the Motor Vehicle Record from LexisNexis Consumer Center by contacting them and requesting it within 60 days.

cc: Agent:

AA7051 MONROE CHRIS WILLIAMS AGENCY

Sincerely,

*Timothy G. NeCastro*

President and Chief Executive Officer

EIG1209PA-CN 1016      (See Page 2 For **IMPORTANT NOTICE**.)      Page 1 of 2

# IMPORTANT NOTICE

IF YOU HAVE DIFFICULTY GETTING NEW INSURANCE, ANY INSURANCE AGENT OR BROKER MAY APPLY FOR COVERAGE FOR YOU THROUGH THE PENNSYLVANIA ASSIGNED RISK PLAN IF YOU ARE ELIGIBLE FOR IT.

Pennsylvania Assigned Risk Plan
302 Central Avenue
Johnston, RI 02919

FINANCIAL RESPONSIBILITY MUST BE MAINTAINED ON ALL PENNSYLVANIA REGISTERED VEHICLES. FAILURE TO DO SO COULD RESULT IN THE SUSPENSION OF YOUR OPERATOR'S PRIVILEGE AND REVOCATION OF YOUR MOTOR VEHICLE REGISTRATION. WE MUST NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT YOUR POLICY IS BEING TERMINATED. THE POLICYHOLDER MUST THEN NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT REPLACEMENT INSURANCE HAS BEEN OBTAINED WITH A PENNSYLVANIA LICENSED INSURANCE COMPANY.

IF THIS ACTION WAS TAKEN DUE, PARTIALLY OR WHOLLY, TO INFORMATION PROVIDED IN A CONSUMER INVESTIGATIVE REPORT FROM LEXIS NEXIS RISK SOLUTIONS, YOU MAY CALL OR VISIT THEIR OFFICE FOR A REVIEW OF THE REPORT.

IF THIS ACTION WAS INFLUENCED BY DRIVING RECORD INFORMATION RECEIVED IN A MOTOR VEHICLE REPORT FROM PENNSYLVANIA, OBTAINED AT OUR REQUEST BY LEXIS NEXIS RISK SOLUTIONS, YOU MAY REQUEST A COPY OF THE REPORT FROM LEXIS NEXIS RISK SOLUTIONS AT 1-800-456-6004.

WHEN COVERAGE IS BEING TERMINATED DUE TO NON-RESPONSE TO A CITATION IMPOSED UNDER 75 PA.C.S. 1533 (RELATING TO SUSPENSION OF OPERATING PRIVILEGE FOR FAILURE TO RESPOND TO CITATION) OR NON-PAYMENT OF A FINE OR PENALTY IMPOSED UNDER THAT SECTION, COVERAGE SHALL NOT TERMINATE IF YOU PROVIDE THE ERIE WITH PROOF THAT YOU HAVE RESPONDED TO ALL CITATIONS AND PAID ALL FINES AND PENALTIES ON OR BEFORE THE TERMINATION DATE OF THIS POLICY.

YOU HAVE THE RIGHT TO REQUEST THE PENNSYLVANIA INSURANCE COMMISSIONER TO REVIEW THIS ACTION BY THE ERIE. TO DO THIS, SIGN AND SEND A COPY OF THIS FORM WITHIN THIRTY DAYS TO THE PENNSYLVANIA INSURANCE COMMISSIONER AT:

**Pennsylvania Insurance Department**
Bureau of Consumer Services
1209 Strawberry Square
Harrisburg, PA 17120

Toll Free Consumer Line (877) 881-6388
Fax: (717) 787-8585

I request the Pennsylvania Insurance Commissioner review this action.

_____          _____

Date                                                    Signature of Insured

Page 2 of 2

EIG1209PA-CN 1016

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER )   *No.:* **5:17-cv-05025**

            **Plaintiff,** )

      *v.* )

**ALAN SCHNITZER,** )
CHAIRMAN THE TRAVELER'S
COMPANIES INC. )
**EDWARD MCVEY,** THE )
PENNSYLVANIA INSURANCE
DEPARTMENT )
**Richard S. MILLS,** McElroy, )
Deutsch, Mulvaney, &
Carpenter, LLP )
**KIANDRA BAIR,** McNEES )
WALLACE & NURICK )
**SAM JANESH,** THE LNP )
MEDIA GROUP )
**DENNIS STUCKEY,** )
LANCASTER COUNTY )
CHAIRMAN )
**BRIAN HURTER,** )
LANCASTER COUNTY )
CONTROLLER )
**MARK DALTON,** ) **JURY TRIAL DEMANDED**
LANCASTER COUNTY COURT )
ADMINSTRATOR )
**DAVID BUCKWALTER,** )
EAST LAMPETER TOWNSHIP )
CHAIRMAN )
**MIKE SHIRK,** HIGH INC. )
CHAIRMAN )
**JUDGE DENISE** )
**CUMMINS** )
DISTRICT JUSTICE JUDGE )
**DAVID ZUILKOSKI,** )
CONESTOGA VALLEY SCHOOL )
DISTRICT )
          **Defendants** )

FILED

SEP 07 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

# MOTION TO STRIKE MOTIONS OF KIANDRA BAIR, ALAN SCHNITZER, AND DAVID BUCKWALTER IN OPPOSITION TO COMBINING CASES AND MOTION FOR FINAL JUDGEMENT

Here comes Jeffrey Cutler, Plaintiff in this case and requests the motion on behalf of KIANDRA BAIR be stricken based on Rule 5.5 (Unauthorized Practice of Law). The lawyer for KIANDRA BAIR motion identifies defendant as Dennis Stuckney instead of Dennis Stuckey. The case also violates rule 65(b)(1) in the attorney for KIANDRA BAIR has never shown that all parties in this case are notified of their motions, specifically Sam Janesh and Denise Cummins. Based on case 2:17-cv-00984, docket item 5, all actions of the attorneys in this case should be denied and dismissed. They should also be declared non-compliant and all their claims denied. If they are non-compliant then they are not practicing law, it is something else. Prosecutorial discretion and the use of illegal surveillance does not allow for complete civil rights violations, or violations of equal protection Based on Statements by members of the KLU KLUX KLAN have previously codified their pride in SCREWING A JEW, or getting Jews to defend their civil rights (Mr. Cutler is Jewish by birth). The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C. Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") and a claim is expressed

in the complaint. In the alternate to dismissing all defendants claims a jury

should be permitted to hear testimony under oath of witnesses in deciding the

motions of this case, including Lisa Michelle Lambert, retired Judge Stewart

Dalzel, James Comey, Emily Weinman etc. This case is related to USCA case

#17-2709 and USCA case #18-1816. It is almost poetic, that in the film

"Mississippi Burning", a fictional account of the MURDER of black and

Jewish civil rights workers by the KLU KLUX KLAN, the sheriff 's name was

Ray Stuckey and here there is proof that Dennis Stuckey participated in Mail

and interstate Insurance fraud along with Mr. Mills, Cristina Hausner, and

others and should be prosecuted for insurance fraud, theft by deception, and

criminal conspiracy, just like Oneatha Swinton is being charged by the

Pennsylvania Attorney General Josh Shapiro. On February 23, 2017 when

East Lampeter Supervisors voted to assign tax collection to the Lancaster

County Treasurer by resolution 2017-12 even though Amber Green Martin

never had a surety bond to collect taxes, and they failed to perform due

diligence and they knew or should have known about the surety bond. As

recently as June 19, 2018 State Senator Scott Martin has held hearings in

support of giving his wife (Amber Green Martin) more power, even though she

has continually broken the law, and failed to have a surety bond to collect

taxes. David Zuilkoski and the Conestoga School System assigned the tax

collection to the Lancaster County Treasurer's office and failed to perform due

diligence in this matter, and knew or should have known Amber Green Martin

never had a surety bond. The office of Pennsylvania Attorney General by not

charging Amber Green Martin has also violated the United States Constitution

Amendment 14, by the fact that Amber Green Martin has been violating the

law in plain sight in not securing a surety bond until July 18, 2018, in an

amount that is significantly less than required by law (the law requires 75% of

the amount at risk). Susan Peipher and Christina Hausner were involved in

suborning perjury, destroying or concealing evidence, witness tampering, and

concealing income or assets. Since the original claim and assignment of tax

collection was based on the furtherance of a crime the default judgment should

be made final, see documents from the Lancaster Court of Common Pleas case

# CI-17-09663 as presented in docket item 31. Although Mr. Cutler has no

formal legal training a blind man could see discrepancies in how the law was

being applied and violations of equal protection. Recently in the federal court

Rob McCord was sentenced to 30 months in prison and allowed to remain out

of prison, yet Seth Williams (the first black DA in Philadelphia) was

incarcerated instantly on pleading guilty to one count of bribery until a

sentence was imposed. Marvin Mychal Kendricks (case 2:18-cr-00368) was

charged with insider trading while Jon Corsine was never criminally charged

relating to the MF Global theft of customer money. The president of the

United States is being harassed by rogue prosecution while Hillary Clinton was

totally exonerated of crimes.

Date: _07 Sep 2018_

_____

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

GREAT PARENTS, MAKE GREAT KIDS
MAKE A GREAT PRESIDENT

HAPPY NEW YEAR, MR PRESIDENT!!

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY CUTLER** | | ) *No.:* **5:17-cv-05025** |
| | | ) |
| | **Plaintiff,** | ) |
| | | ) |
| *v.* | | ) |
| | | ) |
| **ALAN SCHNITZER,** | | ) |
| CHAIRMAN THE TRAVELER'S COMPANIES INC. | | ) |
| **EDWARD MCVEY,** THE | | ) |
| PENNSYLVANIA INSURANCE DEPARTMENT | | ) |
| **Richard S. MILLS,** McElroy, | | ) |
| Deutsch, Mulvaney, & Carpenter, LLP | | ) |
| **KIANDRA BAIR,** McNEES | | ) |
| WALLACE & NURICK | | ) |
| **SAM JANESH,** THE LNP | | ) |
| MEDIA GROUP | | ) |
| **DENNIS STUCKEY,** | | ) |
| LANCASTER COUNTY CHAIRMAN | | ) |
| **BRIAN HURTER,** | | ) |
| LANCASTER COUNTY CONTROLLER | | ) |
| **MARK DALTON,** | | ) **JURY TRIAL DEMANDED** |
| LANCASTER COUNTY COURT ADMINSTRATOR | | ) |
| **DAVID BUCKWALTER,** | | ) |
| EAST LAMPETER TOWNSHIP CHAIRMAN | | ) |
| **MIKE SHIRK,** HIGH INC. | | ) |
| CHAIRMAN | | ) |
| **JUDGE DENISE** | | ) |
| **CUMMINS** | | ) |
| DISTRICT JUSTICE JUDGE | | ) |
| **DAVID ZUILKOSKI,** | | ) |
| CONESTOGA VALLEY SCHOOL DISTRICT | | ) |
| | | ) |
| | **Defendants** | ) |

AND NOW, this _____ day of _____, 2018 upon consideration Plaintif's Motion

for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is

GRANTED.    SO ORDERED.

a. Order the Default Judgment against all defendants be granted and made FINAL at one million dollars per day.

b. Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated.

c. Order the summary judgment of all other cases filed by Mr. Cutler in every court also be granted

d. Order all vandalism perpetuated against Mr. Cutler to be compensated, and listed

e. Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and ALL LEGAL FIRMS used to try to change the outcome of a certified election in all future actions with the court by East Lampeter Township Lancaster County. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013

f. Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros forganization.

g. Order a one million dollar a day penalty per named defendant, until Mr Cutler's reputation and credit are restored or individual agreements are reached with each party

h. Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RICCO ACT, both 18 U S C §§ 1961–1968. RICO violations, and 18 U S C. § 1964. Civil RICCO Act

i. Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U S C. § 2113 (bank robbery).

j. Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

k. Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2 17-cv-02763 as demanded in their respective lawsuits

l. Other remedies the court deems appropriate.

m. Order the Democratic National Committee to also show why they are not a party to Religious discrimination

n. Order Susan Pelpher Esquire, to be barred from participation in the Federal court charge System 410

o. Order Robert Mueller to Cease and Desist any further prosecutions until the activities can be verified as not violating equal protection, just like the email Mr Cutler received from the FBI on January 30, 2017 about reporting crimes of Bank and Insurance fraud.

p. Order the United States Government to stop collecting or accessing penalties FOR FAILURE to *comply with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-2709 on page 314A


Dated: _____, 2018 _____

                                    BY THE COURT

Case: 17-2709   Document: 003112744745   Page: 53   Date Filed: 10/03/2017
Case 2:17-cv-00984-TON   Document 46   Filed 09/20/21   Page 382 of 416

Case 2:17-cv-00984-TON   Document 46   Filed 08/04/17   Page 3 of 17

CONSPIRACY TO COMMIT BANK & INSURANCE
FRAUD

Jeffrey Cutler  To All; Attached is a TAX cert and page 2 of 14 from .   Jan 30

Milligan, Joseph A. (PH) (FBI) <Joseph.Milligan@ic.fbi   Jan 30
to me, John, JAN.MCDERMOTT, Dave

Mr Cutler,

Cease and desist adding myself and ADA McDermott to any more of your
emails regarding this matter.   Special Agent Milligan

From: Jeffrey Cutler [mailto:eltaxcollector@gmail.com]
Sent: Sunday, January 29, 2017 11:40 PM
To: Murray, John <JoMurray@pasauditor.gov>,
JAN.MCDERMOTT@phila.gov; Dave Brown
<dave@pearsonkbutcherlaw.com>; Milligan, Joseph A. (PH) (FBI)
<Joseph.Milligan@ic.fbi.gov>
Subject: CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD

...

Jeffrey Cutler <eltaxcollector@gmail.com>   Jan 30
to whmcmichael, jhaskins, dyerushalmi, djacob, lalobell, Dave

To All,

See the message below. I am involved with a bunch of People that are
ANTI-JEWISH. They are trying to set me up to be accused of THEFT!!! They have
conspired to delete payment information and try and blame me for stealing!!! They
are all criminals. The FBI does not want to help. They suggested (FBI) I get a
lawyer. They just want claim the JEW IS A THIEF!!!

Jeff Cutler

717-654-4718
215-872-5715

...

...
717-854-4718

3 Attachments

VALIDATION_ERR...      ELSUIT_Stop_GR...

W  SUPCOURT.doc

Devon Jacob  Jeffrey, do not contact me again for any reason. If you do   Jan 30

Jeffrey Cutler  Lonnie .. No Friends Jeff Cutler   Jan 30

Jeffrey Cutler  Justin, it must be my breath. Jeff Cutler   Jan 30

# Bentley Ridge
## Resident Statement

| | | | | |
|---|---|---|---|---|
| Resident: | Cutler, Jeff (R 0500100433) | Move In Date. | 6/18/2011 | Deposits Required |
| Resident Id. | 000196-42-CV67-14 | Current Lease. | 7/1/2017 | Deposits Received· |
| From. | 09/2017 | Notice To Vacate. | | Current Balance. |
| Through: | 09/2017 | Vacate Date | | |

Deposits Required 300 00
Deposits Received· 300.00
Current Balance. 0.00

| Date | Type | Description | Charges | Payments/Credits | Balance |
|---|---|---|---|---|---|
| 09/01/2017 | Balance | Balance Forward | | | 14,617 00 |
| 09/01/2017 | Premium Rent MTM | September Charge | 200 00 | | 14,817.00 |
| 09/01/2017 | Rent Charge | September Charge | 1,125 00 | | 15,942.00 |
| 09/01/2017 | Water And/Or Sewer Charg | September Charge | 40 00 | | 15,982.00 |
| 09/19/2017 | Check | #851926 | | 9,280 00 | 6,702.00 |
| 09/25/2017 | Check | #1000395065 | | 5,800 00 | 902 00 |
| 09/29/2017 | Check | #24655850774 | | 902 00 | 0 00 |

### Recurring Charges

| Effective Dates | Description | Amount | Current? |
|---|---|---|---|
| 7/1/2016-6/30/2017 | Premium Rent MTM | $200 00 | Y |
| 7/1/2017-6/30/2017 | Water And/Or Sewer Charge | $40 00 | Y |
| 7/1/2017-6/30/2017 | Rent Charge | $1,125 00 | Y |



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER** | ) *No.:* **5:17-cv-05025** |
| | ) |
| Plaintiff, | ) |
| | ) |
| *v.* | ) |
| | ) |
| **ALAN SCHNITZER,** CHAIRMAN THE TRAVELER'S COMPANIES INC. | ) |
| **EDWARD MCVEY,** THE PENNSYLVANIA INSURANCE DEPARTMENT | ) |
| **Richard S. MILLS,** McElroy, Deutsch, Mulvaney, & Carpenter, LLP | ) |
| **KIANDRA BAIR,** McNEES WALLACE & NURICK | ) |
| **SAM JANESH,** THE LNP MEDIA GROUP | ) |
| **DENNIS STUCKEY,** LANCASTER COUNTY CHAIRMAN | ) |
| **BRIAN HURTER,** LANCASTER COUNTY CONTROLLER | ) |
| **MARK DALTON,** LANCASTER COUNTY COURT ADMINSTRATOR | ) **JURY TRIAL DEMANDED** |
| **DAVID BUCKWALTER,** EAST LAMPETER TOWNSHIP CHAIRMAN | ) |
| **MIKE SHIRK,** HIGH INC. CHAIRMAN | ) |
| **JUDGE DENISE CUMMINS** DISTRICT JUSTICE JUDGE | ) |
| **DAVID ZUILKOSKI,** CONESTOGA VALLEY SCHOOL DISTRICT | ) |
| | ) |
| Defendants | ) |

FILED

SEP 07 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

# CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I this day I have served a copy of Plaintiff's MOTION TO

STRIKE MOTION OF DAVID BUCKWALTER TO DISMISS AND FINAL JUDGEMENT of

August 28, 2018, to all Defendants via the CM/ECF system, email or priority United States

Mail, postage prepaid.

Date: ___07 SEP 2018___

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER** | ) *No.:* 5:17-cv-05025 |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| **ALAN SCHNITZER,** CHAIRMAN THE TRAVELER'S COMPANIES INC. | ) ) |
| **EDWARD MCVEY, THE** PENNSYLVANIA INSURANCE DEPARTMENT | ) ) |
| **Richard S. MILLS, McElroy,** Deutsch, Mulvaney, & Carpenter, LLP | ) ) |
| **KIANDRA BAIR, McNEES** WALLACE & NURICK | ) ) |
| **SAM JANESH, THE LNP** MEDIA GROUP | ) ) |
| **DENNIS STUCKEY,** LANCASTER COUNTY CHAIRMAN | ) ) |
| **BRIAN HURTER,** LANCASTER COUNTY CONTROLLER | ) ) |
| **MARK DALTON,** LANCASTER COUNTY COURT ADMINSTRATOR | ) JURY TRIAL DEMANDED ) |
| **DAVID BUCKWALTER,** EAST LAMPETER TOWNSHIP CHAIRMAN | ) ) |
| **MIKE SHIRK, HIGH INC.** CHAIRMAN | ) ) |
| **JUDGE DENISE CUMMINS** DISTRICT JUSTICE JUDGE | ) ) |
| **DAVID ZUILKOSKI,** CONESTOGA VALLEY SCHOOL DISTRICT | ) ) |
| | ) |
| **Defendants** | ) |

# MOTION TO STRIKE MOTION OF DAVID BUCKWALTER TO DISMISS AND FINAL JUDGEMENT

Here comes Jeffrey Cutler, Plaintiff in this case and requests the motion on behalf of DAVID BUCKWALTER be stricken based on Rule 5.5 (Unauthorized Practice of Law). Susan Peipher's motion requests the complete dismissal of the case without ever filing a notice of appearance on behalf of all the defendants she is now representing in this case which makes her motion Non-Compliant and perjury. Based on 2 public news stories <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> and <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-secures-insurance-to-collect-municipal-taxes/article_16cb03de-976f-11e8-814c-1beb625aec89.html </ref> the hearing on and order of March 17, 2017 with Judge Margaret Miller and order which seized Fulton bank accounts from Jeffrey Cutler ending with 8603 and 8612 and assigned tax collection for East Lampeter Township to the Lancaster County Treasurer, Amber Green Martin, after a 2 hour hearing based on perjured verification of Brian Hurter, and a violation of Pennsylvania law. Based on this current public information the Lancaster County Treasurer, Amber Green Martin never had a surety bond to collect taxes at that time and never had any surety bond until July 18, 2018. Based on common pleas court case # CI-17-09663 order of July 2, 2018 by Judge Brown a person is not allowed to collect taxes without a surety bond.

Fulton Financial seized both accounts (account ending with 8603 and 8612) with assets in excess of $ 900,000 at the time. In the end of July 2018, Jeffrey Cutler received a notice from Fulton Financial that account ending in 8603 would be closed even though Fulton Financial had kept the account open since it was seized with zero activity since March 17, 2017. Account ending with 8612 was zeroed out and closed by Fulton Financial on April 3, 2017. On or about August 1, 2018 Jeffrey Cutler transferred $ 251.00 (into account ending in 8603 on or about August 1, 2018. from a savings account he subsequently opened). The order by judge Miller has never been rescinded yet the funds in account ending 8603 are still in the account. Fulton Financial knew or should have known the seizure was illegal. As compensation for their participation in the bank robbery, the Lancaster County Treasurer, Amber Green Martin rewarded Fulton Financial with fees to collect approximately 100,000 tax bills annually. Since the original order was based on perjured testimony and the assignment of tax collection was illegal this makes the original order a conspiracy in to commit bank robbery (violation of 18 U.S.C. § 2113) and all the defendants in this case and their lawyers aided abetted in this activity along with WGAL, LNP media group, the entire East Lampeter Township Police department, Corey A. Shank of Erie Insurance. The FBI has a history of supporting crimes of the KLU KLUX KLAN and support of MURDER (Gary Thomas Rowe). Every news media outlet and newspaper in the United States have CENSORED the most salient points of this case as well as case and even

law schools are CENSORING parts of the cases Jeffrey Cutler has filed

https://www.brennancenter.org/legal-work/corman-v-torres. More

information can be found at

https://www.youtube.com/watch?v=mgCle8F_zUk. Despite a legal

STOP order in place, the rent mailed each month, the apartment at 67

Cambridge Village is now occupied by Connie L. Nelson, an illegal lockout of

the premises occurred, complete theft of the contents including insurance

fraud, and electric power . The FBI or other federal agency have engaged in

altering bank records (PNC Bank) signature card, preventing Mr. Cutler from

getting Legal Representation, and trying to stop Mr. Cutler from having access

to funds from Fidelity Investments. They also have engaged with others in the

unlawful interference with the office of the president including making threats

against him which is a federal crime. Other current or previous public officials

may be members of the KLU KLUX KLAN based on public events such as the

police beating of Emily Weinman in Wildwood New Jersey, the refusal of Bill

Clinton to apologize to Monica Lewinsky, the Thadeus Steven's College of

Technology refusal to allow the public access to their library (even though a

complaint was made to the office of Tom Wolf and they are fully owned by the

Commonwealth of Pennsylvania), Sandra Thompson harassment with 4 other

black women on the golf course in York, Pennsylvania, the incarceration

without trial for over 4.5 years of Jammal Harris and other African Americans

(Andrew Miller), Seth Williams prosecution and instant incarceration, Bill

Cosby prosecution and attempted instant incarceration based on a lie made by

the DA, Seth Rich Murder, etc. . Statements by members of the KLU KLUX

KLAN have previously codified their pride in SCREWING A JEW, or getting

Jews to defend their civil rights (Mr. Cutler is Jewish by birth). The courts

have affirmed, it must "afford a liberal reading to a complaint filed by a pro se

plaintiff," particularly when the plaintiff has no formal legal training or

education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C. Cir. 2014); see

also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to

be liberally construed, and a pro se complaint, however inartfully pleaded,

must be held to less stringent standards than formal pleadings drafted by

lawyers.") and a claim is expressed in the complaint. In the alternate to

dismissing all defendants claims a jury should be permitted to hear testimony

under oath of witnesses in deciding the motions of this case, including Lisa

Michelle Lambert, retired Judge Stewart Dalzel, James Comey, Emily

Weinman etc. This case is related to USCA case #17-2709 and USCA case

#18-1816. It is almost poetic, that in the film "Mississippi Burning", a

fictional account of the MURDER of black and Jewish civil rights workers by

the KLU KLUX KLAN, the sheriff 's name was Ray Stuckey and here there is

proof that Dennis Stuckey participated in Mail and interstate Insurance fraud

along with Mr. Mills, Cristina Hausner, and others and should be prosecuted

for insurance fraud, theft by deception, and criminal conspiracy, just like

Oneatha Swinton is being charged by the Pennsylvania Attorney General Josh

Shapiro.  On February 23, 2017 when East Lampeter Supervisors voted to

assign tax collection to the Lancaster County Treasurer by resolution 2017-12

even though Amber Green Martin never had a surety bond to collect taxes, and

they failed to perform due diligence and they knew or should have known

about the surety bond.  As recently as June 19, 2018 State Senator Scott Martin

has held hearings in support of giving his wife (Amber Green Martin) more

power, even though she has continually broken the law, and failed to have a

surety bond to collect taxes.  David  Zuilkoski and the Conestoga School

System assigned the tax collection to the Lancaster County Treasurer's office

and failed to perform due diligence in this matter, and knew or should have

known Amber Green Martin never had a surety bond.  The office of

Pennsylvania Attorney General by not charging Amber Green Martin has also

violated the United States Constitution Amendment  14,  by the fact that

Amber Green Martin has been violating the law in plain sight in not securing a

surety bond until July 18, 2018, in an amount that is significantly less than

required by law (the law requires 75% of the amount at risk).  Susan Peipher

and Christina Hausner were involved in suborning perjury, destroying or

concealing evidence, witness tampering, and concealing income or assets.

Since the original claim and assignment of tax collection was based on the

furtherance of a crime the default judgment should be made final, see attached

documents from the Lancaster Court of Common Pleas case # CI-17-09663.

Date: _26 AUG 2018_

_____
Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER** | ) *No.:* 5:17-cv-05025 |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| *v.* | ) |
| **ALAN SCHNITZER,** | ) |
| **CHAIRMAN THE TRAVELER'S** | ) |
| **COMPANIES INC.** | |
| **EDWARD MCVEY,** THE | ) |
| **PENNSYLVANIA INSURANCE** | ) |
| **DEPARTMENT** | |
| **Richard S. MILLS,** McElroy, | ) |
| **Deutsch, Mulvaney, &** | ) |
| **Carpenter, LLP** | |
| **KIANDRA BAIR,** McNEES | ) |
| **WALLACE & NURICK** | ) |
| **SAM JANESH,** THE LNP | ) |
| **MEDIA GROUP** | ) |
| **DENNIS STUCKEY,** | ) |
| **LANCASTER COUNTY** | ) |
| **CHAIRMAN** | |
| **BRIAN HURTER,** | ) |
| **LANCASTER COUNTY** | ) |
| **CONTROLLER** | |
| **MARK DALTON,** | ) **JURY TRIAL DEMANDED** |
| **LANCASTER COUNTY COURT** | ) |
| **ADMINSTRATOR** | |
| **DAVID BUCKWALTER,** | ) |
| **EAST LAMPETER TOWNSHIP** | ) |
| **CHAIRMAN** | |
| **MIKE SHIRK,** HIGH INC. | ) |
| **CHAIRMAN** | ) |
| **JUDGE DENISE** | ) |
| **CUMMINS** | ) |
| **DISTRICT JUSTICE JUDGE** | |
| **DAVID ZUILKOSKI,** | ) |
| **CONESTOGA VALLEY SCHOOL** | ) |
| **DISTRICT** | |
| | ) |
| **Defendants** | ) |

# PLAINTIF'S PROPOSED ORDER FOR FINAL DEFAULT JUDGMENT

AND NOW, this_____ day of _____, 2018 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.    SO ORDERED.

**a.** Order the Default Judgment against all defendants be granted and made FINAL at one million dollars per day.

**b.** Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated.

**c.** Order the summary judgment of all other cases filed by Mr. Cutler in every court also be granted

**d.** Order all vandalism perpetuated against Mr Cutler to be compensated, and listed.

**e.** Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election in all future actions with the court by East Lampeter Township Lancaster County   Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

**f.** Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros forganization.

**g.** Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

**h.** Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RICCO ACT, both 18 U.S.C §§ 1961–1968. RICO violations, and 18 U S C. § 1964, Civil RICCO Act.

**i.** Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U S C. § 2113 (bank robbery)

**j.** Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

**k.** Order Fulton Financial to compensate the plaintiffs for cases 5 18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

**l.** Other remedies the court deems appropriate

**m.** Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

n. Order Susan Peipher Esquire, to be barred from participation in the Federal Court CM/ECF system.

o. Order the United States Government to stop collecting or accessing penalties <u>FOR FAILURE</u> to comply *with*

*established tenets or teachings of such sect or division of ANY religion* <u>in violation of the U.S.</u>

<u>Constitution amendment 1 and declare the ACA unconstitutional</u>

Dated: _____, 2018_____

_____
                                   BY THE COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER,

             Plaintiff,

    v.                                  CIVIL ACTION
                                      NO. 17-5025

ALAN SCHNITZER, et al,

             Defendants.

## MEMORANDUM OPINION

**Schmehl, J.  /s/ JLS**                            **October 4, 2018**

### I.    INTRODUCTION

      Plaintiff, Jeffrey Cutler, brings this *pro se* action against eleven defendants, including various individuals from East Lampeter Township, Lancaster County, Conestoga Valley School District, several private companies and law firms and an employee of the Pennsylvania Insurance Department. Plaintiff's "Complaint" is actually a 94-page document titled "Fraud on the Court and Motion for Summary Judgment," and is actually nothing more than documents from multiple prior cases that Plaintiff has been involved in. (Docket No. 1, Attachment # 1). The rambling allegations in this "Complaint" range from claims of religious bias to FBI surveillance to murder. All Defendants have moved to dismiss Plaintiff's Complaint for, *inter alia*, failure to properly effectuate service. For the reasons that follow, I will grant Defendants' Motions to Dismiss.

## II.    BACKGROUND AND STATEMENT OF FACTS

Plaintiff, Jeffrey Cutler, initiated this action in the United Stated District Court for the Middle District of Pennsylvania by way of a "Complaint" against all defendants on September 26, 2017. *See* M.D.Pa. Docket. On that same day, September 26, 2017, a Summons was issued and provided to Plaintiff only via U.S. Mail so he could effectuate service on Defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. Additionally, a Pro Se Letter with Notice & Consent Form and a Standing Practice Order was issued by the Court and sent to Plaintiff. Included with this material was the Proof of Service form that is required to filed by the person serving the Summons and Complaint on Defendants unless a waiver of service is obtained from Defendants. *See* Proof of Service form.

It is difficult to determine from Plaintiff's Complaint what his case is actually about, but it appears that his grievances stem from his duties as tax collector for East Lampeter Township. From the public court dockets contained in his filings, it appears that public officials acting on behalf of Lancaster County and East Lampeter Township determined that Cutler had failed to collect the legally required amounts of real estate taxes from landowners, and instituted legal proceedings against him. The Lancaster County Court of Common Pleas entered judgments against Cutler on January 26, 2017, for $15,897.19 in favor of East Lampeter Township and on February 15, 2017, for $40,411.64 in favor of Lancaster County, representing the amount of uncollected taxes. The Travelers Casualty and Surety Company of America had issued the surety bond to guarantee Cutler's performance of his duties as tax collector. The state court records demonstrate that Travelers paid the judgments against Cutler in full.

On September 27, 2017, the Honorable Sylvia H. Rambo issued an Order dismissing Plaintiff's Complaint with prejudice finding that it "did not comply with [Federal] Rule [of Civil Procedure] 8 in any aspect and is not a proper pleading. The filing does not set forth a cause of action, how each of the eleven Defendants are involved, and provides no basis for jurisdiction." The Court further noted that even if proper, Plaintiff had improperly filed the matter in the Middle District of Pennsylvania and not the Eastern District of Pennsylvania, where the events at issue took place in Lancaster, Pennsylvania. *See* Order dated Sept. 27, 2017. On October 27, 2017, Plaintiff filed a Motion for Reconsideration and on November 6, 2017, Judge Rambo issued an Order granting Plaintiff's Motion for Reconsideration and transferring the matter to the Eastern District of Pennsylvania. *See* Order dated Nov. 6, 2017.

On May 2, 2018, this Court issued a Notice to Plaintiff that service of the Complaint had not been made on the Defendants and that service must be made by June 4, 2018, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. *See* Docket No. 2. On May 22, 2018, Plaintiff filed an Affidavit of Service. *See* Docket No. 3. The Affidavit of Service was completed by Plaintiff himself rather than the person who allegedly served the Complaint on the Defendants, did not contain the date that service was effectuated, and did not indicate the means of service as required by Rule 4. *See id.* Nonetheless, on June 4, 2018, Plaintiff filed a Motion for Default Judgment, asserting that a default should be entered as Defendants had failed to respond to Plaintiff's Complaint in a timely fashion. Included with the Motion for Default Judgment was an Affidavit in Support of Motion for Default Judgment, in which Plaintiff stated as follows:

I have certified on May 22, 2018 that the complaint was served on all
defendant has responded as of this date even though the federal docket has
stated that all summons were mailed on September 26, 2017.

## III.   **LEGAL STANDARD**

Rule 12 of the Federal Rules of Civil Procedure provides for the pleading of

defenses and objections. More specifically, Rule 12(b)(5) states that "[e]very defense to a

claim for relief in any pleading must be asserted in the responsive pleading if one is

required. But a party may assert the following defenses by motion….(5) insufficient

service of process…A motion asserting any of these defense must be made before

pleading if a responsive pleading is allowed." F.R.C.P. 12(b)(5).

## IV.   **DISCUSSION**

### A.   **Service of Process**

First, all defendants argue that this action should be dismissed against them

because Plaintiff has failed to properly serve them. Rule 4 of the Federal Rules of Civil

Procedure governs the issuance of a summons and the service of said summons. Pursuant

to Rule 4, service of an individual within a judicial district of the United States can be

effectuated by:

> (1) following the state law for serving a summons in an action brought in
> court of general jurisdiction in the state where the district court is
> located or where service is made; or

> (2) doing any of the following:

> > (A) delivering a copy of the summons and of the complaint to the
> > individual personally;
> > (B) leaving a copy of each at the individual's dwelling or usual place
> > of abode with someone of suitable age and discretion who resides
> > there; or
> > (C) delivering a copy of each to an agent authorized by appointment or
> > by law to receive service of process.

F.R.C.P. 4(e).

The Commonwealth of Pennsylvania's rules of service under Pennsylvania Rule of

Civil Procedure 402 states:

> (a)    Original process may be served
>
> (1) by handing a copy to the defendant; or
>
> (2) by handing a copy
> (i) at the residence of the defendant to an adult
> member of the family with whom he resides; but if no
> adult member of the family is found, then to an adult
> person in charge of such residence; or
> (ii) at the residence of the defendant to the clerk or
> manager of the hotel, inn, apartment house, boarding house
> or other place of lodging at which he resides; or
> (iii) at any office or usual place of business of the
> defendant to his agent or to the person for the time being in
> charger thereof.

Pa. R.C.P. 402. Rule 4(c)(1) places the responsibility for service of the summons and

complaint upon the plaintiff. *See* F.R.C.P. 4(c)(1). Rule 4(c)(2) states that service of the

summons and complaint can be made by "[a]ny person who is at least 18 years old and

not a party". F.R.C.P. 4(c)(2). To prove that service was effectuated, Rule 4(l) requires an

Affidavit to be filed with the Court, with the Rule further requiring that the "proof must

be by the server's affidavit." F.R.C.P. 4(l)(1).

The Affidavit that was filed by Plaintiff stated the following:

> I Jeffrey Cutler do hereby certify I have had a copy of the complaint
> served to each person named above or their representative by persons not
> related to the case over the age of 18 for person in the state of
> Pennsylvania and by certified priority mail for individuals outside the state
> of Pennsylvania. The office of Pennsylvania Attorney General was served
> the complaint for Mr. McVey of the Pennsylvania Insurance Department.

*See* Docket No. 3.

This Affidavit of Service clearly does not meet the requirements of Rule 4. It is filed by Plaintiff and not the person who allegedly served the Complaint on the Defendants. It does not specifically address whether a sheriff, marshal, or other designated person served Defendants with the Complaint or whether Plaintiff followed the Commonwealth of Pennsylvania's rules as to service. Furthermore, it is clear that Plaintiff himself cannot serve the Complaint and be in compliance with Rule 4, as it requires service by a person who is not a party.

Additionally, the Affidavit only states that the Complaint was served but is silent as to the serving of the Summons, thus potentially violating Rule 4(C)(1). The Affidavit also violates Rule 4 as it does not contain any of the information contained in the Proof of Service that Plaintiff received from the Court. It does not provide the name of the person who allegedly made service on Defendants; the means by which the summons and complaint were served - whether it be through personal service on the defendant, through a person designated by law to accept service, or by other accepted means; it does not designate the date that service was allegedly effectuated; and it does not list the address of the person who allegedly effectuated service. *See* Docket No. 3. The Affidavit of Service also fails to provide the required information as it applies to each separate Defendant. Accordingly, Plaintiff has failed to properly serve any of the defendants in this matter, and his Complaint should be dismissed.[1]

## B.    Motion for Default Judgment

Plaintiff's failure to effectuate proper service likewise requires that his motion for default judgment must be denied. First, the motion is not proper because it seeks entry of

---

[1] I note that Defendants Sam Janesh and Denise Cumins have not filed any response to Plaintiff's Complaint. However, as service of the Complaint and Summons in this matter was defective as to all defendants, including Janesh and Cumins, I will also dismiss Plaintiff's Complaint as to those defendants.

judgment without a default having first been entered by the Clerk, as required by Federal Rule of Civil Procedure 55(a). Additionally, as proper service is necessary for a court to acquire jurisdiction over a defendant, a motion for entry of default or default judgment should be denied when the plaintiff has failed to properly serve the summons and complaint. *Hedgespeth v. Hendricks*, 340 F. App'x 767, 770 (3d Cir. 2009) ("The District Court properly denied [the plaintiff's] Motion for Default Judgment as to defendant … because [he] failed to effect service of the complaint."). Here, neither the form of Plaintiff's process nor the manner of attempted service was proper under Rule 4. The Court therefore lacks jurisdiction over Defendants, and the motion for default judgment should be denied

V.    **CONCLUSION**

Clearly, Plaintiff has failed to properly serve process on the defendants in this matter, and his Complaint should therefore be dismissed.  I am mindful of the fact that in civil rights cases, *pro se* plaintiffs often should be afforded an opportunity to amend a complaint before the complaint is dismissed in its entirety, *see Fletcher–Hardee Corp. v. Pote Concrete Contractors*, 482 F.3d 247, 253 (3d Cir.2007), unless granting further leave to amend is not necessary where amendment would be futile or result in undue delay, *Alston v. Parker*, 363 F.3d 229, 235 (3d Cir.2004). In this matter, it would clearly be futile to allow Plaintiff to amend. As stated by the Judge Rambo when she reviewed his "Complaint," it "did not comply with [Federal] Rule [of Civil Procedure] 8 in any aspect and is not a proper pleading. The filing does not set forth a cause of action, how each of the eleven Defendants are involved, and provides no basis for jurisdiction." I

fully agree with Judge Rambo, and accordingly, I will dismiss the complaint with prejudice.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# ORDER IMPOSING SENTENCE

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-01 |
| MDJ Name: | Honorable Adam J. Witkonis |
| Address: | 641 Union Street<br>Lancaster, PA 17603 |
| Telephone: | 717-299-7896 |

Commonwealth of Pennsylvania
v.
William McMichael III

William McMichael III
220 Rosedale Ave Ste 143
Bausman, PA 17504

Docket No:    MJ-02101-NT-0000612-2020
Case Filed:    12/8/2020
OTN:

| Charge(s) | |
|---|---|
| LO § 182 §§ 7D (Lead) | Failure to Provide copy of valid Contract to City within 21 Days of Notice of Violation |

## THIS IS TO NOTIFY YOU THAT:

On July 06, 2021, you were convicted of or pled guilty to violating the above charge(s) and I sentenced you to the following:

### Fines, Costs, and Restitution

(Payments shall be made at the Magisterial District Court listed above. Payment is due immediately unless a payment plan schedule has been established and issued by the Magisterial District Judge. The court will disburse the restitution portion of the payment to City Of Lancaster.)

| Collateral Amount: | $0.00 | | | | |
|---|---|---|---|---|---|
| Fines: | $2,607,000.00 | Fines: | $0.00 | Fines: | $2,607,000.00 |
| Costs: | $157.75 | Costs: | $0.00 | Costs: | $157.75 |
| Restitution: | $1,172.00 | Restitution: | $0.00 | Restitution: | $1,172.00 |
| Total | $2,608,329.75 | Paid to date | $0.00 | Case Balance | $2,608,329.75 |

You have the right to appeal to the Court of Common Pleas within 30 days for a trial de novo. If you choose to file an appeal, you must appear for the trial de novo in the Court of Common Pleas or your appeal may be dismissed. If you are found not guilty, any money previously paid in this case will be returned to you. If you have any questions, please call this office immediately.

July 06, 2021
_____
Date

_____
Magisterial District Judge Witkonis

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at
_https://ujsportal.pacourts.us/epay_ to make a payment.

MDJS 581
Printed: 07/06/2021 11:24:51AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

William McMichael Property: 17 New Dorwart Street Lancaster, PA 17603
Summary of file date *September 21, 2010 to present*

**Reason for Initial Notice of Violation:**

Notification of a child identified with an Elevated Blood Lead Level (EBLL), as per the Center for Disease Control and Prevention (CDC), was received by the city Health Officer Kim Wissler. The Environmental Inspection (EI) report was conducted on September 10, 2010 by Lisa Ulsh, RN, BSN, Lead Risk Assessor (PA#2690) in response to a child with an EBLL at 17 New Dorwart Street Lancaster, PA 17603. Based on the results of the EI is was found that a total of 90 readings were collected by Mrs. Ulsh with 48 readings showing a positive for Lead Based Paint (LBP). Lead in Dust sampling was also collected and analyzed by the Pennsylvania Department of Health, Bureau of Laboratories which found lead in dust higher than acceptable levels in the bedroom at a concentration of 887 µg per ft². The EI, lead in dust sample report, and accompanying letter was mailed to Kim Wissler on September 13, 2010 and the copy of the report was mailed to the owner of the property, Mr. Mickey Wecksel & c/o Jeffrey Mohler, on September 21, 2010 by Mrs. Ulsh.

**2010:**

An initial letter was sent to the owner of record for the property located at 17 New Dorwart Street Lancaster, PA 17603 on **October 1, 2010** by Kim Wissler, Health Officer for the city of Lancaster. The content of this letter informed Mr. Mickey A. Weicksel and Mr. Jeff Mohler of the failed dust wipe clearance performed at the property. The letter further states that, "the owner(s) of the property have ten (10) days from the date of the letter to obtain the services of a state certified lead abatement contractor to remediate the lead contamination issues and thirty (30) days to remediate the contamination identified at this property".

On **October 22, 2010** Wil Perez, Housing Inspector/Lead Risk Assessor with the city of Lancaster, sent a letter requesting the presence of Mr. Weicksel and Mr. Mohler on October 27, 2010 at 17 New Dorwart Street for the purpose of evaluating the current and future remediation of the property. According to notes, the property owner did not know what was expected of him and no contract was in place for the remediation of the property.

On **December 2, 2010** another letter was sent to the owner(s) of record informing them of no contract being received by the city for the lead abatement required on the property. Another request to meet and discuss the requirements was set for **December 9, 2010** at 3:00pm at the housing/health office at Southern Market (100 S. Queen Street). No documentation exists of this meeting having occurred. On **December 20, 2010** a citation was issued to Jeff Mohler for failure to comply with the Lead Hazard reduction citations under amendment 182.7, by Wil Perez.

**2011:**

Citation issued on **February 14, 2011** for failure to abate lead hazard was withdrawn as it was found the Mr. Mohler is not a co-owner but instead receives mail on Mr. Weicksel's behalf. A new citation was issued on **March 17, 2011** for failure to abate lead hazard at 17 New Dorwart Street. On **May 2, 1011** a letter was sent to Mr. Weicksel requesting a meeting on **May 10, 2011** at 2:00pm to discuss the progress on the lead remediation at the property and a list of

William McMichael Property: 17 New Dorwart Street Lancaster, PA 17603
Summary of file date *September 21, 2010 to present*

certified contractors was provided, no record of this meeting occurring exists. Another citation for failure to abate the lead hazard was issued on **May 23, 2011** to Mr. Weicksel, this was a <u>third offense citation</u>. On **September 12, 2011** another letter requesting a meeting on September 22, 2011 at 2:30pm was sent for the purpose of discussing the progress at 17 New Dorwart, no record exists of this meeting occurring. On **October 14, 2011** a fourth citation with maximum fine request was issued by Wil Perez for failure to abate the lead hazard at the property. On **October 19, 2011** another letter was sent by Kim Wissler and Wil Perez, requesting a meeting on October 24, 2011 at 2:30pm to discuss the progress and requirements for the lead hazards. A Mr. William McMichael called Kim Wissler at 2:50pm and stated that he realized he missed the appointment and that no contract has been obtained.

On **October 26, 2011** the property in question (apartment 1) was condemned due to the continued failure to abate the lead hazard in the property. The letter of condemnation was sent via certified and first-class mail as well as hand delivered, and also informed the owner(s) of the Property Reinvestment Board process of claiming the property under eminent domain for adverse taking.

On **November 22, 2011** a notice was mailed by Wil Perez to Mr. Weicksel at FMC Devens in Ayer, MA and to Mr. William McMichael III in Lancaster, PA informing them of the failure of the lead dust wipes collected at the property and the requirement to abate the hazard by use of a <u>state certified lead abatement contractor</u> within thirty (30) days of the letter. On **December 2, 2011** a letter requesting to meet on December 13, 2011 at 2:30pm to Mr. Weicksel and c/o Mr. Mohler to discuss the remediation for the property.

On December 6, 2011, Mr. Weicksel mailed a letter asking Kim Wissler to provide proof that he is in fact the owner of the property at 17 New Dorwart Street and questioned who Mr. William McMichael is. Kim Wissler responded via mail on December 28, 2011 with a certified copy of the deed to the property showing Mr. Weicksel as the owner

**2012:**

Letter sent on **January 6, 2012** to Mr. Weicksel and Mr. Mohler requesting a meeting on January 24, 2011 to discuss the status of the lead remediation for the property, no record of this meeting occurring exists. On January 24, 2012 it was found via email between Gary Horning and Mr. Mohler, that Mr. McMichael has a vested interest in the property. On **February 1, 2012** a letter was sent via USPA to Mr. McMichael requesting a meeting to discuss the status of the property lead remediation, no record exists that this meeting took place, certified letter to Mr. McMichael was returned as unclaimed on February 28, 2012. Another letter requesting a meeting to discuss the status of the property was mailed to Mr. McMichael on **March 8, 2018** requesting to meet on March 19, 2012 at 2:00pm and was returned as unclaimed. Additional letters were sent on May 15th requesting a meeting on May 31, 2012 at 9:00am, July 11th requesting a meeting on July 24, 2012 at 2:00pm, and August 13th requesting a meeting on August 28, 2012 at 2:00pm to discuss the status shows no record existing of these meetings having occurred.

William McMichael Property: 17 New Dorwart Street Lancaster, PA 17603
Summary of file date *September 21, 2010 to present*

On **September 26, 2012** another letter was sent to Mr. McMichael requesting a meeting to discuss the status of the property on October 11, 2012 at 1:00pm. Mr. McMichael contacted Wil Perez to inform them that he would not be able to make that appointment due to a court settlement scheduled at the same time, requested meeting be moved to October 23. On **October 11, 2012** a letter was sent requesting the meeting on October 23rd, as per Mr. McMichael's request at 1:00pm. As per comment notes for this meeting, Mr. McMichael did not replace a door and was instructed to have it in place by Friday or a citation would be issued, it was also found that no contract with a <u>state certified lead abatement contractor</u> is in place.

A letter sent by Kim Wissler and Wil Perez on **October 24, 2012** stated that, "as per our notes, you have not provided us with a valid written contract for the lead remediation at your property and that Chapter 182-7-1A (3) requires a written contract and scope of work be provided to the city within fifteen (15) days of the Notice of Violation".

On **November 2, 2012** another letter requesting to meet and discuss the status of the property was sent to Mr. McMichael for a meeting to occur on November 26, 2012 at 2:00pm. Mr. McMichael responded on November 21, 2012 that he thought he would be available for the meeting, but Judge David L. Ashworth ordered him to file a concise answer on that date.

On **December 26, 2012** a request was made to meet with Mr. McMichael on January 10, 2013 at 1:00pm to discuss the status of the property, no record exists that this meeting took place.

**2013:**

On **January 23, 2013** a letter requesting a meeting on February 12, 2013 was sent to Mr. McMichael to discuss the progress at the property, no documentation exists that this meeting took place. On **March 20, 2013** a letter requesting Mr. McMichael to attend a meeting on April 3, 2013 at 2:00pm for discussing the progress at the property. Mr. McMichael had responded that he would not be able to make that appointment due to "unexpected complications in the commonwealth court". Another letter requesting a meeting with Mr. McMichael was sent on **June 20, 2013** for a meeting on July 1, 2013 at 2:00pm. On June 28, 2013 Mr. McMichael replied with, "Judge Jeffrey Wright of Lancaster Common Please Court has me working on a very short time to complete a job. So, I will not be available of July 1. If you want to reschedule mid-august would be best".

On **August 5, 2013** a letter requesting a meeting to discuss the property was set for August 13, 2013 at 2:00pm. According to notes on the meeting Mr. McMichael stated that the work was completed in March but that he did not have time to clean and that the clearance cannot be done. No contract has been received or reviewed by the city indicating that the work was completed by a **state certified lead abatement contractor**. A citation was issued to Mr. McMichael on August 13, 2013 for failure to abate the lead hazards in the property.

On **November 7, 2013** a letter requesting a meeting with Mr. McMichael was set for November 20, 2013 at 1:30pm, to which Mr. McMichael was a no show for this appointment. On **November 20, 2013** a letter from Mr. Jeffrey Mohler was received stating that,

William McMichael Property: 17 New Dorwart Street Lancaster, PA 17603
Summary of file date *September 21, 2010 to present*

"I have represented MR. William McMichael in the past. He has asked me to write this letter on his behalf. His position is that this property was lead abated many months ago. The window sill in question was wet scraped and all the lead paint chips were properly disposed of. Mr. McMichael is a certified lead abatement contractor and you should consider this property completely remediated. The lead abatement would have been completed much sooner had somebody not stolen Mr. McMichael's tools, equipment, and supplies that were located at the job site"

On **November 20, 2013** Kim Wissler and Wil Perez sent a letter informing Mr. Mohler that the city, pursuant to Chapter 182-7 requires a clearance examination and submitted report for the property, and to date one has not been received.

**2014:**

On **February 19, 2014** Wil Perez and Kim Wissler sent a letter requesting a meeting with Mr. McMichael on March 17, 2014 at 2:00pm to discuss the progress at the property. According to the notes of that meeting, Mr. McMichael was required to complete a Risk Assessment within thirty (30) days.

On **April 14, 2014** Wil Perez and Kim Wissler sent a letter requesting a meeting with Mr. McMichael on April 21, 2014 at 1:00pm to discuss the progress at the property. Mr. McMichael responded to this request on April 23, 2014 with, "Today I received this notice. I am not sure why". On **July 2, 2014** Wil Perez and Kim Wissler sent a letter requesting a meeting with Mr. McMichael on July 15, 2014 at 1:00pm to discuss the progress at the property, according to notes by Kim Wissler on July 15, 2014, Mr. McMichael refused to complete the required Risk Assessment stated at previous meeting.

Two citation were sent to Mr. McMichael for failure to provide a clearance report to the city, with the first on January 2, 2014 and the second on April 21, 2014.

**2015:**

On **March 4, 2015** a Notice of Violation was sent to Mr. Weicksel and Mr. Mohler regarding housing violations found by Housing Inspector Corey Lloyd which include; plumbing system hazards, heat supply lacking, no smoke detector/wrong smoke detector type, handrails needed, repair of interior surfaces, locate and repair water leak, install of light fixtures above kitchen sink, and removal of mold from under kitchen sink.

On **May 6, 2015** a letter was sent by Kim Wissler and Wil Perez to set a meeting with Mr. McMichael on May 20, 2015 at 9:00am to discuss the progress on the property, no documentation exists to show this meeting took place. On **November 10, 2015** Housing Inspector Mike Bireley sent a letter requesting entry into the property for a code compliance inspection on November 16, 2015 at 1:00pm. On **November 16, 2015** a letter was sent by Wil Perez scheduling an interior inspection of the property on November 25, 2015 at 9:30am. No documentation in found to indicate these interior inspections were conducted.

William McMichael Property: 17 New Dorwart Street Lancaster, PA 17603
Summary of file date *September 21, 2010 to present*

On **September 26, 2012** another letter was sent to Mr. McMichael requesting a meeting to discuss the status of the property on October 11, 2012 at 1:00pm. Mr. McMichael contacted Wil Perez to inform them that he would not be able to make that appointment due to a court settlement scheduled at the same time, requested meeting be moved to October 23. On **October 11, 2012** a letter was sent requesting the meeting on October 23rd, as per Mr. McMichael's request at 1:00pm. As per comment notes for this meeting, Mr. McMichael did not replace a door and was instructed to have it in place by Friday or a citation would be issued, it was also found that no contract with a <u>state certified lead abatement contractor</u> is in place.

A letter sent by Kim Wissler and Wil Perez on **October 24, 2012** stated that, "as per our notes, you have not provided us with a valid written contract for the lead remediation at your property and that Chapter 182-7-1A (3) requires a written contract and scope of work be provided to the city within fifteen (15) days of the Notice of Violation".

On **November 2, 2012** another letter requesting to meet and discuss the status of the property was sent to Mr. McMichael for a meeting to occur on November 26, 2012 at 2:00pm. Mr. McMichael responded on November 21, 2012 that he thought he would be available for the meeting, but Judge David L. Ashworth ordered him to file a concise answer on that date.

On **December 26, 2012** a request was made to meet with Mr. McMichael on January 10, 2013 at 1:00pm to discuss the status of the property, no record exists that this meeting took place.

**2013:**

On **January 23, 2013** a letter requesting a meeting on February 12, 2013 was sent to Mr. McMichael to discuss the progress at the property, no documentation exists that this meeting took place. On **March 20, 2013** a letter requesting Mr. McMichael to attend a meeting on April 3, 2013 at 2:00pm for discussing the progress at the property. Mr. McMichael had responded that he would not be able to make that appointment due to "unexpected complications in the commonwealth court". Another letter requesting a meeting with Mr. McMichael was sent on **June 20, 2013** for a meeting on July 1, 2013 at 2:00pm. On June 28, 2013 Mr. McMichael replied with, "Judge Jeffrey Wright of Lancaster Common Please Court has me working on a very short time to complete a job. So, I will not be available of July 1. If you want to reschedule mid-august would be best".

On **August 5, 2013** a letter requesting a meeting to discuss the property was set for August 13, 2013 at 2:00pm. According to notes on the meeting Mr. McMichael stated that the work was completed in March but that he did not have time to clean and that the clearance cannot be done. No contract has been received or reviewed by the city indicating that the work was completed by a **state certified lead abatement contractor**. A citation was issued to Mr. McMichael on August 13, 2013 for failure to abate the lead hazards in the property.

On **November 7, 2013** a letter requesting a meeting with Mr. McMichael was set for November 20, 2013 at 1:30pm, to which Mr. McMichael was a no show for this appointment. On **November 20, 2013** a letter from Mr. Jeffrey Mohler was received stating that,

William McMichael Property: 17 New Dorwart Street Lancaster, PA 17603
Summary of file date *September 21, 2010 to present*

**2017:**

On **July 6, 2017** a letter was sent to Mr. Weicksel to set a meeting for July 20, 2017 at 9:45am, no record exists indicating this meeting took place. On **November 14, 2017** a letter was sent to Mr. McMichael requesting a meeting on November 28, 2017 at 8:00am to discuss the status of the property and the process to remediate the lead contamination, no record exists that this meeting took place. On **November 28, 2017** a letter was sent to Mr. Isaac Santiago in c/o Mrs. Judy Gonzalez to discuss the lead contamination and status of the property. Kim Wissler and Wil Perez were notified that Mr. Santiago was the prospective new owner of the property, as of current Mr. Santiago is not listed as an owner for this property.

## Current Status Evaluation by City Lead Inspector, Kevin Kauffman:

02/11/2019: At current, the property remains condemned with no tenant apparently evident at the property. This property has been in condemnation status for approximately eight (8) years and no contract or scope of work by a <u>state licensed and certified abatement contractor</u> has been received for evaluation. It has been specified, according to the letter from Mr. McMichael's lawyer, that Mr. McMichael is a certified lead abatement contractor. According to the Pennsylvania Department of Labor and Industry (PADOLI) website and talks with PADOLI personnel, Mr. McMichael is not now, nor has been, certified in lead abatement work as per PA DOLI rules and regulations and under 40 CFR. Mr. McMichael has provided certification as a lead renovator (8-hour Initial) through Cocciardi and Associates on March 20, 2017, and is a valid certification for 5 years, expiring on March 20, 2022. This certification <u>does not</u> grant Mr. McMichael the authority to conduct lead abatement work in the state of Pennsylvania, no does it provide him with the knowledge, skills, and abilities to declare a property as lead safe/lead free. The Renovator certification does not allow for the certified person to collect samples, inspect properties, or provide recommendations regarding the abatement of identified lead hazards. Additionally, with the amount of time that has passed since the initial lead paint inspection/environmental inspection and the amount of work that has been conducted by non-certified personnel, a new lead paint inspection will be required for the entire structure prior to beginning any further repairs and abatements to the property. Based on the time frame provided to Mr. McMichael, December 22, 2011 was the deadline for completion of abatement of all lead hazards at the property. Pursuant to Chapter 182-19A of the city Lead Ordinance, "In addition to any other sanction or remedial procedure, any owner or occupant or other person who violates any provision of this chapter, upon conviction thereof, shall be fined not less than $300 and not more than $1000, plus costs and/or other charges assessed hereunder, such as but not including tenant relocation costs, be confined to jail not exceeding 30 days, or both, unless otherwise stipulated within this chapter. **Each day's continuance of a violation shall constitute a separate offense**". Under the premise of Chapter 182-19A and the deadline date provided to Mr. McMichael of December 22, 2011 (2607 days), the fine issuance should be no less than $782,100 (+costs) to a maximum of $2, 607,000 (+costs). Due to the uncooperativeness of the property owner and the length of time given to comply with specified city ordinance, the maximum fine is recommended.

William McMichael Property: 17 New Dorwart Street Lancaster, PA 17603
Summary of file date *September 21, 2010 to present*

All documentation and status evaluation is true and accurate to my knowledge at the time of writing this summary.

_____

Kevin Kauffman

Lead Inspector (Lead Risk Assessor PADOLI 6181)/Property Maintenance Inspector/ Healthy Homes Specialist

City of Lancaster

_____

Kim Wissler

City Health Officer/ Lead Risk Assessor (PADOLI 5320)

City of Lancaster

_____

Wil Perez

Housing Inspector/ Lead Risk Assessor (PADOLI·5211)

City of Lancaster

*[ORAL ARGUMENT NOT YET SCHEDULED]*

USDC-EDPA
REC'D CLERK

2021 JUN -3 ⊐ I: 26

In The

# United States Court of Appeals

## for the Third Circuit

### 21-1318

UNITED STATES OF AMERICA, et al.
Paintiff-Appellees

v.

ALANZO LAMAR JOHNSON
Defendants-Appellant

JEFFREY CUTLER
Intervenor Defendant-Appellant

Appeal from the Order/Judgment entered May 19, 2021 in the United States District
Court for the Western District of Pennsylvania at No. 2:08-cr-00374-13

## DEFENDANT-APPELLANT'S PETITION FOR HEARING EN-BANC

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

ORAL ARGUMENTS REQUESTED

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

**Harrisburg, PA —** Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also announ the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

'We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency.' Torres said 'The federal assistance could not come at a more opportune moment '

Pennsylvania's allocation of $13.5 million comes from Congress' recent appropriation of $380 million for election security ☑ under the Omnibus Appropriations Act of 2018 The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund these voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security a auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase voti systems that meet the department's certification requirements.

'We want to bring about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly a feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems.' Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off public education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the F Show complex The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the featur and options offered by the new machines Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018. Information regarding the examination and certification process (PDF) can be found on the departme website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transi to the new systems.

In the meantime Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of phys and cyber security, training and resources to counties and partners, and increasing communications at all levels.

**MEDIA CONTACT:** Wanda Murren, 717-783-1621

Case 1:21-cv-02023-RBW   Document 25-2   Filed 08/23/21   Page 234 of 236
Case 1:21-cv-02023-RBW   Document 26   Filed 09/20/21   Page 414 of 416
Case 5:19-cv-00834-JLS   Document 120   Filed 02/25/20   Page 20 of 22
Case 5:19-cv-00834-JLS   Document 110   Filed 02/20/20   Page 53 of 72
Case: 19-10011   Document: 00515289904   Page: 58   Date Filed: 01/29/2020
Case 4:18-cv-00167-O   Document 274   Filed 01/16/20   Page 46 of 49   PageID 3738



https://en.wikipedia.org › wiki › The_Omega_Glory    ⋮

## The Omega Glory - Wikipedia

"The Omega Glory" is the twenty-third **episode** of the second season of the American science
fiction television series **Star Trek**. Written by Gene Roddenberry ...

**Episode no:** Season 2; Episode 23          **Original air date:** March 1, 1968
**Cinematography by:** Jerry Finnerman          **Written by:** Gene Roddenberry

Plot · Analysis · Production · Reception

https://www.montcopa.org › civicalerts    ⋮

## News Flash • Montgomery County, PA • CivicEngage

Montgomery County Declares "Code Blue" for **March 1** - 2, 2021 ... Montgomery County
officials today reported the **first death** from **COVID-19**.

**Tracking Number:** 9505514149081218491623

**Status**

Your item was delivered in or at the mailbox          ⊘ **Delivered, In/At Mailbox**
at 9:18 am on August 11, 2021 in CAPE
GIRARDEAU, MO 63703.          August 11, 2021 at 9:18 am
CAPE GIRARDEAU, MO 63703

# PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED

Please Recycle



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; March 2020; All rights reserved.

FROM:

JEFFREY CULLEN
P.O. BOX 2806
YORK, PA 17405

**TO:**

CASE 1:20-CV-02023
DISTRICT COURT
333 CONSTITUTION AVE NW
ROOM 1225
CLERKS OFFICE
WASHINGTON, DC 20001



PAGE
9.55
DAY
0006
21
2S SSK
81

Y®

3 lb 3.10 oz

0006

3003

ER

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE