IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS MASSIE, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>NANCY PELOSI, *et al.*,<br><br>        *Defendants*. | No. 1:21-cv-02023-RBW |

**NOTICE OF APPEARANCE**

I, Todd B. Tatelman, hereby enter my appearance as counsel in the above-captioned case for Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor. Please send all future notices in this matter to me.

        Respectfully submitted,

        */s/ Todd B. Tatelman*
        Todd B. Tatelman (VA Bar No. 66008)
           *Principal Deputy General Counsel*

        Office of General Counsel
        U.S. House of Representatives[*]
        5140 O'Neill House Office Building
        Washington, D.C. 20515
        (202) 225-9700
        Todd.Tatelman@mail.house.gov

        *Counsel for Defendants Nancy Pelosi, William J.*
        *Walker, and Catherine Szpindor*

September 28, 2021

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                                                                   */s/ Todd B. Tatelman*  
                                                                                   Todd B. Tatelman