# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS MASSIE, *et al.*,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>NANCY PELOSI, *et al.*,<br><br>     *Defendants*. | Case No. 1:21-cv-02023-RBW |

## **[PROPOSED] ORDER**

UPON CONSIDERATION OF the Motion to Dismiss of Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
Dated:                  THE HONORABLE REGGIE B. WALTON
                      United States District Judge