# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>Defendants. | CASE NO. 1:21-CV- 02023 |

## CONSENT MOTION FOR ORDER EXTENDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING TIME FOR DEFENDANTS' REPLY IN SUPPORT OF SAME

The Plaintiffs, by and through Counsel, and upon consent of Defendants, move for extensions of time for the Plaintiffs to file their Response to Defendants' Motion to Dismiss (DE#31) until October 29, 2021, and for Defendants to have additional time, by and through November 16, 2021, to file their Reply. A proposed order is attached herewith.

Respectfully Submitted,

/s/Christopher Wiest
(DCD Bar KY002)
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895
chris@cwiestlaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing by filing same via the Court's CM/ECF system, this 29 day of September, 2021, which will serve same upon all Counsel of Record.

/s/Christopher Wiest