# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities, <br><br> Plaintiffs, <br><br> v. <br><br> HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity, <br><br> Defendants. | CASE NO. 1:21-CV- 02023 |

**ORDER UPON CONSENT MOTION EXTENDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING TIME FOR DEFENDANTS' REPLY IN SUPPORT OF SAME**

The Court, upon the Consent Motion by Plaintiff, hereby Orders, that: (1) Plaintiffs shall have additional time, to file their Response to Defendants' Motion to Dismiss (DE#31) by and through October 29, 2021; and that (2) Defendants shall have additional time, by and through November 16, 2021, to file their Reply.

IT IS SO ORDERED:

_____
Judge Walton