UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>Defendants. | CASE NO. 1:21-CV- 02023 |

**CONSENT MOTION FOR ORDER EXTENDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING TIME FOR DEFENDANTS' REPLY IN SUPPORT OF SAME**

The Plaintiffs, by and through Counsel, and upon consent of Defendants, move for extensions of time for the Plaintiffs to file their Response to Defendants' Motion to Dismiss (DE#31) until October 29, 2021, and for Defendants to have additional time, by and through November 16, 2021, to file their Reply.  Pursuant to the Court's General Order for Civil Cases: (a) There have been no prior extensions related to this matter requested or granted by any party; (b) the grounds are that the Motion to Dismiss (DE#31), spanning some 45 pages, requires significant briefing, and the press of other business for the undersigned counsel, including (i) a forthcoming deadline for a writ of certiorari in the United States Supreme Court; (ii) a previously scheduled evidentiary hearing on a preliminary injunction; (iii) as well as other court hearings and requirements, all necessitated the requested extension in this matter; and (c) there is no schedule set in this matter, and thus the motion will have no effect on any previously scheduled deadline

(furthermore, Defendants sought an extension for their Reply which is included in this request).

A proposed order is attached herewith.

Respectfully Submitted,

/s/Christopher Wiest
(DCD Bar KY002)
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895
chris@cwiestlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing by filing same via the Court's CM/ECF system, this 30 day of September, 2021, which will serve same upon all Counsel of Record.

/s/Christopher Wiest
