# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities, <br><br> Plaintiffs, <br><br> v. <br><br> HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity, <br><br> Defendants. | CASE NO. 1:21-CV- 02023-RBW |

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION

The Court finds that there are no genuine issues of material fact in dispute, and therefore Summary Judgment is appropriately granted to Plaintiffs, for the reasons stated in their Opposition to Defendants' Motion to Dismiss (DE#35), and their Motion for Summary Judgment that largely incorporates it (DE#36).  The Court finds that that permanent injunctive relief is also in order.  Defendants are hereby ENJOINED to return to Plaintiffs any compensation taken from them pursuant to H. Res. 38, and may not fine them under H. Res. 38 until after a intervening general election for Congress intervenes.

IT IS SO ORDERED:


_____