**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities, <br><br>                    Plaintiffs, <br>v. <br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity, <br><br>                    Defendants. | CASE NO. 1:21-CV- 02023-RBW |

## NOTICE OF FILING

Pursuant to Local Rule 7(3), Plaintiffs tender the attached proposed order related to their

Opposition to Defendants' Motion to Dismiss (DE#35).

Dated: October 29, 2021

Respectfully Submitted,

/s/Christopher Wiest
Christopher Wiest (DCD KY002)
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

/s/ Aaron Siri
Aaron Siri (*pro hac*)
Elizabeth A. Brehm (*pro hac vice*)
Jessica Wallace (*pro hac vice*)
SIRI & GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, New York 10166
Tel: (212) 532-1091
aaron@sirillp.com

/s/John R. Garza
John R. Garza
Bar ID: 398728
Garza Building
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
Tel: (301) 340-8200 x 100
jgarza@garzanet.com

/s/Thomas Bruns
Thomas Bruns (*pro hac vice*)
Bruns, Connell, Vollmar, Armstrong LLC
4750 Ashwood Drive, Ste. 200
Cincinnati, Ohio 45241
Tel: (513) 312-9890
tbruns@bcvalaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing by filing same via the Court's CM/ECF system, this 29 day of October, 2021, which will serve same upon all Counsel of Record.

/s/Christopher Wiest