UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>Defendants. | CASE NO. 1:21-CV- 02023-RGB |

**(PROPOSED) ORDER**

Upon consideration of Plaintiffs' opposition to Defendants' motion to dismiss Plaintiffs' Complaint, and the entire record, it is this _____ day of _____, 2021, ORDERED that:

Defendants' motion to dismiss is DENIED.

_____
THE HONORABLE REGGIE B. WALTON
Judge, United States District Court
for the District of Columbia