UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MASSIE, et al. | ) | |
| Plaintiffs | ) | **CASE NO. 1:21-cv-02023** |
| **JEFFREY CUTLER** | ) | |
| Intervenor Plaintiff | ) | |
| **v.** | ) | |
| PELOSI, et al. | ) | |
| Defendants | ) | JURY TRIAL REQUESTED |

## RESPONSE TO ECF MOTION 31 BECAUSE OF FAILURE TO SERVE AND CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

RECEIVED
Mail Room

NOV 0 1 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Here comes Jeffrey Cutler, PLAINTIFF-Intervenor in this case based on the United

States Constitution Ammend 1, for Redress of Grievances and preservation of the

Establishment Clause, Mr. Cutler previously filed motions 25 & 26 to **INTERVENE**

, since he was **NEVER ATTEMPTED TO BE** served document at his **P.O. BOX in**

**YORK PA**.   Mr. Cutler filed **ECF 34** on 04OCT2021 by mail.  This document is

filed for summary judgement.  In refusing to obey the law of the Constitution and call

an Article V Convention when required to do so, the members of Congress not only

violated their oath of office as well. The Constitution requires that all members of

Congress must take an oath of office to support the Constitution before assuming

office. In order to comply with the Constitution, Congress has enacted federal laws to

execute and enforce this constitutional requirement.  Federal law regulating oath of

office by government officials is divided into four parts along with an executive order

which further defines the law for purposes of enforcement. 5 U.S.C. 3331, provides

the text of the actual oath of office members of Congress are required to take before

assuming office. 5 U.S.C. 3333 requires members of Congress sign an affidavit that

they have taken the oath of office required by 5 U.S.C. 3331 and have not or will not

violate that oath of office during their tenure of office as defined by the third part of

the law, 5 U.S.C. 7311 which explicitly makes it a federal criminal offense (and a

violation of oath of office) for anyone employed in the United States Government

(including members of Congress) to "advocate the overthrow of our constitutional

form of government". The fourth federal law, 18 U.S.C. 1918 provides penalties for

violation of oath office described in 5 U.S.C. 7311 which include: (1) removal from office and; (2) confinement or a fine.  The definition of "advocate" is further specified in Executive Order 10450 which for the purposes of enforcement supplements 5 U.S.C. 7311. One provision of Executive Order 10450 specifies it is a violation of 5 U.S.C. 7311  for any person taking the oath of office to advocate "the alteration ... of the form of the government of the United States by unconstitutional means." Our form of government is defined by the Constitution of the United States. It can only be "altered" by constitutional amendment. Thus, according to Executive Order 10450 (and therefore 5 U.S. 7311) any act taken by government officials who have taken the oath of office prescribed by 5 U.S.C. 3331which alters the form of government other by amendment, is a criminal violation of the 5 U.S.C. 7311.   Thus Nancy Pelosi and the impeacment Managers all must be removed from office for falsifying evidence during the impeacment hearings.  The Chief Administrative Officer of the United States House of Representatives Catherine Szpindor is no longer in office and has no standing.  Thus Per Federal Rules of Civil Procedure that Mr. Cutler motions for **SUMMARY JUDGEMENT**, now over 21 days since ECF 34 was filed y mail.  Since, the filing Mr.  Cutler's mother was kidnapped because of COVID-19 infection and held against her will by Somerton Nursing and Rehabilitation Center 650 Edison Ave, Philadelphia, PA 19116.  On Saturday 23, OCT, Mr. Cutler went to the site and refused to let Mr. Cutler see her and after 4 hours sitting in the LOBBY they got 2 officers of the Philadelpia Police to ESCORT

him from the SITE.  Mr. Cutler NOTIFIED THE OFFICE of the **FBI** in Philadelphia.

This is **MEDICARE FRAUD IN CONJUNCTION WITH CHINA**.  Mr. Cutler

filed an **AMMENDED EMERGENCY EXPEDITED PETITION  FOR**

**ENBANC HEARING, BECAUSE OF CRIMES (18 U.S. Code § 1519 -**

**Destruction, alteration, or falsification of records), 18 U.S. Code § 872 -**

**EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES,**

**18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY**

**FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES**

**FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**.  Mr. Cutler

filed the petition for an **AMMENDED ENBANC HEARING** because the clerks

office decided not to even put the previous document  on the docket and Mr. Bonta

has made statements via twiter that stated

> **Rob Bonta @RobBontaJul 15**
>
> **Being your Attorney General is new to me, but fighting for crime survivors isn't.**
>
> **#ThrowbackThursday to 2014 when my bill, AB 1629, became law and expanded**
>
> **services and counseling to survivors of crime across the state**
>
> **Ms.Hardtoexplain@gabriela0722Jul 15**
>
> **Replying to @RobBonta**
>
> **Please investigate Britney Spears case !!! #FreeBritney**

This makes Mr. Cutler a party those proceedings and also **JILLIAN MIXELL** OF

**ERIE INSURANCE** participated in a **RICCO** conspiracy as well as **MARK**

**MURPHY** of **STATE FARM INSURANCE** to deny compensation and

For an insurance claim and is also equally liable for concealling the **MURDERS** of 600,000 americans and cancelling Mr. Cutler's Auto Insurance Illegally to protect the **Pennsylvania Attorney General**, since it was served after cancellation of the policy. According to Wikipedia Spears studied **Kabbalah**, making her a party to the case, Mr. Bonta made false statements in his previous document (18 U.S.C. § 1001) based on the tweets he made on 15JUL2021 to the public, while Donald J. Trump is Banned from using Twitter for at least 2 years in violation of securities laws. The vaccine may deliberately allow persons to be **MURDERED** and the use of the word **INPLAUSABLE** has been deemed to be **SUBSTITUTED** for **TRUTH**<ref>

http://mediaarchives.gsradio.net/rense/special/rense_072021_hr2.mp3 </ref>

On 21JUN2021 a 342 page MOTION TO RECONSIDER BECAUSE OF CRIMES (18   U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in CASE NO. 4:21-cv-01774 in the Southern District of Texas. It is ILLEGAL to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In that document  page 167 is time stamped **PROOF** of a

[[**Brady disclosure**]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of [[**Biological warfare**]] by the [[**People's Republic of China**]] and the Murder of **600,000 people** in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]] in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped **PROOF** [[**Josh Shapiro**]] was aware of the fraud.  Per the clerk, **Judge** [[**Lynn Hughes**]] **stole** the mailed documents.  This may be related to [[1939 Nazi rally at Madison Square Garden]], [[**David Fahrenthold**]], the murder of [[**Jonathan Lun**a]] and [[**FOIA**]]-2020-01319.<ref>

https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>.  On 08JUL2021 Mr. Cutler was robbed of his wallet, credit cards, and **PASSPORT**, in order to prevent him from travel in the United States in any manner and prevent him from entering **COURT BUILDINGS**, **TESTIFYING** and **WITNESS IMTIMIDATION**. ON 12APR2018 **MR. TORRES** (PA SEC OF STATE) ISSUED AN ORDER BASED ON FEDERAL FUNDING THAT ALL VOTING METHODS MUST HAVE A HARD COPY RECEIPT AVAILABLE. **DROP BOXES** FAILED TO HAVE A HARD COPY RECEIPT.  The **UNMONITORED DROP BOXES** in the RECALL election in California have the same effect as those in Pennsylvamia and those votes should be discarded.  On 09AUG1945, 60K PEOPLE DIED IN NAGASAKI, JAPAN BECAUSE OF CLIMATE CHANGE (THE PRIMARY TARGET WAS CLOUDY-NAGASAKI WAS THE BACKUP TARGET). ON 10AUG2021, CUOMO ANNOUNCED HAS RESIGNED AND JEFFREY CUTLER

FILED A **MOTION TO RECONSIDER** IN CASE **1:20-cv-00099 EASTERN DISTRICT OF MISSOURI**, WITH PROOF **THE PEOPLE'S REPUBLIC OF CHINA ENGAGED IN BIO-WARFARE AGAINST THE WORLD AND MURDERED OVER 600K AMERICANS AND 4 MILLION** PEOPLE WORLDWIDE. **USPS TRACKING 9505 5141 4908 1218 4916 23**.  ON 12AUG2021 JEFFREY CUTLER **NOTIFIED THE UNITED NATIONS** OF THE **BIO-WARFARE** BY **THE PEOPLES REPUBLIC 0F CHINA**.

<ref>https://www.un.org/en/node/134009/done?sid=361391&token=045e3251438c26acd3a9e35c3149983d</ref> THIS COMMENT HAS BEEN POSTED AND DELETED FIVE TIMES ON MR. CUTLER'S YOUTUBE VIDEO <ref> https://www.youtube.com/watch?v=mgCle8F_zUk <ref>.

On 28JUL2021 JEFFREY CUTLER FILED AN AMMENDED EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN THE **NINETH CIRCUIT COURT OF APPEALS** CASE 21-55608, TO SAVE THE CONSTITUTION AND BRITTANY SPEARS. IT USES INFORMATION ABOUT ALLISON MACK SLAVERY CONVICTION TO TRY AND STATE BRITTANY HAS BEEN A SLAVE. NOTE THAT KATIE HILL

MAY HAVE BEEN FORCED TO RESIGN BECAUSE OF THE **IRON CROSS**

TATOO NEAR HER GROIN <ref> https://en.wikipedia.org/wiki/Katie_Hill_(politician)#Personal_life

</ref>. In 1989 Dan Quayle gave credit to Buz Lukens for walking on the moon on

20JUL1969, 52 years ago 20JUL2021 <ref> ttps://apnews.com/article/e188e203a3ae7a3699f8f4096807390c

</ref> On **21JUN2021** a 342 page MOTION TO RECONSIDER BECAUSE OF

CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records),

18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE

UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND

TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in CASE NO. **4:21-cv-01774** in the **Southern District of Texas**. It is

**ILLEGAL** to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920

(D. Iowa Apr. 14, 2015). On page 167 is time stamped **PROOF** of a [[Brady

disclosure]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of [[**Biological

warfare**]] by the [[**People's Republic of China**]] and the Murder of 600,000 people

in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]]

in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped

PROOF [[**Josh Shapiro**]] was aware of the fraud. Per the clerk, Judge [[**Lynn

Hughes**]] stole the mailed documents. This may be related to [[**1939 Nazi rally at**

**Madison Square Garden**]], [[David Fahrenthold]], **MURDER** of [[**Jonathan Luna**]] and [[**FOIA**]]-2020-01319.

<ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

<ref>https://www.un.org/en/node/134009/done?sid=361391&token=045e3251438c26acd3a9e35c3149983d</ref>

Watch <ref> https://www.youtube.com/watch?v=mgCle8F_zUk <ref> for more information

and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and

<ref>https://www.brennancenter.org/legal-work/corman-v-torres </ref>

<ref>https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against **Tom Wolf** and had an advertisement in the METRO paper on

**24OCT2018** page 15 :titled "**SAVE BILL COSBY**". On **27MAY2021** Jeffrey Cutler

called the office of [[**FBI**]] in Newtown Square, PA at 6:23 PM (610-353-4500) IN

ORDER TO HELP JOE BIDEN GET TO THE BOTTOM OF THE ORIGIN OF

COVID-19. MR. CUTLER TOLD THE INDIVIDUAL THAT HE TALKED TO, HE

HAD SERVED THE EMBASSY OF THE PEOPLES REPUBLIC OF CHINA VIA

PRIORITY MAIL A 321 PAGE MOTION TO INTERVENE IN CASE 1:20-cv-

00099. ON 16FEB2021 AND THEY CLAIMED THEY REFUSED THE

DOCUMENT ON 24FEB2021, AFTER OPENING IT. ON 11MARCH2021

JEFFREY CUTLER FILED A MAIL FRAUD COMPLAINT AGAINST THE

PEOPLES REPUBLIC OF CHINA AT 6:06 AM. THE DOCUMENT CONTAINS A

193 PAGE REPORT FROM DR. STEVEN QUAY THAT DETAILS TESTING OF

THE VIRUS IN THE SUBWAY IN THE CHINA PROVINCE AND LAB

DERIVED. MR. CUTLER STATES IN THE DOCUMENT IT IS BIO-WARFARE.

On 03JUN2021 Jeffrey Cutler gave 2 Philadelphia Police Officers a handout in

Person at sixth and Market Street at 1:40 PM sitting IN A TRUCK MARKED

**COUNTER TERRORISM** IN ORDER TO HELP JOE BIDEN GET TO THE

BOTTOM OF THE ORIGIN OF COVID-19. A 193 PAGE REPORT FROM DR.

STEVEN QUAY THAT DETAILS TESTING OF THE VIRUS IN THE SUBWAY

IN THE CHINA PROVINCE AND LAB DERIVED. MR. CUTLER STATES IN

THE DOCUMENT IT IS BIO-WARFARE. HE DID THIS AFTER FILING THE A

PETITION FOR EN-BANC APPEAL FOR CASE 21-1318. CASE 21-1318 HAS A

PROOF OF A BRADY VIOLATION FOR BILL COSBY, time stamped 20SEP2018

at 2:08 PM. It was then filed as page 20 case 5:17-cv-05025 27SEP2018. It was also

filed as page 56 USCA case 18-3693 18MAR2019. On 05JUN2021 Jeffrey Cutler

called the office of Samuel Silver (215-751-2309), Thomas Mesereau, (310-651-

9960), Jason Hicks (702-463-9074), Becky James (213-334-7060) because they were

all listed on Motion To Dismiss for a Brady Violation in the case of William Henry

Cosby time stamped 26JAN2018 at 9:49 AM. A MAIL FRAUD COMPLAINT WAS

FILED AGAINST JUDGE LYNN HUGHES ON 02JUL2021 AT 2:25 AM. On

08JUL2021 Jeffrey Cutler's wallet, credit cards, and passport were stolen on the

SEPTA Market Frankford line. It was reported to SEPTA

POLICE (OFFICER ZIEGLER 34802 RPT NUMBER 215-580-8111). AFTER

GETTING AN EMERGENCY ATM CARD FROM PNC BANK, THAT ATM

CARD WAS STOLEN OR LOST FROM THE WALK FROM 4TH AND MARKET

TO 8TH AND ARCH DMV OFFICE. THIS MAY BE RELATED TO FOIA 2020-

01319. DOJ LAWYER ANDREA PARKER (409-981-7938). MR. CUTLER'S

SEPTA TESTIMONY FOR THE FY2020 ALSO VANISHED FROM THE

INTERNET.<ref> https://en.wikipedia.org/wiki/Houston_Methodist_Hospital#Covid-19_vaccine_requirement </ref>

Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY

Page 411 is PROOF OF BIO_WARFARE.

Page 412 is PROOF OF ELECTORAL FRAUD

Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD.

ITEM 2 IN SUMMARY AFFIRMATION IS Order BITTANY SPEARS BE

DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL

COURTS IN COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS

19JUN1865 AND SHE BE ALLOWED TO PROSECUTE THOSE THAT

ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSAND

DOLLARS A DAY

<ref> https://www.klfy.com/louisiana/louisiana-fbi-agent-arrested-for-sexual-misconduct-against-juveniles/ <.ref>

&lt;ref&gt; https://www.justice.gov/oip/foia-library/foia-processed/general_topics/seth_rich_05_08_21/download &lt;/ref&gt;

&lt;ref&gt;https://www.dailymail.co.uk/news/article-8003713/China-appoints-military-bio-weapon-expert-secretive-virus-lab-Wuhan.html &lt;/ref&gt;

Just like Sean Williams that filed a lawsuit against Lancaster County Police and ended up **DEAD**. &lt;ref&gt; https://www.washingtonpost.com/news/post-nation/wp/2018/07/01/sean-williams-lancaster-police-shot-taser-even-though-he-was-unarmed-compliant/ &lt;/ref&gt;.  Not only did Mr. Cut.ler file a challenge in the Nineth Circuit court of Appeals, but the orders by the **GOVERNMENT** and **REPORTERS** which print/BROADCAST and violate the **Nineth Amendment** of the **constitution** in actions that they **KNOW** are **FALSE**. These reporters imclude but are not limited to **ALL PBS STATIONS** AND **REPORTERS**, the **ASSOCIATED PRESS**, **WASHIGNTON POST**, **NEW YORK TIMES**, **CBS**,  **PHILADELPHIA INQUIRER**, **MARK ZUCKERBERG**, ETC.  Mr.  Cutler is still being **Denied Part B** **Medicare** even though he is at full age and the Biden administration is presently providing  this to **thousands** of people that just entered the country in a **illegal** manner.  **Judge Garaufis** denied Mr. Cutler **Part B Medicare** and ruled that **Allison Mack** only pay a 20 thousand dollar fine and serve 3 years in prison for  her role in case 1:18-cr-00204, where a minimum of 8 women were raped and **BRANDED** by her actions, and where Multiple women who had sex with Bill Cosby were awarded **MILLIONS.**  Mr. Cosby was incarcerated **INSTANTLY** at the end of the trial as well as **Rufus Seth Williams** at the end of his trial.  Verizon has programmed several numbers of individuals of the United States

govenement to be **non-reachable** by Mr. Cutler's  phone including Andrea Parker

listed in the letter dated May 7, 2021 for FOIA-2020-01319 that was **409-981-7938**.

Verizon also sold the debt based on the Illegal removal of him from his apartmemt at

**67 CAMBRIDGE VILLAGE** and the **THEFT** of 100% of the contents and his

records simply by the payment to a **CORRUPT JUDGE**, and covered up by

**CORRUPT MEDIA**.  The government is transporting people by plane without

passports.  <ref> https://www.nbcnews.com/politics/immigration/biden-admin-again-flying-migrants-who-cross-border-one-

place-n1271211 </ref>.  Jeffrey Cutler and Britany Spears were both denied **DUE**

**PROCESS**.  Judge Diamond's order of 12JUN2021 may in this case be because he

was  **BRIBED**, **BLACKMAILED** or **THREATENED**  or simply corrupt.  The

plaintiffs presented arguments that failed to have all the evidence of criminal activity,

and also real data <ref> https://www.thegatewaypundit.com/2021/03/exclusive-per-cdc-data-nearly-twice-many-

vaccine-related-deaths-far-2021-1755-vaccine-deaths-past-decade-994/ </ref>.  Since the  motion in case 4:21-

cv-01774 also combines cases, the judge for case 4:18-cv-00167-0 (Northern District

of Texas). should act on this motion since that is an older case.  Mr. Cutler has also

been denied justice as recently by an **UN-OPPOSED** motion on the order of

17MAY2021 in case 2:20-cr-00210.  Judge Stewart Dalzel hinted at this in is verdicts

over 25 years ago in orders regarding Lisa Michelle Lambert, of implied threats.

Robbin Bishop of  Nevada was MURDERED by a California Police Officer after he

forced her to have SEX and then MURDERED her.  This crime was further

compounded when the SUPREME COURT denied her relatives compensation for her

death.  Based on the story <ref> https://www.newyorker.com/news/essay/saying-her-name </ref> in

the New Yorker people have known that people in the Government **MURDERED 5**

**CHILDREN** on **13MAY1985**, and there is a conspiracy to **CONCEAL** the crime

and **OBSTRUCT** justice.  Recently all GOOLE searces of federal court case of

1:21-cv-02023 yield NULL RESULT (MASSIE et al. v. PELOSI et al. )

<ref> https://www.pacermonitor.com/public/case/41159428/MASSIE_et_al_v_PELOSI_et_al </ref>.  Judge

Diamond should have realized that Mr. Cutler has filed a **MAIL FRAUD** complaint,

against judge Diamond for the order denying **MOTION TO RECONSIDER**

25MAY2021.  The **UN-OPPOSED ORDER** of **Judge Limbaugh** of **11MAY2021**

NO MATTER WHAT WORDS LIKE **DIATRIBE** used in the **ORDER** is

**ILLEGAL** and **CONSTUTES MAIL FRAUD**.  It shows **ACTUAL PROOF** of

**BIOLOGICAL WARFARE** by the **ACTIONS** of the **PEOPLES REPUBLIC of**

**CHINA**, and **ELECTORAL FRAUD** by **JOSH SHAPIRO**.  The **ORDER** is the

equivalent of **DENYING** that **6 MILLION JEWS** were **MURDEED** during **WWII**,

or 5 **CHILDREN** were **MURDEED** in **PHILADELPHIA** by 2 **bombs furnished**

by the **FBI**, on **13MAY1985**.  Even though this document is later than normally

allowed, the **ORDER** should be **RECONSIDERED** because of the minimum of

20,000 members of the NAZI party that are in the United States since 20FEB1939,

when **20,000 people** of American **Nazi** Party held a rally in Madison Square Garden

<ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan </ref>,

**CONSPIRED** to prevent Mr. Cutler from being served sooner and this is

**REVENGE** of the **NAZI** party against the **UNITED STATES**.  Dates are an **IMPORTATNT** part of history and the **TRUTH**.  On 04JUN is the date **LUKE WILLIAMS** HAD HIS FIRST HOME RUN AS A member of the Philadelphia Phillies., and won the ball game.  It is also the date that duchess of Essex had the FIRST ENGLISH PRINCESS TO BE AN AMERICAN CITIZEN, Lilibet Diana Mountbatten-Windsor, AND **CLARENCE WILLIAMS THE III DIED**,  MR. WILLIAMS HAD PORTRAYED LINC ON THE MOD SQUAD TV PROGRAM. In the obituary from the Associated Press Lindsay Bahr printed on page B4 in the Philadelphia Inquirer on  07JUN2021.  The obituary referenced BILL COSBY had told Aaron Spelling about Mr. Williams.  Mr. Cosby was released from prison on 30JUN2021, after a ruling by the Pennsylvania Supreme court **CORRECTLY IDENTIFIED** his trial was unfair.  Mr. Cutler has not been able to present his case in court because of **CRIMINAL ACTS** and either has **Brittany Spears**.  **Brittany** has been a **slave for 13 YEARS**, based on the testimony of **JUDGES**, **DOCTORS** and **OTHERS**.  The case against Keith Raniere, **Allison Mack**, **ENSLAVED** and **BRANDED** people.   Based on case 1:18-cr-00204 **Allison Mack** (based on reports born in **Germany**) is only paying a minimal fine based on reports she is worth between 2-7 million dollars and gets significant residual payments from her acting residuals.  **Mayor Bill deBlasio** of New York City **ORDERED** all PERSONS **MUST BE VACINATED** ,<ref> https://www.nytimes.com/2021/08/03/nyregion/nyc-vaccine-mandate.html </ref> to LIVE in New York City, which **VIOLATES** the <ref>

https://en.wikipedia.org/wiki/Americans_with_Disabilities_Act_of_1990 <ref>  and <ref>

https://en.wikipedia.org/wiki/ADA_Amendments_Act_of_2008 </ref>, since persons with

**COMPROMISED IMMUNITY** (such as persons taking some type of drugs).  On

20FEB1939 **20,000 people** of American **Nazi** Party held a rally in Madison Square

Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan

</ref> <ref> https://en.wikipedia.org/wiki/1939_Nazi_rally_at_Madison_Square_Garden </ref> Per the [Code of

Federal Regulations][Title 21, Volume 4][Revised as of April 1, 2020]

[CITE: 21CFR211.137] **211.137 Expiration dating**. It is **ILLEGAL** to SELL DRUGS

BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of

America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In

April 2015, U.S. District Court Judge Mark Bennett in Sioux City, Iowa, sentenced

Austin (Jack) DeCoster and his son Peter to three months in jail for their role in

selling contaminated food across state lines. Their company, Quality Egg LLC, was

sentenced to a $6.8 million fine and placed on probation for three years.  The CDC

has <ref> https://www.wsj.com/articles/u-s-suspends-j-j-covid-19-vaccine-shipments-as-states-face-a-surplus-of-expiring-

doses-11623351701 </ref> apparently stopped shipping doses of the J&J vaccine.  Jews are

being attacked in New York, Los Angeles, Canada, and (followed in) New Jersey per

a story in the Philadelphia Inquirer (24MAY2021).   The **NAZI's** during **WWII** only

required offering a **small bar of SOAP** to get JEWS to enter **GAS CHAMBERS**

**disguised as SHOWERS**.  The MURDER of the 5 children on on  **13MAY1985** is

(and NOT REPORTED by Tom Avril) as serious as the case of **Thomas Capano**

and his lover Anne Marie Fahey <ref> https://en.wikipedia.org/wiki/Thomas_Capano </ref> and the murder of 300 people at the black wallstreet <res> https://www.cleveland.com/darcy/2021/06/biden-addresses-tulsa-massacre-darcy-cartoon.html </ref> and <ref> https://www.npr.org/2021/06/01/1002080611/nyc-gallery-hosting-a-tulsa-race-massacre-exhibition-was-vandalized-with-white-p </ref>. On 01JUN2021 Jeffrey Cutler called the THE REPORTER ANYA JONES OF THE PHILADELPHIA TRIBUNE at 4:32 PM (215-893-5747) IN ORDER to TALKED TO HER ABOUT THE STORY SHE WROTE ABOUT BLACK WALL STREET AND NEGLECTED TO MENTION THE BOMBING IN PHILADELPHIA **13MAY1985** THAT THE [[**FBI**]] FURNISHED THE EXPLOSIVES, SHE HUNG UP THE PHONE.  Mr. Cutler has also called the **FBI**, **CIA** (Langley) and **NSA** about the **BIO-WARFARE** from CHINA, proof shown in case 1:20-cv-00099, Eastern District of Missouri.  In order to correct for new crimes and **OBSTRUCTION of JUSTICE** discovered.  On **20SEP2018** at 2:08 PM the a **BRADY VIOLATION** was conspired against BILL COSBY and Mr. Cutler based on Mr. Cutler's filing in case 19-3693 page 56, originally filed on 27SEP2018 case in the Eastern District of Pennsylvania, 5:17-cv-05025.  On 19APR2021 at 3:44 PM Jeffrey Cutler filed a 211 page motion to do the same thing as in the case for **2:21-cr-00170** . That document **VANISHED** in **FEDERAL COURT** despite calls to the clerks office and on 21APR2021 and 22APR2021 Jeffrey Cutler called **TWICE EACH  DAY** the AUSA handling case number 2:21-cr-00170,  ( **MARK DUBNOFF 215-861-8397** ). The U.S. Attorney's office **HAS ALSO PROGRAMMED** Mr. Cutler's **cellphone** and **LAND LINE**

**NUMBER** to be excluded by the office of ASUSA, A **BRADY VIOLATION**, AND

**VIOLATION OF THE U.S. CONSTITUTION AMMEND 1**.   This document and

the case for 2:21-cr-00170 has information about the MURDER of 2 BLACK

AUSA's, **Jonathan Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found

04DEC2003) and <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> **Beranton**

**Whisenant** (Found 25MAY2017) were also MURDERED by possibly members of

the KKK OR THE 5 BLACK CHILDREN CREMATED ALIVE ON NATIONAL

TV 13MAY1985 BASED ON 2 BOMBS FURNISHED BY THE [[FBI]].  The judge

in case 2:21-cr-00170 (**Gerald Papert**) directed that the document filed on

**19APR2021** at **3:44 PM** be returned and removed from the docket and committed

**MAIL FRAUD**.  On **06APR2021** at **2:34 PM** Jeffrey Cutler filed a 356 page

**EMERGENCY EXPEDITED PETITION TO INTERVENE, AND**

**INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -**

**Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, &**

**MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY**

**AND SUMMARY AFFIRMATION** in person at the federal courthouse in

Philadelphia at 601 Market Street case #**19-1842**. On **06APR2021** at **4:10 PM** a clerk

called that they had the document. This DOCUMENT has also **VANISHED**!!!  The

clerk in case 19-1842 (Patricia Dodszuweit) stamped the document **08APR2021** and

then wrote a letter dated **12APR2021 MAKING A FALSE STATEMENT** and

mailed it on **13MAY2021** and committed **MAIL FRAUD**.  On 21APR2021 and

22APR2021 Jeffrey Cutler called TWICE EACH DAY the AUSA handling case number 2:21-cr-00170, ( MARK DUBNOFF 215-861-8397 ). The U.S. Attormey's office HAS ALSO **PROGRAMMED** Mr. Cutler's cellphone and LAND LINE NUMBER to be excluded by the office of ASUSA, A **BRADY VIOLATION**, AND VIOLATION OF THE U.S. CONSTITUTION AMMEND 1. On 26APR2021 at 3:56 PM Jeffrey Cutler served the ACTING U.S. Attorney Jennifer Arbittier Williams at 615 Chestnut St # 1250, Philadelphia, PA 19106 two copies of the 211 page stamped motions by Jeffrey Cutler for case 2:21-cr-00170. On 14APR2021 Jeffrey Cutler filed a 136 page **MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT** in case 2:21-cv-00190 in person. On 16APR2021 Mr. Cutler recieved an email from the office of George Bochetto with a response to his motion of 14APR2021. He could not open the document. He called the office and got an answering machine. He was not able to get the document from PACER until 17APR2021 at about 5:50 PM. He also found Mr. Cutler's motion was **DENIED** as **MOOT** with no chance for Mr. Cutler to respond, since he is not on the CM/ECF system. On **13MAY2021** Mr. Farley resigned as **HEALTH**

**COMMISIONER** because he **OBSTRUCTED JUSTICE** and **ORDERED EVIDENCE DESTROYED** in the **GREATEST EXAMPLES OF MURDER BROADCAST** of children on **LIVE TELEVISION**, as a form of **EVICTION**. This also protects **INSURANCE COMPANIES** from liability or being required to compensate owners, includung the claim made by Jeffrey Cutler, Nov 2, 2017, **A00000575634**, and terminated 21MAR2020, after **PAYING ZERO**, by bribing Judges and ckerks. Insurance companies have conspired to not pay claims and in a continuing procedure as with case 15-1271 USCA. Lawyers have got vedicts from companies like Johnson & Johnson, for case 20-1223. The scope of **manufacturing** evidence as was on display during the second impeacment of Mr. Trump was indefensible. On 06JUL2021 Mr. William McMichael was found guilty and fined **2,608,329.75** of allowing lead paint be present in a property that at the time the inspection was made he was not the registered deed holder and the property owner lives actually in West Virginia in court **PA MDJ-02-1-01** by Judge **AdamWitkonis** case **MJ-02101-NT-0000612-2020** . This is revenge on William H McMichael III notifying the treasurer he was  listed as the owner of the deed identified as instrument 6252884 with a tax ID listing identified as **400-73447-0-0000**, which was illegally sold to others with a defective title. Since **MJ-02101-NT-0000612-2020** case involves parties from multiple states the state court was not the correct venue and the verdict must be vacated. On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a **347  Page** PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S.

Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805 USCA** third circuit. Instead of granting a hearing the CLERK's OFFICE of the USCA issued an ORDER that granted Mr. Cutler, the ability to **PAY $ 505.00** without resinding the order dismissing case 20-1805 (**ECF 52**).  After calling about the fee being paid they wrote a letter returning the money order on 19APR2020, which Mr. Cutler has not recieved.  In the case which is an appeal,  **U.S. NEWS AND WORLD REPORTS** is a defendant of **PAID SLANDER** against Mr. Cutler by Persons unknown or **China**.  They **paid** for **targetted** defamation and **FALSE** story against Mr. Cutler to conceal the **MURDER** of **2 BLACK AUSAs**, **MAIL FRAUD**, and other crimes.  To garner a hearing before an **ENBANC COURT**. Mr. Cutler recently discovered just how easy the people have lied and conspired, as with multiple lawsuits filed by lancaster county and **Josh Shapiro** to enable an **Agenda**, false statements made in **Supreme Court Brief 220155**  (18 U.S.C. § 1001). Mr. Cutler filed a 356 page  EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **19-1842 USCA** third circuit, time stamped 06APR2021 at 2:46 PM (first 67 pages were attached)  Someone from the clerk's

office acknowledged they got the document at **4:10 PM 06APR2021**. Mr. Cutler

emailed the PDF of the stamped copy to all parties in the case as well as over 400

individuals. In the document 5 case #2:21-cv-01609 the document has TIME

STAMPED evidence of a MAIL FRAUD COMPLAINT against Jim Kenney and

Josh Shapiro. It also has evidence that Josh Shapiro falsified the certification of the

election and TRUMP won. On  page **128** is **TIME STAMPED PROOF JOSH**

**SHAPIRO KNEW HE LIED ABOUT THE ELECTION RESULTS**, On  page

**132 IS PROOF THAT CHINA KNOWS THEY ARE ACCUSED OF BIO-**

**WARFARE AGAINST THE WORLD KILLING 3 MILLION PEOPLE**, AND

**COMMITTED MAIL FRAUD TO HIDE EVIDENCE**, On  page **133** is **TIME**

**STAMPED PROOF THE ELECTION RESULTS WERE ALTERED TO**

**ALLOW CHEATING (AN ORDER FROM TORRES FROM 12APR2018**), On

page **134** IS A LETTER FROM **NANCY PELOSI** IN COLLUSION TO WITH TED

WHEELER OF PORTLAND PROMOTING VIOLENCE, On  page 136 IS A TIME

STAMPED MAIL FRAUD COMPLAINT AGAINST **JIM KENNEY** VERIFIED

10MAR2020.  On **11MAR2021** JEFFREY CUTLER FILED A **MAIL FRAUD**

**COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR

**CLAIMING** THEY REFUSED A **321** PAGE MOTION TO INTERVENE, AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL

FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on

or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909

1042 6153 86) at their DC Embassy (3505 International Place, NW) and after

opening the document one week later (24FEB2021) claimed the document was

REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED

STATES GOVERNMENT of **RETURN POSTAGE** and follow the LAWS of the

UNITED STATES OF AMERICA. This **EFFECTIVELY** PUTS the **PEOPLES**

**REPUBLIC OF CHINA** in **DEFAULT** for violating the LAWS of the UNITED

STATES and shows they have been properly served and the return of the document

equates to a **WAIVER OF SERVICE**.  Inside the document was a **193 page** report

that **COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming **CHINA**

has engaged in **Bio-Warfare** with the WORLD based on a previous actions with

**HEPARIN** and pet food and that the testing supplies are **tainted** and may be

spreading the disease in the United States. The media and political leaders have been

**BRIBED** to go along with **MASKS** and distance are the **ONLY** cure when

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 and FLU that result in DEATH from pneumococcal disease and

Ivermectin to treat the COVID-19 <ref> https://www.covid19treatmentguidelines.nih.gov/antiviral-

therapy/ivermectin/ </ref> Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information

and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and

<ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref> <ref>

https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[**NANCY**

**PELOSI**]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.)

and stated "[N]o one would be hurt and the greater justice would be attained" and

violated (**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed

a lawsuit in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy**

**Pelosi**]] called (**CUTLER v. PELOSI, et al**.). This is 26 YEARS AFTER THE

FIRST **WORLD TRADE CENTER BOMBING**.  This documents that service of

the complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at

their **EMBASSY TO THE AMBASSADOR**.  Mr. Cutler had also published

information that the **MURDER** of two **BLACK AUSAs  Jonathan Luna** <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton**

**Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found 25MAY2017)

were also MURDERED by possibly members of the **KKK**.  Mr. Whisenant was found on the same day **George Floyd** was declared Murdered in 2017.  Despite calls to the clerk of the United States Court of Appeals, the clerks Time Stamped Petition for Enbanc Hearing case 20-1805 was still not on the docket.  To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get redress of grievances in person at the same courthouse in Philadelphia on **23MAR2021** with a 341 page motion to Intervene.  On **24MAR2021** judge Kenney denied the motion to intervene **ECF 4** and stated the document was **incomprehensible and has no bearing or relavance to the above captioned action**, even though the motion was **unopposed**.  A **mail fraud complaint** has been filed against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler filed a 321 page document for case 20-1422 which contained **EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is believed this is has been based on **BRIBES** and **COLLUSION** with funds from **CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**. **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the CDC have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19** <ref>

https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23

and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that

result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-

management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A

MARKETING EXECUTIVE FOR MERCK. THE TESTING KITS ARE TAINTED

AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref>

https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref>

https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-

2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19** is

**Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE CHINA**

**GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED JUST LIKE**

**VOTES FOR TRUMP**.  It is believed that the testing components may be tainted

and is the real reason that so much propoanda has been placed on testing when

vacinations for to stop these deaths is cheaper and readily available.  A previous

document in case 21-40001 was altered by persons unknown to protect the **CRIMES**

of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just another name

for the **KKK**.  It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL**

**TREATMENT** under the law, a violation of the United States Constitution **Ammend**

**5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on

**14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**.  On 13DEC2016 **Judge Diamond** ignored

Mr. Cutler's information about **ELECTORAL FRAUD** in case 16-cv-06287.

Recently in case # 1:17-cv-05228 **Judge Nicholas G. Garaufis** (Eastern District of

New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND

VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE

DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN

THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and the

current **Attorney General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is

being denied **MEDICARE** part **B** coverage while the order in this case grants that

coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the

president **OBAMA** **publically** stated the program was **ILLEGAL**.  These persons are

being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 67

years old and second generation American and **JEWISH**, eligable to be President or

**Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of

the order from Mr. Torres  dated **12APR2018** that all voting methods must have a

**HARD COPY RECORD AVAILABLE** filed **20OCT2020**, as part of funding from

the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide

**DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots

violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**,

just like the term that may presently describe the sick bird Philadelphia football team **ILL** **EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abiility of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a  **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[**Susan Rice**]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a

few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." Jeffrey Cutler found out that 5,000 Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on 13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over **Benghazi Libya**. During this period was the battle at El Alamein stopping **NAZI** advance towards Cairo and the Suez Canal.  Anthony Algindy <ref> https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey Broyer may have had prior information of the attacks on 911.  They both may be part of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>. The apparatus involving the **FBI** and **CIA** may have started when they tareted **Fawaz Younis** and operation **GOLDENROD** was started  and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted.   On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS **TIME STAMPED** PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020** PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY

FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,

PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH

CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS **MURDERED**.  Reporter **CHRISTIAN SIGN**

was recently found dead <ref> https://denvergazette.com/wex/reporter-who-broke-story-on-clinton-lynch-tarmac-

meeting-found-dead/article_939887c0-cf2d-5edc-b553-f31ef6e012e2.html </ref>, he had exposed the Bill

Clinton meeting with Lorreta Lynch, and Mr. Newsome has banned **CHRISTIAN's**

from **SINGING** IN **CHURCH**.  PER **USCA** CASE **17-1770** **JOE BIDEN** WAS

PART OF A GROUP HELPING TO SMUGGLE STOLEN **NAZI** ART INTO THE

UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys**

(Philadelphia leader Zach Rehl) had his first court appearance Friday the

19MAR2021. On 13JAN2021 **JOSH SHAPIRO** is named in part of a Petition [[En

banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to

[[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland,

Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[**Electoral fraud**]] made

to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a

letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made

to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the

**MURDER** of [[**Jonathan Luna**]] by the [[**Ku Klux Klan**]]. Also see [[Publican and

the Pharisee]] and [[Parable of the Unjust Judge]].  Watch

https://www.youtube.com/watch?v=mqCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-

dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "**SAVE BILL COSBY**".

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING

APPEAL was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov

</ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM

Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936

On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC

REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND

PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD

CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey

Cutler filed a PETITION TO COMBINE ADDITIONAL CASES BEFORE

ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519

- Destruction, alteration, or falsification of records)   FOR JUDICIAL EFFICIENCY

in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref> <ref>

https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-

2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE

DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL

COURT, just like Mr. Cutler's testimony at SEPTA FY 2020 ANNUAL SERVICE

PLAN dated June 10, 2019 on page 290-292 of ECF 62, case number 2:20-cr-00210

(USA v MICHEAL OZZIE MEYERS).

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records)  & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler previously had filed copies of documents from case 19-11466 (Bankruptcy of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLEC**TOR in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225

1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York,  and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge

**Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a

decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even

though the judge is named as part of the complaint filed for case #1:20-cr-00165 for

**MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in

case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE**

was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL

parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same

judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT

under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. §

3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the

FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on

the injuries may be the same individuls in a Louisiana town of Baldwin that are

responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has

been filed against Judge Schmehl for his opinion in the case, for making

**PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect

parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available.  This would set a standard for **CHINA** to attack the United States even further.  The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**.  This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from case 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  In the name of Tzadikim Nistarim, Shaun Bridges a secrect service agent stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted

https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China.  Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1178** cases and **12 deaths** in **TAIWAN** as of **07MAY2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19, in the **United States**, and other places. This is based on PREVIOUS actions by **CHINA**.  <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref> <ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref> <ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref> <ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>.  Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** was not a

religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE**, also since it tries to limit prayer services in PA. , **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in **Merck**, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at **AMAZON**.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On or about 14AUG2020 **Tom WOLF** reversed himself but dictated that Lebanon County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case **20-1449** even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.  The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by **MAIL** makes

them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.   Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE** during the 2020 baseball season and today they allow only

8,000 people to attend in 2021.   Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.   As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.   The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS**

**A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and

Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one.   The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63.  While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected.  Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT** On 20MAY2020.  Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081**

in the United States District Court for the Eastern Ditrict of North Carolina on

16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law.  Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May

13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the

bombs.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN**

**LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the

**FBI**.  The judge dismissed the case even though 5 parties defaulted and were

properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5)

which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a

response to the motion filed in oppoition on 25SEP2019.  Even though the document

filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF**

**GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who

pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed

objections to  limit the power of the Tom Wolf to classify that religion as a **NOT** a

**LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number  1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on **07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in New York white police officers were beating a BLACK MAN for failing to practice social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing.  It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019.   The current order from that court is in error since the USCA order of  December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is still

unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019

but it was illegally discarded.  He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019.  The office of the clerk

decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904  International Holocaust Remembrance Day),

and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary**

**Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put online

January 29, 2020. A violation of EQUAL PROTECTION by employee of the

federal government, which treated the two documents differently and potentially hid

the document from the review of the judges considering an ENBANC review.  Mr.

Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition.  This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was downloaded from the federal pacer system it was devoid of any markings. On 12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER 2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets. In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW** was properly marked.  Based on this Mr. Cutler printed a second copy of the document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262, 03-5314).  Mr. Cutler requested the district court cases  be consolidated in Pennsylvania and  deliberations allowed on an expedited basis since they both involve related issues and the Supreme Court previously has indicated they will not consider the case this term, even though oral arguments were already made.  This court had allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER**

was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpectenly in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577
</ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it". The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**. He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A, via district court case number 2:17-cv-00984 page 10. Since the individual mandate of the Affordable Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson. His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>.  There is NOW

**PROOF THIS IS TRUE**, since the PEOPLES **REPUBLIC OF CHINA** commited

**MAIL FRAUD** when served documents at their EMABSSY on Washington, DC.,

thus **CONFIRMING CHINA IS RESPONSIBLE FOR THE DEATHS OF 3**

**MILLION PEOPLE**.  It is very easy to Bribe, coerce  or pay individuals to bear

false witness against another individual and violate **THALL SHALL NOT BEAR**

**FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders

have issued effectively allows the governments in the United States to discontinue

religion in and in the State of  Pennsylvania, by a member of the **KLU KLUX**

**KLAN** or related organization.  Other members of the **KLU KLUX KLAN** in the

United States and the World, are all organized to take on the HOAX.  This was

previously called Agenda 21.  As of  16MAR2020 Canada was still allowing flights

from CHINA and those persons could be carrying hazardous bio material simply

enter the United States from Canada. When Mr. Cutler was  working for Merck as a

contractor some individuals were caught stealing trade secrects by security at the

West Point site.  It has been known China has been effectively using live people for

transplants for years.  Mr. Ellyahoo has stated the word in **HUNGARY** for **SIN** is

pronounced VIRUS.  The closing of all CASINOS in the STATE is to get 100% of

all gambling revenue, to have a total monopoly on all sources of payment organized

for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that

the POST OFFICE near the Allentown Federal Courthouse contains NAZI insigna in

the tile work in the building (supreme  court case # 19-8538 ), and there is a **7 acre**

site in Southern Lancaster county that is owned by the **Klu Klux Klan**.  Mr. Smiles

has sent a picture  via text to Mr. Cutler's of  insigna is actually in the Post office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's  civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting

Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr.

Cutler also notifies  this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based

on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with

COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because

the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.

Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen,

Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-

2% of all law enforcement in the United States may be members or share their views. Also  some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated.  George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials with the aid of News Outlets. Previous corruption in the United States based out of Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in Illinois during some of this time frame and the joke voting saying was **VOTE EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

 <ref>   https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

 For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-
sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324 page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin Clinesmith in Washington DC. The previous document was destroyed by the clerk or Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Thomas Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref> complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].   On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.  In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD.  THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM.  The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by  police woman **Lisa Mearkle**  in 2015 and violated his civil

rights<ref> https://news.yahoo.com/princeton-university-policy-political-protests-103048931.html </ref>

**Maxine Waters** and the **MEDIA** networks are trying to incite riots so that Marshal

LAW can be declared and all firearms siezed.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

 the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as **SUMMARY JUDGEMENT**, this is

effectively a **CHANGE IN VENUE**.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

**Donald J. Trump** be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759

</ref> of the Presidential vote in **Penslvania**, and by reference **North Carolina**,

**Wisconsin**, **Nevada** and **Arizona**.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf. This court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate **ENBANC** review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have the government **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk. This USCA case

number **1:17-cv-05228**, **20-3371**, **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case and **21-4001** ALL BE

COMBINED FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI BABBITT** MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the right to Petition the government for redress of grievances as part of the FIRST **AMENDMENT**, in conjunction with the media, elected and non-elected officials Based on payments inside and outside the United States.  **IMPEACHING ANYONE** should demand the **FULL ATTENTION OF THE COURTS AND THE CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the chief judge of the Supreme Court or a Judge of the Supreme court does not preside in his place then the entire activity is fraud on the court.  Just because the Biden Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**, on **Jerusalem Day**  <ref> https://en.wikipedia.org/wiki/Jerusalem_Day  </ref>.  03JUN is celebrated as a part of history in large part of the United States as the birthday of Jefferson Davis and Edward

Cutler thought it was nice that his birthday was a special part of history, and his son files this document to honor his father, and his brother Irv. Irv was killed in a B24 13JUL1942.  On 03JUN2021 Edward Cutler would have been 100, if he was still alive, it is also the birthday of Jill Biden.  This document should be inserted and combined with the previous document and replace the first 72 pages that document.  On 17JUN1856 the REPUBLICAN party held it's FIRST CONVENTION in PHILADELPHIA.  In the previous document filed on17JUL2021.

**Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY**
**Page 411 is PROOF OF BIO  WARFARE**.
**Page 412 is PROOF OF  ELECTORAL FRAUD**
**Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD**.

In this document;

**Page 96 is PROOF OF  THE UNITED NATIONS WAS NOTIFIED OF BIO-WARFARE FROM CHINA**
**Page 98 is PROOF OF  ELECTORAL FRAUD**

Respectfully submitted,

DATE:_____30OCT2021_____        _____/s/ Jeffrey Cutler_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2021, I filed the
foregoing with the Clerk of the UNITED STATES
DISTRICT COURT OF THE DISTRICT OF
COLUMBIA, by Mail or in person. Participants in
the case who are registered CM/ECF users will be
served by the appellate CM/ECF system. I further
certify that all of the other  participants or their
lawyers in this case are registered CM/ECF users
except as follows and they are served by mail or
email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2021 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.      SO ORDERED.

[1]  Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be

sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be

removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all

EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2]  Order BITTANY SPEARS BE DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL COURTS IN

COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS 19JUN1865 AND SHE BE ALLOWED TO

PROSECUTE THOSE THAT ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSND DOLLARS A

DAY.

[3]  Order that this case be combined with 20-5240 (1:20-01395) and the verdict be overturned because of  PERJURY

AND BIO-WARFARE FROM CHINA

[4]  Order all employees of Somerton Health be charged with MEDICARE FRAUD and CHINA AND THE EMPLOYEES

PAY 25% of their SALARY as a PENALTY.

[5]  Larry Krasner, and Phil Murphy be charged with violating their OATH of OFFICE and resign from their positions for

allowing MURDERS and COVID-19 DEATHS IN NURSING HOMES.  MR. CUTLER CALLED TO MAKE A

PRIVATE CRIMINAL COMPLAINT (215-686-9863) FOR IS MOTHER OF BEING KIDNAPPED..  MR.

CUTLER CALLED ON 28OCT2021 ABOUT 10:45 AM.

[6]  THE CASE AGAINST JOHN DOUHERTY AND BOBBY HENON BE DECLARED A MISTRIAL BECAUSE OF A

TAINTED JUDGE  JEFFREY L. SCHMEHL

[7]  COMBINE THIS CASE WITH  IMMEDIATE **EN-BANC HEARING** IN THE UNITED STATES COURT OF

APPEAPLS in case 19-1842 to AFFIRM these judgements, excluding Judge Rendell and all other judges that are

biased, or bribed case 20-1223 (**Johnson and Johnson v. Ingham**), 20-1449 (**USA v. Joeseph R. Johnson**).

[8]  Nancy Pelosi and the impeacment Managers of the second impeacment of Donald Trump all must be removed from

office for falsifying evidence during the impeacment hearings

[9]  Dawn Bancroft despite pleading guilty to Judge Ennet G Sullivan should be vacated and awarded $ 10,000

DOLLARS FOR IDENTIFYING THAT NANCY PELOSI  IS IN A CONSPIRACY WITH THE JUDGE. WHO IS

GUILTY OF MAIL FRAUD IN PERSECUTION OF GENERAL FLYNN.

[10] DONALD J. TRUMP SHOULD BE AWARDED 10% OF THE 100 MILLION REQUESTED FOR THE BLATANT

REFUSAL TO CORRECT THE STORY ABOUT BIO-WARFARE FROM THE PEOPLES REPUBLIC OF CHINA IN

VIOLATION OF NEW YORK TIMES v. SULLIVAN.

[11] GOOGLE AND THEIR YOUTUBE DIVISION AWARD 50% OF THE SHARES FOR CONTIUED VIOLATION OF THE CENSORSHIP INVOLVING BIO-WARFARE, THE ELECTION AND THE VACCINE.

[12] The RECALL ELECTION IN CALIFORNIA be recalculated based on DROP BOXES being ILLEGAL based on Money From the FEDERAL GOVERNMENT in Pennsylvania and other states 12APR2018.

[13] DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[14] BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[15] Order the SUMMARY JUDGEMENT against all parties be granted and made FINAL at one million dollars per day or as a negotiated amount for Each individual in favor of Mr. Cutler.

[16] ORDER **THE PEOPLES REPUBLIC OF CHINA** PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[17] JERRY NADLER for stating that  "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[18] ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR **MANUFACTURING EVIDENCE** JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[19] ORDER THAT RUDOLPH  GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR SLANDER BY DOMINION, SINCE THE **BIG LIE** IS THE **TRUTH**, WHICH WAS ALSO DESCRIBED TO DETAIL THE ATTACK BY THE FEDERAL GOVERNMENT ON WACO TEXAS.

[20] ORDER THAT 10% OF ALL PAYMENTS MADE TO ALLISON MACK BE PAID TO EACH OF THE WOMEN SHE HELPED BRAND.

[21] THERE IS NO REASON TO WAIT ON LIFTING THE BAN ON FIREARMS SINCE EACH DAY IT IS IN EFFECT IT DETRACTS FROM THE LIBERTY OF THE UNITED STATES, JUST LIKE RESTRICTING THE FREE EXERCISE OF RELIGION IN CALIFORNIA

[22] ORDER THAT JUDGE LIMBAUGH PAY A 10,000 A DAY FINE STARTING 16AU2021 IF THE CURRENT ORDER STAYS IN EFFECT.

[23] ORDER THAT EVERY REPORTER AND NEW YORK TIMES THAT KNOWING LIED PAY A 10,000 A DAY FINE

STARTING 16AU2021 IF THE CURRENT STORIES ARE NOT CORRECTED AS WELL AS JILLIAN MIXELL AND MARK MURPHY OR UNTIL THEY AGREE TO TURN OVER EVIDENCE AND A AGREED AMOUNT TO JEFFREY CUTLER PLUS THEIR RESPECCTIVE INSURANCE COMPANIES PAY A ONE MILLION DOLLAR DAY FINE TO JEFFREY CUTLER.

[24] ORDER THAT WILLIAM H. MCMICHEAL BE STATRTED ON SOCIAL SECURITY AND MEDICARE JUST LIKE THE ILLEGAL ALIENS THAT WERE GRANTED THE SAME PAYMENTS  SINCE 20JAN2021, AND THEY BE LISTED AS PART OF FOIA-2020-01319

[25] THE PLASTIC BAG BAN IN PHILADELPHIA VIOLATES AMMEND 1 SINCE IT RESTRICTS THE PRESS AS WELL AS THE SODA TAX SINCE THEY APPLY LAWS UNEQUALLY

[26] THE PROPERTY KNOWN AS WITH A TAX ID LISTING IDENTIFIED AS 400-73447-0-0000 BE RETURNED TO THE MIA LAND TRUST

[27] ORDER THAT MICHAEL OZZIE MEYERS, &  ALANZO LAMAR JOHNSON  JAIL TERMS BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON), AND JOE BIDEN'S POLICYS ARE ENRICHING THOSE IMPORTING ILLEGAL DRUGS INTO THE UNITED STATES

[28] ORDER ALL PERSONS THAT PARTICIPATED IN THE FRAUD AGAINST THE UNITED STATES IN THE TAKEOVER OF THE TALIBAN PAY 10% OF THEIR NET WORTH TOWARDS THE RESTORATION OF THE UNITED STATES.

[29] ORDER A  PROGRAM TO CONSTRUCT DEMONSTRATION DESALINIZATION PLANTS SIMILAR TO PROVISIONS OF THE SALINE WATER DEMONSTRATION ACT (72 Stat. 1706), September 2, 1958 TO SUPPLY WATER AND WEATHER (RAIN) FOR CALIFORNIA AND OTHER WEST COAST STATES.

[30] ORDER A  PROGRAM TO CONSTRUCT DEMONSTRATION WATER VELOCITY CONTROL ON THE MISSISSIPPI RIVER AS A MEANS OF FLOOD CONTROL

[31] ORDER ALL PERSONS THAT ARE MEMBERS OF THE KKK OR SUPPOTERS BE IDENTIFIED INCLUDING ETHAN DEMME AND OTHER FAKE REPULICANS

[32] ORDER A  PROGRAM TO CONSTRUCT DEMONSTRATION WATER TESTING CONTROL FILTERS THAT COMBINE TESTING MEASUREMENT AS WATER METERS FOR WATER PURITY CONTROL.

[33] ORDER THAT JUDGE PAULA PATRICK BE CONSIDERED FOR A FEDERAL JUDGE POSTION

[34] ORDER THAT Mr. GREENBERG (Associate of Matt Gaetz) JAIL TERM BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON) based on Equal Treatment Under the law.

[35] ORDER THAT Robert Ceprano be compensated at a minimum of  $250,000 and David Cicilline pay 50% of the

amount and 10% of his federal pension into the fund to compensate those individuals.

[36] ORDER THAT  MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[37] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR.

TORRES BE DISCARDED AND TURNED OVER TO THE **FBI** FOR PROSECUTION

[38] Order that **ELECTORAL FRAUD** is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[39] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with

the voting in Pennsylvania and mailing the vote tally to CONGRESS, and **ACCESSORY TO MURDER** after the fact.

[40] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

David Sommers, Mr. William H.  McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer,

Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against

Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma,

etc.), for violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his

appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[41] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

East Lampeter Township and Haverford, PA.

[42] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[43] Order **Nancy Pelosi** and **Adam Schiff** to resign from their elected positions based on crimes identified in this

document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[44] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas

G. Garaufis, Judge Midge Rendel,Judge Ashcroft, Gerald Papert ,Judge Jeffrey Schmehll, Judge Paul Diamond

and Judge Catherine Blake, Judge Chad Kenney, Judge Ennet G Sullivan,C. Darnell Jones II, Adam Witkonis pay

twice their daily salary each day to the innosense project , until they resign.

[45] Order the Peoples Republic of China as **DEFAULTED** for violating United States Mail Fraud laws by reading the

document and then trying to claim it was refused 1 week later, effectively a **Waiver of Service** case 1:20-cv-00099,

Eastern District of Missourri.

[46] CHARGES AGAINST KEVIN STRICKLAND AND LAMAR JOHNSON BE VACATED BECAUSE OF EXISTING

FAIRNESS (JUST LIKE BILL COSBY & THEY ARE BEING HELD ILLEALLY IN Missourri), AND BE AWARDED

250,000.

[47] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds for trying

to conceal the Murder of 5 children, and destroy the evidence

[48] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[49] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and __ALL LEGAL FIRMS__ used to try to change the outcome of a certified election, of Jeffrey Cutler and

Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee

documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[50] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

especially any officials of the United States Government, and all payments by any George Soros organization.

[51] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or

individual agreements are reached with each party.

[52] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause

why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations,

and 18 U.S.C. § 1964, Civil RICCO Act.

[53] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police,

Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants

in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113

(bank robbery) and electoral fraud.

[54] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[55] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded

in their respective lawsuits.

[56] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the

plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP OF BIO-WARFARE!!

[57] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[58] Other remedies the court deems appropriate.

[59] Order the Democratic National Committee to also show why they are not a party to __Religious discrimination__.

[60] Order __Nancy Pelosi__ to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[61] Order George Bochetto pay $ 100,000 for the false statement  (18 USC § 1001) made in case 2:21-cv-01609.

[62] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free exercise

of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[63]  Order CHINA to allow the residents of Hong Kong to vote TO become a territory of the United States for

attacking the United States,

[64] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their

part in help in attacking the United States.

[65] Combine cases 5:21-cv-00299,20-1805, 20-1449, 19-1842, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and  1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586 from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and in this case and all related documents in these cases.

[66] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[67] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at 511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[68] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals out aid to FARMERS that are **BLACK** and all funds sent be recovered from the People's Republic of China as a **PENALTY**.

[69] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well as perjury.

[70] Order Susan Peipher Esquire and  other lawyers guilty of similar activites aimed at harming Jeffrey Cutler, to be barred from participation in the Federal Court CM/ECF system and pay a fine of 10,OOO DOLLARS PER DAY OR NEOTIATED AMOUNT.

[71] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity AND PAY 10%OF EVERYONE'S SALARY AND PENSION TO A RECOVERY FUND MANAGED BY JEFFREY CUTLER.

[72] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[73] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[74] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[75] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[76] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain

LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[77] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[78] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[79] Order VERIZON pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act including Diversified Consultants, INC., P.O. BOX 551268, JACKSONVILLE, FL 32255

[80] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[81] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[82] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[83] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[84]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[85] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[86] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local

specifications specifying the correct way to pray, enforced by **RELIGIOUS POLICE**.

[87] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her

current spouse involvement with the Insurance industry.

[88] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[89] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place

by the president of the United States.

[90] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be

segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and

if they cannot be seperated all votes where they are mixed should be discarded.

[91] Order Tami Levin, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken

Krieger be compensated at a minimum of  $250,000 dollars.

[92] Order Ivan Ruiz-Rivera (case 5:21-cv-02105) be compensated at least $ 250,000

[93] Keith Dougerty, Larry Runk  (case 15-1271, 1:14-cv-00480) be compensated at least $ 250,000 and any charges

vacated.

[94] Carolyn Gundel (case 5:21-cv-01472) be compensated at a minimum of  $88,000 and at minimum $19,000 paid by

Todd Graeff

[95] Caron Nazario (case 2:21-cv-00169) be compensated at a minimum of  $1,250,000 and at minimum $190,000 paid

by Daniel Crocker

[96] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of  $250,000 and at least 1% be

paid by officers of the Baldwin Pennsylvania Police Department.

[97] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of  $250,000 and at least 1%

be paid by former officer former Lisa Mearkle of the Police Department.

[98] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[99] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on

03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[100]    Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000

dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email

to Mr. Cutler.

[101]    Order all Public Broadcasting Stations start tracking murders by type and cause of death so that SERIAL Killers

and KKK members may be more easily identified like  <ref> https://en.wikipedia.org/wiki/Joseph_Christopher </ref>

Joeseph Christopher who liked to kill black people.

[102]    Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and

Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of

their NET WORTH.

[103]    A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers and PIPELINES,  POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[104]    Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDRAL GOVERNMENT.

[105]    Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[106]    Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[107]    Jeffrey A Dellinger be compensated at a minimum of  250,000 dollars for being directed he must goto church on Sunday

[108]    Mr. Jammal Harris be compensated at a minimum of  250,000 dollars

[109]    Survivors of Sean D. Williams (18-2773) be awarded a minimum of  250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[110]    Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[111]    Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[112]    Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for  18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER  CRIMES.

[113]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[114]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[115]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[116]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUIC0 </ref>

[117]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[118]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[119]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref>
https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[120]    GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref>
https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[121]    GOOGLE  is guilty of violating and in conjunction with every other news media including ABC, CBS,
NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[122]    Kara N. Templeton, Christopher Leppler,Judge Paul Diamond  ,Judge Wright, Judge Nicholas G. Garaufis,
Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan
Luna and pay a fine equal to their pension for 10 years.

[123]    ALL PENALTIES THAT THE IRS and Pennsylvannia HAVE LEVIED AGAINST MARILYN CUTLER SHOULD
BE VACATED because OF MAIL FRAUD.

[124]    Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to
RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any
payments made to them, and pay the equivalent  of  Social Security Death payment for everyone that died in
Pennsylvania and the United States, as well as all media organizations that also participated in the deaths
(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[125]    Charges against Carolyn "BUNNY" Welsh from Josh Shapiro should be vacated since he was NOT LEGALLY
ELECTED based on the ORDER from Mr. Torres **12APR2018**, and any Prison Time be limited to 23 DAYS.

[126]    Darlie Routier sentence sould be vacated due to an UNIDENTIFIED BLOODY FINGERPRINT as a BRADY
VIOLATION.

[127]    CHARGES AGAINST BRANDONN BOSTIAN BE VACATED BECAUSE OF A  BRADY VIOLATION, AND BE
AWARDED 250,000.

[128]    Order SEPTA to Explore and Engineer Increased Underground Rail roads in Pennsylvania and Philadelphia
based on jeffy Bonds as Mr. Cutler previously Testified AND TO HELP WITH STRIKE THREAT IN PHILADELPHIA.

[129]    Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with
engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and
provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[130]    Order that relatives of Robbin Bishop be awared a minimum of 2 million dollars be awarded for her MURDER by
a CALIFORNIA police officer.

[131]    Order that RODGER STONE (PARDONED Y DONALD TRUMP) be awared a minimum of 2 million dollars be
awarded for THE ATTEMPTED MURDER by THE DOJ.

[132]    Order the VACCINE MANDATE by OSHA be declared void since it failed to allow for a comment period prior to

announcement.

[133]   Order all claims of damage be granted against CHINA FROM FORFEITED FUNDS LENT TO THE UNITED

STATES FROM CHINA.

[134]   Order all employees of the York Social Secuity office to pay 10% of their salary and pension as a penalty for

denying Mr. Cutler Part B Medicare for the Klu Klux Klan

[135]   Igor Fruman and associates sentence be a maximum of 23 days (the same as Paris Hilton)

[136]   Order that the Harrier Jump Jet Technoloy be explored for use on the 737-MAX engines to provide VTOL

capability

[137]   ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE

AWARDED $ 250,000.

[138]   ORDER THAT KEVIN STRICTLAND SENTENCE BE VACATED AND INCORPORATED INTO THIS <ref>

https://www.kansascity.com/news/local/crime/article249595653.html </ref> AND AT MINIMUM BE AWARDED $

250,000.

[139]   Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid

into the fund and Jeffrey Bezos,  Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros, Mark

Zuckerberg pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the

constitution as well as all similarly situated.

[140]   Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into

a fund to allow equal justice as well as Karie Couric for her support for camps for reprograming. <ref>

https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref>

AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[141]   Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified,

for trying to elininate GOD.

[142]   Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States

that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400

billion) or 10% of his stock in the company.

[143]   Mr. Mark Zukerberg  pays everyone in the United States that lost money $ 2,000 , along with the or 10% of his

stock in the company of Facebook.

[144]   Order all charges against Donld Trump and associates be vacated for the government violating FRUIT OF THE

POISONOUS TREE.

[145]   Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-

Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[146]   ORDER THAT KEITH DOUGHERTY (5-22-2015)  LAWSUIT BE INCORPORATED INTO THIS ACTION AND

AT MINIMUM BE AWARDED $ 250,000, and other persons identified at ERIE INSURANCE RELATED TO CLAIM A000003279856 (MIXELL) AND THE CEO BE CHARGED INCLUDING THE CEO.

[147]   The verdict in case 20-1223 may be tainted based on manufactured evidence and should be vacated. Or negotiated with the company.

[148]   Order Lawyer Lynne Feruson be charged with conspiracy to commit MAIL FRAUD.with Brian Hurter and all other persons associated with the bank robbery orchastrated against  Mr. Cutler's account. At Fulton & PNC banks.

[149]   Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for providing Aid and Comfort to the Enemy and violating their oath's of office

[150]   Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[151]   Order that ERIE INSURANCE PAY 51% 0F THE COMPANY VALUE FOR THE CONSPIRACY TO DESTROY
     .  .   THE UNITED STATES.

[152]   Order that ALLSTATE  INSURANCE PAY THREE TIMES THE POLICY VALUE FOR THE CONSPIRACY TO .
     .  .   DENY CLAIMS OF MR. CUTLER POLICY 98-APC880-4

[153]   Order state Representative Margo Davidson be cleared of all prosecution and awarded 250,000.

[154]   Order that the WORD **IMPLAUSIBLE** is NOT the same as the **TRUTH**.

[155]   Order Jeffrey Cutler be MADE WHOLE FOR ALL crimes commited against him, and PASSPORT AND DRIVERS .     LICENSE be restored, AND PASSPORT BE RESTORED, and the theft of his wallet and PASSPORT be investiated if it is part of  lawsuit know as   FOIA-2020-01319.
     .      <ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

[156]   Order a NEW 13 DOLLAR COIN be created in MEMORY of the ORIGINAL 13 colonies and 13 LIVES lost and Ida B Wells as the Last Honest Journalist.

[157]   Order the City of Philadelpia to Alter the TAX PAST DUE from the individual in Overbrook Park from the individual known as Ellyahoo to Zero just like they adjusted the PAST DUE DEBT from students at colleges with the use of JEFFYBONDS.

[158]   Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to ***comply with established tenets or teachings of such sect or division of ANY religion*** in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that **NO JURISDICTION** of the United States can dictate the proper way to pray.

Dated: ____, 2021_____          _____

                                        BY THE COURT

ADDENDUM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

MASSIE, et al.                    )
                                  )
Plaintiffs                        )      CASE NO. 1:21-cv-02023 -RBW
                                  )                              RBW
**JEFFREY CUTLER**                )
                                  )
Intervenor Plaintiff              )
                                  )
**v.**                            )
                                  )
PELOSI, et al.                    )
                                  )      JURY TRIAL REQUESTED
Defendants                        )
                                  )

## RESPONSE TO ECF MOTION 31 BECAUSE OF FAILURE TO

## SERVE AND CRIMES (18 U.S. Code § 1519 - Destruction,

## alteration, or falsification of records), 18 U.S. Code § 872 -

## EXTORTION BY OFFICERS OR EMPLOYEES OF THE

## UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT

## MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL

## FRAUD AND TO COMBINE CASES FOR JUDICIAL

## EFFICIENCY AND SUMMARY JUDGEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I caused the foregoing Motion to Dismiss of Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor and the accompanying Memorandum of Points and Authorities in Support to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

/s/ Douglas N. Letter
Douglas N. Letter



Case 1:21-cv-02023-RBW   Document 38   Filed 11/01/21   Page 90 of 101
Case 4:20-cv-02078-MWB   Document 181   Filed 11/19/20   Page 9 of 81

Case: 20-2936   Document: 29   Page: 169   Date Filed: 10/20/2020

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

Harrisburg, PA – Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also announced the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

"We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency," Torres said. "The federal assistance could not come at a more opportune moment."

Pennsylvania's allocation of $13.5 million comes from Congress' recent appropriation of $380 million for election security ☑ under the Omnibus Appropriations Act of 2018. The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security and auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase voting systems that meet the department's certification requirements.

"We want to bring about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly and feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems," Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off public education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the Farm Show complex. The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the features and options offered by the new machines. Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018. Information regarding the examination and certification process (PDF) can be found on the department website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transition to the new systems.

In the meantime, Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of physical and cyber security, training and resources to counties and partners, and increasing communications at all levels.

MEDIA CONTACT: Wanda Murren, 717-783-1621

https://mail.google.com/mail/u/0/h/14e60rt31t4yj/?&th=17afc06773d88l

NYT Corrections<corrections@nytimes.com>                          Fri, Jul 30, 2021 at 2:04 AM
To: eltaxcollector@gmail.com

Reply | Reply to all | Forward | Print | Delete | Show original

Thank you for contacting The New York Times. We appreciate readers who share their feedback and help us report thoroughly and accurately.

You have written to the corrections department, and your message will reach the appropriate editor or reporter promptly. If we determine there is a correctable error, a correction will be appended to the article and published in print if necessary. Because of the volume of email we receive, we cannot respond individually to every query.

For other issues, please visit the following pages:

Share feedback on our news coverage

Submit a letter to the editor

Share a confidential news tip

Manage your subscription or report a delivery problem



Home > Contact Us

## Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us.  Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question request to the appropriate contact.

For Right-to-Know requests, click here.

**Name** *

JEFFREY                    CUTLER

First                         Last

**Email** *

erlaxcollector@gmail.com          erlaxcollector@gmail.com

Enter Email                      Confirm Email

**Phone Number**

(717) 854-4718

**Questions Concerning** *

Complaint Against OAG Emp   ▾

**Questions** *

PAGE 9 OF THE LINK BELOW IS TIME STAMPED PROOF OF ELECTORAL FRAUD, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-293cc <ref> https://www.saurflisttnet.com/recap.gov.uscourts.pamt.127067.cgov.uscourts.pamt.127052.191.2.crt </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT HAD TO BE AVAILABLE FOR ALL VOTING METHODS. ALL VOTES VIA DROP BOXES ILLEGAL AND COVERED UP BY FEDERAL COURT CLERKS, JUDGES, MEDIA

COVID-19 IS <ref>https://en.wikipedia.org /wiki/Biological_warfare <ref> NOTE CHINA GONE FROM LISTS THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg32182/html/CHRG-110hhrg32182.htm </ref> <ref> https://www.nytimes.com /2006/01/06/health/06health.html </ref> <ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref> <ref> https://en.wikipedia.org /wiki/2007_pet_food_recalls </ref> <ref>https://www.latimes.com /business/story/2019-09-19/cars-trigger-scam-lawsuit-carfax </ref>

DR. FAUCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop COMPLICATIONS from the FLU & COVID-19 <ref>https://www.bannermedicine.com /test/10,121/hcp-2020-0082</ref>. They are called PNEUMOVAX23 and Prevnar 13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabeticsandbetes medication.management/flu-and-pneumonia-shots </ref>. KRISTEN WELKERS HUSBAND IS A MARKETING EXECUTIVE FOR MSROK. On 21DEC2020 Jeffrey Cutler filed a 167 page AMENDED PETITION FOR REHEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES(18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in USCA case 20-1422 at 2:38 PM. The PREVIOUS document from 14DEC2020 that Jeffrey Cutler filed a116 page PETITION FOR REHEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION never make it to the docket. On 22DEC2020 Jeffrey Cutler called the CLERK at the USCA and complained the document is not on the DOCKET the CLERK HUNG UP THE PHONE!! On page 117 a copy of the letter sent to Josh Shapiro on 30JUN2017. On page 122 is a Mail Fraud Complaint against Josh Shapiro. On page 121 is Josh's Press Release on DACA. Mr. Shapiro is called a Sotosferkommendig twkin in the petition of 21DEC2020.

<ref> https://en.wikipedia.org/wiki/Samuel_WRienberg </ref>

**Are you a robot?**



I'm not a robot

reCAPTCHA

Submit

### Contact Resources

Email questions to the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

☎ 717-787-3391

Regional Offices

Fax:
717-787-8242

Main Office Line:
717-787-3391

Press Office:
717-787-5211

Helplines:
Child Predator :
800-385-1044

Drugs Tip Line :
800-442-0006

Senior Protection :
866-623-2137

Consumer Protection :
800-441-2555

Public Engagement :
800-235-7642

Health Care :
877-888-4277

Do Not Call :
888-777-3406

Military and Veteran Affairs :
717-783-1944

Home Improvement Consumer :
888-520-6680

Home Improvement Contractor :
717-772-2425

CHINA/Regulatory Compliance :
215-937-1376



Home > Contact Us

## Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us.  Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question request to the appropriate contact.

For Right-to-Know requests, click here.

Thank you for contacting the Office of Attorney General. Your information is being reviewed.  SUBMITTED 24DEC2020 07:50 AM

### Contact Resources



Email questions to the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

☎ 717-787-3391

Regional Offices

Fax:
717-787-8242

Gmail - MOM IRS                    ×    UN Contact Us | United Nations    ×    +

https://www.un.org/en/node/134009/done?sid=361391&token=045e32        Search

Welcome to the United Nations                         العربية    中文    **English**    Français    Русский    Español



| About Us » | Our Work » | Events and News | Get Involved | Coronavirus (COVID-19) | |
|---|---|---|---|---|---|

Thank you for your email.
Go back to the form



PO BOX 1391
SOUTHGATE, MI 48195-0391


DCI DIVERSIFIED
CONSULTANTS, INC.

01/15/19

Creditor: VERIZON
Account Number: 2506447460002
Agency Reference Number: 78782773
Balance: $91.60

Jeffrey Cutler
PO Box 2806
York, PA 17405-2806

*YOUR CLIENT VIOLATED FAIR REPORTING*
*4 CREDIT ACT*

This notice is to inform you that your account with VERIZON has been referred to our office for collections.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls to or from this company may be monitored or recorded.

Diversified Consultants Inc. is doing business as Diversified Consultants Inc. of Florida in the state of Pennsylvania.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268
877-848-1045

*JURY TRIAL REQUIRED*
*SEE ATTACHED*
*YOUR CLIENT IS COMPLICIT*
*IN MURDER !!*

☎ **Toll Free:** 877-848-1045

🕐 **Hours of Operation:**
Monday – Thursday:   8 AM – 11 PM EST
Friday:   8 AM – 10 PM EST
Saturday:   9 AM – 4 PM EST

💵 **Pay Your Bill Online at:**
www.dcicollect.com

DCI\00115\237400493779                                                          4936\0003518\0015

Detach and Return with Payment

**To pay by credit card, please complete the information below:**                                        00115

Check One:   ☐ VISA   ☐ MasterCard   ☐ AMEX   ☐ Check

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration Date: ☐☐☐☐   CCV#: ☐☐☐ Last 3 digits on back of card

Signature of Cardholder: _____

Cardholder Name: _____

Cardholder Billing Address: _____

_____

**Amount Due: $91.60**

**Amount Submitted:**

$ ☐☐☐☐☐.☐☐

**Make Checks Payable to Verizon**

Creditor: VERIZON
Account Number: 2506447460002
Agency Reference Number:78782773
Balance: $91.60

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255-1268

# Report and Recommendation

# SEPTA FY 2020
# ANNUAL SERVICE PLAN

Eugene N. Cipriani
Hearing Examiner
June 10, 2019

Community Benefit score with touchscreen mapping will present the implementation of duplicative services and affects a more efficient use of resources. To be considered a candidate for implementation, route proposals should increase access to opportunities for SEPTA customers.

SEPTA is proposing to adopt a **Route Directness Formula** to evaluate route deviations and patterns. This calculation, which determines the impact that a pattern of deviation has on through-riding customers, is adapted from similar formulas used by other transit agencies, including King County Metro in Seattle, Washington and the Regional Transportation District in Denver, Colorado.

The **Route Directness Formula** quantifies the impact on through-riding customers by multiplying the number of riders traveling through a pattern or deviation by the amount of time, in minutes, that deviation takes. It divides that number by the number of boards and alights along the pattern or deviation to determine the number of passenger minutes that deviation or pattern uses. Service Planning recommends adopting a threshold of eight passenger minutes for a deviation or pattern to be recommended for implementation. Existing deviations or patterns that do not meet the eight-minute threshold will be deemed as candidates for possible intervention.

To clarify how this calculation works, this is an example of a deviation implementation on Route 52 a decade ago to the West Town Center. Based on recent ridership weekday passenger counts, there are approximately 3,100 passengers travelling through this deviation on a daily basis. The deviation to the shopping center takes two minutes. There are 2,900 boards and alights within the deviation. This results in the deviation counting for 6.2 passenger minutes, which would be under SEPTA's threshold and therefore an avoidable deviation.

The final recommended change is an expansion of the Service Development process. The updated process will include an additional round of public outreach focused on major transit centers or other appropriate venues. This outreach will include surveys and educational materials, and provide customers with the opportunity to interact with SEPTA Service Planning staff. The focus of these events will rotate annually. In addition to a greater focus on public outreach, the new Service Development Process will formalize the participation of other SEPTA departments and external partners.

Information about the revisions to SEPTA's Service Standards and Process are on www.septa.org/service-standards.

## Public Testimony

### Philadelphia, PA Hearings – Noon, May 29, 2019

Fourteen (14) members of the public entered appearance forms and six (6) spoke at the hearings and had questions which were answered by SEPTA representatives. In addition, there were four (4) e-mails submitted by the public to the Hearing Examiner.

Jeffery Cutler, a former tax collector within Pennsylvania, was first to testify. He copyrighted a money raising proposal called "Jeffdollar" as a way to provide almost unlimited free money for SEPTA, school systems, and other organizations by having people pay extra tax—by contract—instead of the State tax and get back everything else at tax-free municipal interest. He asserted it as a way to generate billions of dollars for free with no liability. N.T. 21. With this money, SEPTA could submerge the entire

Market-Frankford Elevated system with tunnels much from 69th Street to 42nd Street and in Kensington. Also, this money could fund a trackless trolley that could go on trolley tracks. He further described this vehicle as "a bus that could be a trackless trolley"—saving SEPTA "significant amounts of money". N.T. 23.

Brandon McBride spoke next. He wanted to discuss the Route 40 and the recovery location. He was informed that the recovery location preferred was closer to the waterfront but because SEPTA could not get permission to go to Front Street, the recovery location is on 2nd Street. N.T. 23-25. Mr. McBride was assured that SEPTA is always open to suggestions. N.T. 26.

Douglas Diehl, President and Founder of the Tri-State Transit Center, a Historical and Transit Advocacy Group for the Philadelphia Metropolitan area and Delaware Administration or the Metropolitan Philadelphia Transit Scene Facebook, came next. He asked that the words "frequent service route" be replaced with the words "frequent service corridor" because SEPTA bus corridors where bus routes do not meet the frequent service standards of running every 15 minutes, but combined with other routes, that corridor meets the standard. N.T. 27. He cited the example of the buses running on West Chester Pike—the Routes 104, 112, 123, 126 and 120. Putting those routes together, that meets a frequent service corridor standard for every 10 minutes between 69th Street and Manoa. N.T. 27-28. Further, if you "tweaked the Route 112 to leave 69th Street Transportation Center] at 20 [past the hour] and 50 [past the hour], then you achieve 15-minute frequency all day long from 69th Street out to Broomall and meet qualifications for a frequent service corridor. N.T. 28.

The Media/Sharon Hill [trolley] already meets the frequent service corridor standards between 69th Street and Drexel Hill junction.

SEPTA could still use the word "route" like Route 47 corridor, Route 52 corridor. N.T. 28.

Mr. Diehl also proposed a change in "frequent service" which would be "every 20 minutes or less within the City limits itself" and 15 minutes for suburban bus routes. N.T. 29.

Mr. Diehl asked for improvements in the Route 120 service and not to implement a summer schedule. He suggests major development with a new hotel at Lawrence Road and a new Giant [supermarket] will result in additional riders, especially for workers. He suggests that the Route 126 be put back on the old Route 112 routing to the hotel, the Giant and the medical center [Broomall Keystone Mercy—the Keystone Crozer Medical Building in Broomall, PA] hereinafter "Crozer Keystone", be served by a bus route. N.T. 29-31. The SEPTA staff addressed Mr. Diehl's concerns about the West Chester Pike summer schedule and that a bus route will be prepared to reflect service on West Chester Pike. Further, ridership to Crozer Keystone has been "very poor" and SEPTA met with Crozer Keystone management to ask them to do some additional marketing with their client base. Also, SEPTA is working with the Delaware County TMA [Transportation Management Association] which is planning or doing same outreach events at Crozer Keystone. Until SEPTA can see additional ridership generated out of those efforts, from a fiscal standpoint, it is difficult for SEPTA to look at adding additional service. N.T. 31-33.

Finally, the developer of the new shopping center will be connecting on the other side of the Blue Route and there are issues with access into that property. SEPTA cannot improve how it already rides on West Chester Pike by going into the shopping center. So, SEPTA is looking to see if there is a way to have access from West Chester Pike in a safe manner. Marple Township and Haverford Township need to address pedestrian access in the whole area because at the current time it is very poor. Also, you cannot get into the new shopping center and Crozer Keystone from one direction because of the way the road

-9-

On a route crossing such as Roosevelt Boulevard, it makes sense to have a near stop and a far stop but, in general, stops should be near side. He specifically opined that the Route 126 does not make a far side Eagle Road stop on West Chester Pike because of the shopping center and then goes a block to make a left hand turn on to Glenside Road. He suggests that SEPTA bus operators can get across two lanes of traffic to make this maneuver. N.T. 48.

Quality of service was next addressed. The span of service should not be from the start of the morning to the end of the night since Philadelphia is a major city. N.T. 48-49.

Service is not operated on certain routes on Saturdays and Sundays and it appears this is because "that's the way we've always done it". N.T. 49.

Frequency of service should be 30 minutes – the maximum wait for a vehicle. Perhaps 60 minutes in the suburbs but nothing beyond that. Headways of 35 minutes "are rather silly". N.T. 49.

Load factors is a concern. You should not be leaving people stand on the vehicle, especially for long periods of time, off peak. It's acceptable for peak hours, for short times. N.T. 50.

[Federal Transit Administration] [Title VI] requirements were next discussed. SEPTA should have a listing of minority low income routes. N.T. 50.

Mr. Achtert wanted to know why a public hearing is not required for limited service routes and asked for the definition of "limited service routes". He suggested that the Route 91, which takes individuals from the Norristown Transportation Center to Graterford Prison – three trips a week – is an example of a very limited service route. N.T. 50-51.

Mr. Achtert asked that fare kiosks for the Key System be at all loops in addition to the rail stations and high speed stations. N.T. 51.

Regarding the Automatic Passenger Count, Mr. Achtert wanted to know how SEPTA counts passengers who have ridden five vehicles on overcrowded routes. He fears such counts on overcrowded routes may be unreliable. N.T. 51-52.

"Owl" routes (all night service) were the next focus. He observed that Route 73 is an Owl route. It is way down on performance standards with a 24% operating ratio, carrying 2,227 passengers on a daily basis. Twenty-nine (29) routes on the list have at least an equal operating ratio. But they do not have Owl service. He called for the restoration of additional Owl service on other routes. N.T. 52-53.

Finally, Mr. Achtert did not see the Norristown High Speed Line, the Market-Frankford Elevated or the Broad Street Subway on the Route Performance Evaluation Report. He was informed that the Norristown High Speed Line is on page 17 of that report. N.T. 54-55.

Jeffrey Cutler came back to the podium. He opined that "this all comes down to money and essentially service has been cut because of money". N.T. 56.

Mr. Cutler asked SEPTA to provide a means whereby text messages could be sent so to find out where the next bus or transit system vehicle is going to be and he was informed by the SEPTA staff of the SEPTA "app" (for "smart phones") giving that same information. N.T. 56-57, 58.

Mr. Cutler closed by saying that SEPTA does not have the ability to experiment because, without extra money, it has to micromanage every marketing decision. N.T. 57

Those who entered appearance forms at the Niton Philadelphia hearing but who did not testify include Charles Krueger, Patricia Elias DiNatale, Office of Transportation, Infrastructure and Sustainability (oTIS) of the City of Philadelphia, and Lee Wall, SEPTA Citizens Advisory Committee.

Philadelphia, PA Hearing – 5:00 P.M., May 23, 2019

No one from the public chose to testify. Only Thomas Hastings from the Delaware County Planning Department entered his appearance form.

## Route Performance Analysis

As a part of the Annual Service Plan, a detailed analysis of all routes is performed to determine various operating characteristics. The following routes fall below the acceptable operating ratio levels and will be considered for future modifications. In an attempt to raise their operating ratios.

City Transit Division
(Routes at or below 18%)

| Route | Operating Ratio |
| --- | --- |
| 38 | 17% |
| 89 | 17% |
| 1 | 17% |
| 61 | 17% |
| 80 | 16% |
| Boulevard Direct | 16% |
| 62 | 13% |

(Routes with suburban characteristics below 16%)

| Route | Operating Ratio |
| --- | --- |
| 27 | 15% |
| 35 | 13% |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MASSIE, et al. | ) | |
| | ) | |
| Plaintiffs | ) | **CASE NO. 1:21-cv-02023** |
| | ) | |
| **JEFFREY CUTLER** | ) | |
| | ) | |
| Intervenor Plaintiff | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| PELOSI, et al. | ) | |
| | ) | JURY TRIAL REQUESTED |
| Defendants | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF DEFAULT JUDGEMENT**

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF LANACASTER**

I Jeffrey Cutler, declare under penalty of perjury that the following facts are

true and correct to the best of my information and belief.

1.  I am the plaintiff in this action, most recently as document 34 filed
    04OCT2021

2.  Complaint was served upon all parties via the CM/ECF sysytem via
    their lawyers on  04OCT2021.  21 days since service, No response has
    been served within time allowed by law, nor has defendants sought
    additional time to respond.

3.  This claim is by Jeffrey Cutler for an amount equal  6.5 Billion dollars
    from all media defendants from the date of this judgement and other
    non-monetary relief as specified.

4.  Default judgement by the People's Republic of China should be
    effective 11MAR2021 as a seperate amount for violating the bio-warfare
    convention  and the death of over 733,000 americans and 4 million
    people Worldwide.

Respectfully submitted,

DATE: _27 OCT 2021_                  _____

                                    Jeffrey Cutler, pro se
                                    215-872-5715 (phone)
                                    eltaxcollector@gmail.com
                                    P.O. Box 2806
                                    York, PA 17405


NOTARY PUBLIC:

Sworn to and subscribed before me this _27th_ Day of October 2021.



NOTARY PUBLIC: _Lisa M. Uchuhl_____

```
Commonwealth of Pennsylvania - Notary Seal
       Lisa M. Schuhl, Notary Public
            Philadelphia County
My commission expires October 13, 2025
        Commission number 1104183
Member, Pennsylvania Association of Notaries
```

PRESS FIRMLY TO SEAL

PRESS FIRM

PRIORITY
MAIL
EXPRESS®

FLAT RATE
ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May
OD: 12 1/2

PEEL FROM THIS CORNER

UNITED STATES
POSTAL SERVICE ®

PRIORITY
MAIL
EXPRESS®

FOR DOMESTIC AND INTERNATIONAL USE

U.S. POSTAGE PAID
HAVERTOWN, PA
$27.10

103













CUSTOMER USE ONLY

FROM: (PLEASE PRINT)        PHONE (    )
Jeffrey Cutler
P.O. Box 2806
York, PA 17405

DELIVERY OPTIONS (Customer Use Only)
□ SIGNATURE REQUIRED
□ No Saturday Delivery (delivered next business day)
□ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)        PHONE (    )
United States District Court
333 Constitution Ave NW
Room 1225 Clerk Office
Wash Wastrn, DC, 20001
ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 0 0 1

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code          Scheduled Delivery Date
1 8 6 3          10/28/21

Date Accepted (MM/DD/YY)
10/27/21

Time Accepted
936 □ AM  □ PM

Postage
$ 27.10

Total Postage & Fees
$ 27.10

LABEL 11-B, MAY 2021