IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS MASSIE, *et al.*,

              *Plaintiffs*,

     v.

NANCY PELOSI, *et al.*,

              *Defendants*.

Case No. 1:21-cv-02023-RBW

**[PROPOSED] ORDER TO HOLD IN ABEYANCE PROCEEDINGS ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION of Defendants' Partially Opposed Motion to Hold in Abeyance Proceedings on Plaintiffs' Motion for Summary Judgment or, in the Alternative, to Enlarge Time for Defendants' Response ("Motion"), and the entire record herein, it is by the Court this __ day of _____ 2021, ORDERED,

That the Motion is granted.  IT IS FURTHER ORDERED

That Defendants shall have until 30 days after the Court rules on Defendant's Motion to Dismiss (filed Sept. 28, 2021), to respond to Plaintiffs' Motion for Summary Judgment and a Permanent Injunction (filed Oct. 29, 2021), if the Court denies Defendant's Motion to Dismiss.

_____
REGGIE B. WALTON
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS MASSIE, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:21-cv-02023-RBW |
| NANCY PELOSI, *et al.*, | |
| *Defendants*. | |

**[ALTERNATIVE PROPOSED] ORDER TO ENLARGE THE TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION of Defendants' Partially Opposed Motion to Hold in Abeyance Proceedings on Plaintiffs' Motion for Summary Judgment or, in the Alternative, to Enlarge Time for Defendants' Response ("Motion"), and the entire record herein, it is by the Court this __ day of _____ 2021, ORDERED,

That the Motion is DENIED with regard to holding proceedings in abeyance, and GRANTED with regard to enlarging time for Defendants' response. IT IS FURTHER ORDERED

That Defendants shall have until November 16, 2021, to respond to Plaintiffs' Motion for Summary Judgment and a Permanent Injunction (filed Oct. 29, 2021).

_____
REGGIE B. WALTON
United States District Judge