# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>Defendants. | CASE NO. 1:21-CV- 02023 |

## MEMORANDUM OPPOSING DEFENDANTS' MOTION TO STAY BRIEFING ON SUMMARY JUDGMENT

The Plaintiffs, by Counsel, state that they oppose Defendants' request to stay briefing on the Plaintiffs' Motion for Summary Judgment. That Motion, and the undisputed facts within it, raises identical issues to the Motion to Dismiss filed by the Defendants on these same issues. And, as Defendants concede in their Motion to Dismiss, there are no genuine issues of material fact in this case, and this matter presents only issues of law. The court will undertake the exact same analysis on the Defendants' Motion to Dismiss, as the Plaintiffs' Motion for Summary Judgment. Thus, other than adding what is potentially duplicative work for the Court, there is no reason not to have both fully briefed and submitted for decision at the same time.

As we informed Defendants, we have no objection to their requests for additional time.

Respectfully Submitted,

/s/Christopher Wiest
(DCD Bar KY002)
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895
chris@cwiestlaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing by filing same via the Court's CM/ECF system, this 8 day of November, 2021, which will serve same upon all Counsel of Record.

/s/Christopher Wiest