# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his individual and official capacities; HON. MARJORIE TAYLOR GREENE, in her individual and official capacities; HON. RALPH NORMAN, in his individual and official capacities,<br><br>Plaintiffs,<br><br>v.<br><br>HON. NANCY PELOSI, in her official capacity; WILLIAM J. WALKER, in his official capacity; CATHERINE SZPINDOR, in her official capacity,<br><br>Defendants. | CASE NO. 1:21-CV- 02023 |

**ORDER DENYING DEFENDANTS' MOTION TO STAY BRIEFING ON SUMMARY JUDGMENT**

Defendants' Motion to Stay briefing on Plaintiffs' Motion for Summary Judgment is

DENIED.

IT IS SO ORDERED:

_____