UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HON. THOMAS MASSIE, in his official and individual capacities, <u>et al.</u>, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 21-2023 (RBW) |
| v. | ) ) | |
| HON. NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, <u>et al.</u>, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on November 15, 2021, via teleconference, it is hereby

**ORDERED** that the Plaintiffs' Motion to List Non-Residential Address in Complaint Caption, ECF No. 2, is **GRANTED**. It is further

**ORDERED** that the Defendants' Motion to Hold in Abeyance Proceedings on Plaintiffs' Motion for Summary Judgment or, in the Alternative, to Enlarge Time for Defendants' Response, ECF No. 39, is **GRANTED**. It is further

**ORDERED** that the Plaintiffs' Motion for Summary Judgment and a Permanent Injunction, ECF No. 36, is **DENIED WITHOUT PREJUDICE**.[1] It is further

**ORDERED** that, on December 2, 2021, at 2:00 p.m., the parties shall appear before the Court for a hearing regarding the Motion to Dismiss of Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor, ECF No. 31. The parties shall appear before the Court in

---

[1] In the event that the Court denies the defendants' motion to dismiss, the Court will hold a status conference at which the plaintiffs may request that their motion be automatically reinstated.

1


2

Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.[2]

**SO ORDERED** this 15th day of November, 2021.

REGGIE B. WALTON
United States District Judge

---

[2] In the event that Courtroom 16 is unavailable due to the scheduling of a jury trial that will be conducted in Courtroom 16 by another judge, the Court will advise the parties as to the location of the courtroom where the hearing will be conducted.