# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THOMAS MASSIE, *et al.*,

           *Plaintiffs*,

v.

NANCY PELOSI, *et al.*,

           *Defendants*.

Case No. 1:21-cv-02023-RBW

## NOTICE OF SUPPLEMENTAL AUTHORITY

    Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor respectfully notify this Court that today the Supreme Court denied *certiorari* in *McCarthy v. Pelosi*, 5 F.4th 34 (D.C. Cir. 2021).[1] Defendants' opening and reply briefs rely on the *McCarthy* case, which is the latest decision by the D.C. Circuit affirming the dismissal of a suit on the basis of Speech or Debate Clause immunity. During the motion hearing, this Court inquired about the status of the petition for *certiorari*. Mot. Hearing Tr. 11:15-16.

January 24, 2022

Respectfully submitted,

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
   *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
STACIE M. FAHSEL (D.C. Bar No. 1034314)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

---

[1] *See* Order List at 3 (Jan. 24, 2022), https://www.supremecourt.gov/orders/courtorders/012422zor_m6io.pdf.

5140 O'Neill House Office Building
Washington, DC  20515
(202) 225-9700
douglas.letter@mail.house.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, I filed this document with the Court via ECF, which will electronically notify all counsel of record.

/s/ *Douglas N. Letter*
Douglas N. Letter