**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THOMAS MASSIE, *et al.*,

*Plaintiffs*,

v.

NANCY PELOSI, *et al.*,

*Defendants*.

Case No. 1:21-cv-02023-RBW

<u>**NOTICE**</u>

Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor respectfully inform the Court that on February 28, 2022, the Speaker of the House *pro tempore* announced the following:

> Consistent with updated guidance from the Attending Physician, the Chair wishes to inform Members that masks are no longer required in the Hall of the House. The Chair would further note that all Members and staff may continue to wear masks at their discretion.  This announcement is incorporated within the policy on conduct during a covered period of January 4, 2021, and supersedes all other announced policies that are in conflict.

168 Cong. Rec. H1151 (daily ed. Feb. 28, 2022).

This announcement does not affect fines previously assessed to any Members for violations of the mask policy then in effect.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor*

March 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter