UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. THOMAS MASSIE, in his official and individual capacities, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>HON. NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, et al.,<br><br>    Defendants. | Civil Action No. 21-2023 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Motion to Dismiss of Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor, ECF No. 31, is **GRANTED**. It is further

**ORDERED** that the Plaintiffs' Verified Complaint for Declaratory and Injunctive Relief, ECF No. 1, is **DISMISSED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 9th day of March, 2022.

REGGIE B. WALTON
United States District Judge