# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Thomas Massie, et. al.
              Plaintiff

vs.                                    Civil Action No. 1:21-cv-02023

Nancy Pelosi, et. al.
              Defendant

## NOTICE OF APPEAL

Notice is hereby given this  10  day of  March , 20 22 , that

Thomas Massie, Marjorie Taylor Greene, and Ralph Norman (in their official and indiv. capacities)

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  9  day of  March , 20 22

in favor of  Nancy Pelosi, William J. Walker, and Catherine Szpindor

against said  Plaintiffs Massie, Greene, and Norman

/s/Christopher Wiest
Attorney or Pro Se Litigant

25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

All Defendants are represented and I certify that upon filing, service will be accomplished via the Court's CM/ECF system to Defendants' Counsel, this 10 day of March, 2022.
/s/Christopher Wiest