IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS MASSIE, et al.,<br><br>                *Plaintiffs*,<br><br>     v.<br><br>NANCY PELOSI, et al.,<br><br>                *Defendants*. | Case No. 1:21-cv-02023-RBW |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.6(b), I, Eric R. Columbus, currently listed as counsel for Defendants Nancy Pelosi, William J. Walker, and Catherine Szpindor in the above-captioned case, withdraw my appearance as counsel. I am leaving my position in the Office of General Counsel. The Defendants will continue to be represented by the other attorneys who have entered appearances in this matter.

                                                                         Respectfully submitted,

                                                                         */s/ Eric R. Columbus*
                                                                         Eric R. Columbus (D.C. Bar No. 487736)
                                                                           *Special Litigation Counsel*

                                                                        Office of General Counsel
                                                                        U.S. House of Representatives
                                                                        5140 O'Neill House Office Building
                                                                        Washington, D.C. 20515
                                                                        (202) 225-9700
                                                                        Eric.Columbus@mail.house.gov

January 3, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I caused the foregoing Notice of Withdrawal as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

/s/ Eric R. Columbus
Eric R. Columbus